ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: **mail@asmithlaw.com**

*ELECTRONICALLY FILED*
*March 24, 2014*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

    Debtors,

_____/

Case No. BK-N-14-50333-BTB

Chapter 11

**DECLARATION OF ANTHONY THOMAS IN SUPPORT OF MOTION FOR AUTHORITY TO PAY ORDINARY MONTHLY LIVING EXPENSES *NUNC PRO TUNC***

Hearing Date:   OST Pending
Hearing Time:   OST Pending

I, Anthony Thomas, hereby declare under penalty of perjury of the laws of the United States that the following facts are true to the best of my knowledge and belief:

    1.    That I am over the age of 18 years of age, and I am mentally competent. I make this declaration in support of Debtors' MOTION FOR AUTHORITY TO PAY ORDINARY MONTHLY LIVING EXPENSES *NUNC PRO TUNC* (the "Motion").

    2.    That I am currently employed as a driver for Danny Thomas Party Rentals.

    3.    That I have an immediate need to use my post-petition earnings to pay our reasonably necessary living and business expenses.

    4.    Attached hereto as **Exhibit "A"** is my wife, Wendi Thomas, and my personal budget. The budget represents reasonable and necessary costs of living. I have

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\Decl Mot Pay Expenses 031814-dlg.wpd

1 prepared the budget and the budget fairly and reasonably depicts our present financial
2 condition and our projected income and expenses.
3    Dated this _21_ day of March, 2014.

_____
ANTHONY THOMAS

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\Decl Mot Pay Expenses 031814-dlg.wpd - 2 -

# Exhibit "A"

Thomas Family recurring monthly expenses~

Rent- $2,150.00

Renters Ins. $40.00

Elec/Gas- $200.00

Water- $80.00

Dish TV- $115.00

Auto exp. (fuel) - $500

Auto Ins. $230.00

Food- $1,000.00

Personal Care products- $60.00

Household care-$75.00

Education expenses for children-$50.00

Property insurance - $117.92

TOTAL $4,617.92