ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

*ELECTRONICALLY FILED*
*March 24, 2014*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 |
| Debtors, | **DECLARATION OF HOLLY E. ESTES, ESQ., IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR AUTHORITY TO PAY ORDINARY MONTHLY LIVING EXPENSES *NUNC PRO TUNC*** |
| _____/ | [Order Shortening Time Pending] |

I, HOLLY E. ESTES, hereby declare under penalty of perjury that the following assertions are true:

1.  I am the court appointed general counsel for the Debtors in the above-captioned Chapter 11 case. I have personal knowledge of the facts herein stated, and if called to testify as to such facts I would and could do so competently.

2.  I have caused to be filed today an Ex Parte Motion For Order Shortening Time For Notice and Hearing on Motion For Authority To Pay Ordinary Monthly Living Expenses *Nunc Pro Tunc*.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\Decl Estes MOST Mot Pay Expenses 032414-dlg.wpd

3.  Pursuant to the Motion For Authority To Pay Ordinary Monthly Living Expenses *Nunc Pro Tunc*, the Debtors seek an order authorizing the Debtors' payment of ordinary monthly living expenses *nunc pro tunc*. Ordinary notice requirements cannot be met without an order shortening time for a hearing to approve the Motion For Authority To Pay Ordinary Monthly Living Expenses *Nunc Pro Tunc*.

DATED this 24th day of March, 2014.

By:  */s/ Holly E. Estes*
HOLLY E. ESTES, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\Decl Estes MOST Mot Pay Expenses 032414-dlg.wpd

2