ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

*ELECTRONICALLY FILED*
*March 24, 2014*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 |
| Debtors, | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME** |
| _____/ | (No Hearing Required) |

As required by the Court under Local Rule 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the attached proposed Order Shortening Time for a hearing on the Debtors' **MOTION FOR AUTHORITY TO PAY ORDINARY MONTHLY LIVING EXPENSES** *NUNC PRO TUNC* filed contemporaneously with this attorney information sheet. They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE | DISAGREE |
|---|---|---|---|
| William B. Cossitt, Esq. Office of the United States Trustee | By email on March 24, 2014 | XX | |

///

///

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\Thomas\Mot Pay Expenses\AIS MOST Mot Pay Expenses 032414-dlg.wpd

**COMMENTS**:
   N/A

**ESTIMATED TIME OF HEARING**:

   15 Minutes.

   **DATED** this 24th day of March, 2014.

                                        LAW OFFICES OF ALAN R. SMITH

                                        By:    */s/ Holly E. Estes*
                                           HOLLY E. ESTES, ESQ.
                                           Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\AIS MOST Mot Pay Expenses 032414-dlg.wpd

- 2 -