TRICIA M. DARBY, NVSB#7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, NV 89519
Telephone: (775) 322.1237
Facsimile: (775) 996.7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Counsel for Kit Morrison, Todd Armstrong,
Jerry Ferrara, Market Link Inc. and FM Holdings

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ANTHONY THOMAS and
WENDI THOMAS,

        Debtor.
_____/

Case No.: BK-N-14-50333-btb
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS**

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

      TRICIA M. DARBY, ESQ. of DARBY LAW PRACTICE, LTD. attorneys for KIT MORRISON, TODD ARMSTRONG, JERRY FERRARA, MARKET LINK INC. AND FM HOLDINGS, hereby enters her appearance in the above-entitled action and further requests that all notices be given in this case and all papers served in this case be served upon the undersigned at the following address and telephone number:

    Tricia M. Darby, Esq.
    4777 Caughlin Parkway
    Reno, Nevada 89519
    Phone: (775) 322-1237
    Fax: (775) 996-7290

    The filing of this Notice shall not constitute consent to the jurisdiction of this Court by Kit

Morrison, Todd Armstrong, Jerry Ferrara, Market Link Inc. or FM Holdings for any matter.

DATED this 24th day of March 2014.

DARBY LAW PRACTICE, LTD.

By: /s/ Tricia M. Darby
TRICIA M. DARBY, ESQ.