KEVIN A. DARBY, NVSB #7670
TRICIA M. DARBY, NVSB #7956
**DARBY LAW PRACTICE, LTD.**
4777 Caughlin Parkway
Reno, NV 89519
Telephone (775) 322-1237
Facsimile (775) 996-7290
tricia@darbylawpractice.com

Counsel for Kit Morrison, Todd Armstrong,
Jerry Ferrara, Market Link Inc. and FM Holdings

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-14-50333-btb |
| | Chapter 11 |
| ANTHONY THOMAS and WENDI THOMAS, | **DECLARATION OF TRICIA M. DARBY ESQ. IN SUPPORT OF MOTION FOR RELIEF FROM STAY** |
| Debtors. | Hearing Date: April 22, 2014 |
| | Hearing Time: 10:00 a.m. |

I, TRICIA M. DARBY, ESQ. hereby declare under penalty of perjury as follows:

1. I am a partner at DARBY LAW PRACTICE counsel to KIT MORRISON, TODD ARMSTRONG, JERRY FERRARA, MARKET LINK INC. and FM HOLDINGS (collectively, the "State Court Defendants") in the above-captioned bankruptcy proceeding.

2. On March 6, 2014, I sent the attached letter attached hereto as Exhibit "1" to Debtors' Counsel.

3. On March 11th and 13th, I e-mailed Debtors' Counsel in an attempt to resolve the issues raised in the Motion for Relief from Stay. I also called Debtors' Counsel.

DATED this 24th day of March, 2014.

                                     /s/ *Tricia M. Darby*
                          By: _____
                                 TRICIA M. DARBY, ESQ.

# Exhibit "1"

# Exhibit "1"

**DARBY LAW PRACTICE**
4777 CAUGHLIN PARKWAY
RENO, NV 89519
775-322-1237 | 775-996-7290 |

# FAX

| | | | |
|---|---|---|---|
| TO: | ALAN SMITH, ESQ. | FROM: | Sarah |
| FAX: | 775-786-3066 | PAGES: | |
| PHONE: | | DATE: | March 7, 2014 |
| RE: | PLEASE SEE THE ATTACHED THOMAS CASE NO: 14-50333 | CC: | |

☒ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Thank you

Sarah Silva
Darby Law Practice
775-322-1237
sarah@darbylawpractice.com

Darby Law Practice. Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519

775.322.1237
Fax: 775.996.7290

darbylawpractice.com

DARBY LAW PRACTICE

Kevin A. Darby, Esq.
kevin@darbylawpractice.com

Tricia M. Darby, Esq.
tricia@darbylawpractice.com

Tyler M. Eleano, Esq.
tyler@darbylawpractice.com

March 7, 2014

Mr. Alan Smith
505 Ridge St.
Reno, Nevada, 89501

*Sent Via Facsimile and E-mail*

    Re:    *In re Thomas, Case No.: 14-50333*

Dear Alan,

    Darby Law Practice has been retained to represent Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link Inc., and FM Holdings, Inc. in the above-referenced Chapter 11 bankruptcy matter.

    This letter is for the purpose of providing written notice pursuant to LR 4001(a)(2) that our clients intend on filing a motion for relief from stay to allow the *in rem* action filed in the Superior Court of the State of California, County of Los Angeles, as Case No.: BS118649 to proceed.

    Please contact our office within seventy-two (72) hours from the date of this notice should your clients wish to resolve this matter before the filing of a motion for relief from the automatic stay. I look forward to hearing from you.

Sincerely,

*Tricia M. Darby*

Tricia M. Darby, Esq.

# Send Result Report

MFP

TASKalfa 520i

Firmware Version 2KS_2F00.009.006 2012.02.15    [2KS_1000.006.001] [2KS_1100.001.002] [2KS_7000.009.004]

03/07/2014 13:05

Job No.: 099715    Total Time: 0°00'13"    Page: 002

## Complete

Document:    doc09971520140307130421

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 03/07/14 13:04 | 7863066 | 0°00'13" | FAX | OK | 200x100 Normal/On |

[ QWC9X00534 ]

# Exhibit "2"

# Exhibit "2"

| | |
|---|---|
| From: | Tricia M. Darby |
| To: | "mail@asmithlaw.com" |
| Subject: | FW: Thomas/Case No.: 14-50333 |
| Date: | Thursday, March 13, 2014 11:20:00 AM |
| Attachments: | Conetto - Statement of Decision.pdf |
| | Thomas_AmendedComplaint.pdf |

Alan,

Any chance your client will stipulate? Thanks.

Tricia

From: Tricia M. Darby [mailto:tricia@darbylawpractice.com]
Sent: Tuesday, March 11, 2014 10:32 AM
To: 'mail@asmithlaw.com'
Subject: Thomas/Case No.: 14-50333


Alan,

Attached is your client's Amended Complaint and the Statement of Decision disposing of the First Claim of relief. The State Court entered the attached Statement of Decision denying Thomas' claim of ownership to the Bahia Emerald and dismissing with prejudice the First Claim for Recovery and Possession of Personal Property. My clients filed a Motion For Judgment On The Pleadings addressing the remaining claims, which is set for a hearing on 5/29. My clients want the action brought by your clients to go forward as scheduled.

There remains two claimants in the underlying action after the Court found Thomas had no claim to the Bahia Emerald. My clients also want this action to proceed. Please let me know if you will stipulate to stay relief. Thank you.

**TRICIA M. DARBY, ESQ.**
**DARBY LAW PRACTICE, LTD.**
4777 Caughlin Parkway
Reno, NV 89519
Tel.: 775.322.1237
Fax: 775.996.7290

The information contained in this Email is information protected by the attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this message having been sent via electronic mail. If the person actually receiving this Email or any other reader of the Email is not the named recipient or the employee or agent of the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or Email and destroy all versions of this Email. Thank you.

Case 14-50333-gs    Doc 25    Entered 03/24/14 13:23:57    Page 8 of 8