_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 25, 2014

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

Attorney for Debtors

**ELECTRONICALLY LODGED**
**March 24, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 |
| Debtors, | **ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO PAY ORDINARY MONTHLY LIVING EXPENSES *NUNC PRO TUNC*** |
| _____/ | |

The Court having considered the Debtors' *Ex Parte* Motion For Order Shortening Time For Notice And Hearing On Debtors' Motion For Authority To Pay Ordinary Monthly Living Expenses *Nunc Pro Tunc*, and good cause appearing therefor, it is hereby

ORDERED that the Motion For Order Shortening Time is granted, and the hearing to consider approval of the Motion For Authority To Pay Ordinary Monthly Living Expenses *Nunc Pro Tunc* shall be conducted on _____April 4_____,

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Mot Pay Expenses\Ord MOST Mot Pay Expenses 032414-dlg.wpd

1  **2014 at** __2:00__   p**.m.**   Any opposition may be filed and served upon Debtors' attorney
2  by facsimile, email or personal delivery no later than
3  _____March 31_____**, 2014.**  Replies may be filed and served no later
4  than _____April 2_____**, 2014**.  Service of this Order Shortening Time
5  For Notice And Hearing On Debtors' Motion For Authority To Pay Ordinary Monthly
6  Living Expenses *Nunc Pro Tunc* shall be completed by __March 25_____,
7  **2014.**
8  PREPARED AND SUBMITTED BY:
9  LAW OFFICES OF ALAN R. SMITH
10 By:____*/s/ Holly E. Estes*_____
    HOLLY E. ESTES, ESQ.
11  Attorney for Debtors
12                                                              ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot Pay Expenses\Ord MOST Mot Pay Expenses 032414-dlg.wpd

- 2 -