1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  HOLLY E. ESTES, ESQ.
   Nevada Bar No. 11797
3  Law Offices of Alan R. Smith
   505 Ridge Street
4  Reno, Nevada  89501
   Telephone (775) 786-4579
5  Facsimile (775) 786-3066
   **Email: mail@asmithlaw.com**
6
   Attorney for Debtors
7  ANTHONY THOMAS and WENDI
   THOMAS and AT EMERALD, LLC
8

*ELECTRONICALLY FILED*
*March 25, 2014*

9              UNITED STATES BANKRUPTCY COURT

10                   DISTRICT OF NEVADA

11                        —ooOoo—

12  In Re:                          Case No.  BK-N-14-50333-BTB
                                    Case No.  BK-N-14-50331-BTB
13  ANTHONY THOMAS and
    WENDI THOMAS,                   Chapter 11 Cases
14
                                    [Joint Administration - PENDING]
15  AT EMERALD, LLC,
                                    **MOTION FOR  JOINT**
16                                  **ADMINISTRATION**

17                                  Hearing Date:  May 7, 2014
            Debtors,                Hearing Time: 10:00 a.m.
18  _____/

19      ANTHONY THOMAS and WENDI THOMAS and AT EMERALD, LLC, Debtors

20  above-captioned and hereinafter collectively referred to as "Thomas-AT Emerald," by and

21  through their undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith,

22  hereby file this Motion for Joint Administration (the "Motion") of the pending Chapter 11

23  cases.  This Motion is made and based upon the Points and Authorities set forth below, 11

24  U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015(b), the pleadings and papers

25  on file herein, and such other matters as may be presented at the hearing hereon.

26  ///

27  ///

28  ///

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Jtn Admin\Mot Jt Admin & Subst Consld 032514-dlg.wpd

1

## POINTS AND AUTHORITIES

2 **A.      Statement Of Facts**

3        Anthony Thomas and Wendi Thomas filed their voluntary petition under Chapter 11

4 of the United States Bankruptcy Code on March 4, 2014 (Case No. 14-50333).  AT Emerald,

5 LLC, filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code on

6 March 4, 2014 (Case No. 14-50331).  No trustee has been appointed and Debtors are

7 currently operating as debtors-in-possession.

8        Grounds for this Motion are predicated on the following:

9        (1)      Anthony Thomas is the sole member of AT Emerald, LLC.

10        (2)      The business records and financial and accounting data of AT Emerald, LLC,

11 are maintained by Anthony Thomas.

12        (3)      The Thomas-AT Emerald cases are both pending before this Court.  Joint

13 administration of the cases, including the combining of notices to creditors of the two estates

14 and the handling of other purely administrative matters, will prevent the imposition of

15 unnecessary costs on the estates and duplicate proceedings before the Court.

16        (4)      Joint administration is appropriate because it will result in expediting the cases

17 and rendering the process less costly, a benefit to both Thomas-AT Emerald and their

18 creditors.

19 **B.      Legal Basis For The Relief Requested**

20        (a)      Joint Administration

21        Federal Rule of Bankruptcy Procedure 1015(b) permits the court to order joint

22 administration of cases pending against related entities.  These include:

23        (1) a husband and wife, or (2) a partnership and one or more of its general
         partners, or (3) two or more general partners, or (4) a debtor and an affiliate,
24       the court may order a joint administration of the estates. . . .

25        As to the two Chapter 11 cases seeking joint administration by this motion, the

26 business and financial affairs of the two Debtors are significantly intertwined to make joint

27 administration more efficient and economical than separate administrations.  The business

28 operations work hand-in-hand with each other, as the individual Debtor, Anthony Thomas,

1   manages and operates the Nevada limited liability company.

2       Joint administration is proper under the circumstances, and will provide for a more

3   effective and efficient administration of the Chapter 11 cases of Thomas-AT Emerald.  There

4   is no prejudice to creditors or conflict of interest.  The substantive rights of creditors or

5   parties in interest will not be affected by an order of joint administration.  Joint

6   administration will avoid unnecessary costs and delay and is in the best interest of creditors

7   and the estates.  In re McKenzie Energy Corp., 228 B.R. 854 (Bankr. S.D. Tex. 1998) (joint

8   administration saved costs and any potential conflict of interest was only speculative).

9       WHEREFORE, Thomas-AT Emerald requests an order directing the joint

10  administration of these Chapter 11 cases including:

11      1.   Combining the estates by using a single docket [the "lead" case of Anthony

12  Thomas and Wendi Thomas, Case No. 14-50333], for administrative matters, and the filing,

13  lodging and docketing of pleadings and orders;

14      2.   The combining of notices to creditors and parties in interest, using a combined

15  creditor matrix for the two Debtor cases;

16      3.   The scheduling of hearings;

17      4.   The joint handling of other administrative matters;

18      5.   Such other relief as is just and proper.

19  DATED this 24th day of March, 2014.

20                          LAW OFFICES OF ALAN R. SMITH

21                          By:_____/s/ Holly E. Estes_____
                                HOLLY E. ESTES, ESQ.
22                              Attorney for Debtors

23

24

25

26

27

28

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada   89501
(775) 786-4579**

H:\Thomas\Jtn Admin\Mot Jt Admin & Subst Consld 032514-dlg.wpd   - 3 -