———————————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 27, 2014
———————————————————

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: **mail@asmithlaw.com**

Proposed Attorney for Debtor

*ELECTRONICALLY LODGED*
*March 26, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

        Debtor,

_____/

Case No. BK-N-14-50333-BTB

Chapter 11

**ORDER APPROVING *EX PARTE*
APPLICATION TO EMPLOY
ATTORNEY FOR DEBTORS**

[No Hearing Required]

      There having been filed on March 24, 2014, an *Ex Parte* Application To Employ Attorney For Debtors [DE 28] and good cause appearing therefor,

      IT IS HEREBY ORDERED that the employment of the Law Offices of Alan R. Smith, as counsel for the Debtors, ANTHONY THOMAS and WENDI THOMAS, in these bankruptcy proceedings, shall be, and the same hereby is, authorized and approved effective as of the date of the filing of the petition herein, and

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Employ\Ord App Emply ARS 031814-dlg.wpd

1    IT IS HEREBY FURTHER ORDERED that the Law Offices of Alan R. Smith
2 shall be compensated at reasonable rates as approved by the Court upon future
3 application.

4 APPROVED/ *[signature: William B Cossitt]*

5 William B. Cossitt, Esq., #3484
Trial Attorney for United States Trustee
6 Tracy Hope Davis

7

8 PREPARED AND SUBMITTED BY:
LAW OFFICES OF ALAN R. SMITH
9
By:    /s/ Alan R. Smith
10    ALAN R. SMITH, ESQ.
    Proposed Attorney for Debtors
11

12
IT IS SO ORDERED
13

14
                                    # # #
15

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Employ\Ord App Emply ARS 031814-dlg.wpd                - 2 -