ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Counsel for Debtors

*ELECTRONICALLY FILED*
*April 3, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

Debtors.
_____/

Case No. BK-N-14-50333-BTB

Chapter 11

**NOTICE OF ENTRY OF ORDER APPROVING *EX PARTE* APPLICATION TO EMPLOY ATTORNEY FOR DEBTORS**

[No Hearing Required]

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving *Ex Parte* Application to Employ Attorney For Debtors [DE 37] on the 27th day of March, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 3rd day of April, 2014.

LAW OFFICES OF ALAN R. SMITH

By: /s/ Alan R. Smith
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Employ\NOE Ord App Emply ARS 040314-rmb.wpd

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 27, 2014

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: mail@asmithlaw.com

Proposed Attorney for Debtor

*ELECTRONICALLY LODGED*
*March 26, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

Debtor.
_____/

Case No. BK-N-14-50333-BTB

Chapter 11

**ORDER APPROVING *EX PARTE* APPLICATION TO EMPLOY ATTORNEY FOR DEBTORS**

[No Hearing Required]

   There having been filed on March 24, 2014, an *Ex Parte* Application To Employ Attorney For Debtors [DE 28] and good cause appearing therefor,

   IT IS HEREBY ORDERED that the employment of the Law Offices of Alan R. Smith, as counsel for the Debtors, ANTHONY THOMAS and WENDI THOMAS, in these bankruptcy proceedings, shall be, and the same hereby is, authorized and approved effective as of the date of the filing of the petition herein, and

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Employ\Ord App Emply ARS 031814-dlg.wpd

EXHIBIT "A"

1   IT IS HEREBY FURTHER ORDERED that the Law Offices of Alan R. Smith
2   shall be compensated at reasonable rates as approved by the Court upon future
3   application.

4   APPROVED/ *William B Cossitt* [signature]
5
        William B. Cossitt, Esq., #3484
        Trial Attorney for United States Trustee
6       Tracy Hope Davis
7

8   PREPARED AND SUBMITTED BY:
    LAW OFFICES OF ALAN R. SMITH
9
    By:    /s/ Alan R. Smith
10         ALAN R. SMITH, ESQ.
           Proposed Attorney for Debtors
11

12  IT IS SO ORDERED
13

14                              ###
15
...
28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Employ\Ord App Emply ARS 031814-dlg.wpd    - 2 -