NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
WILLIAM B. COSSITT, #3484
Office of the United States trustee
300 Booth Street, Room 3009
Reno NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>ANTHONY THOMAS and<br>WENDI THOMAS<br><br><br><br>Debtors, | Case no: BK-N-14-50333-BTB<br>Chapter 11<br><br>NOTICE OF HEARING ON<br>OBJECTION TO DEBTOR'S<br>CLAIMS OF EXEMPTIONS<br><br>Hearing Date: July 30, 2014<br>Hearing Time: 10:00 a.m.<br>Est. Time Req.: 10 min. |

To: Debtors; and Parties in Interest

**NOTICE IS HEREBY GIVEN** that an OBJECTION TO DEBTORS' CLAIMS OF EXEMPTIONS was filed on April 30, 2014 by the United States Trustee.  The Objection seeks the following relief: that the Debtor are not entitled to the exemptions they have claimed.  Any Opposition, Response, or Reply must be filed pursuant to Local Rule 9014(d).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file an opposition with the court, and serve a copy on the person making the Objection no later than 14 days preceding the hearing date of this Objection, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts

1

and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court. You <u>must</u> also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court <u>may refuse</u> to allow you to speak at the scheduled hearing and;
- The court <u>may rule against you</u> without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom #2, 5th Floor, Reno, Nevada, on July 30, 2014 at the time of 10:00 a.m.

DATE: April 30, 2014.

/s/ NICHOLAS STROZZA
Attorney for the U.S. Trustee

**CERTIFICATE OF SERVICE**

1. On April 30, 2014, I served the foregoing NOTICE OF HEARING ON US TRUSTEE'S OBJECTION TO DEBTORS' CLAIMS OF EXEMPTIONS.

2. I served the above-named document( by the following means to the persons as listed below:

☑ a. ECF System:

- KEVIN A. DARBY    kevin@darbylawpractice.com, alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com
- STEFANIE T. SHARP    ssharp@rbsllaw.com, btaylor@rbsllaw.com;czaehringer@rbsllaw.com
- ALAN R SMITH    mail@asmithlaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

☑ b. U.S. Mail, postage fully prepaid (list persons and addresses):

ANTHONY THOMAS
WENDI THOMAS
7725 PEAVINE PEAK COURT
RENO, NV 89523

I declare under penalty of perjury that the foregoing is true and correct.

    Signed:    April 30, 2014.

    <u>/s/ Robbin Little</u>
    ROBBIN LITTLE