NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
WILLIAM B. COSSITT, #3484
Office of the United States trustee
300 Booth Street, Room 3009
Reno NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case no: BK-N-14-50333-btb |
| | ) | Chapter: 11 |
| | ) | |
| | ) | AMENDED |
| ANTHONY THOMAS and | ) | NOTICE OF HEARING ON |
| WENDI THOMAS | ) | U.S. TRUSTEE'S MOTION TO |
| | ) | DESIGNATE CASE AS SMALL |
| | ) | BUSINESS CASE |
| | ) | |
| | ) | |
| | ) | Hearing Date: July 30, 2014 |
| Debtors | ) | Hearing Time:  10:00 a.m. |
| | | Est. Time: 15 minutes |

To: Debtors; and Parties in Interest

**NOTICE IS HEREBY GIVEN** that MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE was filed on April 30, 2014 by the United States Trustee.  The Motion seeks the following relief: that the Debtors' case be designated a small business case.  Any Opposition, Response, or Reply must be filed pursuant to Local Rule 9014(d).

/ / / / /

/ / / / /

/ / / / /

1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date of this Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing and;
- The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom #2, 5th Floor, Reno, Nevada, on July 30, 2014 at the time of 10:00 a.m.

DATE: April 30, 2014.

/s/ NICHOLAS STROZZA
Attorney for the U.S. Trustee

2

**CERTIFICATE OF SERVICE**

1.   On April 30, 2014, I served the foregoing NOTICE OF HEARING ON US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE

2.   I served the above-named document ( by the following means to the persons as listed below:

☑   a.  ECF System:

• KEVIN A. DARBY    kevin@darbylawpractice.com, alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com
• STEFANIE T. SHARP    ssharp@rbsllaw.com, btaylor@rbsllaw.com;czaehringer@rbsllaw.com
• ALAN R SMITH    mail@asmithlaw.com
• U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

☑   b.  U.S. Mail, postage fully prepaid (list persons and addresses):

ANTHONY THOMAS
WENDI THOMAS
7725 PEAVINE PEAK COURT
RENO, NV 89523

I declare under penalty of perjury that the foregoing is true and correct.

   Signed:   April 30, 2014.

   /s/ Robbin Little
   ROBBIN LITTLE