UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**ELECTRONICALLY**

**MAY 0 6 2014**

**FILED**

In re: Anthony Thomas and Wendi Thomas

Case No. _____14-50333-BTB_____

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _3-31-14_          PETITION DATE: _3-4-14_

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in ___$1___

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2.  **Asset and Liability Structure** | | | |
| a. Current Assets | $20,650 | $20,650 | $20,650 |
| b. Total Assets | $20,650 | | |
| c. Current Liabilities | $720,720 | | |
| d. Total Liabilities | | | $720,000 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3.  **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | |
| b. Total Disbursements | $4,330 | $0 | |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | | $0 | |
| d. Cash Balance Beginning of Month | | $0 | |
| e. Cash Balance End of Month (c + d) | | $5,110.00 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4.  **Profit/(Loss) from the Statement of Operations** | N/A | | |
| 5.  **Account Receivables (Pre and Post Petition)** | N/A | | |
| 6.  **Post-Petition Liabilities** | 0 | | |
| 7.  **Past Due Post-Petition Account Payables (over 30 days)** | N/A | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9.  Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___;          U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date: _4-24-14_                              _Wendi Thomas_
                                             Responsible Individual

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts

Primary account number: ███████8984 ▪ February 15, 2014 - March 14, 2014 ▪ Page 1 of 7

V INT





DCDG11DTH1 001840

ANTHONY G THOMAS
7725 PEAVINE PEAK CT
RENO NV 89523-4914

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Important: The Direct Deposit Advance service will be discontinued on May 25, 2014. Please review the statement message entitled "Important: Change in terms to the Direct Deposit Advance® service" for more information.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|:---:|---|:---:|
| Online Banking | ✓ | Direct Deposit | |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | |

 IMPORTANT ACCOUNT INFORMATION

**Important: Change in terms to the Direct Deposit Advance® service for all accounts opened prior to February 1st, 2014.**

(Note: This change does not impact your Direct Deposit, which is the electronic deposit of your paycheck or other recurring income.)

- Effective May 24, 2014, no new advances will be allowed on the Direct Deposit Advance service. The service will be discontinued after that date.
- Any accounts with outstanding advances as of May 25, 2014 will be placed into an extended repayment plan. Under the extended repayment plan, payments will be made in increments of $150 from each qualified repayment deposit until August 10, 2014.
- After August 10, any remaining balance will be paid in full from the next qualified repayment deposit or from the linked checking account if no qualified repayment deposit is received prior to August 29, 2014.
- The daily expenses buffer will not apply during the extended repayment plan.
- The terms of the extended repayment plan will apply to any accounts in Payment Plan prior to May 25, 2014.
- If you use the Payment by Mail repayment method, your account will not be placed into the extended repayment plan. Your full outstanding balance will be due as it is today.

Primary account number: ■■■■8984 ▪ February 15, 2014 - March 14, 2014 ▪ Page 2 of 7





---

**All other terms of the Agreement remain unchanged.**

Reminder: If your account is in the Automatic Deduction repayment method and more than 35 days passes between qualified repayment deposits, we will pay the full remaining amount from your checking account. Please watch for additional information on your account statement, in the mail, or through email (if applicable) for further updates.

If your account type is excluded from use of the Direct Deposit Advance service or your account was opened in a state where the service is not available, that has not changed, and the discontinuation of the service will not affect you. If you have any questions or need more information, please visit wellsfargo.com/checking/direct-deposit-advance. Or you can call the Wells Fargo Phone Bank at the number listed on the front of your statement.

---

We want to let you know about an important upcoming change.

Effective April 7, 2014, the fee for depositing international items, such as foreign checks, drafts and money orders drawn on banks located outside the United States will be $5. This fee will be charged per item and will apply whether the international item is in a foreign currency or U.S. dollars. Please note that international item fees do not apply to deposits of U.S. dollar items that are drawn on U.S. banks.

If you have questions, please contact your local banker, or call the phone number listed at the top of your statement.

