1 Name of Attorney Wayne A. Silver
2 Bar Number CA 108135
3 City Sunnyvale
4 State CA
5 Phone # (408) 720-7007
6 E-mail address w_silver@sbcglobal.net
7
8       UNITED STATES BANKRUPTCY COURT
              DISTRICT OF NEVADA
9
10 In re: Anthony Thomas and Wendi Thomas;      )   Bankruptcy No. BK-N-14-50333-BTB
    AT Emerald, LLC                             )
11  [Jointly Administered]                      )   Chapter No. 11
                                                )
12          Plaintiff                           )   VERIFIED PETITION FOR
                                                )   PERMISSION TO PRACTICE
13          vs.                                 )   IN THIS CASE ONLY BY
                                                )   ATTORNEY NOT ADMITTED
14                                              )   TO THE BAR OF THIS COURT
                                                )
15                                              )
            Defendant(s)                        )   EFFECTIVE NOVEMBER 1, 2011
16 _____)           FILING FEE IS $200.00

17
18          Wayne A. Silver                          , Petitioner, respectfully represents to the Court:
19
20      1.      That Petitioner resides in  Sunnyvale         ,   CA          .
21                                              (City)            (State)
22      2.      That Petitioner is an attorney at law and a member of the law firm of _____
            Law Office of Wayne A. Silver                                            with offices at
23
            333 W. El Camino Real, Suite 310
24          _____,
                            (street address)
25          Sunnyvale, CA          ,   94087      ,   (408) 720-7007                    .
               (city)                 (zip code)        (area code + telephone number)
26      3.      That Petitioner has been retained personally or as a member of the law firm by
27          [signature]
            Kenmark, LLC                                 to provide legal representation in connection with
28              [client(s)]
            the above-entitled case now pending before this Court.

4. That since 1983 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of CA (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| California Supreme Court | 6/3/83 |
| US Dist Ct., ND Cal. | 6/3/83 |
| Ninth Circuit Court of Appeals | 8/11/87 |
| Northern District of TX | 7/6/93 |
| US Supreme Court | 4/24/2006 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:
Santa Clara County

_____

_____

9. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3  DATED: May 21, 2014

_____
Petitioner's Signature

4  STATE OF CA  )
5  COUNTY OF Santa Clara  )

7  Wayne A. Silver, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

_____
Petitioner's Signature

10  (SEAL)
11  Subscribed and sworn to before me this
12  21st day of MAY, 2014.

_____
Notary public

PAUL J. KIEFER
COMM. # 2022369
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES MAY 19, 2017

4