ELECTRONICALLY

MAY 3 0 2014

FILED

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re: Anthony Thomas and Wendi Thomas

Case No. _14-50333-BTB_

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _04/30/14_    PETITION DATE: _03-04-14_

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in _$1_

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $20,650 | $20,650 | $20,650 |
| b. Total Assets | $20,650 | | |
| c. Current Liabilities | $720,000 | | $720,000 |
| d. Total Liabilities | | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $6,453.06 | | |
| b. Total Disbursements | $3,190.23 | | |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,242.83 | | |
| d. Cash Balance Beginning of Month | | | |
| e. Cash Balance End of Month (c + d) | | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | Ø N/A | | |
| 5. **Account Receivables (Pre and Post Petition)** | N/A | | |
| 6. **Post-Petition Liabilities** | N/A | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | N/A | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount and name of payee) | | ✓ |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | | ✓ |
| 14. | Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ✓; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _5/20/14_

_____
Responsible Individual

Revised 1/1/98

# Wells Fargo Way2Save® Checking



Account number: ▓▓▓▓4981 ■ March 28, 2014 - April 4, 2014 ■ Page 1 of 4

ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE# 14-50333 (NV)
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/28 | $0.00 |
| Deposits/Additions | 2,220.62 |
| Withdrawals/Subtractions | - 243.93 |
| **Ending balance on 4/4** | **$1,976.69** |

Account number: ▓▓▓▓4981

ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE# 14-50333 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓0742

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - ▓▓▓▓▓▓0078

(825)
Sheet Seq = 0007694
Sheet 00001 of 00002

Account number: ████4981 ■ March 28, 2014 - April 4, 2014 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|------------|---------|
| 3/28 | | Transfer IN Branch/Store - to Anthony G Thomas DDA xxxxxx4981 401 Keystone Ave Reno NV | 44.60 | | |
| 3/28 | | Deposit Made In A Branch/Store | 25.00 | | 69.60 |
| 3/31 | | Recurring Transfer to Thomas A Way2Save Savings Ref #Opek4Bzlrt xxxxxx0078 | | 25.00 | 44.60 |
| 4/2 | | Deposit Made In A Branch/Store | 2,151.02 | | 2,195.62 |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Ross Stores 855 Reno NV 3910 00000000030319107 ?McC=5310 | | 6.45 | |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Wal Mart 3254 Reno NV 3910 00000000850335173 ?McC=5411 | | 149.09 | |
| 4/3 | | POS Purchase - 04/03 Mach ID 000000 Raley S 105 Reno NV 3910 00584093726356913 ?McC=5411 | | 22.99 | 2,017.09 |
| 4/4 | | POS Purchase - 04/04 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 3910 00304094861501854 ?McC=5411 | | 40.40 | 1,976.69 |
| **Ending balance on 4/4** | | | | | 1,976.69 |
| **Totals** | | | **$2,220.62** | **$243.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/28/2014 - 04/04/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $44.60 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 4 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 3 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $300.00 | $0.00 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

**Monthly service fee discount(s) *(applied when box is checked)***

Online only statements ($2.00 discount) ☑

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JC/JC

Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

Account number: ████4981   ■   March 28, 2014 - April 4, 2014   ■   Page 3 of 4



 **IMPORTANT ACCOUNT INFORMATION**

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

Account number: ████4981 ■ March 28, 2014 - April 4, 2014 ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.   $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $ | |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $ | |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC. ⌂ EQUAL HOUSING LENDER

# Wells Fargo Way2Save® Checking

Account number:  ▉▉▉▉4981  ■  April 5, 2014 - May 6, 2014  ■  Page 1 of 6



ANTHONY G THOMAS
WENDI L THOMAS
DEBTOR IN POSSESSION
CH 11 CASE# 14-50333 (NV)
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help
guide you through the process.

## Activity summary

| | |
|---|---|
| Beginning balance on 4/5 | $1,976.69 |
| Deposits/Additions | 4,331.39 |
| Withdrawals/Subtractions | - 6,132.26 |
| **Ending balance on 5/6** | **$175.82** |

Account number:  ▉▉▉4981

**ANTHONY G THOMAS**
**WENDI L THOMAS**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 14-50333 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ▉▉▉0742

