ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Attorney for Debtors
ANTHONY THOMAS,
WENDI THOMAS and
AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 2, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors,

_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**MOTION FOR EXTENSION OF DEBTORS' EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF THEIR PLANS OF REORGANIZATION**

Hearing Date: July 30, 2014
Hearing Time: 10:00 a.m.

ANTHONY THOMAS, WENDI THOMAS and AT EMERALD, LLC, Debtors above-captioned and hereinafter collectively referred to as "Debtors," by and through their undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith, respectfully represents as follows:

1.  Debtors filed their respective voluntary petitions under Chapter 11 of the United States Bankruptcy Code on March 4, 2014. The Debtors are currently operating as debtors-in-possession.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Plan & DS\Mot Ext Excl Period 053014-dlg.wpd

1    2.  The 120-day period during which the Debtors may file plans of reorganization
2 expires on June 2, 2014. By this Motion, the Debtors request a 90-day extension of their
3 exclusivity period, to and including August 31, 2014. Debtors also seek a corresponding
4 extension of the time period to obtain confirmation of proposed plans of reorganization.

5    3.  The 90-day extension of time requested herein is necessary. The Debtors are
6 in need of further time because they are awaiting the sale of their personal property, an
7 emerald with an estimated valued at over $2,000,000.00. The Debtors' plans of
8 reorganization are dependant upon the sale of the emerald. The Debtors are currently in
9 contact with potential purchasers and require further time to negotiate the sale of the emerald.
10 Accordingly, the Debtors require further time to prepare adequate information and formulate
11 plans of reorganization. The Debtors are proceeding diligently in their efforts, and believe
12 they will be able to formulate acceptable plans of reorganization within the extension of time
13 requested herein.

14    4.  The request set forth herein is Debtors' first request for an extension of time
15 in which to file plans. It is believed that an extension of 90-days to file the plans will be
16 necessary. Debtors would also request an extension of the exclusivity period to obtain
17 confirmation of their filed plans of reorganization. Section 1121(d) of the Bankruptcy Code
18 authorizes the Court to grant an extension of the exclusive time period for filing and
19 obtaining confirmation of a debtor's plan, assuming cause is shown therefor. Debtors believe
20 that cause is indicated.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Plan & DS\Mot Ext Excl Period 053014-dlg.wpd   - 2 -

WHEREFORE, Debtors respectfully request this Court enter its Order extending the 120-day exclusive time period to file their plans of reorganization, more specifically, from June 2, 2014, to and including August 31, 2014, and further that a 90-day extension also be granted for the corresponding exclusive period for obtaining confirmation of Debtors' filed plans of reorganization.

DATED this 2nd day of June, 2014.

                                                   LAW OFFICES OF ALAN R. SMITH

                                                   By: */s/ Holly E. Estes*
                                                          HOLLY E. ESTES, ESQ.
                                                          Attorney for Debtors

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Plan & DS\Mot Ext Excl Period 053014-dlg.wpd    - 3 -