ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Attorney for Debtors
ANTHONY THOMAS,
WENDI THOMAS and
AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 2, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br>Debtors,<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**NOTICE OF HEARING ON MOTION FOR EXTENSION OF DEBTORS' EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF THEIR PLANS OF REORGANIZATION**<br><br>Hearing Date:   July 30, 2014<br>Hearing Time:  10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that on June 2, 2014, Debtors, ANTHONY THOMAS, WENDI THOMAS and AT EMERALD, LLC, filed their Motion For Extension Of Debtors' Exclusive Time Periods To File And Obtain Confirmation of Their Plans of Reorganization (the "Motion,") [DE 72] by electronic filing with the United States Bankruptcy Court, District of Nevada.  The Motion requests a 90-day extension to file plans of reorganization, more specifically, from June 2, 2014, to and including August 31, 2014, and further that a 90-day extension also be granted for the corresponding exclusive period

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\Thomas\Plan & DS\NOH Mot Ext Excl Period 053014-dlg.wpd

1  for obtaining confirmation of proposed plans of reorganization.

2        **NOTICE IS FURTHER GIVEN** that any opposing memoranda to the Motion must

3  be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission

4  and Local Rule 9014(d)(1).

> ...[A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

---

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- • The court may refuse to allow you to speak at the scheduled hearing; and
- • The court may rule against you without formally calling the matter at the hearing.

---

16  Copies of the Motion may be obtained by written request from the Law Offices of Alan R.

17  Smith at the address above or may be obtained directly from the Bankruptcy Court's website

18  at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the

19  United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509,

20  during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

21        **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held

22  before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth

23  Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada on **July 30, 2014, at 10:00 a.m.**

24        DATED this 2nd day of June, 2014.

                  LAW OFFICES OF ALAN R. SMITH

                  By: */s/ Holly E. Estes*
                        HOLLY E. ESTES, ESQ.
                        Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Plan & DS\NOH Mot Ext Excl Period 053014-dlg.wpd    - 2 -