STEFANIE T. SHARP, ESQ.
Nevada Bar No. 8661
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503
Tel:   775-329-3151
Fax:   775-329-7941
E-mail: ssharp@rbsllaw.com

*Attorneys for William McGrane*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS and
WENDI THOMAS,

                          Debtors.

Case No. BK-N-14-50333-btb
Chapter 11

**NOTICE OF REFUSAL OF AMERICAN ARBITRATION ASSOCIATION TO COMPLY WITH COURT ORDER AND EX PARTE REQUEST FOR COURT TO ISSUE ORDER TO THE AMERICAN ARBITRATION ASSOCIATION TO APPEAR AND SHOW CAUSE FOR ITS FAILURE TO COMPLY WITH AN ORDER OF THIS COURT**

Hearing Date: N/A – Ex Parte
Time: N/A – Ex Parte
Set By: N/A – Ex Parte

      TO THIS HONORABLE COURT please take notice that the American Arbitration Association (AAA) has refused to obey and honor the Order Approving Stipulation For Comfort Order That Automatic Stay Does Not Apply To Litigation Filed by Debtor Anthony Thomas Pre-Petition [California State Court Litigation], Dkt. 45, (the "Order") which this Court entered in the above-entitled action on April 11, 2014.

      The Order confirms that there is no stay in effect with respect to the California State Court Action (as defined in the Order). AAA was provided with a copy of the Order and the

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

associated Stipulation For Comfort Order That Automatic Stay Does Not Apply To Litigation Filed By Debtor Anthony Thomas Pre-Petition [California State Court Litigation], Dkt. 43, executed by the undersigned as counsel for Mr. McGrane and Ms. Estes as counsel for the Debtors, Anthony Thomas and Wendi Thomas. AAA refuses to proceed with the arbitration proceeding in the California State Court Action, contending that the automatic stay precludes it from doing so. *See*, Declaration of Stefanie T. Sharp, Esq. filed in support of this application.

Therefore, the undersigned as counsel for, and on behalf of, William McGrane respectfully requests that this Court issue an Order to Show Cause to AAA ordering it to appear and so cause for its failure to honor and comply with the Order. A proposed Order to Show Cause is attached hereto as Exhibit A.

The undersigned counsel for William McGrane has also caused a copy of this notice and application and the associated supporting Declaration of Stefanie T. Sharp, Esq. to be served on AAA. *See,* Certificates of Service attached hereto and to the Declaration of Stefanie T. Sharp filed in support hereof.

DATED this 20th day of June, 2014.

        ROBISON, BELAUSTEGUI, SHARP & LOW
        A Professional Corporation
        71 Washington Street
        Reno, Nevada 89503

        By: _____/s/ Stefanie T. Sharp_____
             Stefanie T. Sharp, Esq.
             *Counsel for William McGrane*

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

**Exhibit A**
**Proposed Order to Show Cause**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

STEFANIE T. SHARP, ESQ.
Nevada Bar No. 8661
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503
Tel:   775-329-3151
Fax:   775-329-7941
E-mail: ssharp@rbsllaw.com

*Attorneys for William McGrane*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>Debtors. | Case No. BK-N-14-50333-btb<br>Chapter 11<br><br>**ORDER TO ARBITRATION<br>ASSOCIATION TO SHOW CAUSE<br>FOR ITS FAILURE TO COMPLY<br>WITH COURT ORDER**<br><br>Hearing Date: _____, 2014<br>Time: _____<br>Set By: _____ |
|---|---|

Upon the *Notice of Refusal Of American Arbitration Association To Comply With Court Order And Ex Parte Request For Court To Issue Order To The American Arbitration Association To Appear And Show Cause For Its Failure To Comply With An Order Of This Court*, Dkt. ____, and the Declaration of Stefanie T. Sharp in support thereof, Dkt. ____, filed by William McGrane by and through his counsel Robison, Belaustegui, Sharp & Low, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The American Arbitration Association ("AAA") is hereby ordered to appear and show cause for its failure to comply with the Order Approving Stipulation For Comfort Order That Automatic Stay Does Not Apply To Litigation Filed By Debtor Anthony Thomas Pre-

Petition [California State Court Litigation], Dkt. 45, (the "Order"), at _____

a.m./p.m. at the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada, 89509.

