_____
Mary A. Schott
Clerk of Court

**Entered on Docket**
June 23, 2014

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>☒ Affects AT EMERALD, LLC<br>☐ Affects all Debtors | Case No.: BK-N-14-50333-btb<br>Chapter: 11<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-N-14-50331-btb<br>Chapter: 11<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR ORDER REQUIRING THE PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT TO APPEAR FOR EXAMINATION AND TO PERMIT INSPECTION OF TANGIBLE THINGS PURSUANT TO FED R. BANKR. P. 2004** |

This Court having reviewed the *Ex Parte Motion for an Order Requiring the Person Most Knowledgeable of the Sarasota Vault to Appear for Examination and to Permit Inspection*

6943807_1

*of Tangible Things Pursuant to Fed. R. Bankr. P. 2004* (the "Motion") submitted by John Beach ("Beach"), as trustee of the Beach Living Trust dated January 22, 1999 (the "Beach Trust"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the Person Most Knowledgeable of the Sarasota Vault shall appear for an examination under oath as to any matter permitted by Fed. R. Bankr. P. 2004, by counsel for the Beach Trust, and other interested parties who appear at **Sarasota Vault, 640 South Washington Boulevard, Suite 125, Sarasota, Florida, 34236**, on **July 10, 2014 at 9:00 a.m.** (or at such other mutually agreeable location, date and time) and continuing from day to day thereafter until completion.

**IT IS SO ORDERED.**

Respectfully Submitted By:

**HOLLAND & HART LLP**

*/s/ Joseph G. Went*
By:_____
Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada, 89134
*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

###

6943807_1