ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 23, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br>Debtors,<br><br>_____/ | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**DECLARATION OF ALAN R. SMITH IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**<br><br>Hearing Date:   OST Pending<br>Hearing Time:  OST Pending |

I, ALAN R. SMITH, hereby declare under penalty of perjury that the following assertions are true:

1. I am the court appointed general counsel for the Debtor in the above-captioned Chapter 11 case. I have personal knowledge of the facts herein stated, and if called to testify as to such facts I would and could do so competently.

2. I have caused to be filed today an Ex Parte Motion For Order Shortening Time For Notice and Hearing on Motion To Sell Assets Free And Clear Of Liens And Motion To

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Decl ARS MOST Mot Sell 062014-dlg.wpd

File Purchase And Sale Agreement Under Seal. The reason for the request to shorten time is set forth in the Ex Parte Motion, and is adopted in this Declaration.

    3.    Pursuant to the Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal, the Debtor seeks an order authorizing the immediate the sale of Debtor's asset, a 21,000 carat emerald. Ordinary notice requirements cannot be met without an order shortening time for a hearing to approve the immediate sale. Debtor requests that the motion be heard within seven days of the filing of the Motion as required by the Purchase And Sale Agreement.

DATED this 23rd day of June, 2014.

By:    */s/ Alan R. Smith*
      ALAN R. SMITH, ESQ.
      Attorney for Debtors

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Decl ARS MOST Mot Sell 062014-dlg.wpd

- 2 -