ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 23, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No.  BK-N-14-50333-BTB |
| | Case No.  BK-N-14-50331-BTB |
| ANTHONY THOMAS and | |
| WENDI THOMAS, | Chapter 11 Cases |
| | [Jointly Administered] |
| AT EMERALD, LLC, | |
| | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME** |
| Debtors. | (No Hearing Required) |
| _____/ | |

As required by the Court under Local Rule 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time for a hearing on the Debtor's **MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL** filed contemporaneously with this attorney information sheet.  They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE | DISAGREE |
|---|---|---|---|
| Nick Strozza, Esq.<br>Office of the United States Trustee | By email on<br>June 20, 2014 | | X |

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\AIS MOST Mot Sell 062014-dlg.wpd

| | | |
|---|---|---|
| Timothy A. Lukas, Esq.<br>Holland & Hart | By email on<br>June 20, 2014 | X |
| James Montoney<br>President<br>Sarasota Vault | By telephone on<br>June 20, 2014 | X |
| Wayne A. Silver, Esq. | By email on<br>June 23, 2014 | X |

**COMMENTS**:
   N/A

**ESTIMATED TIME OF HEARING**:
   15 Minutes.

**DATED** this 23rd day of June, 2014.

                                          LAW OFFICES OF ALAN R. SMITH

                                          By:   */s/ Alan R. Smith*
                                                 ALAN R. SMITH, ESQ.
                                                 Attorney for Debtors

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\AIS MOST Mot Sell 062014-dlg.wpd        - 2 -