_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2014

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*June 24, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB
Chapter 11 Cases

[Jointly Administered]

**ORDER GRANTING EX PARTE MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**

The Court having considered the Debtors' *Ex Parte* Ex Parte Motion to File Purchase and Sale Agreement Under Seal ("Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot File PSA Under Seal\Ord Mot File PSA Under Seal 062414 hee.wpd

1  PREPARED AND SUBMITTED BY:

2  LAW OFFICES OF ALAN R. SMITH

3  By:   */s/ Holly E. Estes*
      HOLLY E. ESTES, ESQ.
4     Attorney for Debtors

5                                              ###

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Mot File PSA Under Seal\Ord Mot File PSA Under Seal 062414 hee.wpd

2