_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                      BK-N-14-50333-BTB

ANTHONY THOMAS and                                              Chapter 11
WENDI THOMAS,

     Debtors.
_____/

**MINUTE ORDER**

     IT IS HEREBY ORDERED that the Ex Parte Request for Court to Issue Order to the American Arbitration Association to Appear and Show Cause for its Failure to Comply with an Order of this Court (Dkt. #78) is DENIED.

     The Court finds that the Order Approving Stipulation for Comfort Order entered on April 11, 2014 (Dkt. #45) did not require the American Arbitration Association to take any action or to hear any matter. The Order simply stated that the automatic stay of 11 U.S.C. § 362(a) and the 14 day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure do not apply to the California State Action filed by Debtor, and that the state court action may proceed.