_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2014

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*June 24, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB |
| ANTHONY THOMAS and<br>WENDI THOMAS, | Chapter 11 Cases |
| | [Jointly Administered] |
| AT EMERALD, LLC, | **ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS** |
| Debtors.<br>_____/ | Hearing Date: OST Pending<br>Hearing Time: OST Pending |

The Court having considered the Debtors' *Ex Parte* Motion For Order Shortening Time For Notice And Hearing On Debtors' Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal, and good cause appearing therefor,

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\OST MOST Mot Sell 062014-dlg.wpd

1    IT IS HEREBY ORDERED that the Motion For Order Shortening Time is granted, and the hearing to consider approval of the Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal shall be conducted on _____July 1_____, 2014 at __2:30__ p.m. Any opposition may be filed and served upon Debtors' attorney by facsimile, email or personal delivery no later than _____June 27_____, 2014. Replies may be filed and served no later than ____12:00 Noon, June 30____, 2014. Service of this Order Shortening Time For Notice And Hearing On Debtors' Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal shall be completed by _____June 24_____, 2014.

IT IS SO ORDERED

PREPARED AND SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH

By:    */s/ Holly E. Estes*
       HOLLY E. ESTES, ESQ.
       Attorney for Debtors

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\OST MOST Mot Sell 062014-dlg.wpd    - 2 -