Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the Beach Living Trust dated January 22, 1999*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-N-14-50333-btb |
|---|---|
| ANTHONY THOMAS and WENDI THOMAS | Chapter: 11 |
| | [Lead Case – Jointly Administered] |
| ☒ Affects AT EMERALD, LLC | Case No.: BK-N-14-50331-btb |
| ☐ Affects all Debtors | Chapter: 11 |
| | **NOTICE OF SUBPOENA** |

PLEASE TAKE NOTICE that on the 20th day of June, 2014, a subpoena commanding the appearance at deposition and the production of documents was issued for service on the Person Most Knowledgeable of the Sarasota Vault, a copy of which is attached hereto.

Dated this 24th day of June, 2014.

**HOLLAND & HART LLP**

*/s/ Joseph G. Went*
By:_____
Timothy A. Lukas, Esq. (4678)
Joseph G. Went, Esq. (9220)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the Beach Living Trust dated January 22, 1999*

Page 1 of 1

B 254 (Form 254 – subpoena for Rule 2004 Examination) (12/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

**In re:**

ANTHONY THOMAS and WENDI THOMAS

☒ Affects AT EMERALD, LLC
☐ Affects all Debtors

**Debtors.**

CASE NUMBER: BK-S-14-50333-BTB
BK-N-14-503331-BTB*
[Jointly Administered]

Chapter 11

*Matters pending in the United States Bankruptcy Court for the District of Nevada

## SUBPOENA FOR RULE 2004 EXAMINATION

TO:     PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

**See attached Exhibit A for listing of topics.**

| PLACE | DATE AND TIME |
|---|---|
| **640 S. Washington Blvd., Suite 125, Sarasota, Florida 34236** | **July 10, 2014**<br>**9:00 a.m.** |

The examination will be recorded by this method: Stenographical before a Notary Public or some other authorized officer

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

**See attached Exhibit B.**

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(c), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    June 20, 2014

           CLERK OF COURT
                                OR
                                               /s/ Joseph G. Went, Esq.
_____     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address and telephone number of the attorney representing (*name of party*) _____John Beach, Trustee of the Beach Living Trust dated January 22, 1999_____, who issues or requests this subpoena, are:

TIMOTHY A. LUKAS, ESQ./JOSEPH G. WENT, ESQ., Holland & Hart LLP, 9555 Hillwood Drive, Second Floor, Las Vegas, Nevada 89134, Tel: (702) 669-4600, tlukas@hollandhart.com and jgwent@hollandhart.com

**Notice to the person who isses or requests this subpeona**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4)

Case 14-50333-gs    Doc 94    Entered 06/24/14 11:38:19    Page 3 of 7

## **EXHIBIT A**

1. The storage and maintenance of the 23 kilogram black schist stone including a green crystal beryl (natural emerald) and other similar material (the "Thomas Emerald") allegedly owned by Debtor AT Emerald, LLC ("Debtor").

2. The account(s) of Debtor with the Sarasota Vault.

3. The Debtor's depository or vault agreement.

4. The full history of access to the Thomas Emerald while it has been stored at the Sarasota Vault.

5. The full history of access to any other vault maintained by Debtor at Sarasota Vault.

# **EXHIBIT B**

1. The 23 kilogram black schist stone including a green crystal beryl (natural emerald) and/or other similar material (the "Thomas Emerald") allegedly owned by the above-captioned Debtor AT Emerald, LLC ("Debtor").

2. All documents related to any accounts for Debtor.

3. Debtor's depository/vault agreement with Sarasota Vault.

4. All access logs to Debtor's vault.

5. All electronically stored information showing access to the Thomas Emerald.

6. All electronically stored information showing access to the Debtor's vault.

7. Surveillance tapes showing access to the Debtor's vault.

8. All records showing access to the Debtor's vault.

9. All account statements related to Debtor's vault or agreement with Sarasota Vault.

10. All correspondence related to Debtor's vault or agreement with Sarasota Vault.

_____
Mary A. Schott
Clerk of Court

Entered on Docket
June 23, 2014

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the
Beach Living Trust dated January 22, 1999*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>☒ Affects AT EMERALD, LLC<br>☐ Affects all Debtors | Case No.: BK-N-14-50333-btb<br>Chapter: 11<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-N-14-50331-btb<br>Chapter: 11<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR ORDER REQUIRING THE PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT TO APPEAR FOR EXAMINATION AND TO PERMIT INSPECTION OF TANGIBLE THINGS PURSUANT TO FED R. BANKR. P. 2004** |

This Court having reviewed the *Ex Parte Motion for an Order Requiring the Person Most Knowledgeable of the Sarasota Vault to Appear for Examination and to Permit Inspection*

Page 1 of 2

6943807_1

*of Tangible Things Pursuant to Fed. R. Bankr. P. 2004* (the "Motion") submitted by John Beach ("Beach"), as trustee of the Beach Living Trust dated January 22, 1999 (the "Beach Trust"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the Person Most Knowledgeable of the Sarasota Vault shall appear for an examination under oath as to any matter permitted by Fed. R. Bankr. P. 2004, by counsel for the Beach Trust, and other interested parties who appear at **Sarasota Vault, 640 South Washington Boulevard, Suite 125, Sarasota, Florida, 34236**, on **July 10, 2014 at 9:00 a.m.** (or at such other mutually agreeable location, date and time) and continuing from day to day thereafter until completion.

**IT IS SO ORDERED.**

Respectfully Submitted By:

**HOLLAND & HART LLP**

    */s/ Joseph G. Went*
By:_____
    Timothy A. Lukas, Esq.
    Nevada Bar No. 4678
    Joseph G. Went, Esq.
    Nevada Bar No. 9220
    9555 Hillwood Drive, Second Floor
    Las Vegas, Nevada, 89134
    *Attorneys for John Beach, Trustee of the*
    *Beach Living Trust dated January 22, 1999*

###

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650