1   ALAN R. SMITH, ESQ. #1449
    HOLLY E. ESTES, ESQ. #11797
2   Law Offices of Alan R. Smith
    505 Ridge Street                                    ***ELECTRONICALLY FILED***
3   Reno, Nevada  89501                                      *June 24, 2014*
    Telephone (775) 786-4579
4   Facsimile (775) 786-3066
    **Email: mail@asmithlaw.com**
5   Attorney for Debtors
    ANTHONY THOMAS and WENDI
6   THOMAS and AT EMERALD, LLC

7

8

9                   UNITED STATES BANKRUPTCY COURT

10                        DISTRICT OF NEVADA

11                           —ooOoo—

12  In Re:                              Case No.  BK-N-14-50333-BTB
                                        Case No.  BK-N-14-50331-BTB
13  ANTHONY THOMAS and
    WENDI THOMAS,                       Chapter 11 Cases

14
                                        [Jointly Administered]
15  AT EMERALD, LLC,
                                        **NOTICE OF ENTRY OF ORDER**
16                                      **GRANTING EX PARTE MOTION TO**
                                        **FILE PURCHASE AND SALE**
17                                      **AGREEMENT UNDER SEAL**

18          Debtors.

19  _____/

20          PLEASE TAKE NOTICE that the above-entitled Court entered an Order Granting Ex

21  Parte Motion To File Purchase and Sale Agreement Under Seal [DE 89] on the 24ᵗʰ day of

22  June, 2014 ("Order").  A copy of said Order is attached hereto as **Exhibit "A"** and made a

23  part hereof.

24          **DATED** this 24ᵗʰ day of June, 2014.

25                                      LAW OFFICES OF ALAN R. SMITH

26                                      By:_____*/s/ Alan R. Smith*_____
                                               ALAN R. SMITH, ESQ.
27                                             Attorney for Debtors

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579      H:\Thomas\Mot Sell (AT Emerald)\NOE Ord Mot Seal PSA 062414-rmb.wpd

1

2

3

_Bruce T Beesley_
Honorable Bruce T. Beesley
United States Bankruptcy Judge

4

**Entered on Docket**
**June 24, 2014**

5

6      ALAN R. SMITH, ESQ. #1449
7      HOLLY E. ESTES, ESQ. #11797
       Law Offices of Alan R. Smith
8      505 Ridge Street                          ***ELECTRONICALLY LODGED***
       Reno, Nevada 89501                              ***June 24, 2014***
9      Telephone (775) 786-4579
       Facsimile (775) 786-3066
10     **Email: mail@asmithlaw.com**
       Attorney for Debtors
11     ANTHONY THOMAS and WENDI
       THOMAS and AT EMERALD, LLC
12

13

14
                   UNITED STATES BANKRUPTCY COURT
15
                          DISTRICT OF NEVADA
16
                              —ooOoo—
17
       In Re:                              Case No.  BK-N-14-50333-BTB
18                                         Case No.  BK-N-14-50331-BTB
       ANTHONY THOMAS and                  Chapter 11 Cases
19     WENDI THOMAS,
                                           [Jointly Administered]
20
       AT EMERALD, LLC,                    **ORDER GRANTING EX PARTE**
21                                         **MOTION TO FILE PURCHASE AND**
                   Debtors.                **SALE AGREEMENT UNDER SEAL**
22

23     _____/

24          The Court having considered the Debtors' *Ex Parte* Ex Parte Motion to File Purchase

25     and Sale Agreement Under Seal ("Motion"), and good cause appearing therefor,

26          IT IS HEREBY ORDERED that the Motion is GRANTED.

27          IT IS SO ORDERED.

28     ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot File PSA Under Seal\Ord Mot File PSA Under Seal 062414 hee.wpd

EXHIBIT "A"

1   PREPARED AND SUBMITTED BY:

2   LAW OFFICES OF ALAN R. SMITH

3   By:_____*/s/ Holly E. Estes*_____
       HOLLY E. ESTES, ESQ.
4      Attorney for Debtors

5                         ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot File PSA Under Seal\Ord Mot File PSA Under Seal 062414 hee.wpd

2