ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 24, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS**

Hearing Date:  July 1, 2014
Hearing Time:  2:30 p.m.

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Shortening Time For Notice and Hearing On Motion To Sell Assets Free and Clear of Liens [DE 92] on the 24th day of June, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

PLEASE ALSO TAKE NOTICE that the hearing to consider approval of the Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal shall be conducted on **July 1, 2014 at 2:30 p.m.** in the United States Bankruptcy Court, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom-2, Fifth Floor, Reno, Nevada. Any opposition may be filed and served upon Debtors' attorney

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Sell (AT Emerald)\NOE OST Mot Sell 062414-rmb.wpd

1  by facsimile, email or personal delivery no later that **June 27, 2014.** Replies may be filed
2  and served no later than **12:00 Noon, on June 30, 2014.**
3      **DATED** this 24th day of June, 2014.
4                                            LAW OFFICES OF ALAN R. SMITH
5                                        By:_____*/s/ Alan R. Smith*_____
6                                               ALAN R. SMITH, ESQ.
                                             Attorney for Debtors

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Sell (AT Emerald)\NOE OST Mot Sell 062414-rmb.wpd  - 2 -

*[Signature]* Bruce T Beesley
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2014

```
 1
 2
 3
 4
 5
 6  ALAN R. SMITH, ESQ. #1449
    HOLLY E. ESTES, ESQ. #11797
 7  Law Offices of Alan R. Smith
    505 Ridge Street                              ELECTRONICALLY LODGED
 8  Reno, Nevada 89501                                 June 24, 2014
    Telephone (775) 786-4579
 9  Facsimile (775) 786-3066
    Email: mail@asmithlaw.com
10  Attorney for Debtors
    ANTHONY THOMAS and WENDI
11  THOMAS and AT EMERALD, LLC
12
13
14              UNITED STATES BANKRUPTCY COURT
15                    DISTRICT OF NEVADA
16                         —ooOoo—
17  In Re:                       Case No. BK-N-14-50333-BTB
                                 Case No. BK-N-14-50331-BTB
18  ANTHONY THOMAS and           Chapter 11 Cases
    WENDI THOMAS,
19                               [Jointly Administered]
20  AT EMERALD, LLC,             ORDER SHORTENING TIME FOR
                                 NOTICE AND HEARING ON MOTION
21                               TO SELL ASSETS FREE AND CLEAR
                                 OF LIENS
22
           Debtors.              Hearing Date:  OST Pending
23  _____ /    Hearing Time:  OST Pending
```

24    The Court having considered the Debtors' *Ex Parte* Motion For Order Shortening

25 Time For Notice And Hearing On Debtors' Motion To Sell Assets Free And Clear Of Liens

26 And Motion To File Purchase And Sale Agreement Under Seal, and good cause appearing

27 therefor,

28 ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\OST MOST Mot Sell 062014-dlg.wpd

EXHIBIT " A "

1  IT IS HEREBY ORDERED that the Motion For Order Shortening Time is granted,
2  and the hearing to consider approval of the Motion To Sell Assets Free And Clear Of Liens
3  And Motion To File Purchase And Sale Agreement Under Seal shall be conducted on
4  _____July 1_____, 2014 at __2:30___ p.m. Any opposition may be filed
5  and served upon Debtors' attorney by facsimile, email or personal delivery no later than
6  _____June 27_____, 2014. Replies may be filed and served no later than
7  __12:00 Noon, June 30_____, 2014. Service of this Order Shortening Time For Notice
8  And Hearing On Debtors' Motion To Sell Assets Free And Clear Of Liens And Motion To
9  File Purchase And Sale Agreement Under Seal shall be completed by
10  _____June 24_____, 2014.

11  IT IS SO ORDERED

12  PREPARED AND SUBMITTED BY:

13  LAW OFFICES OF ALAN R. SMITH

14  By:_____/s/ Holly E. Estes_____
     HOLLY E. ESTES, ESQ.
15   Attorney for Debtors

16                                    ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\OST MOST Mot Sell 062014-dlg.wpd    - 2 -