ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 30, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors,<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**REPLY TO LIMITED OBJECTION TO MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS**<br><br>Hearing Date:   July 1, 2014<br>Hearing Time:   2:30 p.m. |

Debtor, AT EMERALD, LLC, a Nevada limited liability company (hereinafter the "Debtor"), by and through its undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith, hereby files its reply to Limited Objection To Motion To Sell Assets Free And Clear Of Liens [DE 101] (the "Opposition").  This reply is made and based upon the following points and authorities.

**POINTS AND AUTHORITIES**

1.	The Debtor, AT Emerald, LLC, filed its Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal [DE 83] (the "Sale Motion") on June 23, 2014.

2.	On March 4, 2014, Anthony Thomas and Wendi Thomas filed their bankruptcy

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Reply Opp Mot Sell 063014 hee.wpd

1  petition.

2      3.    On June 12, 2014, Kenmark Ventures, LLC ("Kenmark"), filed a proof of
3  claim in the amount of $4,500,000.00 [Claim No. 7] in the Anthony Thomas and Wendi
4  Thomas bankruptcy case, case number BK-N-14-50333-BTB.

5      4.    On June 27, 2014, Kenmark filed its Opposition.

6      Kenmark is a creditor of Anthony and Wendi Thomas, and not a creditor of AT
7  Emerald. Kenmark has not established that it has standing to object to the Sale Motion.
8  Kenmark incorrectly states that it objects to the motion of "Anthony Thomas and Wendi
9  Thomas to sell assets free and clear of liens." The Sale Motion was filed by AT Emerald,
10 LLC.

11     Further, Kenmark has failed to substantiate its proof of claim filed against Anthony
12 Thomas and Wendi Thomas. Attached to both the filed proof of claim and the Opposition
13 is a proposed stipulated judgement in the amount of $4,500,000 with interest to accrue at the
14 rate of 10% per annum from the date of entry of the judgement. A judgement has not been
15 entered. Anthony and Wendi Thomas still have time to object to the Kenmark filed proof of
16 claim.

17     Anthony and Wendi Thomas are agreeable to placing $4,500,000.00 in sales proceeds
18 into the trust account of the Law Offices of Alan R. Smith pending resolution of any dispute
19 surrounding the Kenmark claim.

20     DATED this 30th day of June, 2014.

21

22                                           LAW OFFICES OF ALAN R. SMITH

23

24                                           By: */s/ Alan R. Smith*
25                                              ALAN R. SMITH, ESQ.
26                                              Attorney for Debtor

27

28

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Reply Opp Mot Sell 063014 hee.wpd   - 2 -