ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 30, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**DECLARATION OF ANTHONY THOMAS IN SUPPORT OF EX PARTE MOTION TO SEAL AND REPLACE DOCKET ENTRIES 83, 87, AND 88**

I, ANTHONY THOMAS, being first duly sworn, declare and say under penalty of perjury as follows:

1. I am over the age of 18 years of age, and I am mentally competent. I am the managing member of AT Emerald, LLC.

2. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge. If called upon to testify as to the contents of this declaration, I could and would do so.

3. On June 19, 2014, I on behalf of AT Emerald, LLC entered into a Purchase and Sale Agreement with the purchaser wherein the purchaser agrees to purchase the 21,000 carat emerald matrix (the "Emerald") for cash, payable at close of escrow.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot to File Under Seal\Decl Thomas Mot File Under Seal 062714 hee.wpd

4. On June 23, 2013, I caused to be filed the Debtor's Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal [DE 83]; the Debtor's Ex Parte Motion To File Purchase And Sale Agreement Under Seal [DE 87]; and the Declaration Of Anthony Thomas In Support Of Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal [DE 88] (hereinafter collectively referred to as the "Documents").

5. That the Documents filed disclose the name and identity of the purchaser of the Emerald as well as the purchaser's authorized representative.

6. That the purchaser has requested that its name and the name of its authorized representative not be disclosed in any public document, but be filed with the Court under seal.

DATED this 30th day of June, 2014.

*/s/ Tony Thomas*
_____
ANTHONY THOMAS

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot to File Under Seal\Decl Thomas Mot File Under Seal 062714 hee.wpd