_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 01, 2014

_____

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 1, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No.  BK-N-14-50333-BTB |
| | Case No.  BK-N-14-50331-BTB |
| ANTHONY THOMAS and | Chapter 11 Cases |
| WENDI THOMAS, | |
| | [Jointly Administered] |
| AT EMERALD, LLC, | **ORDER GRANTING EX PARTE MOTION TO EX PARTE MOTION TO SEAL AND REPLACE DOCKET ENTRIES 83, 87, AND 88** |
| Debtors. | |
| _____/ | |

    The Court having considered the Debtors' Ex Parte Motion To Seal And Replace Docket Entries 83, 87, and 88 ("Motion"), and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    IT IS HEREBY FURTHER ORDERED that the Debtor's Motion To Sell Assets Free And Clear Of Liens And Motion to File Purchase and Sale Agreement Under Seal [DE 83]

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot to File Under Seal\Ord Mot File Under Seal 062714 hee.wpd

1  shall be sealed and replaced with the attached Exhibit "A";

2      IT IS HEREBY FURTHER ORDERED that the Declaration Of Anthony Thomas In

3  Support Of Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase

4  And Sale Agreement Under Seal [DE 88] shall be sealed and replaced with the attached

5  Exhibit "B";

6      IT IS HEREBY FURTHER ORDERED that the Debtor's Ex Parte Motion To File

7  Purchase And Sale Agreement Under Seal [DE 87] shall be sealed and replaced with the

8  attached Exhibit "C".

9      IT IS SO ORDERED.

10  PREPARED AND SUBMITTED BY:

11  LAW OFFICES OF ALAN R. SMITH

12  By:    /s/ Holly E. Estes
     HOLLY E. ESTES, ESQ.
13     Attorney for Debtors

14                                          ###

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Mot to File Under Seal\Ord Mot File Under Seal 062714 hee.wpd

2