**Entered on Docket**
**July 01, 2014**

# Exhibit B

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 23, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**DECLARATION OF ANTHONY THOMAS IN SUPPORT OF MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**

Hearing Date:  OST Pending
Hearing Time:  OST Pending

I, ANTHONY THOMAS, being first duly sworn, declare and say under penalty of perjury as follows:

1.  I am over the age of 18 years of age, and I am mentally competent. I am the managing member of AT Emerald, LLC. I have authority to enter into agreements on behalf of AT Emerald, LLC.

2.  Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge. If called upon to testify as to the contents of this declaration, I could and would do so.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Decl Thomas Mot Sell (Replace) 062714 hee.wpd

3. On June 19, 2014, I on behalf of AT Emerald, LLC entered into a Purchase and Sale Agreement with the purchaser wherein the purchaser agrees to purchase the 21,000 carat emerald matrix (the "Emerald") for cash, payable at close of escrow. A true and correct copy of the redacted Purchase and Sale Agreement is attached hereto as **Exhibit "A"**.

4. As set forth in the Motion To Sell Assets Free And Clear Of Liens And Motion to File Purchase and Sale Agreement Under Seal, the sale of the Emerald is for cash, and the purchase price is sufficient to pay all creditors in this case, as well as all creditors in the companion case of ANTHONY THOMAS and WENDI THOMAS, Case No. BK-N-14-50333-BTB (the "Thomas Bankruptcy Case") in full.

5. Pursuant to the Purchase and Sale Agreement, both parties have requested that the purchase price not be disclosed in any public document, but be filed with the Court under seal.

6. Disclosure of the actual purchase price for the Emerald poses a risk to my family and I, and is not necessary, as all creditors are able to be paid in full from the sale proceeds.

DATED this 23rd day of June, 2014.

_____
ANTHONY THOMAS

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Decl Thomas Mot Sell (Replace) 062714 hee.wpd