| | |
|---|---|
| ALAN R. SMITH, ESQ. #1449<br>HOLLY E. ESTES, ESQ. #11797<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada  89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>**Email: mail@asmithlaw.com**<br>Attorney for Debtors<br>ANTHONY THOMAS and WENDI THOMAS and AT EMERALD, LLC | ***ELECTRONICALLY FILED***<br>***July 16, 2014*** |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors.<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**STIPULATION TO CONTINUE HEARINGS ON US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**<br><br>**Old Hearing Date:** July 30, 2014<br>**Old Hearing Time:** 10:00 a.m.<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

 IT IS HEREBY STIPULATED AND AGREED by and between Debtor, AT EMERALD, LLC, a Nevada limited liability company, by and through its undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith, and the United States Trustee, by and through her counsel William B. Cossitt, Esq., that the hearing on the US Trustee's Motion To Designate Case As Small Business Case [DE 25] currently scheduled for July 30, 2014, at 10:00 a.m., shall be continued until September 10, 2014, at 2:00 p.m.

///

///

**DATED** this 16th day of July, 2014.

                                                LAW OFFICES OF ALAN R. SMITH

                                                */s/ Holly E. Estes*

By_____
   HOLLY E. ESTES, ESQ.
   Attorney for Debtors

**DATED** this 16th day of July, 2014.

                                                OFFICE OF THE UNITED STATES TRUSTEE

                                                *See attached signature page*

By_____
   WILLIAM B. COSSITT, ESQ.
   Attorney for Tracy Hope Davis

**DATED** this 16th day of July, 2014.

LAW OFFICES OF ALAN R. SMITH

*/s/ Holly E. Estes*

By_____
HOLLY E. ESTES, ESQ.
Attorney for Debtors

**DATED** this ___ day of July, 2014.

OFFICE OF THE UNITED STATES TRUSTEE

_____
William B. Cossitt, Esq., #3484
Trial Attorney for United States Trustee
Tracy Hope Davis
Alan R. Smith, Esq.
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

2