```
 1  ALAN R. SMITH, ESQ. #1449
    HOLLY E. ESTES, ESQ. #11797
 2  Law Offices of Alan R. Smith
    505 Ridge Street
 3  Reno, Nevada  89501
    Telephone (775) 786-4579
 4  Facsimile (775) 786-3066
    Email: mail@asmithlaw.com
 5  Attorney for Debtors
    ANTHONY THOMAS and WENDI
 6  THOMAS and AT EMERALD, LLC
```

*ELECTRONICALLY FILED*
*July 16, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors.<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**STIPULATION TO CONTINUE HEARINGS ON US TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>**Old Hearing Date:** July 30, 2014<br>**Old Hearing Time:** 2:00 p.m.<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Debtor, AT EMERALD, LLC, a Nevada limited liability company, by and through its undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith, and the United States Trustee, by and through her counsel William B. Cossitt, Esq., that the hearing on the US Trustee's Motion To Convert Case To Chapter 7 [DE 27] currently scheduled for July 30, 2014, at 2:00 p.m., shall be continued until September 10, 2014, at 2:00 p.m.

///

///

1  **DATED** this 16th day of July, 2014.

                    LAW OFFICES OF ALAN R. SMITH

                    */s/ Holly E. Estes*

By_____
   HOLLY E. ESTES, ESQ.
   Attorney for Debtors

**DATED** this 16th day of July, 2014.

                    OFFICE OF THE UNITED STATES TRUSTEE

                    *See attached signature page*
By_____
   WILLIAM B. COSSITT, ESQ.
   Attorney for Tracy Hope Davis

**DATED** this 16th day of July, 2014.

                      LAW OFFICES OF ALAN R. SMITH

                          */s/ Holly E. Estes*

By_____
   HOLLY E. ESTES, ESQ.
   Attorney for Debtors

**DATED** this ___ day of July, 2014.

                      OFFICE OF THE UNITED STATES TRUSTEE

*[signature: William B Cossitt]*

William B. Cossitt, Esq., #3484
Trial Attorney for United States Trustee
Tracy Hope Davis

Alan R. Smith, Esq.
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

2