ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*July 16, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors.<br>_____/ | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**STIPULATION TO CONTINUE HEARINGS ON US TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIMS OF EXEMPTIONS AND US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**<br><br>**Old Hearing Date:** July 30, 2014<br>**Old Hearing Time:** 10:00 a.m.<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Debtors, ANTHONY THOMAS and WENDI THOMAS,(hereinafter "Debtors"), by and through their undersigned counsel, Holly E. Estes, Esq., of the Law Offices of Alan R. Smith, and the United States Trustee, by and through her counsel William B. Cossitt, Esq., that the hearing on the US Trustee's Objections To Debtor's Claims Of Exemptions [DE 53] and the US Trustee's Motion To Designate Case As Small Business Case [DE 55] currently scheduled for July 30, 2014, at 10:00 a.m., shall be continued until September 10, 2014, at 2:00 p.m.

**DATED** this 16th day of July, 2014.

        LAW OFFICES OF ALAN R. SMITH

*/s/ Holly E. Estes*

By_____
   HOLLY E. ESTES, ESQ.
   Attorney for Debtors

**DATED** this 16th day of July, 2014.

        OFFICE OF THE UNITED STATES TRUSTEE

*See attached signature page*
By_____
   WILLIAM B. COSSITT, ESQ.
   Attorney for Tracy Hope Davis

1     **DATED** this 16th day of July, 2014.

                                                      LAW OFFICES OF ALAN R. SMITH

                                                          */s/ Holly E. Estes*

                                                     By_____
                                                         HOLLY E. ESTES, ESQ.
                                                          Attorney for Debtors

    **DATED** this ___ day of July, 2014.

                                                     OFFICE OF THE UNITED STATES TRUSTEE

                                                   *William B Cossitt* (signature)

                                                   _____  _____
                                                   William B. Cossitt, Esq., #3484
                                                 Trial Attorney for United States Trustee
                                                 Tracy Hope Davis