Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the
Beach Living Trust dated January 22, 1999*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>ANTHONY THOMAS and WENDI THOMAS<br><br>☒ Affects AT EMERALD, LLC<br>☐ Affects all Debtors | Case No.: BK-N-14-50333-btb<br>Chapter: 11<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-N-14-50331-btb<br>Chapter: 11<br><br>**ATTORNEY INFORMATION SHEET IN SUPPORT OF PROPOSED ORDER IN SUPPORT OF APPLICATION FOR HEARING ON ORDER SHORTENING TIME REGARDING MOTION TO COMPEL PRODUCTION OF REQUIRED KEY OR AUTHORIZE DRILL OUT OF VAULT LOCK**<br><br>**Hearing Date: OST REQUESTED**<br><br>**Hearing Time: OST REQUESTED** |

As required by this Court, under Local Rule 9006, secured creditor John Beach ("Beach"), as trustee of the Beach Living Trust dated January 22, 1999 (the "Beach Trust"), by and through its attorneys of record, Holland & Hart LLP, has contacted the parties listed below concerning its application for an order shortening time to hear its *Motion to Compel Production of Required Key or Authorize Drill Out of Vault Lock* (the "Motion"). It is estimated that the hearing on the Motion will take approximately ten (10) minutes. Counsel agreed or disagreed to the time being shortened as indicated below:

Page 1 of 2

6991955_1

| NAME | DATE CONTACTED | AGREE/DISAGREE/NO RESPONSE | CONTACTED VIA TELEPHONE/FAX/EMAIL |
|---|---|---|---|
| Holly Estes, Esq. Attorney for Debtor | 7/17/2014 | Disagree | E-mail |
| Bill Cossitt, Esq. Attorney for U.S. Trustee | 7/17/2014 | No Response | E-mail |

DATED Thursday, July 17, 2014.

                        HOLLAND & HART LLP

                        By    */s/ Joseph G. Went*
                             Timothy A. Lukas, Esq.
                             Joseph G. Went, Esq.
*Attorneys for John Beach, Trustee of the Beach Living Trust dated January 22, 1999*

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

6991955_1