_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 21, 2014

_____

1  
2  
3  
4  
5  
6  ALAN R. SMITH, ESQ. #1449  
   HOLLY E. ESTES, ESQ. #11797  
7  Law Offices of Alan R. Smith  
   505 Ridge Street                              ***ELECTRONICALLY LODGED***  
8  Reno, Nevada  89501                           *July 16, 2014*  
   Telephone (775) 786-4579  
9  Facsimile (775) 786-3066  
   **Email: mail@asmithlaw.com**  
10 Attorney for Debtors  
   ANTHONY THOMAS and WENDI  
11 THOMAS and AT EMERALD, LLC  
12  
13  
14                UNITED STATES BANKRUPTCY COURT  
15                       DISTRICT OF NEVADA  
16                            —ooOoo—  
17 In Re:                            Case No.  BK-N-14-50333-BTB  
                                     Case No.  BK-N-14-50331-BTB  
18 ANTHONY THOMAS and                Chapter 11 Cases  
   WENDI THOMAS,  
19                                   [Jointly Administered]  
20 AT EMERALD, LLC,                  **ORDER APPROVING STIPULATION  
                                     TO CONTINUE HEARING ON US  
21                                   TRUSTEE'S MOTION TO CONVERT  
                                     CASE TO CHAPTER 7**  
22         Debtors.  
                                     **VACATE**  
23                                   Old Hearing Date**:** July 30, 2014  
                                     Old Hearing Time**:** 2:00 p.m.  
24  
                                     **New Hearing Date:** September 10, 2014  
25                                   **New Hearing Time:** 2:00 p.m.  
26 _____/  
27      The Court having considered the Stipulation To Continued Hearing On US Trustee's  
28 Motion To Convert Case To Chapter 7(the "Stipulation") entered into between Debtor, AT

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\AT Emerald\Mot Convert (Ttee)\Ord Stip Cont Hrg Mot Convert 071614-rmb.wpd

1  EMERALD, LLC, by and through its counsel, Holly E. Estes, Esq., of the Law Offices of
2  Alan R. Smith, and the United States Trustee, by and through her counsel William B. Cossitt, Esq.,
3  filed herein on July 16, 2014 as Doc. 121, and good cause appearing,
4      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
5  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
6  **p.m.**
7      IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
8  at 2:00 p.m. shall be **vacated**.
9      IT IS SO ORDERED
10 PREPARED AND SUBMITTED BY:
11 LAW OFFICES OF ALAN R. SMITH
12 By: _____*/s/ Holly E. Estes*_____
    HOLLY E. ESTES, ESQ.
13     Attorney for Debtors

15                       # # #

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Convert (Ttee)\Ord Stip Cont Hrg Mot Convert 071614-rmb.wpd - 2 -