_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**July 21, 2014**

_____

1  ALAN R. SMITH, ESQ. #1449
   HOLLY E. ESTES, ESQ. #11797
   Law Offices of Alan R. Smith
   505 Ridge Street                              *ELECTRONICALLY LODGED*
   Reno, Nevada  89501                           *July 16, 2014*
   Telephone (775) 786-4579
   Facsimile (775) 786-3066
   **Email:** mail@asmithlaw.com
   Attorney for Debtors
   ANTHONY THOMAS and WENDI
   THOMAS and AT EMERALD, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| In Re: | Case No.  BK-N-14-50333-BTB |
| --- | --- |
| ANTHONY THOMAS and WENDI THOMAS, | Case No.  BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered] |
| AT EMERALD, LLC, | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE** |
| Debtors. | |
| | **VACATE**<br>Old Hearing Date**:** July 30, 2014<br>Old Hearing Time**:** 2:00 p.m.<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |
| _____/ | |

The Court having considered the Stipulation To Continue Hearing On US Trustee's Motion To Designate Case As Small Business Case (the "Stipulation") entered into between

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Desig Case\Ord Stip Cont Hrg Mot Desig 071614-rmb.wpd

1  Debtor, AT EMERALD, LLC, by and through its counsel, Holly E. Estes, Esq., of the Law
2  Offices of Alan R. Smith, and the United States Trustee, by and through her counsel William B.
3  Cossitt, Esq., filed herein on July 16, 2014 as Doc. 120, and good cause appearing,
4      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
5  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
6  **p.m.**
7      IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
8  at 2:00 p.m. shall be **vacated**.
9      IT IS SO ORDERED
10 PREPARED AND SUBMITTED BY:
11 LAW OFFICES OF ALAN R. SMITH
12 By:    */s/ Holly E. Estes*
       HOLLY E. ESTES, ESQ.
13     Attorney for Debtors

# # #

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Desig Case\Ord Stip Cont Hrg Mot Desig 071614-rmb.wpd - 2 -