_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 21, 2014

_____

1
2
3
4
5
6  ALAN R. SMITH, ESQ. #1449
   HOLLY E. ESTES, ESQ. #11797
7  Law Offices of Alan R. Smith
   505 Ridge Street
8  Reno, Nevada  89501
   Telephone (775) 786-4579
9  Facsimile (775) 786-3066
   **Email: mail@asmithlaw.com**
10 Attorney for Debtors
   ANTHONY THOMAS and WENDI
11 THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 16, 2014*

12
13
14              UNITED STATES BANKRUPTCY COURT
15                     DISTRICT OF NEVADA
16                         —ooOoo—
17 In Re:                              Case No.  BK-N-14-50333-BTB
                                       Case No.  BK-N-14-50331-BTB
18 ANTHONY THOMAS and                  Chapter 11 Cases
   WENDI THOMAS,
19                                     [Jointly Administered]

20 AT EMERALD, LLC,                    **ORDER APPROVING STIPULATION
                                       TO CONTINUE HEARINGS ON US
21                                     TRUSTEE'S OBJECTIONS TO
                                       DEBTOR'S CLAIMS OF
22         Debtors.                    EXEMPTIONS AND US TRUSTEE'S
                                       MOTION TO DESIGNATE CASE AS
23                                     SMALL BUSINESS CASE**

24                                     **VACATE**
                                       Old Hearing Date**:** July 30, 2014
25                                     Old Hearing Time**:** 2:00 p.m.

26                                     **New Hearing Date:** September 10, 2014
                                       **New Hearing Time:** 2:00 p.m.
27 _____/

28    The Court having considered the Stipulation To Continue Hearing On US Trustee's

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\Thomas\Mot Desig Case\Ord Stip Cont Hrg Mot Desig & Obj Clm Exemp 071614-rmb.wpd

1  Objections To Debtor's Claims Of Exemptions And US Trustee's Motion To Designate Case
2  As Small Business Case (the "Stipulation") entered into between Debtors, ANTHONY
3  THOMAS and WENDI THOMAS, by and through their counsel, Holly E. Estes, Esq., of the
4  Law Offices of Alan R. Smith, and the United States Trustee, by and through her counsel
5  William B. Cossitt, Esq., filed herein on July 16, 2014 as Doc. 122, and good cause
6  appearing,

7      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
8  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
9  **p.m.**

10      IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
11  at 2:00 p.m. shall be **vacated**.

12      IT IS SO ORDERED

13  PREPARED AND SUBMITTED BY:

14  LAW OFFICES OF ALAN R. SMITH

15  By: _/s/ Holly E. Estes_
    HOLLY E. ESTES, ESQ.
16      Attorney for Debtors

17

18                                      # # #

19

20

21

22

23

24

25

26

27

28

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\Thomas\Mot Desig Case\Ord Stip Cont Hrg Mot Desig & Obj Clm Exemp 071614-rmb.wpd

2