ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: **mail@asmithlaw.com**

*ELECTRONICALLY FILED*
*July 22, 2014*

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors. | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING ON US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

_____/

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving Stipulation To Continue Hearing On US Trustee's Motion To Designate Case As Small Business Case [DE 133] on the 21st day of July, 2014 ("Order").  A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 22nd day of July, 2014.

LAW OFFICES OF ALAN R. SMITH

By:____*/s/ Alan R. Smith*____
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Desig Case\NOE Ord Stip Cont Hrg Mot Desig 072214-rmb.wpd

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 21, 2014

_____

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 16, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No.  BK-N-14-50333-BTB
Case No.  BK-N-14-50331-BTB
Chapter 11 Cases

[Jointly Administered]

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**

**VACATE**
Old Hearing Date: July 30, 2014
Old Hearing Time: 2:00 p.m.

**New Hearing Date:** September 10, 2014
**New Hearing Time:** 2:00 p.m.

The Court having considered the Stipulation To Continue Hearing On US Trustee's Motion To Designate Case As Small Business Case (the "Stipulation") entered into between

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Desig Case\Ord Stip Cont Hrg Mot Desig 071614-rmb.wpd

EXHIBIT "A"

1  Debtor, AT EMERALD, LLC, by and through its counsel, Holly E. Estes, Esq., of the Law
2  Offices of Alan R. Smith, and the United States Trustee, by and through her counsel William B.
3  Cossitt, Esq., filed herein on July 16, 2014 as Doc. 120, and good cause appearing,
4      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
5  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
6  **p.m.**
7      IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
8  at 2:00 p.m. shall be **vacated**.
9      IT IS SO ORDERED
10 PREPARED AND SUBMITTED BY:
11 LAW OFFICES OF ALAN R. SMITH
12 By:_____*/s/ Holly E. Estes*_____
     HOLLY E. ESTES, ESQ.
13      Attorney for Debtors
14
15                            # # #

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Desig Case\Ord Stip Cont Hrg Mot Desig 071614-rmb.wpd - 2 -