```
ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Counsel for Debtors
```

*ELECTRONICALLY FILED*
*July 22, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| In Re: | Case No. BK-N-14-50333-BTB |
|---|---|
| ANTHONY THOMAS and WENDI THOMAS, | Case No. BK-N-14-50331-BTB Chapter 11 Cases |
| | [Jointly Administered] |
| AT EMERALD, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING ON US TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7** |
| Debtors. | |
| | **New Hearing Date:** September 10, 2014 **New Hearing Time:** 2:00 p.m. |
| _____ / | |

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving Stipulation To Continue Hearing On US Trustee's Motion To Convert Case To Chapter 7 [DE 132] on the 21st day of July, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 22nd day of July, 2014.

LAW OFFICES OF ALAN R. SMITH

By: */s/ Alan R. Smith*
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Convert (Ttee)\NOE Ord Stip Cont Hrg Mot Convert 072214-rmb.wpd

*[Signature]* Bruce T Beesley
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 21, 2014

| | |
|---|---|
| 6  ALAN R. SMITH, ESQ. #1449 | |
|    HOLLY E. ESTES, ESQ. #11797 | |
| 7  Law Offices of Alan R. Smith | |
|    505 Ridge Street | ***ELECTRONICALLY LODGED*** |
| 8  Reno, Nevada  89501 | ***July 16, 2014*** |
|    Telephone (775) 786-4579 | |
| 9  Facsimile (775) 786-3066 | |
|    Email: mail@asmithlaw.com | |
| 10 Attorney for Debtors | |
|    ANTHONY THOMAS and WENDI | |
| 11 THOMAS and AT EMERALD, LLC | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:                                       Case No.  BK-N-14-50333-BTB
                                             Case No.  BK-N-14-50331-BTB
ANTHONY THOMAS and                           Chapter 11 Cases
WENDI THOMAS,
                                             [Jointly Administered]

AT EMERALD, LLC,                             **ORDER APPROVING STIPULATION
                                             TO CONTINUE HEARING ON US
                                             TRUSTEE'S MOTION TO CONVERT
                                             CASE TO CHAPTER 7**

        Debtors.                             **VACATE**
                                             Old Hearing Date: July 30, 2014
                                             Old Hearing Time: 2:00 p.m.

                                             **New Hearing Date:** September 10, 2014
                                             **New Hearing Time:** 2:00 p.m.

_____/

The Court having considered the Stipulation To Continued Hearing On US Trustee's Motion To Convert Case To Chapter 7(the "Stipulation") entered into between Debtor, AT

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Convert (Ttee)\Ord Stip Cont Hrg Mot Convert 071614-rmb.wpd

EXHIBIT "**A**"

1  EMERALD, LLC, by and through its counsel, Holly E. Estes, Esq., of the Law Offices of
2  Alan R. Smith, and the United States Trustee, by and through her counsel William B. Cossitt, Esq.,
3  filed herein on July 16, 2014 as Doc. 121, and good cause appearing,
4      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
5  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
6  **p.m.**
7      IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
8  at 2:00 p.m. shall be **vacated**.
9      IT IS SO ORDERED
10  PREPARED AND SUBMITTED BY:
11  LAW OFFICES OF ALAN R. SMITH
12  By:     */s/ Holly E. Estes*
    HOLLY E. ESTES, ESQ.
13      Attorney for Debtors

15                          # # #

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Convert (Ttee)\Ord Stip Cont Hrg Mot Convert 071614-rmb.wpd    - 2 -