ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*July 22, 2014*

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 Cases<br>[Jointly Administered] |
| AT EMERALD, LLC,<br><br>Debtors. | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON US TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIMS OF EXEMPTIONS AND US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving Stipulation To Continue Hearings On US Trustee's Objections To Debtor's Claims of Exemptions and US Trustee's Motion To Designate Case As Small Business Case [DE 134] on the 21st day of July, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 22nd day of July, 2014.

LAW OFFICES OF ALAN R. SMITH

By: _/s/ Alan R. Smith_
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Desig Case\NOE Ord Stip Cont Hrg Mot Desig & Obj Clm Exemp 072214-rmb.wpd

Case 14-50333-btb    Doc 134    Entered 07/21/14 11:18:11    Page 1 of 2

*(signature)* Bruce T Beesley
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 21, 2014

___

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 16, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors. | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON US TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIMS OF EXEMPTIONS AND US TRUSTEE'S MOTION TO DESIGNATE CASE AS SMALL BUSINESS CASE**<br><br>**VACATE**<br>Old Hearing Date: July 30, 2014<br>Old Hearing Time: 2:00 p.m.<br><br>**New Hearing Date:** September 10, 2014<br>**New Hearing Time:** 2:00 p.m. |

The Court having considered the Stipulation To Continue Hearing On US Trustee's

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot Desig Case\Ord Stip Cont Hrg Mot Desig & Obj Clm Exemp 071614-rmb.wpd

EXHIBIT " A "



1  Objections To Debtor's Claims Of Exemptions And US Trustee's Motion To Designate Case
2  As Small Business Case (the "Stipulation") entered into between Debtors, ANTHONY
3  THOMAS and WENDI THOMAS, by and through their counsel, Holly E. Estes, Esq., of the
4  Law Offices of Alan R. Smith, and the United States Trustee, by and through her counsel
5  William B. Cossitt, Esq., filed herein on July 16, 2014 as Doc. 122, and good cause
6  appearing,

7      IT IS HEREBY ORDERED that the Stipulation is approved and the hearing currently
8  scheduled for July 30, 2014 at 2:00 p.m. shall be continued to **September 10, 2014 at 2:00**
9  **p.m.**

10     IT IS HEREBY FURTHER ORDERED that the hearing scheduled for July 30, 2014
11 at 2:00 p.m. shall be **vacated**.

12     IT IS SO ORDERED

13 PREPARED AND SUBMITTED BY:

14 LAW OFFICES OF ALAN R. SMITH

15 By:  */s/ Holly E. Estes*
    HOLLY E. ESTES, ESQ.
16     Attorney for Debtors

17

18                                       ###

19
20
21
22
23
24
25
26
27
28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot Desig Case\Ord Stip Cont Hrg Mot Desig & Obj Clm Exemp 071614-rmb.wpd

2