**DENIED**

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 22, 2014
_____

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 14, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB |
| | Case No. BK-N-14-50331-BTB |
| ANTHONY THOMAS and | Chapter 11 Cases |
| WENDI THOMAS, | |
| | [Jointly Administered] |
| AT EMERALD, LLC, | **ORDER GRANTING EX PARTE MOTION TO FILE ORDER ON MOTION TO SELL UNDER SEAL** |
| Debtors. | |
| _____/ | |

The Court having considered the Debtors' *Ex Parte* Ex Parte Motion to File Order on Motion to Sell Under Seal ("Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Ord Mot File Ord Mot Sell Under Seal 071414 hee.wpd

1  PREPARED AND SUBMITTED BY:

2  LAW OFFICES OF ALAN R. SMITH

3  By: */s/ Holly E. Estes*
   HOLLY E. ESTES, ESQ.
4  Attorney for Debtors

5                                               ###

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Ord Mot File Ord Mot Sell Under Seal 071414 hee.wpd   -2-