ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*July 24, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**NOTICE OF ENTRY OF ORDER APPROVING MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS**

Hearing Date: July 1, 2014
Hearing Time: 2:30 p.m.

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving Motion To Sell Assets Free And Clear Of Liens [DE 142] on the 23rd day of July, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 24th day of July, 2014.

LAW OFFICES OF ALAN R. SMITH

By: ___/s/ Alan R. Smith___
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\NOE Ord Mot Sell 072414-rmb.wpd

*[Signature: Bruce T Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 23, 2014

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*July 21, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

        Debtors,
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

**ORDER APPROVING MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS**

Hearing Date:  July 1, 2014
Hearing Time:  2:30 p.m.

Debtor, AT EMERALD, LLC (the "Debtor"), by and through its counsel, HOLLY E. ESTES, ESQ., of the Law Offices of Alan R. Smith, filed its Motion To Sell Assets Free And Clear Of Liens ("Motion") on June 23, 2014 [DE 83]. The Court considered the pleadings and papers on file. Good cause appearing,

**IT IS HEREBY ORDERED** that the Debtor's Motion is granted.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Ord Mot Sell 072114 hee.wpd

EXHIBIT "__A__"

1      **IT IS HEREBY FURTHER ORDERED** that the sum of $20,000,000.00 to pay
2  creditors and an additional sum to pay federal capital gains taxes from the sale proceeds shall
3  be deposited into the trust account of the Law Offices of Alan R. Smith and the funds shall
4  not be disbursed until issuance of further order from this Court.

5      **IT IS HEREBY FURTHER ORDERED** that the request for waiver of 14 day stay
6  under Fed.R.Bankr.P. 6004(b) is GRANTED.

7      In accordance with Local Rule 9021, counsel submitting this document certifies that
the order accurately reflects the court's ruling and that (check one):

- ☐ The court has waived the requirement set forth in LR 9021(b)(1).
- ☐ No party appeared at the hearing or filed an objection to the motion.
- ■ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

(APPROVED/DISAPPROVED)

By: _____
    WAYNE A. SILVER, ESQ.
    Attorney for Kenmark Ventures, LLC

Trustee:
No Appearance at hearing; no additional service required.

- ☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH

By:  */s/ Holly E. Estes*
    HOLLY E. ESTES, ESQ.
    Attorney for Debtor

                                            ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Ord Mot Sell 072114 hee.wpd    - 2 -