ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*July 30, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB
Chapter 11 Cases

[Jointly Administered]

**DECLARATION OF ANTHONY THOMAS IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL PRODUCTION OF REQUIRED KEY OR AUTHORIZE DRILL OUT OF VAULT LOCK AND REQUEST FOR RECONSIDERATION OF ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING THE PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT TO APPEAR FOR EXAMINATION AND TO PERMIT INSPECTION OF TANGIBLE THINGS PURSUANT TO FED. R. BANKR. P. 2004**

Hearing Date: July 30, 2014
Hearing Time: 10:00 a.m.

_____/

I, ANTHONY THOMAS, being first duly sworn, declare and say under penalty of perjury as follows:

1.  I am over the age of 18 years of age, and I am mentally competent. I am the

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Compel (Drill Vault Lock)\Decl Thomas Opp Mot Compel (Drill Vault Lock) 072914-dlg.wpd

1 managing member of AT Emerald, LLC (the "Debtor"). I have authority to enter into agreements on behalf of AT Emerald, LLC.

2. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge. If called upon to testify as to the contents of this declaration, I could and would do so.

3. The Debtor is the owner of a 23 kilogram black schist stone including green crystal beryl (the "Emerald").

4. The Debtor filed its bankruptcy petition on March 4, 2014 (the "Petition Date").

5. On June 23, 2014, the Debtor filed its Motion to Sell Assets Free and Clear of Liens and Motion to File Purchase and Sale Agreement Under Seal [DE 83] (the "Sale Motion").

6. On July 23, 2014, the Order Approving Motion to Sell Assets Free and Clear of Liens [DE 142] was entered (the "Order Approving Sale").

7. Debtor's Emerald is not insured. Because of the stone's unique nature and high value, it has been difficult and cost prohibitive to obtain insurance on the Emerald. Accordingly, because the Emerald is uninsured it is imperative that it not be handled by anyone. Further, great care should be taken to preserve the contiguous nature of the Emerald so as to preserve its value. The Court should not permit anyone to touch or handle the Emerald, or to do anything that may impair the Emerald's value. The Court should also take great care in restricting access to the Emerald to only those parties and people absolutely necessary and approved by the court to view the Emerald.

8. The Debtor has entered into a purchase and sale agreement to sell the Emerald which has been approved by the Court. After the hearing on the Sale Motion, the Purchaser viewed the Emerald and approved the Emerald's appearance. The Purchaser has requested that noone be permitted to access the vault so as to ensure that the Emerald is in the same condition as the Purchaser left it. Accordingly, it is imperative that for purposes of consummating the sale that the Order On Motion For Inspection be reconsidered and denied.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Compel (Drill Vault Lock)\Decl Thomas Opp Mot Compel (Drill Vault Lock) 072914-dlg.wpd

2

9. The Debtor has been trying to sell the Emerald for several years and wishes to preserve the sale which is in the best interest of all creditors in this case and the jointly administered Thomas bankruptcy case.

DATED this 29th day of July, 2014.

_____
ANTHONY THOMAS

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Compel (Drill Vault Lock)\Decl Thomas Opp Mot Compel (Drill Vault Lock) 072914-dlg.wpd

3