Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 05, 2014

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.:   BK-N-14-50333-btb<br>Chapter:     11 |
| ANTHONY THOMAS and WENDI THOMAS | [Lead Case – Jointly Administered] |
| ☒ Affects AT EMERALD, LLC<br>☐ Affects all Debtors | Case No.: BK-N-14-50331-btb<br>Chapter:     11 |
| | **ORDER ON MOTION TO COMPEL<br>PRODUCTION OF REQUIRED<br>KEY OR AUTHORIZE DRILL OUT<br>OF VAULT LOCK** |
| | **Hearing Date: July 30, 2014** |
| | **Hearing Time: 10:00 a.m.** |

Creditor John Beach ("Beach"), as trustee of the Beach Living Trust dated January 22,

1999 (the "Beach Trust"), by and through its attorneys, Holland & Hart LLP, filed its Motion to

Compel Production of Required Key or Authorize Drill Out of Vault Lock and Reply (the

7013067_1

*Holland & Hart LLP*
*9555 Hillwood Drive, 2nd Floor*
*Las Vegas, Nevada 89134*
*Phone: (702) 669-4600 ♦ Fax: (702) 669-4650*

"Motion" and "Reply", respectively) [Dkt#124 and 152, respectively] seeking an order from this Court in support of examination of the Debtor's primary asset secured in a vault in Sarasota, Florida. The Debtor, by and through its attorney, Holly E. Estes, Esq. of the Law Offices of Alan R. Smith, filed its opposition [Dkt #150] to the Motion requesting that the Motion be denied. The Court, having reviewed the parties' pleadings and the case file, and after argument of counsel at the hearing on this matter, placed its findings on the record which are incorporated by reference pursuant to F.R.B.P. 7052 and F.R.C.P. 52; and,

**IT IS HEREBY ORDERED** that:

1.    The Debtor and/or it's principle, Anthony Thomas, provide the key necessary to access the Sarasota Vault where the Debtor's emerald is stored to Debtor's counsel no later than Friday, August 1, 2014;

2.    Debtor's counsel shall thereafter immediately deliver the key to counsel for the Beach Trust, Mr. Lukas, in order to access the vault and complete the examination as scheduled in Florida;

3.    The individuals accessing the vault and examining the emerald shall be limited to a representative of the Beach Trust, its counsel and a gemologist. Counsel for the Beach Trust shall provide Debtor's counsel the name of all individuals accessing the vault prior to such examination including the name and qualifications of any gemologist, the name of the representative of the Beach Trust, and the name and bar number for counsel present while the examination of the emerald is to take place; and

4.    One week following the inspection by the Beach Trust, the Debtor and the Beach Trust shall file a status report with the court on the results of the examination and status of the sale previously approved by the Court.


IT IS SO ORDERED

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

7013067_1

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Attorney/Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Holly E. Estes, Esq., attorney for the Debtor | X | | |

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

SUBMITTED BY:

   _/s/ Timothy A. Lukas_

TIMOTHY A. LUKAS, ESQ.

### #

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

7013067_1