1

2

_Bruce T Beesly_

3
_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

4

Entered on Docket
August 05, 2014

5
_____

6  ALAN R. SMITH, ESQ. #1449
   HOLLY E. ESTES, ESQ. #11797
7  Law Offices of Alan R. Smith
   505 Ridge Street                          ***ELECTRONICALLY LODGED***
8  Reno, Nevada  89501                          *August 1, 2014*
   Telephone (775) 786-4579
9  Facsimile (775) 786-3066
   *Email: mail@asmithlaw.com*
10 Attorney for Debtors ANTHONY
   THOMAS, WENDI THOMAS
11 and AT EMERALD, LLC

12

13

14              UNITED STATES BANKRUPTCY COURT

15                   DISTRICT OF NEVADA

16                       —ooOoo—

17 In Re:                        Case No.  BK-N-14-50333-BTB
                                 Case No.  BK-N-14-50331-BTB
18 ANTHONY THOMAS and
   WENDI THOMAS,                 Chapter 11 Cases
19
                                 [Jointly Administered]
20 AT EMERALD, LLC,
                                 **ORDER APPROVING MOTION
21                               FOR EXTENSION OF DEBTORS'
                                 EXCLUSIVE TIME PERIODS TO
22                               FILE AND OBTAIN
          Debtors.              CONFIRMATION OF THEIR
23                               PLANS OF REORGANIZATION**

24                               Hearing Date:   July 30, 2014
                                 Hearing Time:  10:00 a.m.
25 _____/

26       Debtors, ANTHONY THOMAS, WENDI THOMAS and AT EMERALD, LLC (the

27 "Debtors"), by and through their counsel, HOLLY E. ESTES, ESQ., of the Law Offices of

28 Alan R. Smith, filed their Motion For Extension Of Debtors' Exclusive Time Periods To File

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579**

H:\Thomas\Plan & DS\Ord Mot Extd Excl Period 073114-rmb.wpd

And Obtain Confirmation Of Their Plans Of Reorganization (the "Motion") on June 2, 2014 [DE 72]. The Court having considered the pleadings and papers on file and good cause appearing,

IT IS HEREBY ORDERED that the Debtors' Motion is granted and the120-day exclusive time period for Debtors to file their plans of reorganization is extended from June 2, 2014, to and including August 31, 2014, and further that a 90-day extension is also granted for the corresponding exclusive period for obtaining confirmation of Debtors' plans of reorganization.

IT IS SO ORDERED

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

■    No party appeared at the hearing or filed an objection to the motion.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH

By:_____*/s/ Holly E. Estes*_____
   HOLLY E. ESTES, ESQ.
   Attorney for Debtor

###

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\Thomas\Plan & DS\Ord Mot Extd Excl Period 073114-rmb.wpd

- 2 -