ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors ANTHONY
THOMAS, WENDI THOMAS
and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*August 6, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

Debtors.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB
Chapter 11 Cases

[Jointly Administered]

**NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR EXTENSION OF DEBTORS' EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF THEIR PLANS OF REORGANIZATION**

Hearing Date: July 30, 2014
Hearing Time: 10:00 a.m.

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving Motion For Extension of Debtors' Exclusive Time Periods To File And Obtain Confirmation of Their Plans Of Reorganization [DE 158] on the 5th day of August, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

**DATED** this 6th day of August, 2014.

LAW OFFICES OF ALAN R. SMITH

By: _____/s/ Alan R. Smith_____
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Plan & DS\NOE Ord Mot Extd Excl Period 080614-rmb.wpd



Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 05, 2014

ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors ANTHONY
THOMAS, WENDI THOMAS
and AT EMERALD, LLC

*ELECTRONICALLY LODGED*
*August 1, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br>Debtors.<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**ORDER APPROVING MOTION FOR EXTENSION OF DEBTORS' EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF THEIR PLANS OF REORGANIZATION**<br><br>Hearing Date:  July 30, 2014<br>Hearing Time:  10:00 a.m. |

Debtors, ANTHONY THOMAS, WENDI THOMAS and AT EMERALD, LLC (the "Debtors"), by and through their counsel, HOLLY E. ESTES, ESQ., of the Law Offices of Alan R. Smith, filed their Motion For Extension Of Debtors' Exclusive Time Periods To File

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Plan & DS\Ord Mot Extd Excl Period 073114-rmb.wpd

EXHIBIT "A"

1  And Obtain Confirmation Of Their Plans Of Reorganization (the "Motion") on June 2, 2014
2  [DE 72]. The Court having considered the pleadings and papers on file and good cause
3  appearing,

4      IT IS HEREBY ORDERED that the Debtors' Motion is granted and the 120-day
5  exclusive time period for Debtors to file their plans of reorganization is extended from June
6  2, 2014, to and including August 31, 2014, and further that a 90-day extension is also granted
7  for the corresponding exclusive period for obtaining confirmation of Debtors' plans of
8  reorganization.

9      IT IS SO ORDERED

10      In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

12  ■    No party appeared at the hearing or filed an objection to the motion.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH

By:   */s/ Holly E. Estes*
    HOLLY E. ESTES, ESQ.
    Attorney for Debtor

                                    ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Plan & DS\Ord Mot Extd Excl Period 073114-rmb.wpd    - 2 -