1  Timothy A. Lukas, Esq.
   Nevada Bar No. 4678
2  Joseph G. Went, Esq.
   Nevada Bar No. 9220
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, Nevada 89134
   Tel: (702) 669-4600
5  Fax: (702) 669-4650
   Email: jgwent@hollandhart.com
6  *Attorneys for John Beach, Trustee of the*
   *Beach Living Trust dated January 22, 1999*

7

**UNITED STATES BANKRUPTCY COURT**
8  **DISTRICT OF NEVADA**

9  | In re: | Case No.: BK-N-14-50333-btb |
10 | ANTHONY THOMAS and WENDI THOMAS | Chapter: 11 |

[Lead Case – Jointly Administered]

11 ☒ Affects AT EMERALD, LLC    Case No.: BK-N-14-50331-btb
12 ☐ Affects all Debtors           Chapter: 11

13 **NOTICE OF CONTINUED 2004 EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT**

15 **Continued Date: August 13, 2014**
16 **Continued Time: 9:30 a.m. EST**

18 TO: ALL PARTIES IN INTEREST

19    NOTICE IS HEREBY GIVEN that the 2004 Examination of the Person Most
20 Knowledgeable of the Sarasota Vault, upon oral examination pursuant to Federal Rule of
21 Bankruptcy Procedure 2004, previously scheduled for August 12, 2014 at 9:00 a.m. EST at the
22 **Sarasota Vault**, located at **640 South Washington Blvd., Suite 125, Sarasota, Florida 34236**,
23 has been continued to **August 13, 2014 at 9:30 a.m. EST**.

24    Dated this 6th day of August, 2014.

25                    **HOLLAND & HART LLP**

26                         */s/ Joseph G. Went*
                    By:_____
27                    Timothy A. Lukas, Esq. (4678)
                      Joseph G. Went, Esq. (9220)

Page 1 of 1

7035689_1