1  Timothy A. Lukas, Esq.
   Nevada Bar No. 4678
2  Joseph G. Went, Esq.
   Nevada Bar No. 9220
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, Nevada 89134
   Tel:  (702) 669-4600
5  Fax: (702) 669-4650
   Email: jgwent@hollandhart.com
6  *Attorneys for John Beach, Trustee of the*
   *Beach Living Trust dated January 22, 1999*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>☒ Affects AT EMERALD, LLC<br>☐ Affects all Debtors | Case No.:  BK-N-14-50333-btb<br>Chapter:  11<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-N-14-50331-btb<br>Chapter:  11<br><br>**NOTICE OF CONTINUED 2004 EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE OF THE SARASOTA VAULT**<br><br>**Continued Date:  September 4, 2014**<br>**Continued Time: 9:30 a.m. EST** |
|---|---|

TO: ALL PARTIES IN INTEREST

   NOTICE IS HEREBY GIVEN that the 2004 Examination of the Person Most Knowledgeable of the Sarasota Vault, upon oral examination pursuant to Federal Rule of Bankruptcy Procedure 2004, previously scheduled for August 13, 2014 at 9:30 a.m. EST at the **Sarasota Vault**, located at **640 South Washington Blvd., Suite 125, Sarasota, Florida 34236**, has been continued to **September 4, 2014 at 9:30 a.m. EST**.

   Dated this 11th day of August, 2014.

                              **HOLLAND & HART LLP**

                                  */s/ Joseph G. Went*
                              By:_____
                                  Timothy A. Lukas, Esq. (4678)
                                  Joseph G. Went, Esq. (9220)

                              Page 1 of 1

7048213_1