# EXHIBIT 1

# EXHIBIT 1

# R. JOHN COLE, II, & ASSOCIATES, P.A.

*ATTORNEYS AT LAW*
*46 N. WASHINGTON BOULEVARD, SUITE 24*
*SARASOTA, FLORIDA 34236*
*TELEPHONE: (941) 365-4055*
*TELECOPIER: (941) 365-4219*
*Website: http://rjohncolelaw.com*

*R. John Cole, II †*
*Peter M. Knize ° ٭*
*Richard J. Cole, III‡*

† Board Certified in Consumer Bankruptcy Law
  *American Board of Certification*
° Also Admitted in North Carolina
٭ LL.M., *Estate Planning*
‡ LL.M., *International Banking & Finance*

*writer's email address:*
*rjc@rjcolelaw.com*

July 2, 2014

Joseph G. Went, Esquire
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89131

**VIA EMAIL TO:**
jgwent@hollandhart.com

Re:     Subpoena for Rule 2004 Examination Directed to Sarasota Vault, Inc.

Dear Mr. Went:

My client has received a copy of the subpoena for 2004 examination that was served on me on June 26, 2014. My client and I have discussed the subpoena, and they will be prepared for the deposition as scheduled on July 10, 2014 at 9:00 a.m.

However, one issue is important for you to resolve prior to coming to the deposition. Sarasota Vault, Inc. has only a single key to the vault involved. Mr. Anthony Thomas, the debtor, has the other key. In order to access the vault, both keys are necessary. The vault itself is very similar to a normal safety deposit box, and therefore a single key held by my client will not grant access to review the contents of the box. As such, unless Mr. Thomas is going to be present at the examination with his key or unless he has provided it to you for access, my client will not be able to open the box.

The only way that the box could then be opened is for a locksmith to drill the locks, and be prepared to replace them at the conclusion of the examination. My client informs me that the normal fee for that paid to the locksmith direct is $200.00. This is not an exact number, but is an estimate based on prior drilling that has occurred of locks at this facility.

I would request that you consider this letter, and feel free to contact me if you have any further questions regarding it. I send this quickly so that you are aware of the problem, and can address it prior to appearing in Sarasota, Florida on July, 10. Your attention to this matter is appreciated.

Very truly yours,

R. John Cole, II, & Associates, P.A.

R. John Cole, II

RJC/ca
cc:     James V. Montoney, President of Sarasota Vault, Inc.
F:\WPF\Cv\Sarasota Vault Depository, Inc\Thomas BK Issue\ltr.jwent.7.2.14.DOC

# EXHIBIT 2

# EXHIBIT 2

246/2 Muban Sammakorn Soi 25
Ramkhamhaeng Road Bangkapi
Bangkok Thailand 10240

8th August 2014

**Attention Mr. John Beach**
The John Beach Trust
USA

## STRICTLY PRIVATE AND CONFIDENTIAL

Dear Sir
**Re:- Thomas Emerald**

It has come to my attention that you have made arrangements to view the 21,000 Carat Emerald Matrix presently domiciled within the Sarasota Vault under the jurisdiction of Mr. Anthony Thomas.
I am somewhat bemused that you should be considering such an inappropriate action as the Thomas Emerald has been sold under an agreement between Koyo Shipping and Trading Corporation and Mr. Anthony G Thomas.
I visited the Sarasota Vault with my associate Appraiser on July 7th and thereafter evidenced verifiable financial capability via a current bank statement and Bank Confirmation and Responsibility Letter to the entire satisfaction of Mr. Thomas and his appointed Lawyer who was present at the time.
Koyo is presently arranging with our Prime Bank to remit the agreed purchase price to Mr. Thomas's designated banking coordinates.
As this is a purely private matter between Koyo and Mr. Thomas I really am not at liberty to disclose any further details on the financial arrangements between the parties other than to say should any third view the Emerald Koyo would be reluctantly forced by circumstances beyond their control to consider the contract between the Parties Null and Void.
I am sure you must understand Koyo's position as it would be tantamount to commercial folly if we took possession of the Emerald Matrix after a hitherto unknown third party has inspected same.
If however for whatever reason you do inspect this unique high quality Emerald then Koyo will unfortunately either withdraw from completing payment for same or have to revisit the Sarasota Vault to re-verify the Emerald which would involve extra costs for the original inspection team a financial undertaking Koyo will not be held responsible for.
Finally and for the sake of good order could you please advise me of your intentions as I will have to make a report to my Chairman in order that he may decide what course of action to take.
Yours Sincerely

*David C. Clarke*

David C Clarke
Finance Director & International Trustee
Koyo Shipping and Trading Corporation
Telephone +66(0)87 983 9711
E-mail: koyostcasia@gmail.com