ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Attorney for Debtors/Defendants
ANTHONY THOMAS and WENDI THOMAS

*ELECTRONICALLY FILED*
*August 18, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br>Debtors,<br>_____/<br>KENMARK VENTURES, LLC,<br><br>Plaintiff,<br>vs.<br><br>ANTHONY THOMAS and WENDI THOMAS,<br><br>Defendants.<br>_____/ | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br><br><br>Adv. Pro. No. 14-05022<br><br>**DECLARATION OF ALAN R. SMITH IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending |

I, ALAN R. SMITH, hereby declare under penalty of perjury that the following assertions are true:

1. I am the court appointed general counsel for the Debtors in the above-captioned Chapter

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot WD\Decl ARS MOST Mot WD 081814-dlg.wpd

1  11 cases. I have personal knowledge of the facts herein stated, and if called to testify as to such facts
2  I would and could do so competently.

3      2.    I have caused to be filed today an Ex Parte Motion For Order Shortening Time
4  For Notice and Hearing on Motion To Withdraw As Attorney Of Record.

5      3.    Pursuant to the Motion To Withdraw As Attorney Of Record, the Debtors have
6  failed substantially to fulfill various obligations to me as specified in the agreement between us.
7  Specifically, Debtors have refused to communicate timely and effectively with my office. Further,
8  the Debtors and myself have come to an impasse regarding certain aspects of my representation that
9  I believe cannot be overcome. I believe that because of the difference in opinion as how best to
10 proceed in this case, I can no longer effectively represent the Debtors. As a result an adversarial
11 relationship has developed, and I have sought withdrawal. I have requested that my motion to
12 withdrawal be heard on the same date and time as the motion to appoint chapter 11 trustee, August
13 22, 2014 at 2:00 p.m. Ordinary notice requirements cannot be met without an order shortening time
14 for a hearing to approve the immediate withdrawal from these cases.

15      DATED this 18th day of August, 2014.

17              By: _____/s/ Alan R. Smith_____
                    ALAN R. SMITH, ESQ.
                    Attorney for Debtors

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Mot WD\Decl ARS MOST Mot WD 081814-dlg.wpd       - 2 -

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Law Offices of Alan R. Smith, and that on this day I deposited for mailing at Reno, Nevada, and sent via email, a true and correct copy of the attached document addressed as follows:

AT Emerald, LLC
c/o Anthony & Wendi Thomas
7725 Peavine Peak Court
Reno, NV 89523
atemerald2@gmail.com
wendithomas6@gmail.com

Timothy A. Lukas, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
tlukas@hollandhart.com

Kevin A. Darby, Esq.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, NV 89519
kevin@darbylawpractice.com

Stefanie T. Sharp, Esq.
Robison, Balaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
ssharp@rbsllaw.com

Wayne A. Silver, Esq.
333 W. El Camino Real, Ste. 310
Sunnyvale, CA 94087
w_silver@sbcglobal.net

Amy N. Tirre, Esq.
Law Offices of Amy N. Tirre, APC
3715 Lakeside Dr., Ste. A
Reno, NV 89509
amy@amyttirrelaw.com

Joseph G. Went, Esq.
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com

Dated: August 18, 2014     By: _____
                               */s/ Debra L. Goss*
                               Debra L. Goss, Employee

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot WD\Decl ARS MOST Mot WD 081814-dlg.wpd     - 3 -