ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Attorney for Debtors/Defendants
ANTHONY THOMAS and WENDI
THOMAS

*ELECTRONICALLY FILED*
*August 18, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No.  BK-N-14-50333-BTB |
| | Case No.  BK-N-14-50331-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 Cases |
| AT EMERALD, LLC, | [Jointly Administered] |
| Debtors, | |
| _____/ | |
| KENMARK VENTURES, LLC, | Adv. Pro. No. 14-05022 |
| Plaintiff, | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME** |
| vs. | |
| ANTHONY  THOMAS  and  WENDI THOMAS, | (No Hearing Required) |
| Defendants. | Hearing Date:  OST Pending |
| _____/ | Hearing Time: OST Pending |

As required by the Court under Local Rule 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time for a hearing on the Debtor's **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** filed contemporaneously with this attorney information sheet.

H:\Thomas\Mot WD\AIS MOST Mot WD 081814-dlg.wpd

1    They agree or disagree to the time being shortened, as indicated below:

2    NAME                    HOW & WHEN                        AGREE        DISAGREE

3    William B. Cossitt, Esq.    By email on
     Office of the United        August 18, 2014                X
4     States Trustee

5    Timothy A. Lukas, Esq.    By email on
     Holland & Hart, LLP       August 18, 2014                  X
6

     Kevin A. Darby, Esq.     By email on
7    Darby Law Practice, Ltd.  August 18, 2014                  X

8    Stefanie T. Sharp, Esq.  By email on
     Robison, Balaustegui,    August 18, 2014                   X
9

     Wayne A. Silver, Esq.    By email on
10                            August 18, 2014                   X

11   Anthony &               By email on
     Wendi Thomas            August 18, 2014           NO RESPONSE
12

13   **COMMENTS**:
          N/A

14   **ESTIMATED TIME OF HEARING**:
15          15 Minutes.

16        **DATED** this 18th day of August, 2014.

17                                       LAW OFFICES OF ALAN R. SMITH

18                                       By:_____*/s/ Alan R. Smith*_____
                                              ALAN R. SMITH, ESQ.
19                                            Attorney for Debtors

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF MAILING

2          Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Law Offices of Alan

3   R. Smith, and that on this day I deposited for mailing at Reno, Nevada, and sent via email, a true and

4   correct copy of the attached document addressed as follows:

5          AT Emerald, LLC
           c/o Anthony & Wendi Thomas
6          7725 Peavine Peak Court
           Reno, NV 89523
7          atemerald2@gmail.com
           wendithomas6@gmail.com

8
           Timothy A. Lukas, Esq.
9          Holland & Hart, LLP
           5441 Kietzke Lane, 2nd Floor
10         Reno, NV 89511
           tlukas@hollandhart.com

11
           Kevin A. Darby, Esq.
12         Darby Law Practice, Ltd.
           4777 Caughlin Parkway
13         Reno, NV 89519
           kevin@darbylawpractice.com

14
           Stefanie T. Sharp, Esq.
15         Robison, Balaustegui, Sharp & Low
           71 Washington Street
16         Reno, NV 89503
           ssharp@rbsllaw.com

17
           Wayne A. Silver, Esq.
18         333 W. El Camino Real, Ste. 310
           Sunnyvale, CA 94087
19         w_silver@sbcglobal.net

20         Amy N. Tirre, Esq.
           Law Offices of Amy N. Tirre, APC
21         3715 Lakeside Dr., Ste. A
           Reno, NV 89509
22         amy@amyttirrelaw.com

23         Joseph G. Went, Esq.
           Holland & Hart, LLP
24         9555 Hillwood Drive, 2nd Floor
           Las Vegas, NV 89134
25         jgwent@hollandhart.com
                                                 /s/ Debra L. Goss
26   Dated: August 18, 2014            By:_____
                                                 Debra L. Goss, Employee
27

28

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Mot WD\AIS MOST Mot WD 081814-dlg.wpd                    - 3 -