_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 19, 2014

_____

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Debtors/Defendants
ANTHONY THOMAS and WENDI THOMAS

*ELECTRONICALLY FILED*
*August 18, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br>         Debtors,<br>_____/<br>KENMARK VENTURES, LLC,<br><br>         Plaintiff,<br>vs.<br><br>ANTHONY  THOMAS  and  WENDI<br>THOMAS,<br><br>         Defendants.<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br><br><br><br>Adv. Pro. No. 14-05022<br><br>**ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Hearing Date:  OST Pending<br>Hearing Time: OST Pending |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\OST Mot WD 081814-dlg.wpd

1    The Court having considered the Movants's *ex parte* Motion For Order Shortening
2    Time For Notice And Hearing On Debtor's Motion To Withdraw As Attorney Of Record,
3    and good cause appearing therefor, it is hereby
4    ORDERED that the Motion For Order Shortening Time is granted, and the hearing
5    to consider approval of the Motion To Withdraw As Attorney Of Record shall be conducted
6    on _____August 22_____, 2014 at __2:00__ p.m.  Any opposition may be
7    filed and served upon Debtors' attorney by facsimile, email or personal delivery no later than
8    __12:00 Noon, August 21__, 2014.  Replies ~~may be filed and served no later than~~
9    __shall be considered at the hearing__, ~~2012~~.  Service of this Order Shortening Time For Notice
10   And Hearing On Debtor's Motion To Withdraw As Attorney Of Record shall be completed
11   by ____August 19____, 2014.
12   PREPARED AND SUBMITTED BY:
13   LAW OFFICES OF ALAN R. SMITH
14   By: __*/s/ Alan R. Smith*__
     ALAN R. SMITH, ESQ.
15   Attorney for Debtors
16                                                           ###

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Thomas\Mot WD\OST Mot WD 081814-dlg.wpd         - 2 -