ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Debtors/Defendants
ANTHONY THOMAS and WENDI THOMAS

*ELECTRONICALLY FILED*
*August 19, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

        Debtors,
_____/

KENMARK VENTURES, LLC,

        Plaintiff,

vs.

ANTHONY THOMAS and WENDI THOMAS,

        Defendants.
_____/

Case No. BK-N-14-50333-BTB
Case No. BK-N-14-50331-BTB

Chapter 11 Cases

[Jointly Administered]

Adv. Pro. No. 14-05022

**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Hearing Date: August 22, 2014
Hearing Time: 2:00 p.m.

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Shortening Time For Notice And Hearing On Motion To Withdraw As Attorney Of Record [DE 17] on the 19th day of August, 2014 ("Order"). A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Adv. Thomas v Kenmark Ventures\NOE OST Mot WD 081914-dlg.wpd

1  DATED this 19th day of August, 2014.

2                                 LAW OFFICES OF ALAN R. SMITH

3                            By:_____*/s/ Alan R. Smith*_____
                                 ALAN R. SMITH, ESQ.

4                                   Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Adv. Thomas v Kenmark Ventures\NOE OST Mot WD 081914-dfg.wpd

-2-

*[signature]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 19, 2014

___

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Debtors/Defendants
ANTHONY THOMAS and WENDI THOMAS

*ELECTRONICALLY FILED*
*August 18, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br><br>        Debtors,<br>_____/<br><br>KENMARK VENTURES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY THOMAS and WENDI THOMAS,<br><br>        Defendants.<br>_____/ | Case No.  BK-N-14-50333-BTB<br>Case No.  BK-N-14-50331-BTB<br><br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br><br><br><br><br>Adv. Pro. No. 14-05022<br><br>**ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Hearing Date:  OST Pending<br>Hearing Time:  OST Pending |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\OST Mot WD 081814-dlg.wpd

**EXHIBIT "_A_"**

1  The Court having considered the Movants's *ex parte* Motion For Order Shortening
2  Time For Notice And Hearing On Debtor's Motion To Withdraw As Attorney Of Record,
3  and good cause appearing therefor, it is hereby
4  ORDERED that the Motion For Order Shortening Time is granted, and the hearing
5  to consider approval of the Motion To Withdraw As Attorney Of Record shall be conducted
6  on _____August 22_____, 2014 at __2:00__ p.m.  Any opposition may be
7  filed and served upon Debtors' attorney by facsimile, email or personal delivery no later than
8  __12:00 Noon, August 21__, 2014.  Replies ~~may be filed and served no later than~~
9  _shall be considered at the hearing_ . ~~, 2012~~.  Service of this Order Shortening Time For Notice
10 And Hearing On Debtor's Motion To Withdraw As Attorney Of Record shall be completed
11 by ___August 19___, 2014.
12 PREPARED AND SUBMITTED BY:
13 LAW OFFICES OF ALAN R. SMITH
14 By:____/s/ Alan R. Smith_____
    ALAN R. SMITH, ESQ.
15  Attorney for Debtors
16                              ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\OST Mot WD 081814-dlg.wpd

- 2 -