ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

***ELECTRONICALLY FILED***
***October 7, 2014***

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

Debtors,
_____/

Case No.  BK-N-14-50333-BTB

Chapter 7

**FIRST AND FINAL APPLICATION BY
ATTORNEY FOR DEBTORS TO
APPROVE COMPENSATION
(ALAN R. SMITH)**

Hearing Date:  December 17, 2014
Hearing Time:  10:00 a.m.

Alan R. Smith, Esq., of the Law Offices of Alan R. Smith (hereinafter "Applicant"),

submits this first and final application for compensation for professional services rendered

and reimbursement of costs incurred pursuant to 11 U.S.C. § 330(a) (the "Application").

This fee application is based on the entire case file, the points and authorities contained

herein, and any oral argument that the Court may entertain.

1.      Applicant was the attorney for Debtors herein, and makes this first and final

application for an allowance of compensation for professional services rendered, and for

reimbursement for actual and necessary costs and expenses incurred by him in the

administration in the estate of ANTHONY and WENDI THOMAS. In March, 2014, Debtors

retained the Law Offices of Alan R. Smith to provide bankruptcy advice and a Petition for

Relief Under Chapter 11 was filed on March 4, 2014 [DE 1].  The employment of the Law

Offices of Alan R. Smith, as counsel for Debtors was approved by the Court by order entered

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd

on March 27, 2014 [DE 37].  On May 12, 2014, the Court entered its Order Approving Motion For Joint Administration [DE 63], jointly administering the above-referenced case with the case of AT Emerald, Inc., Case No. BK-N-14-50331-BTB.  The withdrawal of employment of the Law Offices of Alan R. Smith, Esq., as counsel for Debtors was approved by the Court by Order entered on August 26, 2014 [DE 187].  On August 29, 2014, the Court entered its Order Granting Motion To Convert Case From Chapter 11 To Chapter 7 [DE 57].

      2.     All services for which compensation is requested by Applicant were performed for and on behalf of the Debtors and not on behalf of any committee, creditor, or other person, and were necessary to the administration of the Debtors' estate.  The services performed are summarized for the Court's convenience as follows:

| APPLICANT: ALAN R. SMITH, ESQ., OF THE LAW OFFICES OF ALAN R. SMITH |
|---|

TERMS OF EMPLOYMENT:
ALAN R. SMITH, ESQ. ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500/HOUR (ARS)
HOLLY E. ESTES, ESQ. ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . $300/HOUR (HEE)
PEGGY L. TURK, PARALEGAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $210/HOUR (PLT)
DEBRA L. GOSS, PARALEGAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150/HOUR (DLG)
ROANNA M. BONALDI, LEGAL ASSISTANT . . . . . . . . . . . . . . . . . . . . $130/HOUR (RMB)

| FIRST AND FINAL APPLICATION | LEGAL FEES | $30,238.50 |
|---|---|---|
| | EXPENSES | $2,298.20 |
| | TOTAL | $32,536.70 |

| PERIOD COVERED: **MARCH 3, 2014** TO **SEPTEMBER 30, 2014** | | |
|---|---|---|
| FEES & EXPENSES PREVIOUSLY REQUESTED: | | -0- |
| FEES & EXPENSES PREVIOUSLY AWARDED: | | -0- |

| CASE STATUS: CHAPTER 11 VOLUNTARY PETITION FILED ON MARCH 4, 2014. CASE CONVERTED TO A CHAPTER 7 ON AUGUST 29, 2014. |
|---|
| PROSPECT FOR PAYMENT OF FEE/COST AWARD: DEBTORS' ESTATE SHOULD HAVE SUFFICIENT FUNDS AVAILABLE TO PAY FEE/COST AWARD(S) FROM SALE OF EMERALD. |

| TASKS - HOURS - FEES - EXPENSES SUMMARY FOR APPLICATION | | | |
|---|---|---|---|
| TASK NO. | WORK CATEGORY | HOURS | FEES |
| **B110** | PRE-BANKRUPTCY / CASE ADMINISTRATION | 66.50 | $ 18,375.50 |
| **B120** | ASSET ANALYSIS & RECOVERY | 0.00 | $ 0.00 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd     - 2 -

| | | | | |
|---|---|---|---|---|
| **B130** | ASSET DISPOSITION | 0.00 | $ | 0.00 |
| **B140** | RELIEF FROM STAY PROCEEDINGS | 15.80 | $ | 4,106.00 |
| **B150** | MEETING OF CREDITORS | 2.00 | $ | 600.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 9.00 | $ | 1,497.00 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 0.00 | $ | 0.00 |
| **B210** | BUSINESS OPERATIONS | 2.20 | $ | 286.00 |
| **B220** | EMPLOYEE BENEFITS/PENSIONS | 0.00 | $ | 0.00 |
| **B230** | FINANCING / CASH COLLATERAL | 6.80 | $ | 1,259.00 |
| **B235** | LEASES/ASSUMPTIONS/REJECTIONS | 0.00 | $ | 0.00 |
| **B310** | CLAIMS ADMINISTRATION & OBJECTIONS | 0.20 | $ | 60.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 4.70 | $ | 930.00 |
| **B330A** | LITIGATION A | 9.90 | $ | 3,875.00 |
| **B350** | POST-CONFIRMATION | 0.00 | $ | 0.00 |
| | TOTALS | 117.10 | $ | 30,988.50 |
| **ITEMIZED EXPENSES** | | | | |
| | FILING FEES | | $ | 1,219.80 |
| | PHOTOCOPIES | | $ | 870.75 |
| | POSTAGE | | $ | 120.92 |
| | FACSIMILE | | $ | 0.00 |
| | PACER | | $ | 0.00 |
| | AT&T CONFERENCE CALLS/LONG DISTANCE | | $ | 0.00 |
| | MESSENGER SERVICES | | $ | 0.00 |
| | ELECTRONIC RESEARCH LEXIS NEXIS | | $ | 59.46 |
| | OTHER/FEDERAL EXPRESS | | $ | 27.27 |
| | TOTAL EXPENSES | | $ | 2,298.20 |
| | SUPPLEMENTAL LEGAL FEES | | $ | 0.00 |
| TOTAL FEES AND EXPENSES INCURRED THIS APPLICATION | | | $ | 33,286.70 |
| | PREVIOUSLY AWARDED FEES AND COSTS | | $ | 0.00 |
| | LESS PAYMENTS  ( REQUEST APPROVAL TO APPLY) | | $ | 5,000.00 |
| | SUBTOTAL FEE REQUEST AND COST REIMBURSEMENT | | $ | 28,286.70 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd          - 3 -

| LESS COURTESY DISCOUNT/CREDIT | | $  2,750.00 |
| TOTAL DUE | | $ 25,536.70 |

3.    No previous orders have been entered by the Court approving compensation to Applicant.

4.    Applicant seeks compensation for the period March 3, 2014, through September 30, 2014, for professional services rendered in the amount of $30,988.50 and reimbursement of necessary costs and expenses incurred in the amount of $2,298.20, for a total of $33,286.70, less the pre-petition retainer of $5,000.00 and a courtesy discount of $2,750.00 (not in trade for any services performed by Debtors). Applicant seeks approval to apply the monies held in Applicant's trust account and paid by the Debtors pre-petition of $5,000.00 and the courtesy discount of $2,750.00, leaving a balance due of $25,536.70. These services are more fully set forth in the monthly billing statements **(Exhibit "A")**, billing task summary **(Exhibit "B")**, and cost itemization **(Exhibit "C")** attached hereto and incorporated herein.

5.    The services provided by Applicant have been segregated into the following categories and are summarized as follows:

(A)    **Pre-Bankruptcy / Case Administration (B100/B110)**

Applicant provided services in initiating Debtors' Chapter 11 case and strategizing with Debtors, communicating with the Office of the United States Trustee, and advising Debtors in connection with preparation of Debtors' Petition, Statements and Schedules, amendments thereto, IDI documents and compliance with the U.S. Trustee's guidelines. Applicant also provided services with regard to various lawsuits filed against Debtors. Applicant also provided services in filing a motion jointly administering the case and a motion withdrawing from the case.

The time spent in connection with case administration is as follows:

|  | Hours | Fees |
|---|---|---|
| Alan R. Smith, Esq. | 11.50 | $5,727.50 |
| Holly E. Estes, Esq. | 29.80 | 8,940.00 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd

| Debra L. Goss, Paralegal | 21.60 | 3,240.00 |
|---|---|---|
| Roanna M. Bonaldi, Legal Assistant | 3.60 | 468.00 |
| | 66.50 | $18,375.50 |

(B)    **Relief From Stay/Enforcement (B140)**

Applicant provided services with regard to discussions with various counsel regarding their potential filing of motions for relief from stay in various California lawsuits filed against the Debtors.  Applicant also provided services with regard to opposing a motion for relief from stay filed by Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Line, Inc. and FM Holdings.  Applicant also provided services with regard to a motion for relief from stay filed by William McGrane and agreeing to a stipulation with regard to the same.

