Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

**E-Filed 1/21/15**

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>　　　　Debtors.<br>_____/ | CASE NO.　BK-N-14-50333-BTB<br>CHAPTER　7<br><br>**DECLARATION OF MAUREEN HARRINGTON IN SUPPORT OF MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**<br><br>**Hearing Date: February 25, 2015**<br>**Hearing Time: 10:00 a.m.** |

I, Maureen A. Harrington, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am a partner in the firm of Greenfield Draa & Harrington LLP, formerly known as Trepel McGrane Greenfield LLP ("Greenfield Firm"). The following facts are within my personal knowledge unless specified as based upon my information and belief and as to those matters I believe them to be true.

2. Greenfield Firm entered into a written "Master Agreement for Year 2010 Legal Services" with debtor Tony Thomas on or about August 26, 2010 (the "Fee Agreement"). A true and correct copy of the Fee Agreement is attached hereto as **Exhibit 1**. The Fee Agreement provided, *inter alia*, for Mr. Thomas "to deposit an advance for fees and costs with Attorneys in the amount of $150,000 upon execution of the Agreement…. Client shall replenish the funds held in Attorneys' client trust account as requested by Attorneys." (Fee Agreement at ¶7.) The Fee Agreement was signed by Mr. Thomas, and approved as to form

1 and content by Mr. Thomas' independent counsel.

2     3. Greenfield Firm performed services for Mr. Thomas, including acting as counsel of record for him in the matter of *Kenmark Ventures v. Thomas*, Santa Clara Superior Court case number 1-08-CV-130677 (the "Kenmark Action"). When the advance fee deposit was exhausted, Greenfield Firm demanded that it be replenished in accordance with the terms of the Fee Agreement. Mr. Thomas refused.

    4. Greenfield Firm filed a motion to be relieved as counsel for Mr. Thomas in the Kenmark Action, which was granted on May 4, 2011, terminating the attorney-client relationship based on nonpayment of fees and a breakdown in the relationship. I am informed and believe and thereupon allege that Mr. Thomas obtained replacement counsel and ultimately settled the Kenmark Action.

    5. Greenfield Firm asserts that it is owed the sum of $39,838.93 from Mr. Thomas, as set forth in the invoices attached as **Exhibit 2**, which sum has not been paid by Mr. Thomas.

    6. On February 28, 2012, Thomas filed a "Complaint, etc." in Santa Clara Superior Court against Defendants Greenfield Firm, William McGrane and Anthony Trepel, a true and correct copy of which is attached hereto as **Exhibit 3** (the "Thomas Action"). Mr. McGrane and Mr. Trepel were formerly partners in the Greenfield Firm.

    7. The Thomas Action alleges that, contrary to the terms of the Fee Agreement, the Greenfield Firm agreed that charges would not exceed $150,000 and there was no obligation to refresh the advance fee deposit, that the defendants breached their fiduciary duties to Thomas and that defendants committed fraud in seeking more than $150,000 in fees.

    8. The Fee Agreement provides that a prevailing party in any action to recover under that agreement will be entitled to reasonable attorneys' fees. Greenfield Firm, Mr. McGrane and Mr. Trepel have all incurred attorneys' fees associated with the Thomas Action.

    9. The Thomas Action was stayed and the matter compelled to proceed in arbitration by Order entered on July 3, 2013, at the request of Mr. McGrane.

1   10. On March 4, 2014, Mr. Thomas filed a voluntary petition for chapter 11 bankruptcy protection, *In re Anthony & Wendi Thomas*, Nevada Bankruptcy Court Case No. BK-N-14-50333-BTB (the "Thomas Bankruptcy"). Mr. Thomas failed to schedule or disclose the Thomas Action as an asset of his bankruptcy estate, nor did he list Greenfield Firm as one of his creditors.

11. On April 28, 2014 McGrane filed an arbitration proceeding before the American Arbitration Association seeking a declaration that he engaged in no wrongdoing with respect to Thomas (the "AAA Proceeding"). I am informed and believe that the AAA Proceeding is still pending; that Mr. Thomas has filed a counterclaim which purports to add Greenfield Firm and Mr. Trepel to that proceeding; and the basis for the counterclaim is the claims set forth in the Thomas Action, all of which took place prior to the Thomas Bankruptcy being filed.

12. The Bankruptcy Court entered its "Order Approving Stipulation For Comfort Order That Automatic Stay Does Not Apply To Litigation Filed By Debtor Anthony Thomas Pre-Petition [California State Court Litigation] and Order Granting Motion For Relief From Stay To Proceed With Litigation Filed By Debtor Anthony Thomas Pre-Petition [California State Court Litigation] And With Arbitration Ordered In State Court Litigation" lifting the stay to permit the parties to proceed with the Thomas Action and AAA Proceeding, copies of which are attached hereto as **Exhibit 4**.

13. On August 29, 2014, the Thomas Bankruptcy was converted from chapter 11 to chapter 7, and on September 11, 2014, the Trustee was appointed as the Chapter 7 Trustee in the Thomas Bankruptcy. A true and correct copy of her "Appointment of Interim Trustee and Trustee and Designation of Required Bond" filed in the Thomas Bankruptcy is attached as **Exhibit 5.**

14. Notwithstanding the appointment of Ms. Coppa-Knudson, Thomas has filed and is seeking to prosecute claims against Greenfield Firm, McGrane and Trepel in the AAA Proceeding based upon the Complaint in the Thomas Action. I am informed and believe that AAA is not restraining Mr. Thomas from proceeding with these actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 7, 2015, at San Jose, California.

                                                  /S/ Maureen Harrington
                                                  Maureen Harrington

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

4