# EXHIBIT 2

# TREPEL McGRANE GREENFIELD LLP

55 So. Market Street, Suite 1500
San Jose, CA 95113
Phone: (408) 995-5600
Fax: (408) 995-0308

Invoice submitted to:

Tony Thomas
16255 Denali Drive
Morgan Hill, CA 95057

Client No.: 11912
Invoice No.: 16618

September 17, 2010
Re: Kenmark Ventures LLC v. Thomas
MFA2010-72

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/16/2010 AJT | Telephone call with potential new client, Tony Thomas, re: $400 million emerald. | | 0.30 | 240.00 |
| AJT | Answer emails. | | 0.30 | 240.00 |
| 8/17/2010 AJT | Intake meeting with Joseph R. Kafka, Esq. and Tony Thomas re: new case already filed in Santa Clara County. Interview, review of documents, clarification of issues. | | 3.20 | 2,560.00 |
| 8/18/2010 BSG | Review pleadings and related documents; memorandum; office conference. | | 1.67 | 960.25 |
| BSG | Secretary of State search; edit memo; office conference. re: Anthony Thomas. | | 0.67 | 385.25 |
| AJT | CaseMap; telephone call to client; complete New Case forms; read three volumes of depositions. | | 2.50 | 2,000.00 |

Tony Thomas                                                                                              Page    2

|              |     |                                                                                                                                                                       | Hours | Amount      |
|--------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------------|
| 8/18/2010    | AJT | Telephone conversation with Tony Thomas.                                                                                                                                                | 0.80  | 640.00      |
| 8/19/2010    | JD  | Review file and meet with client; prepare to attend deposition of Paul Hasting's transactional attorney at Miller Morton.                                                               | 2.25  | 675.00      |
|              | AJT | Meeting with Tony Thomas to obtain facts for detailed chronology.                                                                                                                       | 3.50  | 2,800.00    |
|              | AJT | Review Thomas' contracts and files.                                                                                                                                                     | 0.70  | 560.00      |
|              | AJT | Office meeting with J. Draa re: case and Friday's deposition.                                                                                                                           | 1.00  | 800.00      |
| 8/20/2010    | JD  | Prepare for and attend deposition of Paul Hastings attorney Jeff Hartlin; meet with Tony Thomas and co-defendant and Joe Kafka prior to the deposition; discuss same with Tony Trepel.  | 2.50  | 750.00      |
|              | AJT | Attend deposition at Scanlin's law office.                                                                                                                                              | 2.00  | 1,600.00    |
| 8/24/2010    | JD  | Telephone call with Tony re outsatnding issues re retention of firm; discuss same with B. Greenfield and T. Trepel.                                                                     | 0.33  | 99.00       |
|              | AJT | Meet with Tony Thomas.                                                                                                                                                                  | 1.50  | 1,200.00    |
|              |     | For professional services rendered                                                                                                                                                      | 23.22 | $15,509.50  |

Additional Charges :

| Advantage Reporting Services Invoice No. 35966 - Transcript of Ronald Ringsrud Deposition | 225.90   |
|-------------------------------------------------------------------------------------------|----------|
| Total costs                                                                               | $225.90  |

Total amount of this bill                                                                                 $15,735.40

Tony Thomas                                                                                           Page    3

                                                                                                     Amount

                       Balance due                                                                $15,735.40

                                              Attorney Summary
| Name | Hours | Rate |
|---|---|---|
| Anthony J. Trepel | 15.80 | 800.00 |
| Bernard S. Greenfield | 2.34 | 575.00 |
| Justin Draa | 5.08 | 300.00 |

|  |  |
|---|---|
| Previous balance of Client Funds | $0.00 |
| 8/25/2010  Payment to account | $50,000.00 |
| 8/30/2010  Payment to account. Check No. 1132204341 | $50,000.00 |
| 8/30/2010  Payment to account. Check No. 1132204351 | $50,000.00 |
| New balance of Client Funds | $150,000.00 |

# TREPEL McGRANE GREENFIELD LLP

55 So. Market Street, Suite 1500
San Jose, CA 95113
Phone: (408) 995-5600
Fax: (408) 995-0308

Invoice submitted to:

