# EXHIBIT 4

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 10, 2014

STEFANIE T. SHARP, ESQ.
Nevada Bar No. 8661
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503
Tel:    775-329-3151
Fax:    775-329-7941
E-mail: ssharp@rbsllaw.com

*Attorneys for William McGrane*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS and
WENDI THOMAS,

Debtors.

Case No. BK-N-14-50333-btb

Chapter 7 [Converted from Chapter 11 on August 29, 2014]

**ORDER GRANTING MOTION FOR RELIEF FROM STAY TO PROCEED WITH LITIGATION FILED BY DEBTOR ANTHONY THOMAS PRE-PETITION [CALIFORNIA STATE COURT LITIGATION] AND WITH ARBITRATION ORDERED IN STATE COURT LITIGATION**

Date: August 26, 2014
Time: 10:00 a.m.
Set By: Court

This matter came on for properly noticed hearing on the Motion for Relief from the Automatic Stay, Dkt. 108, (the "Motion") imposed by 11 U.S.C. § 362, along with waiver of the

14-day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, with respect to a pre-petition action filed by Debtor Anthony Thomas in the Superior Court for the State of California, In and For the County of Santa Clara, entitled *Anthony G. Thomas, Plaintiff vs. Trepel McGrane Greenfield, LLP; Anthony Trepel, an individual; William McGrane, an individual; and Does 1 through 100, inclusive, Defendants* (the "State Court Action"), including without limitation the arbitration before the American Arbitration Association ("AAA") ordered in the State Court Action, in the above-referenced proceeding on August 26, 2014, at 10:00 a.m. in the above-entitled Court, the Honorable Bruce Beesley, Judge presiding. Movant William McGrane appeared by and through his counsel, Stefanie T. Sharp, of Robison, Belaustegui, Sharp & Low. Debtors Anthony Thomas and Wendi Thomas did not appear or file an opposition to the Motion.

Upon consideration of the Motion; the Declaration of Stefanie T. Sharp filed in support of the Motion, Dkt. 110; the presentations of counsel at the hearing; the record before the Court; the pleadings and papers on file herein; and good cause existing and appearing,

IT IS HEREBY ORDERED:

A. That the automatic stay of 11 U.S.C. §362(a) and the 14 day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure do not apply to the State Court Action or associated AAA Arbitration, Case No. 01-14-0000-2456.

B. That the automatic stay of Section 362 of the Bankruptcy Code is lifted with respect to the State Court Action. The State Court Action may proceed and the parties to the State Court Action are free to pursue their claims and defenses under applicable law.

C. That the automatic stay of Section 362 of the Bankruptcy Code is lifted with respect to the AAA Arbitration and the AAA Arbitration, as filed in AAA Case No. 01-14-0000-2456 shall proceed forward, and that monetary claims may be brought against the Debtor Anthony Thomas in the Arbitration.

D. That this Order shall remain in effect notwithstanding the conversion of this case to any other chapter under the Bankruptcy Code, Title 11, or the confirmation of any plan of reorganization in any converted chapter.

E. Capitalized terms used in this Order and not otherwise defined herein shall have the respective meanings given to such terms in the Motion.

**IT IS SO ORDERED**

<u>Submitted By:</u>

ROBISON, BELAUSTEGUI, SHARP & LOW

By: <u>/s/ Stefanie T. Sharp</u>
    Stefanie T. Sharp, Esq.
    71 Washington Street
    Reno, Nevada 89503
    *Counsel for William McGrane*

APPROVE[ ]/DISAPPROVE [ ]:

ANTHONY THOMAS / WENDI THOMAS
Pro Per

By: **NO RESPONSE**
    Anthony Thomas
    *Debtor in Pro Per*

By: **NO RESPONSE**
    Wendi Thomas
    *Debtor in Pro Per*

###

**ALTERNATIVE METHOD RE: RULE 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

___ The Court has waived the requirement of approval under LR 9021.

X    This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

ANTHONY THOMAS<br>
WENDI THOMAS<br>
PRO PER<br>
Sent via email on September 2, 2014

___ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

DATED: September 8, 2014

                        ROBISON, BELAUSTEGUI, SHARP & LOW
                        71 Washington Street
                        Reno, Nevada 89503

                        By:  /s/ Stefanie T. Sharp
                            STEFANIE T. SHARP
                            *Attorneys for William McGrane*

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151