Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**                        **E-Filed 1/22/15**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

IN RE:                                    CASE NO.     BK-N-14-50333-BTB
                                          CHAPTER      7
ANTHONY THOMAS and
WENDI THOMAS,                             **NOTICE OF HEARING ON MOTION FOR**
                                          **ORDER APPROVING COMPROMISE**
          Debtors.                        **AND SETTLEMENT AGREEMENT**

                                          **Hearing Date:  February 25, 2015**
_____/           **Hearing Time: 10:00 a.m.**

     **NOTICE IS HEREBY GIVEN** that a paper entitled Motion For Order Approving

Compromise And Settlement Agreement ("Settlement Motion") has been filed by Jeri

Coppa-Knudson, chapter 7 trustee ("Trustee").  In the Settlement Motion, the Trustee

requests the Court approve settlement of a claim owned by the estate for the amount of

$2,000.  **At the hearing on this matter, the Debtor or some third party _may_ make an**

**offer to purchase the Thomas Action for a sum in excess of $2,000.**

     **NOTICE IS FURTHER GIVEN** that a hearing on the Settlement Motion has been

scheduled before a United States Bankruptcy Judge, in the Clifton Young Federal Building,

300 Booth Street, Reno, Nevada on **February 25, 2015 at 10:00 a.m.**

     **NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the

time limits set forth in Local Rule 9014 for oppositions to a motion.  Local Rule 9014(d)

provides as follows:

> [A]ny opposition to a motion must be filed with the Clerk of the court, and
> service of the opposition must be completed on the movant, no later than
> fourteen (14) days preceding the hearing date for the motion. The opposition

must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If you do object to the relief requested, you must file a **WRITTEN** response with the court. You *must* also serve your written response on the person who sent you this notice. <u>A paper copy of any response should also be delivered to the Clerk's office identified as "Copy For Chambers" or some similar designation.</u> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Settlement Motion can be obtained upon written request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: January 22, 2015.

**HARTMAN & HARTMAN**


<u>/S/ Jeffrey L. Hartman</u>
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson,
Trustee

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

2