Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

**E-Filed 1/22/15**

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS and
WENDI THOMAS,

　　　　Debtors.
_____/

CASE NO.   BK-N-14-50333-BTB
CHAPTER   7

**CERTIFICATE OF SERVICE**

Hearing Date: February 25, 2015
Hearing Time: 10:00 a.m.

　　I certify that I am an employee of Hartman & Hartman, and that on the following dates, I caused to be served the following document(s):

January 15, 2015

**MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**

January 21, 2015

**DECLARATION OF MAUREEN HARRINGTON IN SUPPORT OF MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**

January 22, 2015

**ERRATA TO DECLARATION OF MAUREEN HARRINGTON IN SUPPORT OF MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**

**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT**

　　I caused to be served the above-named document(s) by the following means to the persons as listed below:

✓ a. ECF System, to

JERI COPPA-KNUDSON
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

KEVIN A. DARBY on behalf of Creditor FM HOLDINGS
kevin@darbylawpractice.com,
alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor MARKET LINK INC.
kevin@darbylawpractice.com,
alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor JERRY FERRARA
kevin@darbylawpractice.com,
alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Creditor TODD ARMSTRONG
kevin@darbylawpractice.com,
alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com

KEVIN A. DARBY on behalf of Interested Party KIT MORRISON
kevin@darbylawpractice.com,
alecia@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;tricia@darbylawpractice.com

JEFFREY L HARTMAN on behalf of Trustee JERI COPPA-KNUDSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

MICHAEL LEHNERS on behalf of Defendant ANTHONY THOMAS
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Defendant WENDI THOMAS
michaellehners@yahoo.com

TIMOTHY A LUKAS on behalf of Creditor JOHN BEACH
ecflukast@hollandhart.com

STEFANIE T. SHARP on behalf of Interested Party WILLIAM MCGRANE
ssharp@rbsllaw.com, czaehringer@rbsllaw.com

STEFANIE T. SHARP on behalf of Plaintiff WILLIAM MCGRANE
ssharp@rbsllaw.com, czaehringer@rbsllaw.com

WAYNE A. SILVER on behalf of Creditor KENMARK VENTURES, LLC
w_silver@sbcglobal.net, ws@waynesilverlaw.com

WAYNE A. SILVER on behalf of Plaintiff KENMARK VENTURES, LLC
w_silver@sbcglobal.net, ws@waynesilverlaw.com

| | |
|---|---|
| 1 | ALAN R SMITH on behalf of Attorney ALAN R. SMITH |
| 2 | mail@asmithlaw.com |
| 3 | ALAN R SMITH on behalf of Debtor AT EMERALD, LLC<br>mail@asmithlaw.com |
| 4 | ALAN R SMITH on behalf of Jnt Admin Debtor ANTHONY THOMAS<br>mail@asmithlaw.com |
| 5 | |
| 6 | ALAN R SMITH on behalf of Jnt Admin Debtor WENDI THOMAS<br>mail@asmithlaw.com |
| 7 | AMY N. TIRRE on behalf of Creditor KENMARK VENTURES, LLC<br>amy@amytirrelaw.com, admin@amytirrelaw.com |
| 8 | |
| 9 | AMY N. TIRRE on behalf of Plaintiff KENMARK VENTURES, LLC<br>amy@amytirrelaw.com, admin@amytirrelaw.com |
| 10 | U.S. TRUSTEE - RN - 7, 7<br>USTPRegion17.RE.ECF@usdoj.gov |
| 11 | |
| 12 | JOSEPH G. WENT on behalf of Creditor JOHN BEACH<br>JGWent@hollandhart.com, agstajkowski@hollandhart.com |
| 13 | JOSEPH G. WENT on behalf of Plaintiff JOHN BEACH<br>JGWent@hollandhart.com, agstajkowski@hollandhart.com |

15    ✓ b.    **Notice of Hearing only**, U. S. Mail, postage prepaid, January 22, 2015 (See

16        attached List of Creditors).

