Michael Lehners, Esq.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
(775) 786-1695

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

ANTHONY THOMAS, and
WENDY THOMAS,

AT EMERALD, LLC,

    Debtors.
_____/

CASE NO.: 14-50333-BTB
CASE NO.: 14-50331-BTB
(Chapter 7)

[lead case jointly administered]

**STATEMENT PURSUANT TO RULE 2016(B)**

COMES NOW Michael Lehners, Esq. as counsel for the Debtors and files the following bankruptcy files his 2016 statement. Debtors retained counsel after the pending bankruptcies were filed for $4,000.00 and funds were placed in counsel's trust account. Under the agreement with the Debtors, counsel would provide the following services for the retainer:

> Review docket in all both bankruptcy cases. Prepare for §341 meeting of creditors. Represent the Debtors at the 2004 examination. Review adversary complaints in the Beach Adversary Case No.: 14-5067-BTB and McGrane Adversary Case No.: 14-5068-BTB. Prepare and file Motions to dismiss and supplemental replies. File answers in both adversaries if the motions are denied. Prepare the stipulation to have the trustee abandon the Farmer's litigation. Finally, counsel agreed to draft a legal outline of the elements of the Debtors' case and suggestions for discovery requests.

Counsel has not agreed to any additional services for the Debtors and has not been retained to as their attorney in the above entitled bankruptcies and has made no formal appearance in same.

DATED this _____ Day of January, 2015.

_____
Michael Lehners, Esq.

# CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 21 day of January, 2015, I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **STATEMENT PURSUANT TO RULE 2016(B)** addressed as follows:

Anthony Thomas
Wendy Thomas
7725 Peavine Peak Court
Reno, Nv 89523

Jeffrey L Hartman
Hartman & Hartman
510 West Plumb Lane, Ste B
Reno, Nv 89509

Jeri Coppa-Knudson
3495 Lakeside Dr
Pmb #62
Reno, Nv 89509

U. S. Trustee's Office
300 Booth Street Room 2129
Reno, NV 89509

Dolores Stigall