

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 11, 2015

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
5441 Kietzke, Lane, 2nd Floor
Reno, Nevada 89511
Tel:  (775) 327-3000
Fax: (702) 786-6179
Email: ECFlukast@hollandhart.com

*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>☐ Affects AT EMERALD, LLC<br>☒ Affects all Debtors | Case No.:  BK-N-14-50333-btb<br>Chapter:   11<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-N-14-50331-btb<br>Chapter:    11<br><br>**ORDER GRANTING MOTION TO VACATE SEALING ORDERS**<br><br>**Hearing Date: February 10, 2015**<br><br>**Hearing Time: 10:00 a.m.** |

John Beach ("Mr. Beach"), as trustee of the Beach Living Trust dated January 22, 1999 (the "Beach Trust"), by and through his attorneys of record, Holland & Hart LLP, filed his *Motion to Vacate Sealing Orders* (the "Motion") [Doc 233] seeking an order of this Court vacating the Sealing Orders so that the referenced documents be unsealed to permit inquiry into the alleged purchaser of the Thomas Emerald. No opposition or response to the Motion was

Page 1 of 2

7490273_1

1  timely filed.  Therefore, the Motion is granted.

2  IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the documents subject to the following three sealing orders entered in the above-captioned jointly administered cases:

1. On June 24, 2014, the *Order Granting Ex Parte Motion to File Purchase and Sale Agreement Under Seal* was entered in in *In re Anthony Thomas and Wendi Thomas,* Case No. BK-N-14-50333 (the "Thomas Case") as Docket No. 89;

2. On July 1, 2014, this Court's *Order Granting Ex Parte Motion to Seal and Replace Docket Entries 83, 87, and 88* was entered in the Thomas Case as Docket No. 107; and

3. On July 1, 2014, this Court's *Order Granting Ex Parte Motion to Seal and Replace Docket Entries 40, 44, and 45* was entered in *In re AT Emerald, LLC*, Case No. BK-N-14-50331 (the "AT Emerald Case") as Docket No.

SUBMITTED BY:

    */s/ Timothy A. Lukas*
Timothy A. Lukas, Esq.
Joseph G. Went, Esq.
5441 Kietzke, Lane, Second Floor
Reno, Nevada 89511
*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X  No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Attorney/Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #
Page 2 of 2

7490273_1

Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Phone: (775) 327-3000 ◆ Fax: (775) 786-6179