**DENIED**

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 25, 2015

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS | CHAPTER 7 |
| Debtors, | ORDER GRANTING EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT SCHEDULED FOR FEBRUARY 25, 2015 |

The Court having reviewed the Debtors' *Ex Parte Application for Order Continuing Hearing on Trustee's Motion for Order Approving Compromise and Settlement Agreement*, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Trustee's Motion for Order Approving Compromise and Settlement Agreement is continued from February 25 2015 to _____, 2015 at _____.

DATED:_____

_____
Judge of the United States Bankruptcy Court
District of Nevada

In Re: Anthony Thomas, et al. – No. BK-N-14-50555-BTB      -1-