Michael Lehners, Esq.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
(775) 786-1695

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

ANTHONY THOMAS, and
WENDY THOMAS,

AT EMERALD, LLC,

    Debtors.
_____/

CASE NO.: 14-50333-BTB
CASE NO.: 14-50331-BTB
(Chapter 7)

[lead case jointly administered]

**AMENDED SCHEDULE F**

COMES NOW Debtors above-named by and through Michael Lehners, Esq., and files with the court the attached Amended Schedule F.

DATED this ___ day of _____, 2015.

_____
MICHAEL LEHNERS, ESQ.
429 Marsh Avenue
Reno, Nevada 89509
(775) 786-1695

In re  ANTHONY THOMAS  
  WENDY THOMAS

Case No. __14-50333__  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>ANDREW SPIELBERGER, ESQ.<br>BALABAN & SPIELBERGER<br>11999 SAN VICENTE BLVD.<br>SUITE 345<br>LOS ANGLES CA 90049 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>ANTHONY TREPEL, ESQ.<br>95 SO MARKET ST.<br>SUITE 300<br>SAN JOSE, CA 95113 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>BRIDGEPORT FINANCIAL<br>1111 WILLOW ST.<br>2ND FLOOR<br>SAN JOSE, CA 95125 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | X | Notice Only |
| ACCT #:<br>BROWNE GREEN, ESQ.<br>GREENE, BROILLET ET AL.,<br>100 WILSHIRE BVLD.<br>21ST FLOOR<br>SANTA MONICA, CA 90401 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>CHARTER COMMUNICATIONS<br>400 ATLANTIC ST.<br>10TH FLOOR<br>STAMFORD CT 06901 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | X | Notice Only |
| ACCT #:<br>CHASE MORTGAGE<br>P. O. BOX 24696<br>COLUMBUS, OH 43224 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |

Subtotal >  $0.00

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____8____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont. Case 14-50333-btb    Doc 255    Entered 03/24/15 09:32:53    Page 3 of 13

In re  ANTHONY THOMAS
       WENDY THOMAS
Case No. __14-50333__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>CHRIS PRENA<br>4686 ENGLEWOOD DRIVE<br>SAN JOSE, CA 95129 | | C | DATE INCURRED:<br>CONSIDERATION:<br>PERSONAL LOAN<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>CITI CARD<br>99 PARK AVENUE<br>NEW YORK, NY 10022 | | C | DATE INCURRED:<br>CONSIDERATION:<br>GOODS/SERVICE<br>REMARKS: | | | | $62,210.00 |
| ACCT #:<br>CITI CARD CBNA<br>701 E. 60TH ST. NO.<br>SIOUX FALLS, SD 57104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS | | | | Notice Only |
| ACCT #:<br>DOROTHY THOMAS<br>18945 KOSICH DRIVE<br>SARATOGA, CA 95070 | | C | DATE INCURRED:<br>CONSIDERATION:<br>PERSONAL LOAN<br>REMARKS: | | | | $200,000.00 |
| ACCT #:<br>EDWIN HIGASHI, AGENT<br>4820 HARWOOD ROAD<br>SAN JOSE, CA 95124 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>EDWIN HIGASHI, AGENT<br>925 KNOLLFIELD WAY<br>SAN JOSE, 95136 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS | | | | Notice Only |

Sheet no. __1__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $272,210.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> FARMERS INS. GRP. INC. <br> 4680 WILSHIRE BLVD. <br> LOS ANGLES, CA 90010 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> FRANK TABISH <br> 219 MANSION HEIGHTS DRIVBE <br> MISSOULA, MT 59803 | | C | DATE INCURRED: <br> CONSIDERATION: <br> PERSONAL LOAN <br> REMARKS: | | | | $50,000.00 |
| ACCT #: <br> HOSPITAL COLLECTION SERV. <br> 816 SO. CENTER ST. <br> RENO, NV 89501 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> HOSPITAL COLLECTION SERVICES <br> P.O.BOX 872 <br> RENO, NV. 89504 | | C | DATE INCURREO: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> JEFF BARUH, ESQ. <br> ADELSON, HESS & KELLY <br> 577 SALAMAR AVE. <br> CAMPBELL CA 95008 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> JERRY FERRARA <br> 1021 W. OAK HILLS CT. <br> LA HABRA, CA 90631 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |

