Michael Lehners, Esq.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
(775) 786-1695

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

ANTHONY THOMAS, and
WENDY THOMAS,

AT EMERALD, LLC,

    Debtors.
_____/

CASE NO.: 14-50333-BTB
CASE NO.: 14-50331-BTB
(Chapter 7)

[lead case jointly administered]

**AFFIDAVIT OF MAILING**

STATE OF NEVADA    )
                           ) ss
COUNTY OF WASHOE  )

    I, MICHAEL LEHNERS, being first duly sworn, deposes and says: That affiant is, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and that on the 23RD day of March, 2015, affiant deposited in the United States Post office at Reno, Nevada, a copy of the AMENDED §341 MEETING OF CREDITORS filed in the above-entitled case upon which first class postage was fully prepaid, addressed to the following:

    Andrew Speilberger, Esq.
    Balaban & Speilberger
    11999 San Vincent Blvd. Suite 345
    Los Angeles, CA 90049

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Anthony Trepel, Esq.
95. So. Market St.
Suite 300
San Jose, CA 95113

Bridgeport Financial
1111 Willow St.
2nd Floor
San Jose, CA 95125

Browne Green, Esq.
Green, Broillet, et al.,
100 Wilshire Blvd. 21st Floor
Santa Monica, CA 90401

Charter Communications
400 Atlantic St.
10th Floor
Stamford, CT 06901

Chase Mortgage
P. O. Box 24696
Columbus, OH 43224

Citi Card CBNA
701 E. 60th St. No.
Sioux Falls, SD 57104

Edwin Higashi, Agent
4820 Harwood Rd.
San Jose, CA 95124

Edwin Higashi, Agent
925 Knollfield Way
San Jose, CA 95136

Farmers Ins. Grp, Inc.
4680 Wilshire Blvd.
Los Angeles, CA 90010

Hospital Collection Serv.
816 So. Center St.
Reno, NV 89501

Hospital Collection Serv.
P. O. Box 872
Reno, NV 89504

Jeff Baruh, Esq.
Adelson, Hess & Kelly
577 Salamar Ave.
Campbell, CA 95008

Jerry Ferrara
1021 W. Oak Hill Ct.
La Habra, CA 90631

Joseph Kafka, Esq.
1541 The Alameda
San Jose, CA 95126

Ken Tersine
KT Properties
21710 Stevens Creek Blvd. Suite 200
Cupertino, CA 95014

Kenneth Connetto
3637 Snell Ave.
Space 51
San Jose, CA 95136

Kit Morrison
9464 Meckailee CV
Sandy UT 84094

Lee Danforth, Esq.
Coddington, Hicks et. al.,
555 Twin Dolphin Drive Suite 300
Redwood City, CA 94065

Macys
P. O. Box 8218
Mason, OH 45040

Macys – American Express
P. O. Box 8218
Mason, OH 45040

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Downie
5136 Westbury Circle
Granite Bay, CA 95746

Old Republic Title Ins. Co.
275 Battery St.
Suite 1500
San Francisco, CA 94111

Prof. Finance Co.
P. O. Box 7059
Loveland, CO 80537

Randy Hess, Esq.
Adelson, Hess & Kelly
577 Salamar Ave.
Campbell, CA 95008

Rash Curtis & Assoc.
190 So. Orchard Ave.
Suite 100
Campbell CA 95008

Renown Medical Center
1155 Mill St.
Reno, NV 89502

ROC Admiration
Reno Ortho Center
350 6th St.  4th Floor
Reno, NV 89503

Sarasota Vault Depository
640 So. Washington Blvd.
#175
Sarasota, FL 34236

Sprint
P. O. Box 4191
Carol Stream, IL 60197

St. Mary's Emerg. Service
235 W. 6th St.
Reno, NV 89503

Steve Haney, Esq.
1055 W 7th St.
Suite 1950
Los Angeles, C 90017

Steven Smith, Esq.
3161 Michelson Drive
Suite 925
Irvine, CA 92612

Todd Armstrong
2491 E. Alpomado St.
Eagle, ID 83616

Wells Fargo Bank
P. O. Box 14517
Des Moines, IA 50306

William McGrane, Esq.
4 Embarcadero Center
Suite 1400
San Francisco, CA 94111

_____
MICHAEL LEHNERS

SUBSCRIBED and SWORN to before me

this __24__ day of March, 2015

_____
NOTARY PUBLIC



DOLORES STIGALL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 93-0040-2   Expires May 14, 2017