```
LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Pro Per
```

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| ANTHONY THOMAS and WENDI THOMAS,<br><br>Debtors. | CASE NO.  14-50333 BTB<br><br>WITHDRAWAL OF PROOF OF CLAIM |
|---|---|

Creditor, Joseph R. Kafka, withdraws his proof of claim.

Dated: April 22, 2015

                                                  LAW OFFICES OF JOSEPH R. KAFKA

                                                  Joseph R. Kafka, Esq.
                                                  Pro Per

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1541 The Alameda, San Jose, CA 95126. My business telephone number is 408-993-8441.

On the date signed below, I served the foregoing documents described as follows:

Withdrawal of Proof of Claim

on the parties involved in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Jose, CA addressed as follows:

Jeri Coppa-Knudsen, Trustee
3495 Lakeside Drive
PMB 62
Reno, NV 89509

Anthony & Wendi Thomas
7725 Peavine Peak Court
Reno, NV 89523

I declare under penalty of perjury in accordance with the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22 day of April, 2015, at San Jose, CA.

Joseph R. Kafka