Michael Lehners, Esq.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
(775) 786-1695

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | CASE NO.: 14-50333-BTB |
| | CASE NO.: 14-50331-BTB |
| ANTHONY THOMAS, and | (Chapter 7) |
| WENDI THOMAS, | |
| | [lead case jointly administered] |
| AT EMERALD, LLC, | |
| | HRG. DATE: _____ |
| Debtors. | AND TIME: _____ |
| _____/ | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, MICHAEL LEHNERS, ESQ., attorney of record for the Debtors, ANTHONY and WENDI THOMAS, and hereby moves this Honorable Court for an order permitting him to withdraw as attorney of record for the Debtors.

This request for withdrawal is based upon the following memorandum of points and authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

There has been no judgment or final determination in the above-entitled case. Rule 46 of the Nevada Supreme Court Rules, Withdrawal or Change of Attorney, states in pertinent part:

"The attorney in an action or special proceeding may be changed at any time before a judgment or final determination as follows:

(1) Upon consent of attorney, approved by client;

(2) Upon the order of the court or judge thereof on the application of the attorney of the client;

(3) After judgment or final determination, an attorney may withdraw as attorney of record any time upon the attorney' filing of withdrawal, with or without the client's consent."

C.E.B. California procedure before trial, section 81, page 53, states in pertinent part:

"Care should be taken to recite only a minimum of necessary detail as to the difference existing between attorney and client so that the client will not be unduly prejudice by a statement spread on the record. The court should be liberal in granting the motion because of the highly confidential relationship that must exist between attorney and client to successfully prosecute or defend a case."

Counsel was retained by the Debtors for very limited purpose and these services have been completed. The Debtors have not retained Counsel for any additional service and Counsel needs to withdraw in this matter. Counsel has already advised the court he would be withdrawing.

WHEREFORE, Movant requests this Court to enter an order permitting him to withdraw as attorney for record for Debtors.

DATED this ____ day of June, 2015.

_____
MICHAEL LEHNERS, ESQ.
Attorney for Debtors.

## AFFIDAVIT OF MICHAEL LEHNERS

STATE OF NEVADA      )
                     ) ss.
COUNTY OF WASHOE     )

I, MICHAEL LEHNERS, do hereby swear under penalty of perjury that the assertions of this affidavit are true.

1. That affiant is an attorney licensed to practice law in all the Courts of the State of Nevada.

2. That affiant was retained by Debtors to assist them in the pending Chapter 7 Bankruptcy on a very limited basis.

3. Counsel has completed all the work that he was retained for and it is now necessary for him to withdraw. Counsel has further advised the court that he would be filing the pending motion.

_____
MICHAEL LEHNERS

SUBSCRIBED and SWORN to before me this 4 day of June, 2015.

_____
NOTARY PUBLIC



DOLORES STIGALL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: SG-95-10-2 - Expires May 14, 2017