# Exhibit A

**HARTMAN & HARTMAN**
*a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada 89509*
*Telephone: (775) 324-2800*
*Telecopier: (775) 324-1818*

June 24, 2015

STATEMENT OF ACCOUNT THROUGH    May 31, 2015

Invoice #:    6870

Jeri Coppa-Knudson, Trustee
PMB 62
3495 Lakeside Drive
Reno, Nevada 89509

File #:    11049000    Thomas, Anthony and Wendi - GENERAL / EXPENSES

LEGAL SERVICES THROUGH    May 31, 2015

| Date | Description | Amount |
|---|---|---|
| 09/30/14 | September 2014 PACER | $13.70 |
| 10/31/14 | October 2014 PACER | $12.90 |
|  | Photocopies | $8.00 |
| 11/30/14 | November 2014 PACER | $27.70 |
| 01/01/15 | December 2014 PACER | $29.20 |
|  | Legal research - December 2014 LexisNexis | $7.69 |
| 01/31/15 | January 2015 PACER | $29.70 |
|  | Legal research - January 2015 LexisNexis | $36.22 |
|  | Photocopies | $59.50 |
|  | Postage | $22.04 |

| Date | Description | Amount |
|---|---|---|
| 02/28/15 | February 2015 PACER | $4.90 |
|  | Photocopies | $55.25 |
| 03/31/15 | March 2015 PACER | $1.80 |
| 04/17/15 | Wells Fargo Bank, N.A. - document production costs | $43.00 |
| 04/30/15 | April 2015 PACER | $3.90 |
|  | Legal research - April 2015 LexisNexis | $7.89 |
|  | Photocopies | $25.50 |
|  | Postage | $10.93 |
| 05/31/15 | May 2015 PACER | $6.60 |

**TOTAL AMOUNT DUE THIS STATEMENT**        $406.42

| | |
|---|---|
| PREVIOUS BALANCE | $0.00 |
| PREVIOUS PAYMENTS | $0.00 |
| **TOTAL AMOUNT DUE THIS STATEMENT** | **$406.42** |
| **NEW BALANCE** | **$406.42** |

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date, Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN  (EIN 88-0461897)
510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You