# Exhibit B

## *HARTMAN & HARTMAN*
## *a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada 89509*
*Telephone: (775) 324-2800*
*Telecopier: (775) 324-1818*

June 24, 2015

STATEMENT OF ACCOUNT THROUGH    May 31, 2015

Invoice #:   6871

Jeri Coppa-Knudson, Trustee
PMB 62
3495 Lakeside Drive
Reno, Nevada 89509

File #:11049002    Thomas, Anthony and Wendi - ASSET DISPOSITION

LEGAL SERVICES THROUGH    May 31, 2015

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/14 | JLH | Telephone call from Wayne Silver, attorney for Kenmark, re: the appraisal of the emerald, marketing and the 341 meeting. Follow up with Jeri Coppa-Knudson re: same. | 0.60 | $255.00 |
| 12/09/14 | JLH | E-mail with Overstock.com representatives re: arranging a conference call to discuss the marketing of the Florida emerald. | 0.20 | $85.00 |
| 12/16/14 | JLH | Conference call with the Overstock.com people re: marketing the emerald. | 0.70 | $297.50 |
| 01/05/15 | JLH | Review the marketing services agreement forwarded by Overstock.com and prepare comments for trustee. E-mail to Jeri Coppa-Knudson re: same. | 0.50 | $212.50 |
| 01/08/15 | JLH | E-mail from Stan Huntenton requesting feed back on the proposed agreement with Overstock.com for marketing the Florida emerald. Review the draft | 1.00 | $425.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | marketing services agreement (10 pages) and provide e-mail comments to Trustee Coppa-Knudson. |  |  |
| 01/09/15 | JLH | Work on the history of the emerald in Santa Clara. | 2.50 | $1,062.50 |
| 01/12/15 | JLH | Meeting with Alan Smith re: the Thomas case and the various stories about the emerald. Discussed the most recent identification of another emerald in Santa Clara, what is disclosed where, the fire in the home and the insurance claims, etc. Received and reviewed lengthy e-mail and documentation from Dawna Ciluffo re: the Santa Clara emerald, original complaint against Conetto and the complaint against the insurance company for the fire claim and the emeralds supposedly lost in the fire cleanup. | 2.50 | $1,062.50 |
| 01/28/15 | JLH | Begin work on the Conetto matter utilizing documentation from attorney Dawna Ciluffo in Santa Clara. E-mail from Dawna Ciluffo with contact information for the Santa Clara sheriff's office. | 1.40 | $595.00 |
| 02/02/15 | JLH | Telephone conference with Detective Quinonez in Santa Clara Sheriff Office re: the 6.4 pound emerald held there subject to some court order for release,. Follow up letter. Telephone conference with Jeri Coppa-Knudson re: same. | 0.70 | $297.50 |
| 02/03/15 | JLH | E-mail from Dawna Ciluffo re: the appraisal of the emerald in custody at the Santa Clara sheriff's office. Begin drafting narrative of the case on how the 6.4 pound emerald came to be in the possession of the Santa Clara sheriff. | 2.80 | $1,190.00 |
| 02/04/15 | JLH | Continue working on sorting out the history of the emerald located in Santa Clara, trying to distinguish between that and the supposed 'loose' diamonds that were to have been lost in the fire in the Danville house. | 2.20 | $935.00 |
| 02/16/15 | JLH | Work on the issues related to the additional emerald located in Santa Clara. | 1.70 | $722.50 |
| 04/09/15 | JLH | Meeting with Jeri Coppa-Knudson to discuss the marketing issues. Reviewed the latest version of the | 1.50 | $637.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | propoal from Overstock.com and addressed those provisions which continue to remain problematic, such as the expense allocation, lack of actual marketing plan details, etc., some type of reserve, etc. |  |  |
| 04/13/15 | JLH | Work on changes to the proposed marketing agreement with Overstock.com per trustee's request. | 1.20 | $510.00 |
| 04/16/15 | JLH | Work on the Santa Clara emerald. | 0.70 | $297.50 |
| 04/17/15 | JLH | Continue working on the turnover motion for the Santa Clara emerald. | 1.00 | $425.00 |
| 04/29/15 | JLH | E-mail from Dawna Ciluffo re: any appearance by estate of Kitchen. Work on the Santa Clara emerald motion for turnover. | 1.20 | $510.00 |
| 05/01/15 | JLH | E-mail from Dawna Ciluffo re: the Santa Clara emerald and declaration filed by Tony Thomas in the prior litigation in Santa Clark County 12-cv-216322. Download and review the declaration for the motion for turnover and make changes to the draft motion. | 0.60 | $255.00 |
| 05/15/15 | JLH | Finalize and forward the draft motion for turnover on the Santa Clara emerald for trustee's review and comment. | 1.00 | $425.00 |
|  |  | TOTAL HOURS | 24.00 |  |
|  |  | TOTAL FEES |  | $10,200.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**         $10,200.00

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 24.00 | $425.00 | $10,200.00 |

|                                 |             |
| ------------------------------- | ----------- |
| PREVIOUS BALANCE                | $0.00       |
| PREVIOUS PAYMENTS               | $0.00       |
| **TOTAL AMOUNT DUE THIS STATEMENT** | **$10,200.00** |
| **NEW BALANCE**                 | **$10,200.00** |

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date, Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You