# Exhibit C

**HARTMAN & HARTMAN**
*a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada 89509*
*Telephone: (775) 324-2800*
*Telecopier: (775) 324-1818*

June 24, 2015

STATEMENT OF ACCOUNT THROUGH      May 31, 2015

Invoice #:  6872

Jeri Coppa-Knudson, Trustee
PMB 62
3495 Lakeside Drive
Reno, Nevada 89509

File #:11049004      Thomas, Anthony and Wendi - CASE ADMINISTRATION

LEGAL SERVICES THROUGH      May 31, 2015

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/23/14 | JLH | Telephone conference with Jeri Coppa-Knudson re: representing her in the Anthony Thomas case. Review the draft stipulated administrative agreement prepared by Tim Lukas. E-mail to Jeri Coppa-Knudson recommending she sign the stipulation but reminding her that the Rules require notice and a hearing. | 1.00 | $425.00 |
| 10/07/14 | JLH | Telephone conference with Jeri Coppa-Knudson re: the outcome of the trip to Florida. Telephone conference with Bill Cossitt re: same. Review the dockets in both cases and have further discussion with trustee re: marketing and sale of the emerald. Telephone conference with Richard Machado re: the litigation in California. Review papers re: the motion to set aside judgment and forward to trustee. | 1.20 | $510.00 |
| 11/17/14 | JLH | E-mail from counsel for Thomas v. Fire Insurance Exchange re: report to the appellate court on the status of the Thomas chapter 7. | 0.20 | $85.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/14 | JLH | Review the schedules to determine whether Thomas disclosed any claims against McGrane. E-mail to Maureen Harrington and Stefanie Sharp re: the confusion over various contacts and the separateness of the claims against Greenfield and McGrane. Response from Stefanie Sharp clarifying the same. | 0.50 | $212.50 |
| 12/05/14 | JLH | Telephone conference with Jeri Coppa-Knudson re: the 341 meeting for Tony Thomas and the discovery of alleged property in Portola, CA. Discussed the claims filed by atttorney Silver in the Thomas case and in the AT case. Discussed the three 523 actions filed against Thomas and Mike Lehners representing Thomas. E-mail from Stefanie Sharp re: the AAA matter and the need for the hearing on the compromise motion to be held before April. | 0.70 | $297.50 |
| 01/12/15 | JLH | Meeting with Jeri Coppa-Knudson to discuss Thomas and AT case and the various issues to resolve. | 0.80 | $340.00 |

|  |  |  |
|---|---|---|
| TOTAL HOURS | 4.40 |  |
| TOTAL FEES |  | $1,870.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**  $1,870.00

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 4.40 | $425.00 | $1,870.00 |

| | |
|---|---|
| PREVIOUS BALANCE | $0.00 |
| PREVIOUS PAYMENTS | $0.00 |
| **TOTAL AMOUNT DUE THIS STATEMENT** | **$1,870.00** |
| **NEW BALANCE** | **$1,870.00** |

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date, Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada 89509
Thank You