Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER    7 |
| _____ / | **NOTICE OF PENDENCY OF CHAPTER 7 BANKRUPTCY CASES** |

Jeri Coppa-Knudson, Chapter 7 Trustee ("Trustee"), gives notice of the pendency of two jointly administered bankruptcy cases filed in the United States Bankruptcy Court, District of Nevada: Anthony Thomas and Wendi Thomas, Debtors, case no. 14-50333-btb, and AT Emerald, LLC, case no. 14-50331-btb.  This notice impacts real property located at 397 Second Avenue, Portola, California 96122-9402, APN 126-123-001, currently held in the name of debtors Anthony Thomas and Wendi Thomas by way of Grant Deed dated August 31, 2000, recorded in Plumas County, California, on September 12, 2000 as document number 2000-06518.

Dated:  July 10, 2018.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson

CERTIFICATE OF SERVICE

I certify that I am an employee of Hartman & Hartman, and that on July 10, 2018, I caused to be served the foregoing document by the following means to the persons as listed below:

✓ a.  ECF System, to

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com;beau@jeffreycogan.com

JERI COPPA-KNUDSON
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com; jill@darbylawpractice.com;hersh@darbylawpractice.com; sam@darbylawpractice.com

JEFFREY L HARTMAN
notices@bankruptcyreno.com, sji@bankruptcyreno.com

TIMOTHY A LUKAS
ecflukast@hollandhart.com

LAURY MILES MACAULEY
laury@macauleylawgroup.com

WILLIAM MCGRANE
ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com

STEFANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com

WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com

ALAN R SMITH
mail@asmithlaw.com

STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com

AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7, 7
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G. WENT
JGWent@hollandhart.com, vllarsen@hollandhart.com

///

✓ b.  U. S. Mail, postage prepaid, July 10, 2018, addressed to:

ANTHONY THOMAS
WENDI THOMAS
AT EMERALD, LLC
7725 Peavine Peak Court
Reno, NV 89523-4914

✓ c.  Electronically, via email to Debtors, per letter request dated February 1, 2016, addressed to:

ATEmerald2@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 10, 2018.

/S/ Stephanie Ittner
STEPHANIE ITTNER