NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–14–50333–btb |
| ANTHONY THOMAS | CHAPTER 7 |
| WENDI THOMAS | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *372* – Ex Parte Application to Employ MELINDA BENNETT as REALTOR Filed by JERI COPPA–KNUDSON on behalf of MELINDA BENNETT (Attachments: # 1 Exhibit A)(COPPA–KNUDSON, JERI) |
| | *373* – Affidavit Of: MELINDA BENNETT Filed by JERI COPPA–KNUDSON on behalf of MELINDA BENNETT (Related document(s)372 Application to Employ filed by Realtor MELINDA BENNETT) (COPPA–KNUDSON, JERI) |
| Filed On: | 8/9/18 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.
* Joint Case Number

Dated: 8/10/18

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**