*Bruce T Beesley*
_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 10, 2018

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB 62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS; WENDI THOMAS;          CASE NO. BK-N-14-50333-BTB
AT EMERALD, LLC                          JT CASE NO  BK 14-50331  BTB
                                         CHAPTER 7

                                       ORDER TO EMPLOY REALTOR

                    Debtors.
_____JT DEBTOR /

        The court has considered the Trustee's Ex Parte Application to employ Realtor (the "Application")

and the Affidavit of Melinda Bennett, of ReMax Mountain Living, in support of Trustee's Ex Parte

Application to Employ Realtor (the "Affidavit").

        The Court finds that Melinda Bennett of ReMax Mountain Living does not hold or represent any

interest adverse to the estate, is a disinterested person with the meaning of 11 U.S.C. Section 101, and that

the Office of the United States Trustee has reviewed and approved the Application.

        Good cause appearing

        **IT IS HEREBY ORDERED** that the Application to employ Melinda Bennett as Realtor is

**APPROVED.**

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

                                ###