JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB #62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                          CASE NO.BK-N-14-50333-BTB
                                                JT CASE NO. BK-14-50331-BTB

ANTHONY THOMAS; WENDI THOMAS;                   CHAPTER 7
AT EMERALD, LLC;

                                                *AMENDED*
                                                EXPARTE APPLICATION TO
                                                EMPLOY REALTOR

                        Debtors.
_____/

   Jeri Coppa-Knudson, the duly appointed and acting Trustee in the above-captioned

Chapter 7 case, hereby applies to this Court pursuant to a U.S.C. Sec. 327 Bankruptcy Rule

2014 for an Order approving the employment of Melinda Bennett, of ReMax Mountain Living.

In support of this application, applicant respectfully represents as follows:

   Applicant is the Trustee in the case of the above-named Debtors and desires to employ

Melinda Bennett to represent her in connection herewith.

   Applicant has chosen Melinda Bennett, because said realtor has knowledge and

experience in bankruptcy matters, and is otherwise qualified to represent applicant.  That

it is necessary to employ a realtor to sell certain properties of the estate, to wit:

   **397 Second Avenue, Portola, Ca. 96122 APN 126-123-001**

   The Trustee submits it is in the best interest of the estate and of the creditors to employ said

Realtor.

/ / /

///

The professional services to be rendered for which it is necessary to retain Melinda Bennett are outlined in the real estate listing employment contract, attached and incorporated herein as **Exhibit A.**

Based upon the above application, it is respectfully requested that this Court enter an Order permitting the employment of Melinda Bennett of ReMax Mountain Living, or their appointees, as real estate agent for certain properties of the estate listed above and under the terms and conditions stated herein.

Submitted this 8th day of August 2018.


_____*/s/ Jeri Coppa-Knudson*_
JERI COPPA-KNUDSON, Trustee


Read and Approved:

*/s/ Nicholas Strozza*
_____

U.S. Trustee's Office