JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB #62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:   CASE NO.BK-N-14-50333-BTB
         JT CASE NO.BK-14-50331-BTB

ANTHONY THOMAS; WENDI THOMAS;   CHAPTER 7
AT EMERALD, LLC;

*AMENDED*
**AFFIDAVIT OF REALTOR**

Debtors.
_____/

I, Melinda Bennett, of ReMax Mountain Living, declare under penalty of perjury the following:

1. That I am a disinterested person;

2. That I am a licensed Real Estate Agent, experienced in rendering real estate services;

3. That I am willing to accept employment by the Trustee, Jeri Coppa-Knudson, on the basis set forth in the annexed application. I do not have an interest adverse to the Trustee or the estate in regards to the matters for which I am to be employed and I am a disinterested person within the meaning of 11 U.S.C. 101 (13).

4. Neither, I nor any associate of mine, insofar as I have been able to ascertain, has any connection with the Debtor or the Trustee herein, their creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person in the office of the United States Trustee.

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ___7___ day of August 2018.

                                                  Melinda Bennett
                                                  ReMax Mountain Living

SUBSCRIBED AND SWORN to before me this
____ day of _____ 2018

_____
NOTARY PUBLIC as and for said
County of _____ State of California

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA

County of PLUMAS

Subscribed and sworn to (or affirmed) before me on this 7 day of AUGUST, 2018 by MELINDA BENNETT

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____     (SEAL)

JENNIFER MILLER
Comm. # 2177941
NOTARY PUBLIC-CALIFORNIA
PLUMAS COUNTY
My Comm. Exp. Jul. 28, 2021