JERI COPPA-KNUDSON, TRUSTEE
3495 LAKESIDE DRIVE, PMB #62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO BK-N-14-50333-BTB |
| | JT CASE NO BK-N-14-50331-BTB |
| ANTHONY THOMAS; WENDI THOMAS; AT EMERALD, LLC | CHAPTER 7 |
| | NOTICE OF ENTRY OF ORDER |
| Debtor | |
| JT Debtor | |
| _____/ | |

**PLEASE TAKE NOTICE THAT** an Order was entered by the above-entitled Court, a copy of which is attached hereto.

DATED August 14, 2018.

                                                Respectfully submitted,

                                                /s/ Jeri Coppa-Knudson

                                                Jeri Coppa-Knudson, Trustee

*Bruce T Beesley*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 10, 2018

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB 62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS; WENDI THOMAS;
AT EMERALD, LLC

CASE NO. BK-N-14-50333-BTB
JT CASE NO BK 14-50331 BTB
CHAPTER 7

### ORDER TO EMPLOY REALTOR

Debtors.
_____JT DEBTOR / 

The court has considered the Trustee's Ex Parte Application to employ Realtor (the "Application") and the Affidavit of Melinda Bennett, of ReMax Mountain Living, in support of Trustee's Ex Parte Application to Employ Realtor (the "Affidavit").

The Court finds that Melinda Bennett of ReMax Mountain Living does not hold or represent any interest adverse to the estate, is a disinterested person with the meaning of 11 U.S.C. Section 101, and that the Office of the United States Trustee has reviewed and approved the Application.

Good cause appearing

**IT IS HEREBY ORDERED** that the Application to employ Melinda Bennett as Realtor is APPROVED.

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

###

JERI COPPA-KNUDSON, TRUSTEE
3495 LAKESIDE DRIVE, BOX #62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

# CERTIFICATE OF SERVICE

IN RE:    *CASE NO BK-N- 14-50333-BTB*
          *JT CASE NO BK-N-14-50331-BTB*

**ANTHONY THOMAS; WENDI THOMAS**
**AT EMERALD, LLC**

*CHAPTER 7*

                    Debtor
_____    JT Debtor/

On August 14, 2018 I served the foregoing NOTICE OF ENTRY OF ORDER

I served the above-named document (by the following means to the persons as listed below):

☒    a. ECF System :

     USTPRegion17.RE.ECF@usdoj.gov

☒    b. U.S. Mail, postage fully prepaid (list persons and addresses):

ANTHONY THOMAS, WENDI THOMAS, AT EMERALD, LLC, 7725 PEAVINE PEAK COURT

RENO, NV 89523

ReMax Mountain Living, Melinda Bennett, 307 Poplar Valley Road, Blairsden-Graeagle, Ca. 96103


I declare under penalty of perjury that the foregoing is true and correct.

    DATED  August 14, 2018

                                    /s/ Jeri Coppa-Knudson
                                    JERI COPPA-KNUDSON, TRUSTEE