Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel:           (408) 640-2795
E-mail:      atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED
AND FILED

2018 SEP -5 PM 4:07

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - RENO

| | |
|---|---|
| IN RE: | Case No.  BK-N-14-50333-BTB |
| ANTHONY THOMAS and | Case No.  BK-N-14-60442-BTB |
| WENDI THOMAS | (Jointly Administered) |
| AT EMERALD, LLC | CHAPTER 7 |
| Debtors. | NOTICE OF MOTION FOR JUDICIAL NOTICE OF LAW & FACTS [FRE Rule 201] |
| | Date:  October 16, 2018<br>Time:  2:00 pm<br>Judge:  Hon. Bruce T. Beesley<br>Courtroom:  2 |

**TO THE HONORABLE COURT, ALL PARTIES & THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that a MOTION FOR JUDICIAL NOTICE OF LAW AND FACTS was filed on 9-5-2018 by Debtor Anthony G. Thomas.  The Motion seeks the following relief:

Debtor seeks that the Court take Judicial Notice of the Law & Facts in this case including all of the law and facts that can be derived from the Exhibits attached to the Exhibit List filed concurrently with this Motion that are necessary for a proper adjudication of the Trustee's Turnover Motion regarding Real Estate in Portola, Plumas County California that is currently set for a hearing on 9-13-2018, that Debtor shall seek to continue in light of the Motion for Judicial Notice.

Any opposition must be filed pursuant to Local Rule 9014.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief

-1-

sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge at the Date & Time noted in the caption above.

This Motion is based upon this Notice, the attached Declaration of Anthony G. Thomas submitted in support, and any additional paper that the Debtor shall file after the filing of this Motion, including the Proposed Order for the Court identifying each item of fact and law that is sought to be judicially noticed under this Motion.

Dated: September 5th 2018.                    Respectfully submitted,

*Tony Thomas*
Anthony G. Thomas - Debtor