NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
ANTHONY THOMAS  

WENDI THOMAS  

Debtor(s)

BK−14−50333−btb  
CHAPTER 7

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **394** – Notice (Motion For Judicial Notice Of Law & Facts FRE Rule 201) Filed by ANTHONY THOMAS (lms) |
| | **395** – Declaration Of Anthony Thomas In Support Of Motion For Judicial Notice Of Law & Facts (FRE Rule 201)) Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON, 394 Notice filed by Debtor ANTHONY THOMAS) (Attachments: # 1 Appendix Continued) (lms) |
| | **398** – Opposition Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON.) (lms) |
| Filed On: | 9/5/18 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case immediately.

Dated: 9/11/18

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**