Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO. BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO. BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER 7 |
| | **DECLARATION OF JEFFREY HARTMAN IN SUPPORT OF REPLY TO DEBTORS' OPPOSITION TO MOTION FOR TURNOVER OF REAL PROPERTY AND ORDER REQUIRING AN ACCOUNTING** |
| | Hearing Date: September 13, 2018
Hearing Time: 1:30 p.m.
(Rescheduled per Court) |

Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declares:

1. I am counsel to Jeri Coppa-Knudson, the duly appointed and acting trustee ("Trustee"), in these jointly administered chapter 7 cases. I make this Declaration in support of the Trustee's Reply To Debtors' Opposition To Motion For Turnover, **DE 398**, and to correct an error in the Turnover Motion. **DE 353**.

2. These cases were initially filed as chapter 11 petitions on March 4, 2014 ("Petition Date"). The chapter 11 cases were converted to chapter 7 on August 29, 2014 and the Trustee was appointed to administer the estates.

///

3. I believe that Anthony and Wendi Thomas ("Debtors"), are currently residing at 7725 Peavine Peak Court, Reno, Nevada.

4. On the Petition Date, the Thomases filed their Schedules of Assets and Liabilities and Statement of Financial Affairs and identified their residence as 7725 Peavine Peak Court in Reno, Nevada.

5. As of the Petition Date, the Thomases' Schedule A indicated that they owned no real property.

6. In response to Question 10 of the Statement of Financial Affairs, under penalty of perjury, the Thomases stated that in 2008 they had transferred a residence in Portola, California (the "Property"), to Debtor Anthony Thomas' parents for $200,000.

7. Debtor Anthony Thomas' mother is listed on Schedule F as an unsecured creditor for $200,000.

8. The Thomases took title to the Property by Grant Deed recorded in Plumas County on or about September 11, 2000 as document no. 2000-06518, a copy of which vesting deed is attached to **DE 354 as Exhibit A**. The Property is more specifically identified as 397 Second Avenue, Portola, California, APN 126-123-001. A copy of a current Condition of Title Guarantee on the Property, prepared by Cal-Sierra Title on July 3, 2018, is attached to **DE 354 as Exhibit B**.

9. I was employed to represent the Trustee on October 31, 2014. **DE 219**. The § 341(a) meeting of creditors was held on December 4, 2014. I did not attend the meeting of creditors. My initial activities on behalf of the Trustee involved reviewing pending litigation including the Kenmark Ventures litigation, **DE 241**, and issues related to the large emerald being stored in Florida.

10. I prepared and filed the Motion For Turnover ("Motion"), **DE 353**, based on the papers filed in the docket. It was not until August 22, 2018 that I listened to the recorded transcript of the December 2014 meeting of creditors.

///

///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1  11. I was in error in stating in the Motion that the Debtors had concealed the Portola
2  Property from the Trustee. The Portola property was discussed at the December 4, 2014
3  meeting of creditors and the Thomases testified that they had transferred the property to his
4  parents in 2008 but that his parents had never recorded the deed.
5  Dated: September 11, 2018.

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

3

CERTIFICATE OF SERVICE

I certify that I am an employee of Hartman & Hartman, and that on September 11, 2018, I caused to be served the foregoing document as indicated below:

✓ a.    ECF System, to

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com;beau@jeffreycogan.com

JERI COPPA-KNUDSON
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com; jill@darbylawpractice.com;hersh@darbylawpractice.com; sam@darbylawpractice.com

JEFFREY L HARTMAN
notices@bankruptcyreno.com, sji@bankruptcyreno.com

TIMOTHY A LUKAS
ecflukast@hollandhart.com

LAURY MILES MACAULEY
laury@macauleylawgroup.com

WILLIAM MCGRANE
ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com

STEFANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com

WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com

ALAN R SMITH
mail@asmithlaw.com

STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com

AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7, 7
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G. WENT
JGWent@hollandhart.com, vllarsen@hollandhart.com

///

///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

✓ b.   U. S. Mail, postage prepaid, September 11, 2018, addressed to:

ANTHONY THOMAS
WENDI THOMAS
AT EMERALD, LLC
7725 Peavine Peak Court
Reno, NV 89523-4914

✓ c.   Electronically, September 11, 2018, via email to Debtors, per letter request dated February 1, 2016, addressed to:

ATEmerald2@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 11, 2018.

/S/ Stephanie Ittner
STEPHANIE ITTNER