Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER    7 |
| | **NOTICE OF RECEIVED CORRESPONDENCE** |
| | **Hearing Date:  September 13, 2018**<br>**Hearing Time: 1:30 p.m.**<br>**(Rescheduled per Court)** |

Jeri Coppa-Knudson, Trustee, by and through counsel Jeffrey Hartman, files a copy of correspondence received by email September 12, 2018 at approximately 12:15 p.m.  The correspondence is a letter from Dorothy Thomas, Debtor Anthony Thomas' mother, dated September 11, 2018.  The letter was received via email from jfthomas59@gmail.com, represented to be Dorothy Thomas' eldest son.

Dated:  September 12, 2018.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson

CERTIFICATE OF SERVICE

I certify that I am an employee of Hartman & Hartman, and that on September 12, 2018, I caused to be served the foregoing document as indicated below:

✓ a.    ECF System, to

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com;beau@jeffreycogan.com

JERI COPPA-KNUDSON
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com;
jill@darbylawpractice.com;hersh@darbylawpractice.com;
sam@darbylawpractice.com

JEFFREY L HARTMAN
notices@bankruptcyreno.com, sji@bankruptcyreno.com

TIMOTHY A LUKAS
ecflukast@hollandhart.com

LAURY MILES MACAULEY
laury@macauleylawgroup.com

WILLIAM MCGRANE
ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com

STEFANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com

WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com

ALAN R SMITH
mail@asmithlaw.com

STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com

AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7, 7
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G. WENT
JGWent@hollandhart.com, vllarsen@hollandhart.com

///

///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1    ✓ b.    U. S. Mail, postage prepaid, addressed to:

2           ANTHONY THOMAS
           WENDI THOMAS
3           AT EMERALD, LLC
           7725 Peavine Peak Court
4           Reno, NV 89523-4914

5    ✓ c.    Electronically, via email to Debtors, per letter request dated February 1, 2016,
           addressed to:
6
           ATEmerald2@gmail.com
7

8    ✓ d.    Electronically, via email, addressed to:

9           jfthomas59@gmail.com

10    I declare under penalty of perjury that the foregoing is true and correct.

11    DATED: September 12, 2018.

12
                                    /S/ Stephanie Ittner
13                                   STEPHANIE ITTNER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

**Dorothy Thomas**
18945 Kosich Dr.
Saratoga, CA 95070
Tel: (408) 252-9126
E-mail: dorothythomas9@sbcglobal.net

## WITHOUT PREJUDICE

Tuesday September 11th 2018.

Ms. Jeri Coppa-Knudson                              Tel:    (775) 329-1528
United States Bankruptcy Trustee       Fax:   (775) 329-5320
3495 Lakeside Drive PMB #62
Reno, NV 89509-4841

VIA E-MAIL: renobktrustee@gmail.com & VIA  U.S. CERTIFIED MAIL

Mr. Jeffrey L. Hartman, Esq.                        Tel:    (775) 324-2800
HARTMAN & HARTMAN                            Fax:   (775) 324-1818
510 West. Plumb Lane Suite B
Reno, NV 89509

VIA E-MAIL: notices@bankruptcyreno.com & VIA U.S. CERTIFIED MAIL

RE:    ILLEGAL TURNOVER MOTION OF 397 2nd Ave - Portola, CA

Dear Ms. Coppa-Knudsen & Mr. Hartman:

        This letter is being sent to you under the provisions of California's Consumer
Legal Remedies Act (CA Civil Code § 1770 et.seq.) and under the provisions of
California's Elder Abuse law in that both my husband & I are 80 and 89 years of age
respectively and is a demand that you immediately surrender possession and any claim
to my property located at 397 2nd Avenue in Portola, CA that I understand you have
already taken over prior to the Court's determination and Order on your Turnover Motion
scheduled for hearing in the Reno Bankruptcy Court on September 13th 2018.  It is my
understanding that without giving me or my husband any notification either by mail
phone e-mail or otherwise that you have:

1.              Illegally changed the locks
2.              Break & Entered our home
3.              Converted our property and cabinets to your own use without disclosing
anything to us
4.              Obtained a Title Guaranty as of July 3rd 2018 without disclosing our
ownership of the Portola home as disclosed in our son's Bankruptcy papers and
as disclosed in his 341 Meeting of Creditors held in Reno on 12-4-2014
5.              Listed the property for sale with Re/Max real estate agent Melissa
                as of 8-9-2018, the day before the Court's hearing to allow my son's lawyer

-1-

to be relieved as counsel in his case

6.     Destruction and Vandalism of Property without authorization

I am hereby demanding that you provide me with a detailed inventory of all items that you have in your possession.

Under the circumstances, and in light of what I understand to be full disclosure by my son Anthony and his wife Wendi of the facts surrounding their delivery and execution of a Deed in favor of my husband and myself in January of 2008 that I understand was also fully disclosed in a Court hearing on 12-4-2018.  Despite what appears to be an almost 4 year delay from the time my son & daughter in law filed their Bankruptcy Petition in Reno, you never took the time or effort to communicate with me or my husband Eli in any manner, despite the fact that our names and addresses appear in no less than 3 places on the BK petition, and it would seem that since we are the owners of the Portola property according to California law, you would at least give us an opportunity to hire legal counsel and defend our property rights in the Bankruptcy Court.

Under the circumstances, I am respectfully requesting that you take your Motion for Turnover of the Portola property off calendar as a sign of belated good faith action on your part after receiving this letter, it being sent by U.S. Postal Service Certified Mail as well as sending it by Fax and E-mail.

This letter is to also give you 30 days to correct your behavior by acknowledging that your legal position in falsely representing to the Court and in your legal filings that you hold superior legal title to my husband and I, despite the fact that the property was lawfully transferred to my husband and myself under the rules governing the transfer of real estate by Deed, and we are entitled to those rights whether the Deed is recorded or not.

I look forward to your swift response to my claim, and wish to advise you that my husband and I will look forward to your swift response to all of my requests in writing. I am also notifying you that if you wish to communicate with me on any of these matters, I am delegating and authorizing my eldest son Mr. Jim Thomas to whom you may address all communications directed towards me through my e-mail address as listed above that will be responded to by my son Jim Thomas on my behalf.  We look forward to your written response to this letter forthwith.

Govern yourselves accordingly.

Yours truly,

Dorothy Thomas