United States Bankruptcy Court
District of Nevada

```
In re:                                                           Case No. 14-50333-btb
ANTHONY THOMAS                                                   Chapter 7
WENDI THOMAS
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-3          User: storylm           Page 1 of 2            Date Rcvd: Sep 11, 2018
                              Form ID: node           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db             +ANTHONY THOMAS,    7725 PEAVINE PEAK COURT,    RENO, NV 89523-4914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              ALAN R SMITH    on behalf of Jnt Admin Debtor WENDI   THOMAS mail@asmithlaw.com
              ALAN R SMITH    on behalf of Debtor     AT EMERALD, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Jnt Admin Debtor ANTHONY   THOMAS mail@asmithlaw.com
              ALAN R SMITH    on behalf of Attorney ALAN R. SMITH mail@asmithlaw.com
              AMY N. TIRRE    on behalf of Plaintiff   KENMARK VENTURES, LLC amy@amytirrelaw.com,
               admin@amytirrelaw.com
              AMY N. TIRRE    on behalf of Creditor    KENMARK VENTURES, LLC amy@amytirrelaw.com,
               admin@amytirrelaw.com
              JEFFREY A. COGAN    on behalf of Defendant ANTHONY   THOMAS jeffrey@jeffreycogan.com,
               beau@jeffreycogan.com;jeffreyacogan@gmail.com
              JEFFREY A. COGAN    on behalf of Defendant WENDI   THOMAS jeffrey@jeffreycogan.com,
               beau@jeffreycogan.com;jeffreyacogan@gmail.com
              JEFFREY L HARTMAN    on behalf of Interested Party JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Trustee JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Plaintiff JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JERI  COPPA-KNUDSON    renobktrustee@gmail.com,  jcoppaknudson@ecf.epiqsystems.com
              JERI  COPPA-KNUDSON    on behalf of Realtor MELINDA   BENNETT renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              JERI  COPPA-KNUDSON    on behalf of Auctioneer    STREMMEL AUCTIONS, INC. renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              JERI  COPPA-KNUDSON    on behalf of Trustee JERI   COPPA-KNUDSON renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              JOSEPH G. WENT    on behalf of Creditor JOHN   BEACH JGWent@hollandhart.com,
               vllarsen@hollandhart.com
              JOSEPH G. WENT    on behalf of Plaintiff JOHN   BEACH JGWent@hollandhart.com,
               vllarsen@hollandhart.com
              KEVIN A. DARBY    on behalf of Creditor JERRY   FERRARA kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawprac
               tice.com
              KEVIN A. DARBY    on behalf of Interested Party KIT   MORRISON kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawprac
               tice.com
              KEVIN A. DARBY    on behalf of Creditor    FM HOLDINGS kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawprac
               tice.com
              KEVIN A. DARBY    on behalf of Creditor    MARKET LINK INC. kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawprac
               tice.com

```
District/off: 0978-3           User: storylm              Page 2 of 2                  Date Rcvd: Sep 11, 2018
                               Form ID: node              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              KEVIN A. DARBY    on behalf of Creditor TODD   ARMSTRONG kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawprac
               tice.com
              LAURY MILES MACAULEY    on behalf of Defendant WENDI   THOMAS laury@macauleylawgroup.com
              LAURY MILES MACAULEY    on behalf of Defendant ANTHONY   THOMAS laury@macauleylawgroup.com
              STEFANIE T. SHARP    on behalf of Plaintiff WILLIAM   MCGRANE ssharp@rbsllaw.com,
               cobrien@rssblaw.com
              STEFANIE T. SHARP    on behalf of Interested Party WILLIAM   MCGRANE ssharp@rssblaw.com,
               cobrien@rssblaw.com
              STEVEN C. SMITH    on behalf of Creditor   SMITH LC ssmith@smith-lc.com,  mbrandt@smith-lc.com
              TIMOTHY A LUKAS    on behalf of Creditor JOHN   BEACH ecflukast@hollandhart.com
              U.S. TRUSTEE - RN - 7, 7    USTPRegion17.RE.ECF@usdoj.gov
              WAYNE A. SILVER    on behalf of Plaintiff   KENMARK VENTURES, LLC w_silver@sbcglobal.net,
               ws@waynesilverlaw.com
              WAYNE A. SILVER    on behalf of Creditor   KENMARK VENTURES, LLC w_silver@sbcglobal.net,
               ws@waynesilverlaw.com
              WILLIAM  MCGRANE    on behalf of Plaintiff WILLIAM   MCGRANE ecf-8116edf28c97@ecf.pacerpro.com,
               mitch.chyette@mcgranellp.com
                                                                                               TOTAL: 32
```

NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
ANTHONY THOMAS  
WENDI THOMAS  
    Debtor(s)

BK−14−50333−btb  
CHAPTER 7

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *394* – Notice (Motion For Judicial Notice Of Law & Facts FRE Rule 201) Filed by ANTHONY THOMAS (lms) |
| | *395* – Declaration Of Anthony Thomas In Support Of Motion For Judicial Notice Of Law & Facts (FRE Rule 201)) Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON, 394 Notice filed by Debtor ANTHONY THOMAS) (Attachments: # 1 Appendix Continued) (lms) |
| | *398* – Opposition Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON.) (lms) |
| Filed On: | 9/5/18 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

\*   The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case immediately.

Dated: 9/11/18

*(signature)* Mary A. Schott  
Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**