

_Honorable Bruce T. Beesley_
United States Bankruptcy Judge

Entered on Docket
September 17, 2018

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ANTHONY THOMAS; WENDI THOMAS;

AT EMERALD, LLC;

               Debtor,

Case No.  BK-14-50333-btb

Chapter 7

**ORDER CONTINUING TRUSTEE'S MOTION FOR TURNOVER OF REAL PROPERTY AND ORDER REQUIRING AN ACCOUNTING (DOCKET NO. 353)**

Hearing date:  September 13, 2018
Time:          1:30 p.m.

The matter came before the Court for a hearing on Trustee's Motion for Turnover of Real Property and Order Requiring an Accounting ("Motion"), filed by Jeri Coppa-Knudson, Trustee ("Movant"), on September 13, 2018.  Anthony Thomas, debtor herein ("Debtor") appeared pro se, and Jeffrey L. Hartman, Esq. of Hartman & Hartman appeared on behalf of Jeri Coppa-Knudson, the Chapter 7 Trustee herein ("Trustee").

Having reviewed the Motion and all supporting pleadings filed in this matter, the Opposition filed by the Debtors, Reply filed by the Trustee, the oral arguments and live testimony made by the Debtor at the hearing, and the argument of counsel, after due deliberation and consideration, with proper notice having been given, and good cause appearing:

1

IT IS HEREBY ORDERED that:

1.  The Motion is CONTINUED to October 19, 2018 at 10:00 a.m.;

2.  Debtors and/or Debtor ANTHONY THOMAS's mother, Dorothy Thomas and/or Debtor ANTHONY THOMAS's father Eli Thomas is to produce the **original** deed to the property identified as 397 Second Avenue, Portola, California, APN 126-123-001 to the Court on October 19, 2018 at 10:00 a.m.;

3.  Debtor ANTHONY THOMAS is to produce medical documentation documenting his self-purported medical condition of dyslexia to the Court on October 19, 2018 at 10:00 a.m.; and

4.  Debtors are not to file any additional documents pertaining to Trustee's Motion for Turnover of Real Property and Order Requiring an Accounting (Docket No. 353). Any documents or pleadings filed will not be considered.

IT IS SO ORDERED.

###