NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS

WENDI THOMAS

Debtor(s)

BK−14−50333−btb
CHAPTER 7

NOTICE OF RESCHEDULED HEARING

Hearing Date:    10/19/18
Hearing Time:    10:00 AM

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

Hearing Date:        10/19/18
Hearing Time:        10:00 AM
Hearing Location:    BTB RN−Courtroom 2, Young Bldg.
                     300 Booth Street
                     Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*395* – Declaration Of Anthony Thomas In Support Of Motion For Judicial Notice Of Law & Facts (FRE Rule 201)) Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON, 394 Notice filed by Debtor ANTHONY THOMAS) (Attachments: # 1 Appendix Continued) (lms)

This hearing is scheduled for the following reason:

PER COURT INSTRUCTION.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 9/28/18

*Mary A. Schott*

Mary A. Schott
Clerk of Court