```
                                                RECEIVED
                                                AND FILED
```

1  Anthony G. Thomas
   7725 Peavine Peak Court                      2018 SEP 28 PM 2:58
2  Reno, NV 89523
   Tel:      (408) 640-2795                     U.S. BANKRUPTCY COURT
3  E-mail:   atemerald2@gmail.com               MARY A. SCHOTT, CLERK

4  Debtor In Propria Persona

5  **UNITED STATES BANKRUPTCY COURT**

6  **DISTRICT OF NEVADA - RENO**

7  IN RE:                          ) Case No.  BK-N-14-50333-BTB
                                   ) Case No.  BK-N-14-60442-BTB
8  ANTHONY THOMAS and              )           (Jointly Administered)
                                   )
9  WENDI THOMAS                    ) CHAPTER 7
                                   )
10 AT EMERALD, LLC                 ) DECLARATION OF ANTHONY THOMAS
                                   ) RE: FILING OF PROPOSED ORDER RE
11         Debtors.                ) MOTION FOR JUDICIAL NOTICE AND
                                   ) FILING
12                                 )
                                   ) Date:   10-19-2018
13                                 ) Time:   10:00 a.m.
                                   ) Judge:  Hon. Bruce T. Beesley
14                                 ) Courtroom: 2
                                   )
15

16         I, Anthony Thomas declare:

17         1.     I am filing this Declaration in support of the [Proposed] Order Re: My

18  Morion for Judicial Notice of Law & Facts filed on 9-5-2018. This Motion is in Support

19  of my Opposition to the Turnover Motion and I have used the PACER ECF Docket

20  Number and Page Numbers to reference all of the Exhibits that were filed on 9-5-2018

21  and on 9-13-2018. Exhibits 1-12 are found at Docket Entry 395 pages 9-191, Exhibits

22  13-17 also filed on 9-5-2018 as Docket 395-1 consists of 98 pages and the Exhibits

23  filed on 9-13-2018 were filed as Docket 406 from pages 9-171 inclusive. Each Exhibit

24  Number is identified on the Proposed Order, and underneath each Exhibit, the Letter R

25  short for Request is found listed below each exhibit for each separate request that is

26  being made. The last column contains 2 checkboxes, the first one if the Court does

27  take Judicial Notice and the second box, if the Court does not.

28         2.     I am attaching to this Declaration, a true and correct copy of a letter that

                                        - 1 -
**DECLARATION OF ANTHONY THOMAS RE: PROPOSED ORDER ON MOTION FOR JUDICIAL NOTICE**

1 | was prepared by Edith M. Ben Ari, the Executive Director of the Raskob Day School,
2 | located at 3520 Mountain Blvd. in Oakland, CA, confirming my attendance in 1976 at
3 | the Raskob Learning Institute and Day School.  The letter confirms that Raskob serves
4 | students with learning disabilities and dyslexia.
5 | Dated:  Friday September 28th 2018.        Respectfully submitted,

*Tony Thomas*
Anthony Thomas - Debtor
In Propria Persona

**DECLARATION OF ANTHONY THOMAS RE: PROPOSED ORDER ON MOTION FOR JUDICIAL NOTICE**

**CERTIFICATE OF SERVICE**

I certify that I am an adult, over the age of 18 years, not a party to the action herein who resides in Washoe County, Nevada. I caused to be served the following documents via e-mail to the following persons as listed below from my e-mail address of **mickjoseph@sbcglobal.net** as follows:

DOCUMENTS SERVED:

1. PROPOSED ORDER RE: DEBTOR ANTHONY THOMAS'S MOTION FOR JUDICIAL NOTICE

2. DECLARATION OF ANTHONY THOMAS RE: PROPOSED ORDER ON MOTION FOR JUDICIAL NOTICE

as follows:
JEFFREY A. COGAN
**jeffrey@jeffreycogan.com, beautausinga@gmail.com, beau@jeffreycogan.com**
JERI COPPA-KNUDSON VIA E-MAIL & US MAIL: 3495 Lakeside PMB 62 Dr. Reno, NV 89509
**renobktrustee@gmail.com, jcoppaknudson@ecf.episystems.com**
KEVIN A. DARBY
**kad@darbylawpractice.com, tricia@darbylawpractice.com, jill@darbylawpractice.com, hersh@darbylawpractice.com, sam@darbylawpractice.com**
JEFFREY L. HARTMAN VIA E-MAIL & US MAIL: 510 W. Plumb Lane Suite B - Reno, NV 89509
**notices@bankruptcyreno.com, sji@bankruptcyreno.com**
TIMOTHY A. LUCAS
**ecflukast@hollandhart.com**
LAURY MILES MACAULEY
**laury@macauleylawgroup.com**
WILLIAM MCGRANE
**ECF-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com**
STEPHANIE T. SHARP
**ssharp@rssblaw.com, cobrien@rssblaw.com**
WAYNE A. SILVER
**w_silver@sbcglobal.net, ws@waynesilverlaw.com**
ALAN R. SMITH
**mail@asmithlaw.com**
STEVEN C. SMITH
**ssmith@smith-lc.com, mbrandt@smith-lc.com**
AMY N. TIRRE
**amy@amytirrelaw.com, admin@amytirrelaw.com**
U.S. TRUSTEE - RN - 7,7
**USTPRegion17.RE.ECF@usdoj.gov**
JOSEPH G. WENT
**jgwent@hollandhart.com, vllarsen@hollandhart.com**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28th 2018.

/S/ Mick Joseph
MICK JOSEPH

- 3 -
**DECLARATION OF ANTHONY THOMAS RE: PROPOSED ORDER ON MOTION FOR JUDICIAL NOTICE**



September 26, 2018

To Whom It May Concern:

This letter is to verify and confirm that Anthony Thomas attended the Raskob Learning Institute and Day School ("Raskob") in 1976. Raskob serves students with learning disabilities and dyslexia.

For more information, please visit our website at raskobinstitute.org, or please feel free to reach out to me directly with any questions.

Sincerely,

Edith M. Ben Ari, M.S.
Executive Director
benari@hnu.edu
510-436-1254

3520 Mountain Boulevard Oakland, California 94619   Phone: 510-436-1275   Fax: 510-436-1106
A division of Holy Names University
RaskobInstitute.org

— 4 —

**Exhibit 1**