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Complete Advantage® Checking | 2 | ■■■8984 | 844.74 | 0.77 |
| Wells Fargo Opportunity Checking℠ | 4 | ■■■8437 | 0.00 | 43.83 |
| Wells Fargo Money Market Savings℠ | 5 | ■■■0555 | 152.26 | 0.00 |
| | | **Total deposit accounts** | **$997.00** | **$44.60** |

## Complete Advantage® Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 2/15 | $844.74 |
| Deposits/Additions | 10,213.27 |
| Withdrawals/Subtractions | - 11,057.24 |
| **Ending balance on 3/14** | **$0.77** |

Account number: ■■■8984

**ANTHONY G THOMAS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ■■■2882

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- ▪ Savings - ■■■■0555





WELLS
FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,412.20 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.03 |
| Total interest paid in 2013 | $0.12 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/18 | | Check Crd Purchase 02/13 Barnes & Noble #29 Reno NV 434256xxxxxx8448 284044830405294 ?McC=5942 | | 37.67 | |
| 2/18 | | Check Crd Purchase 02/14 Papa John's #03052 775-787-2999 NV 434256xxxxxx8448 304045062541409 ?McC=5814 | | 25.70 | |
| 2/18 | | POS Purchase - 02/15 Mach ID 000000 Wal Mart 3254 Reno NV 8448 00000000943122981 ?McC=5411 | | 56.13 | |
| 2/18 | | Check Crd Purchase 02/16 Century Theatres 4 Reno NV 434256xxxxxx8448 464047834580606 ?McC=7832 | | 49.75 | |
| 2/18 | | POS Purchase - 02/17 Mach ID 000000 Raley S 105 Reno NV 8448 00464049042372148 ?McC=5411 | | 77.31 | 598.18 |
| 2/19 | | POS Purchase - 02/19 Mach ID 000000 Wal Mart Super Center Reno NV 8448 00000000047872344 ?McC=5411 | | 56.82 | 541.36 |
| 2/20 | | POS Purchase - 02/20 Mach ID 000000 Safeway Store 1210 Reno NV 8448 00384051806914577 ?McC=5411 | | 8.94 | 532.42 |
| 2/21 | | POS Purchase - 02/21 Mach ID 000000 Mill End Fabrics Inc Reno NV 8448 00000000241979563 ?McC=5949 | | 36.55 | |
| 2/21 | | POS Purchase - 02/21 Mach ID 000000 Dollar Tree 02751 105 Reno NV 8448 00000000644761835 ?McC=5331 | | 11.85 | |
| 2/21 | | POS Purchase - 02/21 Mach ID 000000 Wal Mart 3254 Reno NV 8448 00000000354392210 ?McC=5411 | | 75.72 | 408.30 |
| 2/24 | | Check Crd Purchase 02/21 Qdoba #305 Reno NV 434256xxxxxx8448 384052681287914 ?McC=5814 | | 10.63 | |
| 2/24 | | POS Purchase - 02/24 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 8448 00464056009479839 ?McC=5411 | | 40.21 | 357.46 |
| 2/25 | | POS Purchase - 02/25 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 8448 00304056851609506 ?McC=5411 | | 24.88 | 332.58 |
| 2/26 | | POS Purchase - 02/26 Mach ID 000000 Raley S 105 Reno NV 8448 00464057738084531 ?McC=5411 | | 41.67 | 290.91 |
| 2/27 | | Deposit Made In A Branch/Store | 10,000.00 | | 10,290.91 |
| 2/28 | | Check Crd Purchase 02/27 Capital Insurance 831-233-5500 CA 434256xxxxxx8448 304058233190114 ?McC=6300 | | 39.00 | |
| 2/28 | | Recurring Transfer to Thomas A Savings Ref #Ope8Dw7Gnr xxxxxx0555 | | 75.00 | |
| 2/28 | | POS Purchase - 02/28 Mach ID 000000 Raley S 105 Reno NV 8448 00304060024523006 ?McC=5411 | | 58.67 | |
| 2/28 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 5,118.24 |
| 3/3 | | Check Crd Purchase 03/01 Papa John's #03052 775-787-2999 NV 434256xxxxxx8448 584060007442480 ?McC=5814 | | 23.55 | |
| 3/3 | | POS Purchase - 03/02 Mach ID 000000 Fred Meyer Fred Meyer Kennewick WA 8448 00384062196474781 ?McC=5411 | | 30.63 | |
| 3/3 | | Sierra Pacific P Sppc Pymt 01468569 600701 Wendi Thomas | | 401.06 | 4,663.00 |
| 3/4 | | Check Crd Purchase 03/02 Dish Network-One T 800-894-9131 CO 434256xxxxxx8448 464060648477022 ?McC=4899 | | 116.54 | |
| 3/4 | | Withdrawal Made In A Branch/Store | | 3,733.43 | 813.03 |
| 3/5 | | Check Crd Purchase 03/03 Cricket Debt - Sol 503-3530400 OR 434256xxxxxx8448 284062697647520 ?McC=8299 121042882DA | | 36.00 | |