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■  Savings -  ▉▉▉▉▉▉0078

(825)
Sheet Seq = 0009227
Sheet 00001 of 00004

Account number: ▓▓▓▓4981  ■  April 5, 2014 - May 6, 2014  ■  Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/7 | | Check Crd Purchase 04/03 Justice #0893 Reno NV 434257xxxxxx3910 284093671647710 ?McC=5641 | | 18.72 | |
| 4/7 | | Check Crd Purchase 04/04 Papa John's #03052 775-790-6383 NV 434257xxxxxx3910 304093760001556 ?McC=5814 | | 27.78 | |
| 4/7 | | POS Purchase - 04/06 Mach ID 000000 Wal Mart 3254 Reno NV 3910 0000000740524329 ?McC=5411 | | 126.09 | |
| 4/7 | | Check Crd Purchase 04/06 Burger ME Reno NV 434257xxxxxx3910 464096834026512 ?McC=5812 | | 25.51 | 1,778.59 |
| 4/8 | | Check Crd Purchase 04/07 Speedpay Re: Truck 800-252-9638 NY 434257xxxxxx3910 284097592529969 ?McC=4900 | | 2.50 | |
| 4/8 | | Check Crd Purchase 04/07 Truckee Meadows WT 800-252-9638 NY 434257xxxxxx3910 004097592511872 ?McC=4900 | | 87.00 | |
| 4/8 | | Check Crd Purchase 04/07 Capital Insurance 831-233-5500 CA 434257xxxxxx3910 384097620758674 ?McC=6300 | | 39.00 | |
| 4/8 | | POS Purchase - 04/08 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 3910 0058409884211264 ?McC=5411 | | 35.43 | 1,614.66 |
| 4/9 | | Check Crd Purchase 04/08 Sierra Power 800-331-3103 NV 434257xxxxxx3910 384097605775913 ?McC=4900 | | 178.26 | |
| 4/9 | | POS Purchase - 04/09 Mach ID 000000 Lowe S 321 Reno NV 3910 0030409785697211 ?McC=5200 | | 15.30 | 1,421.10 |
| 4/10 | | Check Crd Purchase 04/09 Panda Express #776 Reno NV 434257xxxxxx3910 464099792122514 ?McC=5814 | | 23.20 | |
| 4/10 | | POS Purchase - 04/09 Mach ID 000000 Target T1363 Target T1 Reno NV 3910 00384100049463281 ?McC=5411 | | 23.78 | 1,374.12 |
| 4/11 | | Danny Thomas Par Direct Dep 140411 450020511471F6L Thomas,Anthony G | 2,151.02 | | |
| 4/11 | | POS Purchase - 04/11 Mach ID 000000 Savemart 555 Reno NV Reno NV 3910 0046410201666762 ?McC=5411 | | 14.33 | 3,510.81 |
| 4/14 | | POS Purchase - 04/11 Mach ID 000000 Wal Mart Super Center Reno NV 3910 00000000654792944 ?McC=5411 | | 138.97 | |
| 4/14 | | POS Purchase - 04/11 Mach ID 000000 Raley S 105 Reno NV 3910 0058410208317491 7 ?McC=5411 | | 62.53 | |
| 4/14 | | POS Purchase - 04/14 Mach ID 000000 Wal Mart Super Center Reno NV 3910 00000000251824677 ?McC=5411 | | 89.76 | 3,219.55 |
| 4/15 | | POS Purchase - 04/15 Mach ID 000000 Safeway Store 1210 Reno NV 3910 0058410558126119 7 ?McC=5411 | | 64.52 | |
| 4/15 | | POS Purchase - 04/15 Mach ID 000000 Wal Mart 3254 Reno NV 3910 00000000354627259 ?McC=5411 | | 80.41 | 3,074.62 |
| 4/16 | | POS Purchase - 04/16 Mach ID 000000 Wal Mart 3254 Reno NV 3910 00000000554413366 ?McC=5411 | | 40.29 | |
| 4/16 | | POS Purchase - 04/16 Mach ID 000000 Savemart 555 Reno NV Reno NV 3910 0058410701742945 2 ?McC=5411 | | 10.67 | 3,023.66 |
| 4/17 | | POS Purchase - 04/16 Mach ID 000000 Safeway Store 1210 Reno NV 3910 00384107036798357 ?McC=5411 | | 22.69 | |
| 4/17 | | POS Purchase - 04/17 Mach ID 000000 Dollar Tree 02751 105 Reno NV 3910 00000000552295477 ?McC=5411 | | 24.78 | 2,976.19 |
| 4/18 | | Check Crd Purchase 04/16 Steak N Shake 7701 Reno NV 434257xxxxxx3910 004106813870084 ?McC=5814 | | 33.12 | |
| 4/18 | | POS Purchase - 04/18 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 3910 0030410881940658 3 ?McC=5411 | | 62.95 | 2,880.12 |
| 4/21 | | POS Purchase - 04/19 Mach ID 000000 Wal Mart 3254 Reno NV 3910 00000000246943091 ?McC=5411 | | 54.59 | |
| 4/21 | | POS Purchase - 04/19 Mach ID 000000 Savemart 555 Reno NV Reno NV 3910 0058411020785655 8 ?McC=5411 | | 25.67 | |
| 4/21 | | POS Purchase - 04/21 Mach ID 000000 Ross Stores 855 Reno NV 3910 00000000549838006 ?McC=5310 | | 36.59 | 2,763.27 |
| 4/22 | | Check Crd Purchase 04/21 Kohl's #1172 Reno NV 434257xxxxxx3910 284111622763966 ?McC=5311 | | 94.79 | |
| 4/22 | | POS Purchase - 04/22 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 3910 0046411260316784 5 ?McC=5411 | | 97.27 | 2,571.21 |