      2.     The date for filing any response to the *Notice of Refusal Of American Arbitration Association To Comply With Court Order And Ex Parte Request For Court To Issue Order To The American Arbitration Association To Appear And Show Cause For Its Failure To Comply With An Order Of This* Court shall be _____.

      3.     The date for filing any reply to any response shall be _____.

      4.     The date by which service of this Order shall be completed is _____. AAA shall be served by mail and email as follows:

<u>By Mail To:</u>
American Arbitration Association
6795 N. Palm Ave. 2nd Floor
Fresno, California 93704
Attn: Jeffrey Garcia, Vice President

<u>By Email To:</u>
Jeffrey Garcia, Vice President - JeffreyGarcia@adr.org

<u>Submitted By:</u>

ROBISON, BELAUSTEGUI, SHARP & LOW

a Professional Corporation
71 Washington Street
Reno, Nevada 89503

By:    /s/ *Stefanie T. Sharp*
          Stefanie T. Sharp
          *Counsel for William McGrane*

                                       ####

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

# CERTIFICATE OF SERVICE

I served a true and correct copy of the within **NOTICE OF REFUSAL OF AMERICAN ARBITRATION ASSOCIATION TO COMPLY WITH COURT ORDER AND EX PARTE REQUEST FOR COURT TO ISSUE ORDER TO THE AMERICAN ARBITRATION ASSOCIATION TO APPEAR AND SHOW CAUSE FOR ITS FAILURE TO COMPLY WITH AN ORDER OF THIS COURT** on June 20, 2014, by the following means to the persons as listed below:

__X__ Electronically pursuant to the Court's **ECF System** to:

KEVIN A. DARBY on behalf of Creditor FM HOLDINGS
kevin@darbylawpractice.com, alecia@darbylawpractice.com; sarah@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor MARKET LINK INC.
kevin@darbylawpractice.com, alecia@darbylawpractice.com; sarah@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor JERRY FERRARA
kevin@darbylawpractice.com, alecia@darbylawpractice.com; sarah@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor TODD ARMSTRONG
kevin@darbylawpractice.com, alecia@darbylawpractice.com; sarah@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Interested Party KIT MORRISON
kevin@darbylawpractice.com, alecia@darbylawpractice.com; sarah@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com

TIMOTHY A LUKAS on behalf of Creditor BEACH LIVING TRUST JOHN BEACH, AS TRUSTEE
ecflukast@hollandhart.com

WAYNE A. SILVER on behalf of Creditor KENMARK VENTURES, LLC
w_silver@sbcglobal.net, ws@waynesilverlaw.com

WAYNE A. SILVER on behalf of Plaintiff KENMARK VENTURES, LLC
w_silver@sbcglobal.net, ws@waynesilverlaw.com

ALAN R SMITH on behalf of Debtor AT EMERALD, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Debtor ANTHONY THOMAS
mail@asmithlaw.com

ALAN R SMITH on behalf of Jnt Admin Debtor AT EMERALD, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Joint Debtor WENDI THOMAS
mail@asmithlaw.com

AMY N. TIRRE on behalf of Creditor KENMARK VENTURES, LLC
amy@amytirrelaw.com, admin@amytirrelaw.com

AMY N. TIRRE on behalf of Plaintiff KENMARK VENTURES, LLC
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

__X__  United States Mail, postage prepared to:

American Arbitration Association
6795 N. Palm Ave. 2nd Floor
Fresno, California 93704
Attn: Jeffrey Garcia, Vice President

__X__  By Email to:
Jeffrey Garcia, Vice President - JeffreyGarcia@adr.org

DATED: June 20, 2014.

*/s/ Claudia Zaehringer*
CLAUDIA ZAEHRINGER