The time spent in connection with asset disposition is as follows:

| | Hours | Fees |
|---|---|---|
| Alan R. Smith, Esq. | 1.10 | $550.00 |
| Holly E. Estes, Esq. | 5.90 | 1,770.00 |
| Peggy L. Turk, Paralegal | 7.90 | 1,659.00 |
| Debra L. Goss, Paralegal | .50 | 75.00 |
| Roanna M. Bonaldi, Legal Assistant | .40 | 52.00 |
| | 15.80 | $4,106.00 |

(C)    **Meeting of Creditors (B150)**

Applicant provided services by attending the meeting of creditors.

The time spent in connection with meeting of creditors is as follows:

| | Hours | Fees |
|---|---|---|
| Holly E. Estes, Esq. | 2.00 | $600.00 |

(D)    **Fee/Employment Applicants (B160)**

Applicant's law firm has prepared an application to employ himself, as Attorney for the Debtors-in-Possession, in addition to preparing this application for compensation.

The time spent in preparing the employment application (through September 30, 2014) is as follows:

| | Hours | Fees |
|---|---|---|
| Holly E. Estes, Esq. | 1.10 | $330.00 |
| Debra L. Goss, Paralegal | 7.00 | 1,050.00 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd          - 5 -

| | | |
|---|---|---|
| Roanna M. Bonaldi, Legal Assistant | 0.90 | 117.00 |
| | 9.00 | $1,497.00 |

(E)    **Business Operations (B210)**

Applicant assisted the Debtors with matters concerning their monthly operating reports and related issues.

The time spent in connection with business operations is as follows:

| | Hours | Fees |
|---|---|---|
| Roanna M. Bonaldi, Legal Assistant | 2.20 | $286.00 |

(F)    **Financing/Cash Collateral (B230)**

Applicant assisted the Debtors with regard to their budget for the motion to pay ordinary living expenses and a motion for order shortening time with regard to the same.

The time spent in connection with financing is as follows:

| | Hours | Fees |
|---|---|---|
| Alan R. Smith, Esq. | .50 | $250.00 |
| Holly E. Estes, Esq. | .80 | 240.00 |
| Debra L. Goss, Paralegal | 2.70 | 405.00 |
| Roanna M. Bonaldi, Legal Assistant | 2.80 | 364.00 |
| | 6.80 | $1,259.00 |

(G)    **Claims Administration (B310)**

Applicant provided legal services to the Debtors in advising the Debtors concerning the claim for adequate protection.

The time spent with claims administration is as follows:

| | Hours | Fees |
|---|---|---|
| Holly E. Estes, Esq. | 0.20 | $60.00 |

(H)    **Plan and Disclosure Statement (B320)**

Applicant provided legal services to the Debtors in filing a motion to extend exclusivity time period to confirm plan and exclusive period to file plan.

| | Hours | Fees |
|---|---|---|
| Holly E. Estes, Esq. | 1.70 | $510.00 |
| Debra L. Goss, Paralegal | 1.50 | 225.00 |
| Roanna M. Bonaldi, Legal Assistant | 1.50 | 195.00 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd          - 6 -

4.70      $930.00

(I)   **Litigation A (B330a)**

Applicant provided legal services to the Debtors with regard to the McGrane and Kenmark lawsuits.  Applicant also provided legal services by filing an answer to the Kenmark complaint, agreeing to a discovery plan and withdrawing from the adversary case.

|                              | Hours | Fees       |
|------------------------------|-------|------------|
| Alan R. Smith, Esq.          | 4.90  | $2,450.00  |
| Holly E. Estes, Esq.         | 4.50  | 1,350.00   |
| Debra L. Goss, Paralegal     | 0.50  | 75.00      |
|                              | 9.90  | $3,875.00  |

**TOTAL FEES - All (117.10 hrs):   $30,988.50 (Blended Rate: $264.63/hour)**

A complete and detailed description of the legal services performed by Applicant are set forth in the itemized billing statements attached hereto (**Exhibit "A"**).

6.     Prior to filing of the petition (March 4, 2014), the Debtors paid to the Law Offices of Alan R. Smith a retainer of $5,000.00 for commencement of the Chapter 11 case. The payment is being held in Applicant's trust account pending this Court's order approving the requested attorneys' fees and authorizing Applicant to apply the payment(s) to the outstanding balance.  Applicant has not entered into any agreement with any other person or entity for the sharing of compensation received or to be received in connection with the services rendered in this case.

7.     The rates of compensation of attorneys and supporting personnel agreed to by the Debtors are as follows:  Alan R. Smith, Esq. ("ARS") - $500.00 per hour; Holly E. Estes, Esq., ("HEE") - $300.00 per hour; Peggy L. Turk, Paralegal ("PLT") $210.00 per hour; Debra L. Goss, Paralegal ("DLG") - $150.00 per hour and Roanna Bonaldi, Legal Assistant ("RMB") - $130.00 per hour.  Applicant believes that these rates are within the normal hourly rates charged by other professionals and paraprofessionals for the type of services involved in this case, and believes that the compensation sought herein is reasonable.

8.     Alan R. Smith, Esq. was admitted to the Nevada Bar in 1979.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd          - 7 -

1    WHEREFORE, Applicant requests that the Court enter its order approving and

2  awarding this first and final request for compensation for professional services rendered in

3  the amount of $30,988.50 and reimbursement of necessary costs and expenses incurred in the

4  amount of $2,298.20, for a total of $33,286.70, less the pre-petition retainer of $5,000.00 and

5  a courtesy discount of $2,750.00 (not in trade for any services performed by Debtors).

6  Applicant seeks approval to apply the monies held in Applicant's trust account and paid by

7  the Debtors pre-petition of $5,000.00 and the courtesy discount of $2,750.00, leaving a

8  balance due of $25,536.70.

9    DATED this 7th day of October, 2014.

10                                       LAW OFFICES OF ALAN R. SMITH

11                                       By:_____/s/ Alan R. Smith_____
                                             ALAN R. SMITH, ESQ.
12                                           Attorney for Debtors

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Fees\Fee App ARS 100714-dlg.wpd                    - 8 -

# Exhibit "A"

**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada   89501**
**(775) 786-4579**
**FAX (775) 786-3066**

Tony Thomas                                                          September 30, 2014
7725 Peavine Peak Ct
Reno, NV 89523


|  |  |
|---|---|
| File #: | 1445-01 |
| Inv #: | 7633 |

**Attention:**

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | TIMEKEEPER |
|------|-------------|-------|--------|------------|
| Feb-26-14 | [Case Administration] Conference with client re:  Chapter 11. | 3.50 | 1,750.00 | ARS |
| Feb-27-14 | [Case Administration] Conference with clients re:  Chapter 11. | 2.00 | 1,000.00 | ARS |
| Feb-28-14 | [Case Administration] Work on Chapter 11 petition (1.1); Conference with client (.4). | 1.50 | 750.00 | ARS |
| Mar-03-14 | [Case Administration] Prepare Chapter 11 Petition | 1.10 | 550.00 | ARS |
|  | [Case Administration] Prepare Chapter 11 bankruptcy petition for attorney review; Make attorney revisions and prepare email to clients advising of missing information. | 1.50 | 225.00 | DLG |
| Mar-04-14 | [Case Administration] Conference with client; Complete preparation of Chapter 11 Petition | 0.70 | 350.00 | ARS |
|  | [Case Administration] Make corrections to BK Petition pursuant to client's email; Meeting with client; Make additional revisons; Finalize, sign and file; Send Notice of BK to attorneys. | 3.50 | 525.00 | DLG |
| Mar-05-14 | [Case Administration] Correspondence to various attorneys and email out with copy of BK Petition; Correspondence to clients re: 341 Meeting. | 1.50 | 225.00 | DLG |