Tony Thomas
16255 Denali Drive
Morgan Hill, CA 95057

Client No.:  11912
Invoice No.: 16752

October 11, 2010
Re: Kenmark Ventures LLC v. Thomas
MFA2010-72

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/26/2010 | AJT | Conference with client and discussion re: case and instructions on deposit of the balance of the retainer. | 1.00 | 800.00 |
| 8/27/2010 | BSG | Review documents; office conference regarding claim and delivery. | 0.83 | 477.25 |
|  | AJT | Meeting with Tony Thomas. | 7.30 | 5,840.00 |
|  | AJT | Telephone call to Lloyd Cunningham; forward retainer and documents to Cunningham. | 0.50 | 400.00 |
|  | AJT | Letter to ARS re: condensed deposition transcripts and CDs. | 0.40 | 320.00 |
|  | AJT | Three telephone calls re: Southern California case (Tom Pistone). | 0.40 | 320.00 |
| 8/31/2010 | SRM | Review and analysis of file; start draft of ex parte application to continue trial date; draft correspondence to opposing counsel. | 5.20 | 2,600.00 |

Tony Thomas                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/31/2010 | AJT | Learn existing and prospective cases; telephone call to Scanlan; telephone calls (3) to client; check emails. | 3.00 | 2,400.00 |
|  | AJT | Telephone call from Lloyd Cunningham re: handwriting exemplars. | 0.50 | 400.00 |
|  | AJT | Office conference and work with S. McIntosh re: trial continuance. | 1.00 | 800.00 |
| 9/1/2010 | BSG | Review pleadings; office confernce regarding defenses and validity of security agreement. | 0.83 | 477.25 |
|  | SRM | Review and analysis of file; review and anlysis of Vol. I of Thomas deposition; office conference with client and wife; review and revise ex parte application and supporting papers. | 8.80 | 4,400.00 |
|  | AJT | Meet with S. McIntosh re: Ex Parte Application hearing to continue trial date; meet with client re substitution of attorneys and Ex Parte Application. | 1.30 | 1,040.00 |
| 9/2/2010 | JD | Discuss trial continuance hearing with T. Trepel and S. McIntosh; begin reading deposition of Tony Thomas and reviewing exhibits thereto. | 2.00 | 600.00 |
|  | AJT | Appearance in Court re: Ex Parte Application To Continue Trial Date (a.m.). | 1.80 | 1,440.00 |
|  | AJT | Appearance in Court re: Ex Parte Application to Continue Trial Date (p.m.). | 1.80 | 1,440.00 |
|  | AJT | Dictate Proposed Order continuing trial date. | 0.50 | 400.00 |
|  | SRM | Review and analysis of Thomas deposition Volume I (con't); review subpoena to Bank of America; telephone conference with Kafka (2) re: Bank of America subpoena; work on | 9.90 | 4,950.00 |

Tony Thomas                                                                                                           Page      3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | CaseMap. |  |  |
| 9/4/2010 | AJT | Review documents; research. | 3.00 | 2,400.00 |
| 9/7/2010 | SRM | Review and analysis of file re: status of discovery responses | 1.10 | 550.00 |
| 9/8/2010 | AJT | Case organization; meet with client. | 3.80 | 3,040.00 |
| 9/24/2010 | AJT | Discuss case with J. Draa. | 0.40 | 320.00 |
|  | JD | Brief telephone call with Tony to check in and discuss status of case; begin reading the deposition of Harriet Davidson and discuss same with T. Trepel. | 2.25 | 675.00 |

For professional services rendered                                                                    57.61  $36,089.50