17    I declare under penalty of perjury that the foregoing is true and correct.

18    DATED: January 22, 2015.

                                    /S/ Stephanie Ittner
20                                  STEPHANIE ITTNER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 14-50333-btb<br>District of Nevada<br>Reno<br>Thu Jan 22 13:35:57 PST 2015 | AT EMERALD, LLC<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | KENMARK-VENTURES, LLC<br>21710 STEVENS CREEK BLVD, STE 200<br>CUPERTINO, CA 95014-1174 |
| U.S. TRUSTEE - RN - 7 7<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509-1362 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 |
| Andrew J. Spielberger<br>11999 San Vicente Blvd, Ste 345<br>Los Angeles, CA 90049-5073 | CHRIS PERNA<br>4686 ENGLEWOOD DRIVE<br>SAN JOSE, CA 95129-4411 | CITI CARD<br>99 PARK AVENUE<br>NEW YORK, NY 10016-1601 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | D. BRAD JONES, ESQ.<br>LAW OFFICES OF D. BRAD JONES<br>440 NORTH FIRST STREET, SUITE 100<br>SAN JOSE, CA 95112-4024 | DOROTHY THOMAS<br>18945 KOSICH DRIVE<br>SARATOGA, CA 95070-3512 |
| Department Stores National Bank/American Exp<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | FRANK TABISH<br>219 MANSION HEIGHTS DRIVE<br>MISSOULA, MT 59803-2473 |
| Greenfield Draa & Harrington LLP<br>55 South Market Street<br>Suite 1500<br>San Jose, CA 95113-2332 | I.R.S.-BK. PHILADELPHIA<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106-6085 |
| JOHN BEACH<br>C/O BRYCE C. ALSTEAD, ESQ.<br>HOLLAND & HART<br>5441 KIETZKE LANE, 2ND FLOOR<br>RENO, NV 89511-3026 | KOHL'S<br>N56W17000 RIDGEWOOD DRIVE.<br>MENOMONEE FALLS, WI 53051-7096 | LARRY BALAKIAN<br>3209 NORTH VAN NESS BLVD.<br>FRESNO, CA 93704-4642 |
| Law Offices Of Alan R. Smith<br>505 Ridge Street<br>Reno, NV 89501-1719 | MACY'S<br>7 W. 7TH STREET, #10<br>CINCINNATI, OH 45202-2415 | MICHELE THOMAS<br>525 N. SPAULDING<br>LOS ANGELES, CA 90036-1807 |
| NEVADA DEPT TAXATION<br>P.O. BOX 52685<br>PHOENIX, AZ 85072-2685 | NEVADA EMPLOYMENT SEC<br>500 E. THIRD STREET<br>CARSON CITY, NV 89713-0030 | NEW DIMENSIONS<br>5301 LONGLEY LN., BLD. A, STE. 3<br>RENO, NV 89511-1806 |
| NV DEPT OF MOTOR VEHICLES<br>BANKRUPTCY SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>4600 KIETZKE LANE<br>SUITE L-235<br>RENO, NV 89502-5045 | NV LABOR COMMISSION<br>675 FAIRVIEW LANE, STE 226<br>CARSON CITY, NV 89701-5474 |

| | | |
|---|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, RM. 3009<br>RENO, NV 89509-1362 | Office of the United States Trustee,<br>C. Clifton Young Federal Building<br>300 Booth Street, Room 3009<br>Reno, NV 89509-1362 | PLUMAS COUNTY TREASURER<br>P.O. BOX 176<br>QUINCY, CA 95971-0176 |
| ROBERT A. MACHADO, ESQ.<br>MACHADO & MACHADO<br>1110 NORTH FIRST STREET<br>SAN JOSE, CA 95112-4989 | SARASOTA VAULT DEPOSITORY, INC.<br>640 S. WASHINGTON BLVD.<br>STE. 175<br>SARASOTA, FL 34236-7135 | SHANN BRASSFIELD<br>208 WILDER AVENUE<br>LOS GATOS, CA 95030-7209 |
| SMITH LC<br>1800 NORTH BROADWAY, STE. 200<br>SANTA ANA, CA 92706-2656 | Tricia M. Darby, Esq.<br>4777 Caughlin Parkway<br>Reno, Nevada 89519-0906 | WASHOE COUNTY TREASURER<br>PO BOX 30039<br>RENO, NV 89520-3039 |
| WELLS FARGO BANK<br>A/C # XXXX0450<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | William McGrane<br>McGrane LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 |
| ALAN R. SMITH<br>505 RIDGE STREET<br>RENO, NV 89501-1719 | ANTHONY THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | JERI COPPA-KNUDSON<br>3495 LAKESIDE DR<br>PMB #62<br>RENO, NV 89509-4841 |
| JOHN BEACH<br>C/O HOLLAND AND HART / TIMOTHY LUKUS<br>5441 KIETZKE LANE, 2ND FLR<br>RENO, NV 89511-3026 | WENDI THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FM HOLDINGS | (u)MARKET LINK INC. | (d)Kenmark Ventures, LLC<br>21710 Stevens Creek Blvd., Suite 200<br>Cupertino, CA 95014-1174 |
| (u)JERRY FERRARA | (u)KIT MORRISON | (u)TODD ARMSTRONG |
| (u)WILLIAM MCGRANE | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     7<br>Total                  53 | |