Sheet no. __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $50,000.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **ANTHONY THOMAS**                                    Case No. __14-50333__
     **WENDY THOMAS**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>JOHN BEACH<br>C/O BRYCE C. ALSTEAD, ESQ.<br>HOLLAND & HART<br>5441 KIETZKE LANE, 2ND FLOOR<br>RENO, NV 89511 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS: | | | | $540,000.00 |
| ACCT #:<br>JOSEPH KAFKA, ESQ.<br>1541 THE ALAMEDA<br>SAN JOSE, CA 95126 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>KEN TERSINI<br>KT PROPERTIES<br>21710 STEVENS CREEK BLVD.<br>SUITE 200<br>CUPERTINO, CA 95014 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>KENNETH CONNETTO<br>3637 SNELL AVE.<br>SPACE 51<br>SAN JOSE, CA 95136 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>KIT MORRISON<br>9464 MECKAILEE CV.<br>SANDY UT 84094 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>KOHL'S<br>N56W 17000 RIDGEWOOD DRIVE<br>MENOMONEE FALLS, WI 53051 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**GOODS/SERVICES**<br>REMARKS: | | | | $1,200.00 |

Sheet no. __3__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $541,200.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>LARYY BALAKIAN<br>3209 NO. VAN NESS BLVD.<br>FRESNO, CA 93704 | | C | DATE INCURRED:<br>CONSIDERATION:<br>PERSONAL LOAN<br>REMARKS: | | | | $5,000.00 |
| ACCT #:<br>LEE DANFORTH, ESQ.<br>CODDINGTON, HICKS ET. AL.<br>555 TWIN DOLPHIN DRIVE<br>SUITE 300<br>REDWOOD CITY, CA 94065 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>MACY'S<br>7 W 7TH STREET<br>#10<br>CINCINNATI, OH 45202 | | C | DATE INCURRED:<br>CONSIDERATION:<br>GOODS/SERVICES<br>REMARKS: | | | | $6,000.00 |
| ACCT #:<br>MACYS<br>P.O. BOX 8218<br>MASON, OH 45040 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>MACYS-AMERICAN EXPRESS<br>P.O. BOX 8218<br>MASON, OH 45040 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>MARK DOWNIE<br>5136 WESTBURY CIRCLE<br>GRANITE BAY, CA 95746 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |

Sheet no. __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $11,000.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) -- Cont.     Case 14-50333-btb     Doc 255     Entered 03/24/15 09:32:53     Page 7 of 13

In re    ANTHONY THOMAS                                                    Case No.   **14-50333**
       WENDY THOMAS                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> MICHELE THOMAS <br> 525 N. SPAULDING <br> LOS ANGELES, CA 90036 | | C | DATE INCURRED: <br> CONSIDERATION: <br> PERSONAL LOAN <br> REMARKS: | | | | $5,000.00 |
| ACCT #: <br> OLD REPUBLIC TITLE INS. CO. <br> 275 BATTERY ST. <br> SUITE 1500 <br> SAN FRANCISCO, CA 94111 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> PLUMAS COUNTY TREASURER <br> P. O. BOX 176 <br> QUINCY, CA 95971 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Property Tax <br> REMARKS: | | | | $1,200.00 |
| ACCT #: <br> PROF. FINANCE CO. <br> P. O. BOX 7059 <br> LOVELAND, CO 80537 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> RANDY HESS, ESQ. <br> ADELSON, HESS & KELLY <br> 577 SALAMAR AVE. <br> CAMPBELL CA 95008 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> RASH CURTIS & ASSOC. <br> 190 SO. ORCHARD AVE. <br> SUITE 100 <br> CAMPBELL, CA 95008 | | C | DATE INCURRED: <br> CONSIDERATION: <br> Notice Only <br> REMARKS: | | | | Notice Only |