DCDG110TH1 001840 NNNNNNNNNN NNN NNN 002 004 114 010421 10823657 1 1

Primary account number: ████8984 ▣ February 15, 2014 - March 14, 2014 ▣ Page 4 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|--------|
| 3/5 | | POS Purchase - 03/05 Mach ID 000000 Dollar Tree 02751 105 Reno NV 8448 00000000844482747 ?McC=5331 | | 25.31 | |
| 3/5 | | POS Purchase - 03/05 Mach ID 000000 Savemart 555 Reno NV Reno NV 8448 00384065009761845 ?McC=5411 | | 49.22 | |
| 3/5 | | POS Purchase - 03/05 Mach ID 000000 Raley S 105 Reno NV 8448 00304065026656874 ?McC=5411 | | 51.67 | |
| 3/5 | | Kohl's Dept Strs Chg Pymt 140304 043000094204768 Thomas Wendi | | 42.00 | 608.83 |
| 3/7 | | Deposit Made In A Branch/Store | 186.00 | | 794.83 |
| 3/10 | | Withdrawal Made In A Branch/Store | | 50.00 | |
| 3/10 | | Withdrawal Made In A Branch/Store | | 543.83 | 201.00 |
| 3/11 | | Check Crd Purchase 03/07 Gsusa 212-852-5048 NY 434256xxxxxx8448 464065715454309 ?McC=8398 121042882DA | | 15.00 | 186.00 |
| 3/12 | | Withdrawal Made In A Branch/Store | | 200.00 | |
| 3/12 | | Overdraft Protection From 6428260555 | 25.00 | | |
| 3/12 | | Overdraft Transfer Fee | | 12.50 | -1.50 |
| 3/13 | | Overdraft Protection From 6428260555 | 2.26 | | 0.76 |
| 3/14 | | Interest Payment | 0.01 | | 0.77 |
| **Ending balance on 3/14** | | | | | **0.77** |
| **Totals** | | | **$10,213.27** | **$11,057.24** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 **TIP** Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

 # IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---|
| Beginning balance on 3/7 | $0.00 |
| Deposits/Additions | 943.83 |
| Withdrawals/Subtractions | - 900.00 |
| **Ending balance on 3/14** | **$43.83** |

Account number: ████8437

**ANTHONY G THOMAS**
**DEBTOR IN POSESSION**
**CH 11 CASE #14-50333 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████0742



010422

Primary account number: ████████8984 ▦ February 15, 2014 - March 14, 2014 ▦ Page 5 of 7




WELLS
FARGO

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 3/7 | | Deposit Made In A Branch/Store | 543.83 | | 543.83 |
| 3/11 | | Deposit Made In A Branch/Store | 200.00 | | |
| 3/11 | | Deposit Made In A Branch/Store | 200.00 | | 943.83 |
| 3/12 | | Withdrawal Made In A Branch/Store | | 500.00 | 443.83 |
| 3/13 | | Cash eWithdrawal in Branch/Store - 6255 Sharlands Ave Reno NV 0222 | | 400.00 | 43.83 |
| Ending balance on 3/14 | | | | | 43.83 |
| **Totals** | | | **$943.83** | **$900.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/07/2014 - 03/14/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee. You have up to 90 calendar days from 03/07/2014 to complete the package requirements.

| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $43.83 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

| Monthly service fee discount(s) (applied when box is checked) | | |
|---|---|---|
| Online only statements ($2.00 discount) | ☐ | |

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JU/JL

# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Beginning balance on 2/15 | $152.26 |
| Deposits/Additions | 75.00 |
| Withdrawals/Subtractions | - 227.26 |
| **Ending balance on 3/14** | **$0.00** |

Account number: ████████0555

**ANTHONY G THOMAS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████2882

Primary account number: ████████8984 ▣ February 15, 2014 - March 14, 2014 ▣ Page 6 of 7