Account number: ████7981  ■  April 5, 2014 - May 6, 2014  ■  Page 3 of 6



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/25 | | Danny Thomas Par Direct Dep 140425 655046659438F6L Thomas,Anthony G | 2,151.02 | | |
| 4/25 | | POS Purchase - 04/24 Mach ID 000000 Raley S 105 Reno NV 3910 00584115173141342 ?McC=5411 | | 117.77 | 4,604.46 |
| 4/28 | | Check Crd Purchase 04/24 Wendy's Reno NV 434257xxxxxx3910 004114811541445 ?McC=5814 | | 30.73 | |
| 4/28 | | POS Purchase - 04/26 Mach ID 000000 Wal Mart Super Center Reno NV 3910 00000000149393109 ?McC=5411 | | 121.36 | |
| 4/28 | | Check Crd Purchase 04/26 Barnes & Noble #29 Reno NV 434257xxxxxx3910 284117096301874 ?McC=5814 | | 9.80 | |
| 4/28 | | Check Crd Purchase 04/26 Barnes & Noble #29 Reno NV 434257xxxxxx3910 084117133970112 ?McC=5942 | | 12.93 | |
| 4/28 | | POS Purchase - 04/26 Mach ID 000000 Aisle 1 155 Reno NV 3910 00384117145562133 ?McC=5411 | | 116.97 | |
| 4/28 | | ATM Withdrawal - 04/27 Mach ID 9965x 6255 E. Sharlands Dr Reno NV 3928 0006860 | | 100.00 | |
| 4/28 | | POS Purchase - 04/27 Mach ID 000000 Staples Inc Reno NV 3928 00384117851312239 ?McC=5943 | | 32.30 | |
| 4/28 | | POS Purchase - 04/27 Mach ID 000000 Oreilly Auto Parts 286 Reno NV 3928 00000000347695345 ?McC=5533 | | 5.59 | |
| 4/28 | | Check Crd Purchase 04/27 Aisle 1 #155 Reno NV 434257xxxxxx3928 464117835963262 ?McC=7542 | | 7.00 | |
| 4/28 | | POS Purchase - 04/28 Mach ID 000000 USPS 3172870630 Reno NV 3910 00000000946042747 ?McC=9402 | | 41.25 | 4,126.53 |
| 4/29 | | POS Purchase - 04/29 Mach ID 000000 Ross Stores 855 Reno NV 3910 00000000953839588 ?McC=5310 | | 10.68 | |
| 4/29 | | POS Purchase - 04/29 Mach ID 000000 Raley S 105 Reno NV 3910 00464119782232983 ?McC=5411 | | 91.65 | 4,024.20 |
| 4/30 | | Check Crd Purchase 04/29 Capital Insurance 831-233-5500 CA 434257xxxxxx3910 304119638634310 ?McC=6300 | | 232.00 | |
| 4/30 | | Check Crd Purchase 04/29 Capital Insurance 831-233-5500 CA 434257xxxxxx3910 384119642460051 ?McC=6300 | | 27.00 | |
| 4/30 | | Recurring Transfer to Thomas A Way2Save Savings Ref #Opexpt2N52 xxxxxx0078 | | 25.00 | |
| 4/30 | | POS Purchase - 04/30 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 3910 00584120704462637 ?McC=5912 | | 27.45 | |
| 4/30 | | POS Purchase - 04/30 Mach ID 000000 Dollar Tree 4074 1130 Reno NV 3910 00000000352422034 ?McC=5411 | | 11.85 | |
| 4/30 | | State Farm Ro 08 Cpc-Client 12 S 1111114812 Anthony Thomas | | 356.89 | |
| 4/30 | | Truckee Meadows Water Auth 140429 000000496161561 Thomas, Wendi | | 36.66 | 3,307.35 |
| 5/1 | | POS Purchase - 04/30 Mach ID 000000 Raley S 105 Reno NV 3910 00464121076827639 ?McC=5411 | | 68.97 | |
| 5/1 | | POS Purchase - 05/01 Mach ID 000000 Jacksons Food S Reno NV 3910 00000000534563572 ?McC=5541 | | 9.95 | |
| 5/1 | | POS Purchase - 05/01 Mach ID 000000 Raley S 105 Reno NV 3910 00464122025559312 ?McC=5411 | | 38.54 | |
| 5/1 | | Sierra Pacific P Sppc Pymt 01468569 600701 Wendi Thomas | | 166.93 | 3,022.96 |
| 5/2 | | Check Crd Purchase 04/30 Tacos El Rey Dos Reno NV 434257xxxxxx3910 164120678113550 ?McC=5812 | | 7.81 | |
| 5/2 | | Check Crd Purchase 04/30 Steak N Shake 7701 Reno NV 434257xxxxxx3910 164120813176677 ?McC=5814 | | 30.12 | |
| 5/2 | | POS Purchase - 05/02 Mach ID 000000 Whole Foods Mark 6139 Reno NV 3910 00584122683902835 ?McC=5411 | | 27.16 | 2,957.87 |
| 5/5 | | Check Crd Pur Rtrn 05/03 Oreilly Auto 0003 Saratoga CA 434257xxxxxx3928 614125551593112 ?McC=5533 | 29.35 | | |
| 5/5 | | POS Purchase - 05/03 Mach ID 000000 Jiffy Lube 2544 Reno NV 3910 00304123628772048 ?McC=7538 | | 35.83 | |
| 5/5 | | Check Crd Purchase 05/03 Walgreens #2658 Reno NV 434257xxxxxx3910 384123733575382 ?McC=5912 | | 27.99 | |
| 5/5 | | Check Crd Purchase 05/03 U-Swirl Frozen Yog Reno NV 434257xxxxxx3910 464123738573172 ?McC=5814 | | 6.93 | |