| Mar-06-14 | [Case Administration] Prepare Notice of Changed 341 Meeting; File with Court. | 0.50 | 75.00 | DLG |
|---|---|---|---|---|
| | [Case Administration] Begin draft certificate of service for notice of changed section 341 meeting of creditors. | 0.40 | 52.00 | RMB |
| Mar-13-14 | [Case Administration] Review all emails re: status. | 0.30 | 150.00 | ARS |
| | [Fee/Employment Applicants] Prepare Ex Parte Application To Employ Attorney For Debtor with supporting Order; Prepare Fee Agreement. | 0.50 | 75.00 | DLG |
| Mar-14-14 | [Case Administration]  Review emails with Holly E. Estes, Esq. | 0.30 | 127.50 | ARS |
| | [Case Administration] Review letter from Wells Fargo re frozen accounts. | 0.20 | 60.00 | HEE |
| Mar-17-14 | [Case Administration] Review letter from Bryce C. Alstead, Esq., re representation of Mr. Beach and Thomas default under promissory note and pledge. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review letter from Mark Kearney re request to withdrawal as counsel in Conetto v. Morrison; Thomas V. Conetto; Thomas v. Farmers; request substitution of counsel in pro per. | 0.20 | 60.00 | HEE |
| | [Case Administration] Draft letter to Tom and Wendi Thomas re Smith LC request to withdrawal as counsel in Conetto v. Morrison; Thomas V. Conetto; Thomas v. Farmers; attach letter for reference. | 0.20 | 60.00 | HEE |
| | [Case Administration] T/c with Tony Thomas re Beach request to visit emerald and vault; Discuss personal budget needed for motion to approve payment of living expenses; Discuss Smith LC withdrawal as counsel; Discuss Darby law motion for stay relief to proceed with LA case. | 0.30 | 90.00 | HEE |
| | [Relief From Stay/Enforcement] Review faxed letter from Kevin Darby re represenation of Kit | 0.20 | 60.00 | HEE |

Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings 4001 letter and potential filing motion for stay relief to proceed in California state court action case no. BS11-8649

| | | | | |
|---|---|---|---|---|
| | [Relief From Stay/Enforcement] Review letter from Andrew Spielberger re stay enforcement and action BS 11-8649 pending in California state court requesting in rem relief. | 0.20 | 60.00 | HEE |
| Mar-18-14 | [Case Administration] Review email from Wendi Thomas re budget for personal living expenses and income; note on Beach's requested visit and inspection of the emerald; draft reply email re same. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review emails from Tony Thomas re emerald location and Beach request for site visit. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review client file, letters from attornies, complaint and partial judgement in Conetto v. Armstrong, Thomas v. Conetto; Mtg with DLG to discuss litigations; Review ARS notes from initial client interview; Review lawsuits listed on petition and letters from attornies re same. | 1.70 | 510.00 | HEE |
| | [Case Administration] Review schedule of litigation prepared per my request by RMB; Make note on suits to be added to schedules. | 0.20 | 60.00 | HEE |
| | [Fee/Employment Applicants] Review employment application of ARS; review proposed order; Review fee agreement; Mark changes to all; Give to DLG with instruction to make changes; Mtg with DLG to discuss OUST signature block on application and order. | 0.60 | 180.00 | HEE |
| | [Fee/Employment Applicants] Review second draft application to employ ARS from DLG with HEE changes implmented; Make further changes and corrections to application; Review proposed order; ok to file; review proposed fee agreement with HEE changes implemented; ok. | 0.30 | 90.00 | HEE |

|  |  | | | |
|---|---|---|---|---|
|  | [Financing/Cash Collateral] Review email from Wendi Thomas re budget of expenses as requested for motion to pay ordinary living expenses. | 0.20 | 60.00 | HEE |
|  | [Financing/Cash Collateral] Draft email to Wendi Thomas with instruction on monthly income for budget to provide along with motion to pay ordinary living expenses. | 0.20 | 60.00 | HEE |
|  | [Financing/Cash Collateral] Review draft motion for authority to pay ordinary living expenses; review draft declaration of Anthony Thomas re same. | 0.40 | 120.00 | HEE |
|  | [Fee/Employment Applicants] Make revisions to Employment Application, Declaration and Fee Agreement per Holly E. Estes, Esq. | 0.50 | 75.00 | DLG |
|  | [Financing/Cash Collateral] Prepare draft of Motion For Authority To Pay Ordinary Monthly Living Expenses Nunc Pro Tunc and Declaration in support thereof for attorney review. | 0.50 | 75.00 | DLG |
| Mar-19-14 | [Case Administration] T/c with Tony Thomas re requested telephone conference with overstock.com; discuss budget for motion to approve ordinary living expenses; Discuss other potential purchasers. | 0.20 | 60.00 | HEE |
| Mar-20-14 | [Case Administration] Review email from Wendi Thomas re information on IDI docs; review information on Tony Thomas' employment. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft email to Tony and Wendi Thomas requesting additional information on Tony Thomas' employment for declaration of Thomas in support of motion to pay ordinary living expenses. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review draft motion to pay ordinary living expense; make changes; Review Declaration in support of motion; make changes; Review and save budget on living expenses sent by Wendi Thomas (exhibit for declaration). | 0.40 | 120.00 | HEE |

| | | | | |
|---|---|---|---|---|
| | [Case Administration] Draft email to Wendi and Tony Thomas re Beach inspection of emerald and Lucas' email re same. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review email from Wendi Thomas re Tony Thomas' employment and position with company. | 0.20 | 60.00 | HEE |
| | [Case Administration] Include information on Tony Thomas' employment in his declaration in support of motion to pay ordinary living expenses; Finalize Dec; Give to DLG with Budget and instruction to email client to review and sign. | 0.20 | 60.00 | HEE |
| | [Case Administration] Various emails with Wendi Thomas, attorneys and staff with regard to IDI documents which are due tomorrow, 3/21/14 | 0.50 | 75.00 | DLG |
| | [Financing/Cash Collateral] Prepare Exhibit to attach to Declaration re: paying monthly living expenses; Scan and email to client. | 0.20 | 30.00 | DLG |
| Mar-21-14 | [Case Administration] Mtg with DLG to discuss Lukas' email re inspection of diamond; discuss DLG converstaion with Tony Thomas re same. | 0.20 | 60.00 | HEE |
| | [Case Administration] Mtg with Wendi Thomas re IDI docs; schedule amendments; DIP Account etc. | 0.30 | 90.00 | HEE |
| | [Case Administration] Meet with Wendi Thomas to go over IDI documents for submission to the U.S. Trustee's office; Conferenc with Holly E. Estes, Esq. and client re: amendments to petition; Scan all IDI documents and email to U.S. Trustee. | 2.00 | 300.00 | DLG |
| Mar-24-14 | [Case Administration] Review revised budget of thomas family; review declaration of Tony Thomas in support of motion to pay ordinary living expenses. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review requested draft ost docs from DLG for motion to pay ordinary living expenses (review Dec of HEE; OST; MOST; AIS). | 0.20 | 60.00 | HEE |

| | | | | |
|---|---|---|---|---|
| | [Case Administration] Organize case emails. | 0.20 | 60.00 | HEE |
| | [Case Administration] Draft email to Tony and Wendi Thomas following up on questions after meeting with Wendi on Friday of last week. Request information on 397 2nd Ave Portola, CA; Request information on DIP Bank accounts. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review draft motion for joint administration or in the alternative substantive consolidation prepared by DLG; revise into motion for joint administration; revise motion and facts; finalize; give to DLG to file. | 0.50 | 150.00 | HEE |
| | [Case Administration] Prepare Motion for Joint Administration, Or In the Alternative, Motion for Substantive Consolidation for attorney review. | 0.50 | 75.00 | DLG |
| | [Financing/Cash Collateral] Prepare Ex Parte Motion for Order Shortening Time on Motion for Authority to Pay Ordinary Monthly Living Expenses; Prepare Declaration of Holly E. Estes, Esq., in support thereof; Prepare Attorney Information Sheet; Prepare proposed Order Shortening Time; Finalize and prepare for filing with Court; File. | 1.50 | 225.00 | DLG |
| Mar-25-14 | [Case Administration] Draft email to Tony and Wendi Thomas re IDI, additional docs required, and pre IDI meeting. | 0.20 | 60.00 | HEE |
| | [Case Administration] Make revisions to Motion For Joint Administration; Prepare Notice of Hearing; File with Court; Calendar all deadlines. | 0.50 | 75.00 | DLG |
| | [Financing/Cash Collateral] Begin drafting notice of entry of order shortening time for notice and hearing on debtor's motion for authority to pay ordinary monthly living expenses nunc pro tunc. | 0.50 | 65.00 | RMB |
| | [Financing/Cash Collateral] Begin drafting certificate of service for notice of entry of order shortening time for notice and hearing on | 0.40 | 52.00 | RMB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | debtor's motion for authority to pay ordinary monthly living expenses nunc pro tunc. |  |  |  |
|  | [Financing/Cash Collateral] Begin drafting certificate of service for motion for authority to pay ordinary monthly living expenses; declaration of Anthony Thomas in support thereof; motion for order shortening time; declaration of Holly E. Estes and attorney information sheet for proposed order shortening time. | 0.40 | 52.00 | RMB |
| Mar-26-14 | [Case Administration] Review emails from Wendi Thomas re IDI scheduling; review email from DLG re same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Place a call with Kristine Kinne re potential changing of IDI date and time L/m; Draft reply email to Wendi Thomas re IDI meeting. | 0.20 | 60.00 | HEE |
| Mar-27-14 | [Case Administration] T/c with Kristine Kinne re rescheduling IDI. | 0.20 | 60.00 | HEE |
|  | [Case Administration] T/c with Tony Thomas re rescheduling IDI; discuss questions asked at IDI and 341 meeting; cause office to send Wendi and Tony Thomas information on 341 meeting. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft email to Kristine Kinne re moving IDI and request confirmation of receipt of IDI Docs; T/c with Kristine re same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] T/c with Tony Thomas confirming moved IDI; discuss DIP Accounts; Cause office to send petitions with instructions for opening same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Begin drafting certificate of service for notice of hearing on motion for joint administration. | 0.40 | 52.00 | RMB |
|  | [Fee/Employment Applicants] Begin drafting certificate of service for ex parte application to employ attorney for debtors. | 0.40 | 52.00 | RMB |