Additional Charges :

| | |
|---|---:|
| Santa Clara Superior Court - Filing Fee - Ex Parte Application to Continue Trial | 40.00 |
| Lloyd W. Cunningham - Forensic Documentation Examiner | 2,000.00 |
| Advanced Discovery Invoice No. B7283 | 667.80 |
| Advantage Reporting Services Invoice No. 36076 - Transcript of Tony Thomas Depo Vol. II | 25.00 |
| Advantage Reporting Services Invoice No. 36075 - Transcript of Tony Thomas Depo | 25.00 |
| Advantage Reporting Services Invoice No. 36074 - Transcript of Shawn Milligan Depo and Tony Thomas Depo Vol. III | 50.00 |
| Photocopies | 14.60 |
| Advantage Reporting Services Invoice No. 36065 - Transcript of Jeffrey Hartlin Deposition | 200.40 |
| Federal Express - Invoice No. 7-213-36455 | 59.64 |
| Advantage Reporting Services Invoice No. 36068 - Transcript of Harriett Davidson Deposition | 578.55 |
| Postage | 1.66 |
| Photocopies | 38.00 |
| Scanned Pages | 3.60 |

         Total costs                                                                                                   $3,704.25

         Total amount of this bill                                                                                     $39,793.75

         Previous balance                                                                                              $15,735.40

Tony Thomas                                                                                         Page      4

|  | Amount |
|---|---|
| 9/29/2010  Payment from account | ($15,735.40) |
| Total payments and adjustments | ($15,735.40) |
| Balance due | $39,793.75 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Anthony J. Trepel | 26.70 | 800.00 |
| Bernard S. Greenfield | 1.66 | 575.00 |
| Justin Draa | 4.25 | 300.00 |
| Sandra R. Mcintosh | 25.00 | 500.00 |

|  | Amount |
|---|---|
| Previous balance of Client Funds | $150,000.00 |
| 9/29/2010  Payment from account | ($15,735.40) |
| New balance of Client Funds | $134,264.60 |

# TREPEL McGRANE GREENFIELD LLP

55 So. Market Street, Suite 1500
San Jose, CA 95113
Phone: (408) 995-5600
Fax: (408) 995-0308

Invoice submitted to:

Tony Thomas
16255 Denali Drive
Morgan Hill, CA 95057

Client No.: 11912
Invoice No.: 16839

November 11, 2010
Re: Kenmark Ventures LLC v. Thomas
MFA2010-72

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/28/2010 | JD | Finish reading, summarizing and cross-referencing deposition of Harriett Davidson; read deposition of Jeffrey Hartlin; begin reading, summarizing and cross-referencing deposition of Shawn Milligan. | 3.00 | 900.00 |
| 9/29/2010 | JD | Finish reading the deposition of Shawn Milligan; begin reviewing and summarizing deposition of Tony Thomas (Vol. #1). | 1.25 | 375.00 |
| 10/11/2010 | JD | Continue reading deposition of Tony Thomas. | 0.67 | 201.00 |
| | SRM | Review and analysis of file re: need for supplemental experts and office conference with A. Trepel re same. | 1.10 | 550.00 |
| | AJT | Read depositions and cross-reference same. | 1.50 | 1,200.00 |
| 10/18/2010 | AJT | Review draft supplemental expert disclosure. | 0.60 | 480.00 |

Tony Thomas                                                                                           Page    2

|  |  | Hours | Amount |
|---|---|---:|---:|
| 10/20/2010 AJT | Correspondence to client with R. Sugarman retainer. | 0.30 | 240.00 |
|  | For professional services rendered | 8.42 | $3,946.00 |

Additional Charges :

| | Amount |
|---|---:|
| Knox Attorney Service, Inc. Invoice NO. 872659 | 269.37 |
| Westlaw Charges | 22.87 |
| Sugarman & Company LLP Retainer | 10,000.00 |
| Fax | 0.40 |
| Scanned Pages | 52.80 |
| Photocopies | 24.00 |
| Total costs | $10,369.44 |
| Total amount of this bill | $14,315.44 |
| Previous balance | $39,793.75 |
| 10/25/2010  Payment from account | ($39,793.75) |
| 10/28/2010  Payment from account to Sugarman & Company LLP | ($10,000.00) |
| Total payments and adjustments | ($49,793.75) |
| Balance due | $4,315.44 |

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Anthony J. Trepel | 2.40 | 800.00 |
| Justin Draa | 4.92 | 300.00 |
| Sandra R. Mcintosh | 1.10 | 500.00 |