Sheet no. __5__ of __8__ continuation sheets attached to                 Subtotal >     $6,200.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>RENOWN MEDICAL CENTER<br>1155 MILL ST.<br>RENO, NV 89502 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>ROBERT A MACHADO, ESQ.<br>MACHADO & MACHADO<br>1110 NO. FIRST ST.<br>SAN JOSE, 95112 | | C | DATE INCURRED:<br>CONSIDERATION:<br>GOODS/SERVICES<br>REMARKS: | | | | $50,000.00 |
| ACCT #:<br>ROC ADMINSTRATION<br>RENO ORTHO. CENTER<br>350 6TH ST. 4TH FLOOR<br>RENO, NV 89503 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>SARASOTA VAULT DEPOSITORY<br>640 S. WASHINGTON BLVD.<br>#175<br>SARASOTA, FL 34236 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>SHANN BRASSFIELD<br>208 WILDER AVE.<br>LOS GATOS, CA 95030 | | C | DATE INCURRED:<br>CONSIDERATION:<br>PERSONAL LOAN<br>REMARKS: | | | | $150,000.00 |
| ACCT #:<br>SMITH LC<br>1800 NO. BROADWAY<br>SUITE 200<br>SANTA ANA, CA 92706 | | C | DATE INCURRED:<br>CONSIDERATION:<br>GOODS/SERVICE<br>REMARKS: | | | | $180,958.00 |

Sheet no. __6__ of __8__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $380,958.00

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>SPRINT<br>P. O. BOX 4191<br>CAROL STREAM, IL 60197 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | X | Notice Only |
| ACCT #:<br>ST. MARY'S EMEG. SERVICES<br>235 W. 6TH ST.<br>RENO, NV 89503 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>STEVE HANEY, ESQ.<br>1055 W. 7TH ST.<br>SUITE 1950<br>LOS ANGELES, CA 90017 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>STEVEN SMITH, ESQ.<br>3161 MICHELSON DRIVE<br>SUITE 925<br>IRVINE, CA 92612 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>TODD ARMSTRONG<br>2491 E. ALPOMADO CT.<br>EAGLE, ID 83616 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>WELLS FARGO BANK<br>P. O. BOX 54349<br>LOS ANGELES, CA 90054 | | C | DATE INCURRED:<br>CONSIDERATION:<br>GOODS/SERVICE<br>REMARKS: | | | | $1,000.00 |

Sheet no. __7__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,000.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **ANTHONY THOMAS**     Case No. **14-50333**
     **WENDY THOMAS**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> WELLS FARGO BANK <br> P. O. BOX 14517 <br> DES MOINES, IA 50306 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> WILLIAM McGRANE, ESQ. <br> 4 EMBARCADERO CENTER <br> SUITE 1400 <br> SAN FRANCISCO, CA 94111 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | Notice Only |

Sheet no. __8__ of __8__ continuation sheets attached to         Subtotal >    $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >    $1,262,568.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **ANTHONY THOMAS**                                             Case No.  **14-50333**
       **WENDY THOMAS**                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature _____
                                                    **ANTHONY THOMAS**

Date _____    Signature _____
                                                    **WENDY THOMAS**
                                          [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re ANTHONY THOMAS
     WENDY THOMAS

Case No. __14-50333__
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____7____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __3-22-15__     Signature _____/s/ Tony Thomas_____
                                                 ANTHONY THOMAS

Date __3-22-15__     Signature _____/s/ Wendy Thomas_____
                                                 WENDY THOMAS

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the _20_ day of March, 2015, I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **AMENDED SCHEDULE F** addressed as follows:

Anthony Thomas
Wendy Thomas
7725 Peavine Peak Court
Reno, Nv 89523

Jeffrey L Hartman
Hartman & Hartman
510 West Plumb Lane, Ste B
Reno, Nv 89509

Jeri Coppa-Knudson
3495 Lakeside Dr
Pmb #62
Reno, Nv 89509

U. S. Trustee's Office
300 Booth Street Room 2129
Reno, NV 89509



_____
Dolores Stigall