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $82.45 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |
| Total interest paid in 2013 | $0.05 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/28 | Recurring Transfer From Thomas A Complete Advantage(Rm) Ref #Ope8Dw7Gnr xxxxxx8984 | 75.00 | | |
| 2/28 | Cash eWithdrawal in Branch/Store - 6255 Sharlands Ave Reno NV 5407 | | 200.00 | 27.26 |
| 3/13 | ✱ Overdraft Protection to ████████8984 | | 25.00 | 2.26 |
| 3/14 | ✱ Overdraft Protection to ████████8984 | | 2.26 | 0.00 |
| **Ending balance on 3/14** | | | | **0.00** |
| **Totals** | | **$75.00** | **$227.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✱ *Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to welisfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/15/2014 - 03/14/2014 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $3,500.00 | $0.00 | ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $75.00 | $75.00 | ☑ |

ES/ES





Primary account number: ████8984 ▪ February 15, 2014 - March 14, 2014 ▪ Page 7 of 7



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total in the column to the right.**

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

                                              + $ _____

**C**  Add **A** and **B** to calculate the subtotal.    = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total in the column to the right.**

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

                                              - $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

▪ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved.  NMLSR ID 399801        Member FDIC.

DCDG11DTH1 001840 NNNNNNNNN NNN NNN 004 004  114 010425  1082365Z.1.1

# Wells Fargo Combined Statement of Accounts

Primary account number: ████8984 ▪ March 15, 2014 - April 14, 2014 ▪ Page 1 of 5



DCDG11DTLP  013906

ANTHONY G THOMAS
7725 PEAVINE PEAK CT
RENO NV 89523-4914

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Complete Advantage® Checking | 2 | ████8984 | 0.77 | 0.00 |
| Wells Fargo Opportunity Checking™ | 3 | ████8437 | 43.83 | 0.00 |
| Wells Fargo Money Market Savings℠ | 4 | ████0555 | 0.00 | 0.00 |
| **Total deposit accounts** | | | **$44.60** | **$0.00** |

DCDG11DTLP 013906 NNNNNNNNN NNN 001 003  114 08915I  108491431.2

Primary account number: ████████8984 ▪ March 15, 2014 - April 14, 2014 ▪ Page 2 of 5



WELLS
FARGO

## Complete Advantage® Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 3/15 | $0.77 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.77 |
| **Ending balance on 4/14** | **$0.00** |

Account number: ████████8984

**ANTHONY G THOMAS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.32 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/31 | | Transfer IN Branch/Store - From Anthony G Thomas DDA xxxxxx8984 401 Keystone Ave Reno NV | | 0.77 | 0.00 |
| **Ending balance on 4/14** | | | | | **0.00** |
| **Totals** | | | **$0.00** | **$0.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 **TIP** Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

## ✓ IMPORTANT ACCOUNT INFORMATION



**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**

Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

Primary account number: ●●●●●●8984 ▦ March 15, 2014 - April 14, 2014 ▦ Page 3 of 5



WELLS FARGO

# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---|
| Beginning balance on 3/15 | $43.83 |
| Deposits/Additions | 0.77 |
| Withdrawals/Subtractions | - 44.60 |
| **Ending balance on 4/14** | **$0.00** |

Account number: ●●●●●8437

**ANTHONY G THOMAS**
**DEBTOR IN POSESSION**
**CH 11 CASE #14-50333 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ●●●●●0742

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | Transfer IN Branch/Store - to Anthony G Thomas DDA xxxxxx8437 401 Keystone Ave Reno NV | 0.77 | | |
| 3/28 | | Transfer IN Branch/Store - From Anthony G Thomas DDA xxxxxx8437 401 Keystone Ave Reno NV | | 44.60 | 0.00 |
| **Ending balance on 4/14** | | | | | **0.00** |
| **Totals** | | | **$0.77** | **$44.60** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/15/2014 - 04/14/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee. You have up to 90 calendar days from 03/07/2014 to complete the package requirements.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period | |
|---|---|---|---|
| 1) Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $2,000.00 | $0.00 | ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 | ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 | ☐ |
| 2) Complete the package requirements | | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | | ☐ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements ($2.00 discount)                            ☐

*includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JUJL

DCDG11DTLP 013906 NNNNNNNNNN NNN NNN 002 003 114 088153 1084914I3.1.2

Primary account number: ████8984 ▪ March 15, 2014 - April 14, 2014 ▪ Page 4 of 5



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Beginning balance on 3/15 | $0.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Closing balance on 3/28** | **$0.00** |

Account number: ████0555

**ANTHONY G THOMAS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████2882

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |





Primary account number: ███████3984 ▪ March 15, 2014 - April 14, 2014 ▪ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** **Add A and B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

▪ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

 Member FDIC.