Account number: ███████4981  ■  April 5, 2014 - May 6, 2014  ■  Page 4 of 6



WELLS
FARGO

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/5 | | POS Purchase - 05/03 Mach ID 000000 Wal Mart 3254 Reno NV 3910 0000000035646 9830 ?McC=5411 | | 35.13 | |
| 5/5 | | POS Purchase - 05/03 Mach ID 000000 Oreilly Auto Parts 346 Saratoga CA 3928 00000000956388634 ?McC=5533 | | 29.35 | |
| 5/5 | | POS Purchase - 05/05 Mach ID 000000 Savemart 555 Reno NV Reno NV 3910 00464125829800975 ?McC=5411 | | 90.38 | |
| 5/5 | 95 | Check | | 325.00 | |
| 5/5 | 96 | Check | | 325.00 | 2,111.61 |
| 5/6 | | Check Crd Purchase 05/05 Papa John's #03052 775-790-6383 NV 434257/xxxxxx3910 464124863441672 ?McC=5814 | | 30.79 | |
| 5/6 | 99 | Check | | 1,905.00 | 175.82 |
| Ending balance on 5/6 | | | | | 175.82 |
| **Totals** | | | **$4,331.39** | **$6,132.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 95 | 5/5 | 325.00 | 96 | 5/5 | 325.00 | 99 * | 5/6 | 1,905.00 |

  * *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/05/2014 - 05/06/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|------|------|------|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|------|------|------|
| 1) Have any ONE of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $175.82 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $4,302.04 ☑ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 58 ☑ |
| · Linked Wells Fargo credit card qualified purchase transaction | 3 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $300.00 | $0.00 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

**Monthly service fee discount(s)** *(applied when box is checked)*

| Online only statements ($2.00 discount) | ☑ |
|------|------|

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JC/JC

## Is your family ready for college?

If you could use some extra help planning and preparing financially for college, we can help.
Get ready for college at wellsfargomedia.com/GetCollegeReady, or schedule an appointment to speak with a local banker at wellsfargo.com/appointments.

Account number:  ████████4981  ▪  April 5, 2014 - May 6, 2014  ▪  Page 5 of 6



Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

Account number: ▓▓▓▓4981 ■ April 5, 2014 - May 6, 2014 ■ Page 6 of 6



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about your Direct Deposit Advance® service**

  If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

  In your letter, give us the following information:

  1. Your name and account number
  2. The dollar amount of the suspected error
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.