| | | | | |
|---|---|---|---|---|
| Mar-28-14 | [Case Administration] Mtg with Tony and Wendi Thomas to prepare for IDI; Attend IDI with Tony and Wendi Thomas; Post IDI meeting with clients to go over additional documents required by OUST. | 2.50 | 750.00 | HEE |
| | [Case Administration] Mtg with JL to discuss phone message from Tony Thomas re filing objection to attorney withdrawal in state court action; cause JL to request copy of opposition for comment. | 0.20 | 60.00 | HEE |
| Mar-31-14 | [Case Administration] Review emails from Wendi Thomas re credit report; and remaning WF bank statements. | 0.20 | 60.00 | HEE |
| | [Meetings of Creditors] Attend meeting of creditors for Thomas and AT Emerald. | 2.00 | 600.00 | HEE |
| Apr-01-14 | [Case Administration] Mtg with JL discuss Smith request to withdraw as counsel for case up on appeal. Request JL to send Thomas an email re seek legal advise as to whether can proceed pro per on appeal. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review email from Wendi Thomas re hearing on motion to approve ordinary living expenses; Draft reply email re where to meet. | 0.20 | 60.00 | HEE |
| Apr-02-14 | [Case Administration] Draft email to DLG re petition amendments. | 0.20 | 60.00 | HEE |
| Apr-03-14 | [Case Administration] Review email from Mark Kearney re automatic stay and response to our letter regarding Thomas filing; Mtg with DLG to discuss Kearney response; Cause DLG to draft Kearny email requesting clarification as to what his email was seeking. | 0.20 | 60.00 | HEE |
| | [Fee/Employment Applicants] Begin drafting notice of entry of order approving ex parte application to employ attorney for debtor. | 0.50 | 65.00 | RMB |
| Apr-04-14 | [Case Administration] prepare for and attend hearing on motion to pay ordinary living expenses; post hearing client meeting to discuss case. | 0.80 | 240.00 | HEE |

| | | | | |
|---|---|---|---|---|
| | [Financing/Cash Collateral] Prepare Order Regarding Motion for Authority To Pay Ordinary Monthly Living Expenses for attorney review.  Calendar continued hearing. | 0.50 | 75.00 | DLG |
| Apr-08-14 | [Relief From Stay/Enforcement] Draft emails to Stefanie Sharp and Trisha and Kevin Darby requesting two day extension to oppose MRSs. | 0.20 | 60.00 | HEE |
| | [Relief From Stay/Enforcement] Review MRS (McGrane) | 0.30 | 90.00 | HEE |
| | [Relief From Stay/Enforcement] Review MRS(Morrison, Armstrong, Ferrara, Market Link, Inc, and FM Holdings). | 0.30 | 90.00 | HEE |
| | [Relief From Stay/Enforcement] Review email from Stefanie Sharp granting request for extension on condition same extension is granted for reply; Draft reply email confirming same. | 0.20 | 60.00 | HEE |
| | [Relief From Stay/Enforcement] Review reply emails from Trisha and Kevin Darby re extension to respond to MRS; Draft reply email thanking for extension and courtesy. | 0.20 | 60.00 | HEE |
| | [Relief From Stay/Enforcement] T/c with Tony Thomas re MRS  (Morrison, Armstrong etc) and MRS (McGrane); discuss counsel situation. | 0.20 | 60.00 | HEE |
| | [Relief From Stay/Enforcement] T/c with Tony Thomas; discuss MRS (McGrain) discuss stip to stay relief; discuss email received from John Beach etc. | 0.20 | 60.00 | HEE |
| | [Relief From Stay/Enforcement] Draft email to Stefanie Sharp re agreeable to stip to relief from stay in McGrane case; request prepare same and withdraw motion. | 0.20 | 60.00 | HEE |
| Apr-09-14 | [Case Administration] Review email from Stefanie Sharp re stip to lift stay to proceed with McGrain litigation in state court. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review draft order on motion to pay ordinary living expenses; Approve; give to DLG to lodge. | 0.20 | 60.00 | HEE |

|  | | | | |
|---|---|---|---|---|
|  | [Relief From Stay/Enforcement] Telephone conference with HEE re: opposition to motion for relief from stay (.3); review motion for relief and accompany documents and declarations (.4); legal research (.5) | 1.20 | 252.00 | PLT |
| Apr-10-14 | [Case Administration] T/c with Tony Thomas re LA litigation re Bahai emerald and counsel's withdrawal, discuss pending MRS. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Cause office to send Thomas' B26 form; Review sent email; Draft follow up email re please execute and return asap or may be cause to dismiss case. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Review email from Stefanie Sharp re McGrane litigation and stip and order to stay relief. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Review draft stipulation and order proposed by Stefanie Sharp lifting the stay as to the McGrane litigation. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Draft reply email to Stefanie Sharp re requested change to stipulation to lift stay as to McGrane litigation; approval with change. | 0.20 | 60.00 | HEE |
|  | [Plan and Disclosure Statement] T/c with PLT re opposition to MRS re Bahia appeal; request call Darby re extension of time on litigation for Debtor to obtain new counsel; discuss potential opposition if stip cannot be reached; Cause DLG to outline an opposition to MRS. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Draft Opposition to Motion for Relief from Stay (Morrison) for attorney review. | 0.50 | 75.00 | DLG |
|  | [Relief From Stay/Enforcement] Email from and to D. Goss re: opposition to relief from stay and request for extension; review initial draft of opposition | 0.30 | 63.00 | PLT |
| Apr-11-14 | [Relief From Stay/Enforcement] T/c with PLT re t/c with Trisha Darby re stip to continue stay 90 days and opposition to bahai emerald litigation MRS. | 0.30 | 90.00 | HEE |

|  | | | | |
|---|---|---|---|---|
|  | [Relief From Stay/Enforcement] Review email from Brad Jones re filing of bankruptcy and request for petition to file with court re Old Republic v. Thomas case; Draft reply re petition commences bk case. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Telephone conference with Trish Darby re: potential settlement (.4); telephone conference with H. Estes re: status (.3); prepare proposed stipulation (.5); emails to and fromTrish Darby re: proposed settlement and request for additional time to respond to MRS (.3) | 1.50 | 315.00 | PLT |
| Apr-14-14 | [Case Administration] Reviw B26 from Anthony Thomas; Give to DLG with instructions on same. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Review email from Trisha Darby re do not agree to stip to continue auto stay. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] T/c with PLT re opposition to stip to auto stay. | 0.40 | 120.00 | HEE |
|  | [Relief From Stay/Enforcement] Review email from PLT re draft opposition to to Darby motion for relief from stay. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Review draft opposition to Darby Motion for relief from stay; mark comments. | 0.40 | 120.00 | HEE |
|  | [Relief From Stay/Enforcement] T/c with PLT re changes to be made to draft opposition to Draby MRS. Discuss case law and arguments. | 0.20 | 60.00 | HEE |
|  | [Case Administration] T/Cs with Tony Thomas re: filling out B26 Form. | 0.20 | 30.00 | DLG |
|  | [Relief From Stay/Enforcement] Telephone conferences with HEE (.3)., review emails re: lack of settlement (.1); prepare opposition to motion for relief from stay (4.5) | 4.90 | 1,029.00 | PLT |
| Apr-15-14 | [Case Administration] Foward B26 Form received from Tony to Wendi for signature. | 0.20 | 30.00 | DLG |