Tony Thomas

Page 3

|  | Amount |
|---|---:|
| Previous balance of Client Funds | $134,264.60 |
| 10/25/2010 Payment from account | ($39,793.75) |
| 10/28/2010 Payment from account to Sugarman & Company LLP | ($10,000.00) |
| New balance of Client Funds | $84,470.85 |

# TREPEL McGRANE GREENFIELD LLP

55 So. Market Street, Suite 1500
San Jose, CA 95113
Phone:   (408) 995-5600
Fax:      (408) 995-0308

Invoice submitted to:

Tony Thomas
16255 Denali Drive
Morgan Hill, CA 95057

Client No.:    11912
Invoice No.:   17045

January 03, 2011
Re:  Kenmark Ventures LLC v. Thomas
     MFA2010-72

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/30/2010 AJT | | Review Trial Calendar; correspondence to client. | 1.50 | 900.00 |
| 12/2/2010 KH | | File jury fees with court clerk. | 0.33 | 33.00 |
| | SRM | Legal research; draft letter to opposing counsel re: re-open discovery; memo to A. Trepel re: same. | 0.40 | 200.00 |
| | KH | Summarized deposition of Tony Thomas, Volume 1. | 8.00 | 800.00 |
| 12/5/2010 AJT | | Research. | 2.50 | 1,500.00 |
| 12/6/2010 AJT | | Review both cases. | 3.50 | 2,100.00 |
| | KH | Summarize deposition of Tony Thomas. | 8.00 | 800.00 |
| 12/7/2010 AJT | | New matter; meet with Tony Thomas. | 7.50 | 4,500.00 |
| | KH | Summarize deposition of Tony Thomas. | 1.00 | 100.00 |

Tony Thomas                                                                                                Page     2

|            |     |                                                                                                                                                 | Hours | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/7/2010  | KH  | Copy client documents in matter: Farmers Insurance / CDF.                                                                                       | 0.75  | 75.00    |
| 12/8/2010  | AJT | Meet with client.                                                                                                                               | 6.50  | 3,900.00 |
|            | MEG | Office conference re: admission by Tersini by filings in Bankruptcy Court; review Bankruptcy Court docket for involvement with Del Biaggio,     | 1.00  | 500.00   |
| 12/9/2010  | AJT | Correspondence to Scanlan re opening discovery; review all pleadings; review all correspondence; start CaseMap.                                 | 5.50  | 3,300.00 |
|            | KH  | Copy key pleadings and correspondence; index and assemble in binders; label binders for key documents, attorney notes and deposition summaries and transcripts. | 2.50  | 250.00   |
| 12/10/2010 | AJT | Input into CaseMap.                                                                                                                             | 2.00  | 1,200.00 |
| 12/11/2010 | AJT | Work on Thomas cases.                                                                                                                           | 3.50  | 2,100.00 |
| 12/12/2010 | AJT | Work on Thomas cases.                                                                                                                           | 3.00  | 1,800.00 |
| 12/13/2010 | AJT | Work on Thomas.                                                                                                                                 | 5.50  | 3,300.00 |
| 12/14/2010 | MEG | Discussion re: facts, connection to Del Biaggio.                                                                                                | 0.50  | 250.00   |
|            | KH  | Summarize deposition of Tony Thomas.                                                                                                            | 5.00  | 500.00   |
| 12/15/2010 | AJT | CaseMap re Kenmark v. Thomas.                                                                                                                   | 2.00  | 1,200.00 |
| 12/18/2010 | AJT | Meet with Tony Thomas.                                                                                                                          | 2.50  | 1,500.00 |
| 12/19/2010 | AJT | Meet with Tony Thomas.                                                                                                                          | 2.50  | 1,500.00 |
| 12/20/2010 | AJT | Research, CaseMap; review documents.                                                                                                            | 4.00  | 2,400.00 |
| 12/21/2010 | AJT | Research; review documents.                                                                                                                     | 2.00  | 1,200.00 |

Tony Thomas                                                                                      Page    3

|  |  | Hours | Amount |
|---|---|---:|---:|
| 12/22/2010 KH | Copy documents; make bucket file for fire reports. | 0.40 | 40.00 |
|  | For professional services rendered | 81.88 | $35,948.00 |