DCDG11DTLP 013906 NNNNNNNNNN NNN NNN 003 003  114 0881SS  108491143.1.2

# Wells Fargo Way2Save® Checking

Account number:  ████4981  ■  March 28, 2014 - April 4, 2014  ■  Page 1 of 4



ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE# 14-50333 (NV)
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/28 | $0.00 |
| Deposits/Additions | 2,220.62 |
| Withdrawals/Subtractions | - 243.93 |
| **Ending balance on 4/4** | **$1,976.69** |

Account number:  ████4981

ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE# 14-50333 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ████0742

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■   Savings -  ████████0078

Account number:  ■■■■■4981   ■ March 28, 2014 - April 4, 2014   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|--------------|-----------|
| 3/28 | | Transfer IN Branch/Store - to Anthony G Thomas DDA xxxxxx4981 401 Keystone Ave Reno NV | 44.60 | | |
| 3/28 | | Deposit Made In A Branch/Store | 25.00 | | 69.60 |
| 3/31 | | Recurring Transfer to Thomas A Way2Save Savings Ref #Opek4Bzlrt xxxxxx0078 | | 25.00 | 44.60 |
| 4/2 | | Deposit Made In A Branch/Store | 2,151.02 | | 2,195.62 |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Ross Stores 855 Reno NV 3910 00000000003319107 ?McC=5310 | | 6.45 | |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Wal Mart 3254 Reno NV 3910 00000000850335173 ?McC=5411 | | 149.09 | |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Raley S 105 Reno NV 3910 00584093726356913 ?McC=5411 | | 22.99 | 2,017.09 |
| 4/4 | | POS Purchase - 04/04 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 3910 00304094861501854 ?McC=5411 | | 40.40 | 1,976.69 |
| **Ending balance on 4/4** | | | | | **1,976.69** |
| **Totals** | | | **$2,220.62** | **$243.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/28/2014 - 04/04/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $44.60 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 4 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 3 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $300.00 | $0.00 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements ($2.00 discount)  ☑

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JC/JC

☐   Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.



 # IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**

Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

Account number: ███████4981 ■ March 28, 2014 - April 4, 2014 ■ Page 4 of 4



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.                       $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** $ |        | ▶ + $ _____

**C** Add **A** and **B** to calculate the subtotal.      = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** $        |        | ▶ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.      = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance®  service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801                Member FDIC.

# Wells Fargo Way2Save® Savings

Account number: ⬛⬛⬛0078  ■  March 28, 2014 - March 31, 2014  ■  Page 1 of 4



ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE #14-50333 (NV)
7725 PEAVINE PEAK CT
RENO NV 89523-4914

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
      P.O. Box 6995
      Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

 IMPORTANT ACCOUNT INFORMATION

We want to let you know about an important upcoming change.

Effective April 7, 2014, the fee for depositing international items, such as foreign checks, drafts and money orders drawn on banks located outside the United States will be $5. This fee will be charged per item and will apply whether the international item is in a foreign currency or U.S. dollars. Please note that international item fees do not apply to deposits of U.S. dollar items that are drawn on U.S. banks.

If you have questions, please contact your local banker, or call the phone number listed at the top of your statement.

## Activity summary

| | |
|---|---:|
| Beginning balance on 3/28 | $0.00 |
| Deposits/Additions | 25.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/31** | **$25.00** |

Account number: ⬛⬛⬛0078
**ANTHONY G THOMAS**
**WENDI L THOMAS**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14-50333 (NV)**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): ⬛⬛⬛0742

(825)
Sheet Seq = 0039027
Sheet 00001 of  00002

Account number: ███████0078 ▪ March 28, 2014 - March 31, 2014 ▪ Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $6.25 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2013 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 3/31 | Recurring Transfer From Thomas A Way2Save Checking Ref #Opek4Bzlrt xxxxxx4981 | 25.00 | | 25.00 |
| **Ending balance on 3/31** | | | | **25.00** |
| **Totals** | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/28/2014 - 03/31/2014 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.00 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $25.00 ☑ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

☐ Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

### Considering buying your first or next home?

Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.



 # IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**

Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

Account number: ■■■■■0078   ■ March 28, 2014 - March 31, 2014   ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.        $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

                                              + $ _____

**C** Add **A** and **B** to calculate the subtotal.      = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

                                              - $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                              = $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    3. Tell us the dollar amount of the suspected error.

    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about your Direct Deposit Advance® service**

    If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

    In your letter, give us the following information:

    1. Your name and account number
    2. The dollar amount of the suspected error
    3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

    You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801            Member FDIC.