Case 14-50333-btb   Doc 212   Entered 10/07/14 15:08:30   Page 21 of 40

| | | | | |
|---|---|---|---|---|
| | [Relief From Stay/Enforcement] Begin drafting certificate of service for opposition to motion for relief from stay. | 0.40 | 52.00 | RMB |
| Apr-16-14 | [Case Administration] Review email from Wendi Thomas requesting forms for MOR reports; Cause SAE to send reports re same. | 0.20 | 60.00 | HEE |
| | [Financing/Cash Collateral] Begin drafting notice of entry of order regarding motion for authority to pay ordinary monthly living expenses. | 0.50 | 65.00 | RMB |
| Apr-17-14 | [Case Administration] Review mail log and notice of ruling (thomas v. Conetto) and leter from Mason re hearing on OSC in Thomas v. Conetto case; Cause SAE to send copies to clients. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review emails btwn Tony Thomas and Mark Kearney re status of counse in Conneto v. Morrison litigation. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review emails from Kaylene Canaan re hearings scheduled in Thomas v. Conetto litigation and case status. | 0.20 | 60.00 | HEE |
| | [Case Administration] Organize case emails. | 0.20 | 60.00 | HEE |
| | [Case Administration] Prepare Form B26 for filing with Court; File.  Begin review of file for amendments to the petition. | 1.20 | 180.00 | DLG |
| Apr-18-14 | [Case Administration] Review email from Tony Thomas appeal of Conneto litigation; Draft reply email re same. | 0.20 | 60.00 | HEE |
| | [Case Administration] T/c with Tony Thomas re appeal of Conetto order. | 0.30 | 90.00 | HEE |
| Apr-21-14 | [Relief From Stay/Enforcement] Review Morrison motion for relief from stay. | 0.30 | 150.00 | ARS |
| Apr-22-14 | [Relief From Stay/Enforcement] Prepare for and appear at hearing on Morrison motion for relief from stay. | 0.80 | 400.00 | ARS |
| | [Case Administration] Review due date for monthly operating reports; Mtg with DLG | 0.20 | 60.00 | HEE |

|  | to discuss status of reports; Review forwarded emails from office to Wendi Thomas re same; draft email to RMB requesting status of reports. |  |  |  |
|  | [Case Administration] review email from Wendi Thomas re Thomas bank statements; draft reply re missing statements; review reply re same. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] Review phone message from Tony Thomas re hearing today on MRS; Mtg with ARS to discuss hearing on MRS and opposing brief re same. | 0.20 | 60.00 | HEE |
|  | [Relief From Stay/Enforcement] T/c with Tony Thomas re hearing today on Morrison litigation; discuss other cases and staying of those; discuss trip to florida to view Thomas Emerald. | 0.20 | 60.00 | HEE |
|  | [Claims Administration] Draft reply email to Tim Lukas re stip for adequate protection; review reply re same. | 0.20 | 60.00 | HEE |
| Apr-23-14 | [Case Administration] Review email from SAE re report from OUST 341 meeting followup and requested docs. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft reply email to SAE re OUST requested follow up docs requested after 341. | 0.20 | 60.00 | HEE |
| Apr-24-14 | [Relief From Stay/Enforcement] Review proposed order from Trisha Darby with ARS comments on Motion for relief from stay; Mtg with ARS to discuss same; Give to SAE to send to Darby with comments for proposed changes. | 0.30 | 90.00 | HEE |
| Apr-30-14 | [Case Administration] Strategize with Holly E. Estes, Esq. | 0.30 | 150.00 | ARS |
|  | [Case Administration] Review email from Stefanie Sharp re 403 settlement letter re potential settement of Mc Graine lawsuit. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft email to Tony Thomas re Stefanie Sharp 403 Settlement | 0.20 | 60.00 | HEE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | letter requesting settlement of McGrane lawsuit; request position re same. |  |  |  |
|  | [Case Administration] T/c with Maurine at Green Field Sullivan re settlement discussions on dismissal of law suit. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Mtg with ARS re MORs, ownership of real property, and motion for joint administration with AT Emerald case. | 0.20 | 60.00 | HEE |
| May-05-14 | [Case Administration] Review emails from Wendi Thomas re MOR's, property taxes and other case questions; Mtg with ARS to discuss same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Request RMB file MOR; Draft reply email to Tony and Wendi Thomas re answer to tax and property questions and MOR and ARS fees; request update on sale of emerald. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review 403 settlement letter from Maureen Harrington re settlement of Anthony Trepel law suit; Draft email to clients re same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review email from Tony Thomas in response to 403 settlement letter from Maureen Harrington; Draft reply re same and petition amendment. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review emails from Tony Thomas request that I draft reply email to Maureen re 403 settlement offer; Review reply email from Wendi Thomas re do not consent to settlement offer. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft email to Maureen Harrington in response to 403 settlement letter; discuss same and petition amendment. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review 403 settlement letter from Stefanie Sharp re state court litigation; Draft reply email re same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review letter from the American Arbitration Association regarding McGrane law suit and AAA arbitraion re | 0.20 | 60.00 | HEE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | same; Draft request to DLG requesting send letter re dont represent in that action; request send to clients. |  |  |  |
| May-06-14 | [Case Administration] Review OUST objection to debtors' claims of exemptions. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review OUST motion to designate case as small business case. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review email from Wendi Thomas re McGrain ligitiagion and Stefanie Sharp request for settlement; Draft email to Stefanie Sharp requesting she delete the email she was accidentially copied on; Draft email to Wendi Thomas re attorney client confidentiality; Review reply email from Stefanie Sharp; draft reply thanking for deleting email and professional courtesy. | 0.30 | 90.00 | HEE |
|  | [Case Administration] Prepare correspondence for attorney review to Ms. Marshall re:  not representing Anthony Thomas in arbitration proceeding re:  McGrane v. Thomas.  Finalize and send out. | 0.50 | 75.00 | DLG |
|  | [Business Operations] Review March 2014 monthly operating report, redact confidential information and finalize report. | 0.40 | 52.00 | RMB |
| May-07-14 | [Case Administration] Prepare for AT Emerald and Thomas motion for joint administration; review file. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Attend hearing on AT Emerald/Thomas motion for joint administration. | 0.50 | 150.00 | HEE |
|  | [Case Administration] Mtg with DLG discuss hearing and cause DLG to draft orders in both AT Emerald and Thomas case approving motions for joint administration. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Review DLG draft order on motion to approve joint administration in AT Emerald; Revie DLG draft roder on motion to approve joint administration in Thomas; Approve of both; give to DLG to lodge. | 0.20 | 60.00 | HEE |

Case 14-50333-btb   Doc 212   Entered 10/07/14 15:08:30   Page 25 of 40

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Case Administration] Conference with Holly E. Estes, Esq. re:  hearing on Motion For Joint Administration; Prepare Order Approving Motion For Joint Administration for attorney review; Finalize and lodge with Court. | 0.50 | 75.00 | DLG |
| May-13-14 | [Case Administration] Draft notice of entry of order approving motion for joint administration. | 0.50 | 65.00 | RMB |
| May-14-14 | [Case Administration] T/c with Tony Thomas re personal budget and new job; discuss trip to florida and sale of emerald; discuss additional expenses. | 0.30 | 90.00 | HEE |
| May-19-14 | [Business Operations] Draft email to client regarding monthly operating reports. | 0.20 | 26.00 | RMB |
| May-20-14 | [Business Operations] Draft email to client regarding questions about debtor duites and monthly operating reports. | 0.20 | 26.00 | RMB |
| May-22-14 | [Financing/Cash Collateral] Appear at hearing on approval of budget. | 0.50 | 250.00 | ARS |
| May-27-14 | [Financing/Cash Collateral] Draft order regarding final approval od motion for authority to pay monthly living expenses, submit to attorney for approval. | 0.50 | 65.00 | RMB |
| May-30-14 | [Plan and Disclosure Statement] Cause DLG to draft motion to extend exculsive period to file a plan and confirm a plan. | 0.20 | 60.00 | HEE |
|  | [Plan and Disclosure Statement] Prepare Motion For Extension Of Debtors' Exclusive Time Periods To File And Obtain Confirmation Of Their Plan Of Reorganization; Prepare Notice of Hearing; Have attorney review. | 1.00 | 150.00 | DLG |
|  | [Business Operations] Review April 2014 monthly operating report, redact confidential information and finalize report. | 0.40 | 52.00 | RMB |
| Jun-02-14 | [Case Administration] T/c with Tony Thomas re ARS bill; discuss McGrane litigation and | 0.30 | 90.00 | HEE |

potential appilcation to employ Bob Machado as counsel for that case; discuss update on trip to Florida and potential sale of the emerald.