Additional Charges :

| | Amount |
|---|---:|
| Santa Clara Superior Court - Jury Fees Deposit | 150.00 |
| Federal Express - Invoice No. 7-330-75624 | 19.48 |
| Photocopies | 110.80 |
| Fax | 1.20 |
| Postage | 1.76 |
| Total costs | $283.24 |
| Total amount of this bill | $36,231.24 |
| Previous balance | $7,802.00 |
| 12/29/2010 Payment from account | ($7,802.00) |
| Total payments and adjustments | ($7,802.00) |
| Balance due | $36,231.24 |

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Anthony J. Trepel | 54.00 | 600.00 |
| Kari Hicks | 25.98 | 100.00 |
| Marcia E. Gerston | 1.50 | 500.00 |
| Sandra R. Mcintosh | 0.40 | 500.00 |

| | |
|---|---:|
| Previous balance of Client Funds | $80,155.41 |
| 12/29/2010 Payment from account | ($7,802.00) |

Tony Thomas                                                                 Page    4

                                                                           Amount

    New balance of Client Funds                         $72,353.41

# TREPEL McGRANE GREENFIELD LLP

150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 283-1776
Fax: (415) 283-1777

Invoice submitted to:

Tony Thomas
16255 Denali Drive
Morgan Hill, CA 95037

Client No.: 11912
Invoice No.: 17122

February 07, 2011
Re: Kenmark Ventures LLC v. Thomas
MFA2010-72

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/26/2011 | AJT | Four emails to answer questions from Thomas. | 1.00 | 600.00 |
|  | JD | Receive and respond to letter/depo notices from Scanlon; discuss same with T. Trepel. | 0.50 | 150.00 |
| 1/27/2011 | AJT | Letter to client and telephone call. | 0.30 | 180.00 |
| 1/28/2011 | AJT | Extensive letter to client; telephone call to Charles Greene re bankruptcy of EP; telephone call from Thomas re payment. | 1.80 | 1,080.00 |
|  | JD | Discuss EP bankruptcy with T. Trepel and S. McIntosh and how to go about having Kenmark's claim objected to. | 0.33 | 100.00 |
| 1/31/2011 | KH | Scan and forward Motion to Compel pleadings to Tony Thomas for his review. | 0.55 | 55.00 |
| 2/1/2011 | AJT | Letter to client re: fees; telephone call to Charles Greene; office conference with B. Greenfield; telephone call to Bankruptcy Trustee, Mohammed Punja. | 1.60 | 960.00 |

Tony Thomas                                                                                         Page     2

|            |     |                                                                                                | Hours | Amount       |
|------------|-----|------------------------------------------------------------------------------------------------|-------|--------------|
| 2/1/2011   | KH  | Assemble trial binder for A. Trepel and S. McIntosh; label trial binder inserts.               | 1.50  | 150.00       |
| 2/2/2011   | AJT | Read and file seven emails.                                                                    | 0.50  | 300.00       |
|            | KH  | Create and label bucket files to contain deposition transcripts; update pleading file.         | 0.50  | 50.00        |
| 2/3/2011   | BSG | Office conferences.                                                                            | 0.33  | 191.67       |
|            |     | For professional services rendered                                                             | 8.91  | $3,816.67    |
|            |     | Previous balance                                                                               |       | $72,144.43   |
| 2/7/2011   |     | Payment from account                                                                           |       | ($36,122.17) |
|            |     | Total payments and adjustments                                                                 |       | ($36,122.17) |
|            |     | Balance due                                                                                    |       | $39,838.93   |

### Attorney Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Anthony J. Trepel    | 5.20  | 600.00 |
| Bernard S. Greenfield| 0.33  | 575.00 |
| Justin Draa          | 0.83  | 300.00 |
| Kari Hicks           | 2.55  | 100.00 |

|            | Previous balance of Client Funds | $36,122.17    |
|------------|----------------------------------|---------------|
| 2/7/2011   | Payment from account             | ($36,122.17)  |
|            | New balance of Client Funds      | $0.00         |