| | | | |
|---|---|---|---|
| [Fee/Employment Applicants] Draft email to Bob Machado re Machado acting as counsel in McGrane lawsuit; request confirmation of same; request information required for employment application. | 0.20 | 60.00 | HEE |
| [Plan and Disclosure Statement] T/c with ARS re motion for extension of exclusive time period to confirm a plan and exclusive period to file plan; discuss extension reasoning. | 0.20 | 60.00 | HEE |
| [Plan and Disclosure Statement] Review DLG draft motion to extend exclusivity; Review DLG draft notice of motion to extend exclusivity; Make changes to draft motion to extend; make changes to notice of motion; give to finalize and file. | 0.30 | 90.00 | HEE |
| [Litigation A] Review email from Tony Thomas re AAA letter on McGrain lawsuit; review client file; review MRS file on McGrain lawsuit; review stipulation and order re same. | 0.20 | 60.00 | HEE |
| [Litigation A] Draft reply email to Tony Thomas re AAA letter on Mc Grain lawsuit; attach stipulation and entered order lifing the stay re same; request that Tony provide to AAA. | 0.20 | 60.00 | HEE |
| [Plan and Disclosure Statement] Make revisions to Motion For Extension Of Debtors' Exclusive Time Periods To File And Obtain Confirmation Of Their Plan Of Reorganization; Obtain hearing date from Court; Prepare Motion and Notice for filing with Court; File; Calendare all deadlines. | 0.50 | 75.00 | DLG |
| [Plan and Disclosure Statement] Draft certificate of service for motion for extension of debtors' exclusive time periods to file and obtain confirmation of their plans of reorganization. | 0.40 | 52.00 | RMB |

| | | | | |
|---|---|---|---|---|
| Jun-05-14 | [Litigation A] Mtg with DLG to discuss adversary complaint and calendaring of deadline to answer; cause docs to be sent to ARS for review. | 0.20 | 60.00 | HEE |
| | [Financing/Cash Collateral] Draft notice of entry of order regarding final approval of motion for authority to pay ordinary monthly living expenses. | 0.50 | 65.00 | RMB |
| Jun-13-14 | [Case Administration] Review May bill to clients. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review notes from IDI and 341 meeting regarding changes to petition; review past emails re addition of creditors and addition of law suits; print petition; mark changes to be made and additions to be included in petition amendment; research california exemptions; review both exemption schemes; research differences; mark exemption scheme to be used on petition; mark questions to be asked of the Thomas'. Give draft changes to DLG to complete petition amendment for client review. | 2.50 | 750.00 | HEE |
| Jun-16-14 | [Case Administration]  Further revisions to Chapter 7 bankruptcy petition; Draft correspondence to clients for attorney review. | 1.00 | 150.00 | DLG |
| Jun-17-14 | [Case Administration] Review DLG draft petition amendment and letter to clients requesting further information.  Mark changes to be made to petition amendment; Mark changes to be made to letter to clients regarding petition amendment. | 0.80 | 240.00 | HEE |
| Jun-18-14 | [Case Administration] Review DLG email to clients with HEE letter and draft petition amendment attached; request DLG send clients copy of original filed petition to review along with petition amendment to ensure everything listed. | 0.20 | 60.00 | HEE |
| Jun-20-14 | [Case Administration] Review email from Wendi Thomas re petition amendment and potential additions and changes; draft reply | 0.20 | 60.00 | HEE |

Case 14-50333-btb    Doc 212    Entered 10/07/14 15:08:30    Page 28 of 40

|  |  |  |  |  |
|---|---|---|---|---|
|  | re same and outline responses to answers on petition amendment. |  |  |  |
| Jun-24-14 | [Case Administration] Review email from DLG requesting followup on Thomas petition amendments; draft reply email re met with Tony yesterday and he is working on them. | 0.20 | 60.00 | HEE |
|  | [Litigation A] Review mail log and email from SAE re complaint and calendaring events on adversary proceeding with Kenmark; draft reply re please calendar all events. | 0.20 | 60.00 | HEE |
| Jun-25-14 | [Case Administration] Review order on ex parte request for court to issue order to the AAA to appear and show cause for its failure to comply with an order for this court; review ex parte request for court to issue order to the AAA to appear and show cause for its failure to comply with an order for this court. | 0.20 | 60.00 | HEE |
| Jun-26-14 | [Case Administration] Review petition amendment and draft letter re petition amendment; mark changes to be made to petition amndment and letter to clients; cause DLG to make changes and send out letter and draft petition amendment to clients. | 0.30 | 90.00 | HEE |
|  | [Relief From Stay/Enforcement] Review email from Stefanie Sharp re McGrane litigation and AAA; request for stipulation re auto stay does not apply; draft email to Tony Thomas requesting whether he is agreeable to entering into stipulated agreement; Draft reply email to Stefanie Sharp re same. | 0.20 | 60.00 | HEE |
|  | [Case Administration] Conference with Holly E. Estes, Esq. re:  emails received from client on petition amendments; Prepare another draft of amendments to petition, correspondence to clients and email out. | 1.00 | 150.00 | DLG |
| Jul-02-14 | [Litigation A] Review Kenmark Complaint; Letter to counsel re:  extension. | 0.80 | 400.00 | ARS |
| Jul-03-14 | [Litigation A] Work on Answer to Nondischargeability Complaint. | 1.30 | 650.00 | ARS |

| Jul-08-14 | [Litigation A] Prepare answer to nondischargeability complaint. | 1.50 | 750.00 | ARS |
| | [Litigation A] Review email from Wayne Silver re extension of time to answer adversary complaint; Draft email to DLG and ARS re same; cause to be calendared. | 0.20 | 60.00 | HEE |
| Jul-09-14 | [Litigation A] Finish answer to nondischargeability complaint. | 1.30 | 650.00 | ARS |
| Jul-10-14 | [Litigation A] Review Kenmark Adversary complaint; Review draft answer to adversary complaint; mark changes to be made; Give to DLG to make changes and file. | 0.50 | 150.00 | HEE |
| | [Litigation A] T/c with Tony Thomas requesting meeting to review complaint to file amended answer; draft email to Tony with attached complaint and answer. | 0.20 | 60.00 | HEE |
| Jul-15-14 | [Case Administration] T/c with Bill Cossitt re continueing hearings on OUST motion to designate case and objection to claimed exemptions. | 0.20 | 60.00 | HEE |
| | [Case Administration] Draft stipulation to continue hearings on OUST's motion to designate case small business case and OUST's objection to claims of exemption. | 0.40 | 120.00 | HEE |
| Jul-16-14 | [Case Administration] Finalize stipulation to continue hearings on OUST's motion to designate case as small business case and objection to claimed exemptions by adding continued to hearing date. | 0.20 | 60.00 | HEE |
| | [Case Administration] Draft email to Bill Cossitt with attached stipulations to continue OUST's filed pleadings; attach stipulations for review and signature. | 0.20 | 60.00 | HEE |
| | [Case Administration] Draft order approving stipulation to continue hearings on US Trustee's objections to debtors claims of exemptions and US Trustee's motion to designate case as small business. | 0.50 | 65.00 | RMB |

| Jul-17-14 | [Case Administration] Review draft petition amendment; compare to prior draft with notes; review prior notes and emails from Thomas re changes; give to DLG to send to clients to approve and sign. | 0.50 | 150.00 | HEE |
|---|---|---|---|---|
| | [Case Administration] Review June Client billing statement; mark corrections to be made. | 0.20 | 60.00 | HEE |
| | [Case Administration]  Prepare further revisions to BK Petition for attorney review; Finalize and send to clients for review and signature. | 1.50 | 225.00 | DLG |
| Jul-18-14 | [Litigation A] Review email from Tony Thomas re in Elko and cannot come in to answer complaint; draft reply email re same. | 0.20 | 60.00 | HEE |
| Jul-21-14 | [Case Administration] Draft follow up email to Tony and Wendi Thomas requesting review and approval of attached draft petition amendment.  Request review and signature. Review reply email from Wendi Thomas re she will review. | 0.20 | 60.00 | HEE |
| | [Case Administration] Review email from Wendi Thomas re petition amendment and proposed changes for monthly expenses; Draft reply re same. | 0.20 | 60.00 | HEE |
| Jul-22-14 | [Case Administration] Draft notice of entry of order approving stipulation to continue hearing on US Trustee's objections to debtor's claims of exemptions and US Trustee's Motion To Designate Case As Small Business | 0.40 | 52.00 | RMB |
| Jul-23-14 | [Business Operations] Draft email to client regarding monthly operating reports. | 0.20 | 26.00 | RMB |
| Jul-24-14 | [Case Administration] Review email from Brad Jones requesting information about adding creditor Old Republic National Title insurance co to schedule F; Draft reply re working on schedule amdmnt and filing POC. | 0.20 | 60.00 | HEE |
| Jul-25-14 | [Litigation A] Review email from Tony Thomas re review and comment on answer to | 0.20 | 60.00 | HEE |

|         |                                                                                                                                                                                 |      |        |     |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|         | adverary complaint; forward to ARS with comment.                                                                                                                                |      |        |     |
|         | [Business Operations] Review May 2014 monthly operating report, redact confidential information and finalize.                                                                    | 0.40 | 52.00  | RMB |
|         | [Business Operations] Review June 2014 monthly operating report, redact confidential information and finalize.                                                                   | 0.40 | 52.00  | RMB |
| Jul-30-14 | [Plan and Disclosure Statement] Review file on motion to extend exclusivity period to file and confirm plan; attend hearing on same; Mtg with RMB to request draft order.      | 0.80 | 240.00 | HEE |
| Jul-31-14 | [Case Administration] Mtg with DLG to discuss Thomas petition amendment; discuss whether anyone has heard from clients re same; review email DLG sent to clients requesting review and signature on petition amendment. | 0.20 | 60.00  | HEE |
|         | [Plan and Disclosure Statement] Draft order approving motion for extension of debtors' exclusive time periods to file and obtain confirmation of their plans of reorganization. | 0.60 | 78.00  | RMB |
| Aug-01-14 | [Case Administration] Review RMB draft order on motion for extension of exclusiveity period; approve form; give to RMB to Lodge. | 0.20 | 60.00  | HEE |
| Aug-06-14 | [Litigation A] Review emails from Wayne Silver requesting  initial meeting and discovery conference; draft reply re same; Review reply email from Wayne seeking date certain; draft reply seeking date next week. | 0.30 | 90.00  | HEE |
|         | [Plan and Disclosure Statement] Draft notice of entry of order approving motion for extension of debtors' exclusive time periods to file and obtain confirmation of their plans of reorganization. | 0.50 | 65.00  | RMB |
| Aug-12-14 | [Relief From Stay/Enforcement] Review motion for relief from stay filed by Stefanie Sharp on behalf of Bill McGrane. | 0.30 | 90.00  | HEE |

Case 14-50333-btb    Doc 212    Entered 10/07/14 15:08:30    Page 32 of 40

| | | | | |
|---|---|---|---|---|
| Aug-13-14 | [Litigation A] Review email from Wayner Silver requesting meet and confer this Friday. Mtg with ARS to discuss same. | 0.20 | 60.00 | HEE |
| | [Litigation A] Draft email to Wayne Silver requesting meet and confer Friday August 22, 2014; review reply re same. | 0.20 | 60.00 | HEE |
| | [Litigation A] Review email from ARS to Tony and Wendi Thomas.  Review calendar; draft email to Wayne silver with new proposed date for meet and confer. | 0.20 | 60.00 | HEE |
| Aug-14-14 | [Case Administration] Review July Bill; mark changes to be made. | 0.20 | 60.00 | HEE |
| Aug-15-14 | [Case Administration] Review Wayne Silver request for telephonic appearance at hearings scheduled for 8/22 and 8/26. | 0.20 | 60.00 | HEE |
| | [Case Administration] Outline letter to be mailed to Tony and Wendi Thomas re their required personal appearance at the hearing on motion to appoint chapter 11 trustee; Mtg with RMB requesting that she draft letter on our letter head for my review and signature. | 0.20 | 60.00 | HEE |
| | [Litigation A] Review email from Wayne Silver requesting agreement to informal discovery plan outline of proposed timeline. | 0.20 | 60.00 | HEE |
| | [Litigation A] Call Wayne A. Silver re informal discovery plan; L/m | 0.20 | 60.00 | HEE |
| | [Litigation A] Mtg with ARS requesting if he has heard from Tony Thomas; discuss Wayne Silver's request for informal discovery plan; discuss possibly withdrawing as counsel. | 0.30 | 90.00 | HEE |
| | [Litigation A] Review phone message from Wayne Silver; Return call; t/c with Wayne Silver re upcoming hearings; request for discovery plan; propose waiting until Monday. | 0.40 | 120.00 | HEE |
| Aug-18-14 | [Case Administration] T/C client re:  pending motions (.5); Strategize action (.2). | 0.70 | 350.00 | ARS |
| | [Case Administration] Prepare Motion To Withdraw As Attorney Of Record and Motion | 2.00 | 300.00 | DLG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | For Order Shortening Time documents for attorney review. Finalize and prepare all documents for filing with Court; File in BK case and Adversary case. Send clients copies via email. |  |  |  |
| Aug-19-14 | [Case Administration] Prepare client copies and Court copies of Motion to Withdraw and OST documents; Print out for file copies; Prepare mailing; Copy and Post; Prepare Notice of Entry of Order; File with Court; Prepare Court copies and client copies; Prepare Certificates of Service; File with Court; Prepare mailing; Copy and post. | 2.50 | 375.00 | DLG |
| Aug-20-14 | [Case Administration] Draft email to Tony and Wendi Thomas re motion to withdraw as counsel to be heard on Friday; reminder for clients to appear with their new replacement counsel at Friday's hearing. | 0.20 | 60.00 | HEE |
| Aug-21-14 | [Case Administration] Draft certificate of service for opposition to motion to appoint chapter 11 trustee; declaration of Anthony Thomas in support and ex parte motion to seal exh A to the declaration of Thomas. | 0.40 | 52.00 | RMB |
|  | [Case Administration] Draft notice of entry of order granting ex parte motion to file exh A to the declaration of Anthony Thomas in support of opposition to motion to appoint chapter 11 trustee under seal. | 0.50 | 65.00 | RMB |
| Aug-22-14 | [Case Administration] Conference with Holly E. Estes, Esq.; Appear at hearing. | 1.10 | 550.00 | ARS |
| Aug-25-14 | [Case Administration] Mtg with RMB request that she gather and type up upcoming due dates and hearings for Thomas' | 0.20 | 60.00 | HEE |
|  | [Case Administration] Draft letter to Anthony and Wendi Thomas re order approving withdraw as counsel in all matters; advise to seek replacement counsel immediately; advise of upcoming hearing dates and deadlines; give to RMB; cause her to place letter on our letter head with proper headings for my signature. | 0.30 | 90.00 | HEE |

Case 14-50333-btb  Doc 212  Entered 10/07/14 15:08:30  Page 34 of 40

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Case Administration] Review letter to Anthony and Wendi Thomas re withdrawal as counsel; review dates and heading; sign letter; give to RMB to scan and send to clients. | 0.20 | 60.00 | HEE |
|  | [Litigation A] Draft Order granting ARS motion to withdraw as counsel in adversary litigation; give to RMB to correct formatting, make further marked changes and to lodge. | 0.40 | 120.00 | HEE |
|  | [Case Administration] Draft order granting motion to withdraw as attorney of record. | 0.50 | 65.00 | RMB |
| Aug-26-14 | [Case Administration] Prepare Notice of Entry of Order Granting Motion to Withdraw as Attorney; Prepare Certificate of Service; File with Court; Prepare Court and client copies; send out. | 0.50 | 75.00 | DLG |
|  | [Litigation A] Prepare Notice of Entry of Order Granting Motion to Withdraw as Attorney in adversary case re:  Kenmark Ventures; Prepare Certificate of Service; File with Court; Prepare Court and client copies; send out. | 0.50 | 75.00 | DLG |
| Sep-09-14 | [Case Administration] Review August billing statement. | 0.20 | 60.00 | HEE |
| Sep-24-14 | [Fee/Employment Applicants]  Draft First And Final Application By Attorney To Approve Compensation.  Review billings and task categories, correcting as necessary and review productivity report.  Revise time entries to correct/revise tasks. | 3.00 | 450.00 | DLG |
| Sep-25-14 | [Fee/Employment Applicants] Continue to work on First and Final Fee Application for attorney review. | 2.50 | 375.00 | DLG |
| Sep-26-14 | [Fee/Employment Applicants] Continue working on First and Final Fee Application. | 0.50 | 75.00 | DLG |
|  | Totals | 117.10 | $30,988.50 |  |

## DISBURSEMENTS

| Mar-31-14 | Photocopy Expense |  | 245.50 |
|---|---|---|---|

Case 14-50333-btb    Doc 212    Entered 10/07/14 15:08:30    Page 35 of 40

|           |                           |           |
|-----------|---------------------------|-----------|
|           | Postage Expense           | 41.76     |
|           | Filing Fee for Chapter 11 | 1,213.00  |
| Apr-30-14 | Photocopy Expense         | 40.25     |
|           | Research Lexis-Nexis      | 54.18     |
| May-31-14 | Photocopy Expense         | 29.75     |
| Jun-30-14 | Photocopy Expense         | 233.50    |
|           | Postage Expense           | 36.96     |
|           | Research Lexis-Nexis      | 5.28      |
|           | Pacer Research            | 6.80      |
| Jul-31-14 | Photocopy Expense         | 139.75    |
| Aug-31-14 | Photocopy Expense         | 182.00    |
|           | Postage Expense           | 42.20     |
|           | Federal Express           | 27.27     |
|           | Totals                    | $2,298.20 |

**Total Fee & Disbursements**                                    $33,286.70

**Balance Now Due**                                              $33,286.70

Case 14-50333-btb    Doc 212    Entered 10/07/14 15:08:30    Page 36 of 40

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Feb-28-14 | Received From: Anthony Thomas Payment on account. |  | 5,000.00 |
| Mar-13-14 | Received From: Credit per ARS Credit per ARS |  | 2,750.00 |
| | Total Trust | $0.00 | $7,750.00 |
| | **Trust Balance** | | **$7,750.00** |

# Exhibit "B"

Sep/30/2014        Law Offices of Alan R. Smith        Page 1

ALL DATES

| Categories/Fee Credit Lawyer | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|

**Client: - Thomas, Tony**
**Matter: 1445-01-**

*** Billable ***

| Categories/Fee Credit Lawyer | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|
| 110 - [Case Administration] | | | | | |
| Alan R. Smith, Esq. | 5727.50 | 31.17 | 11.50 | 17.29 | 498.04 |
| Holly Estes, Esq. | 8940.00 | 48.65 | 29.80 | 44.81 | 300.00 |
| Debra L. Goss | 3240.00 | 17.63 | 21.60 | 32.48 | 150.00 |
| Roanna M. Bonaldi | 468.00 | 2.55 | 3.60 | 5.41 | 130.00 |
| 140 - [Relief From Stay/Enforcement] | | | | | |
| Alan R. Smith, Esq. | 550.00 | 13.40 | 1.10 | 6.96 | 500.00 |
| Holly Estes, Esq. | 1770.00 | 43.11 | 5.90 | 37.34 | 300.00 |
| Debra L. Goss | 75.00 | 1.83 | 0.50 | 3.16 | 150.00 |
| Peggy L. Turk | 1659.00 | 40.40 | 7.90 | 50.00 | 210.00 |
| Roanna M. Bonaldi | 52.00 | 1.27 | 0.40 | 2.53 | 130.00 |
| 150 - [Meetings of Creditors] | | | | | |
| Holly Estes, Esq. | 600.00 | 100.00 | 2.00 | 100.00 | 300.00 |
| 160 - [Fee/Employment Applicants] | | | | | |
| Holly Estes, Esq. | 330.00 | 22.04 | 1.10 | 12.22 | 300.00 |
| Debra L. Goss | 1050.00 | 70.14 | 7.00 | 77.78 | 150.00 |
| Roanna M. Bonaldi | 117.00 | 7.82 | 0.90 | 10.00 | 130.00 |
| 210 - [Business Operations] | | | | | |
| Roanna M. Bonaldi | 286.00 | 100.00 | 2.20 | 100.00 | 130.00 |
| 230 - [Financing/Cash Collateral] | | | | | |
| Alan R. Smith, Esq. | 250.00 | 19.86 | 0.50 | 7.35 | 500.00 |
| Holly Estes, Esq. | 240.00 | 19.06 | 0.80 | 11.76 | 300.00 |
| Debra L. Goss | 405.00 | 32.17 | 2.70 | 39.71 | 150.00 |
| Roanna M. Bonaldi | 364.00 | 28.91 | 2.80 | 41.18 | 130.00 |
| 310 - [Claims Administration] | | | | | |
| Holly Estes, Esq. | 60.00 | 100.00 | 0.20 | 100.00 | 300.00 |
| 320 - [Plan and Disclosure Statement] | | | | | |
| Holly Estes, Esq. | 510.00 | 54.84 | 1.70 | 36.17 | 300.00 |
| Debra L. Goss | 225.00 | 24.19 | 1.50 | 31.91 | 150.00 |
| Roanna M. Bonaldi | 195.00 | 20.97 | 1.50 | 31.91 | 130.00 |
| 330a - [Litigation A] | | | | | |
| Alan R. Smith, Esq. | 2450.00 | 63.23 | 4.90 | 49.49 | 500.00 |
| Holly Estes, Esq. | 1350.00 | 34.84 | 4.50 | 45.45 | 300.00 |
| Debra L. Goss | 75.00 | 1.94 | 0.50 | 5.05 | 150.00 |
| **Total:** | **30988.50** | **100.00** | **117.10** | **100.00** | **264.63** |

*** Summary by Task Code ***

| | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|

*** Billable ***

| | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|
| [Case Administration] | 18375.50 | 59.30 | 66.50 | 56.79 | 276.32 |
| [Relief From Stay/Enforcement] | 4106.00 | 13.25 | 15.80 | 13.49 | 259.87 |
| [Meetings of Creditors] | 600.00 | 1.94 | 2.00 | 1.71 | 300.00 |
| [Fee/Employment Applicants] | 1497.00 | 4.83 | 9.00 | 7.69 | 166.33 |
| [Business Operations] | 286.00 | 0.92 | 2.20 | 1.88 | 130.00 |
| [Financing/Cash Collateral] | 1259.00 | 4.06 | 6.80 | 5.81 | 185.15 |
| [Claims Administration] | 60.00 | 0.19 | 0.20 | 0.17 | 300.00 |
| [Plan and Disclosure Statement] | 930.00 | 3.00 | 4.70 | 4.01 | 197.87 |
| [Litigation A] | 3875.00 | 12.50 | 9.90 | 8.45 | 391.41 |
| Total Billable: | 30988.50 | 100.00 | 117.10 | 100.00 | 264.63 |

*** Summary by Working Lawyer ***

| | | Value | %(Value) | Hours(Hr) | %(Hrs) | Rate/Hr |
|---|---|---|---|---|---|---|
| ARS | - Alan R. Smith, Esq. | 8977.50 | 28.97 | 18.00 | 15.37 | 498.75 |
| HEE | - Holly Estes, Esq. | 13800.00 | 44.53 | 46.00 | 39.28 | 300.00 |
| DLG | - Debra L. Goss | 5070.00 | 16.36 | 33.80 | 28.86 | 150.00 |
| PLT | - Peggy L. Turk | 1659.00 | 5.35 | 7.90 | 6.75 | 210.00 |
| RMB | - Roanna M. Bonaldi | 1482.00 | 4.78 | 11.40 | 9.74 | 130.00 |
| | Firm Total: | 30988.50 | 100.00 | 117.10 | 100.00 | 264.63 |

REPORT SELECTIONS - Time Summary

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Tuesday, October 07, 2014 at 01:38:25 PM | | |
| Date Range: | ALL DATES | | |
| Matters: | 1445-01 | Include Billed Entries: | Yes |
| Clients: | All | Include Unbilled Entries: | Yes |
| Major Clients: | All | Include Billable Tasks: | Yes |
| Working Lawyer: | All | Include Write Up/Down Tasks: | Yes |
| Responsible Lawyer: | All | Include No Charge Tasks: | Yes |
| Client Intro Lawyer: | All | Include Nonbillable Tasks: | Yes |
| Matter Intro Lawyer: | All | | |
| Assigned Lawyer: | All | Shown by: | Task Code |
| Type of Law: | All | Sorted by Lawyer: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Totals Only: | No | Time/Fee: | Time Entry Only |
| Ver: | 12.0 SP3 (12.0.20130212) | | |

# Exhibit "C"

COSTS ITEMIZATION

| Date | Total Costs | Pacer | Copies | Fax | Postage | Lexis | Fed Expr | Telephone | Misc. | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| March 31, 2014 | $ 1,500.26 | 1,213.00 | 245.50 | | 41.76 | | | | | |
| April 30, 2014 | $ 94.43 | | 40.25 | | | 54.18 | | | | |
| May 31, 2014 | $ 29.75 | | 29.75 | | | | | | | |
| June 30, 2014 | $ 282.54 | 6.80 | 233.50 | | 36.96 | 5.28 | | | | |
| July 31, 2014 | | | 139.75 | | | | | | | |
| August 31, 2014 | $ 251.47 | | 182.00 | | 42.20 | | 27.27 | | | |
| TOTALS: | $ 2,298.20 | $ 1,219.80 | $ 870.75 | $   - | $ 120.92 | $ 59.46 | $ 27.27 | $   - | $   - | |

COST NOTES:
Copies: $.25/page
Fax (Receive): $.50/page
Fax (Send): $.25/page