United States Bankruptcy Court
District of Nevada

```
In re:                                                      Case No. 14-50333-btb
ANTHONY THOMAS                                              Chapter 7
WENDI THOMAS
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-3        User: starzykia           Page 1 of 2              Date Rcvd: Oct 09, 2018
                            Form ID: nstat713         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
```
db/jdb       +ANTHONY THOMAS,    WENDI THOMAS,    7725 PEAVINE PEAK COURT,    RENO, NV 89523-4914
aty          +ALAN R. SMITH,    LAW OFFICE OF ALAN R SMITH,    505 RIDGE STREET,    RENO, NV 89501-1719
jtadm        +AT EMERALD, LLC,    7725 PEAVINE PEAK COURT,    RENO, NV 89523-4914
cr           +JOHN BEACH,    C/O HOLLAND AND HART / TIMOTHY LUKUS,     5441 KIETZKE LANE, 2ND FLR,
               RENO, NV 89511-3026
cr           +KENMARK VENTURES, LLC,    21710 STEVENS CREEK BLVD, STE 200,     CUPERTINO, CA 95014-1174
intp         +MACAULEY LAW GROUP, P.C.,    5470 KIETZKE LANE, SUITE 300,    RENO, NV 89511-2099
cr           +SMITH LC,    SMITH LC,   3161 Michelson Drive,    Suite 925,    Irvine, CA 92612-4476
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               FM HOLDINGS
cr               JERRY FERRARA
cr               JOSEPH KAFKA
intp             KIT MORRISON
cr               MARKET LINK INC.
r                MELINDA BENNETT,    REMAX MOUNTAIN LIVING
auc              STREMMEL AUCTIONS, INC.
cr               TODD ARMSTRONG
intp             WILLIAM MCGRANE
                                                                                   TOTALS: 9, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
```
              ALAN R SMITH    on behalf of Attorney ALAN R. SMITH mail@asmithlaw.com
              ALAN R SMITH    on behalf of Jnt Admin Debtor WENDI   THOMAS mail@asmithlaw.com
              ALAN R SMITH    on behalf of Debtor    AT EMERALD, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Jnt Admin Debtor ANTHONY    THOMAS mail@asmithlaw.com
              AMY N. TIRRE    on behalf of Creditor    KENMARK VENTURES, LLC amy@amytirrelaw.com,
               admin@amytirrelaw.com
              AMY N. TIRRE    on behalf of Plaintiff    KENMARK VENTURES, LLC amy@amytirrelaw.com,
               admin@amytirrelaw.com
              JEFFREY A. COGAN    on behalf of Defendant WENDI   THOMAS jeffrey@jeffreycogan.com,
               beau@jeffreycogan.com;jeffreyacogan@gmail.com
              JEFFREY A. COGAN    on behalf of Defendant ANTHONY   THOMAS jeffrey@jeffreycogan.com,
               beau@jeffreycogan.com;jeffreyacogan@gmail.com
              JEFFREY L HARTMAN    on behalf of Interested Party JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Trustee JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Plaintiff JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JERI   COPPA-KNUDSON    on behalf of Realtor MELINDA   BENNETT renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              JERI   COPPA-KNUDSON    on behalf of Trustee JERI   COPPA-KNUDSON renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              JERI   COPPA-KNUDSON    renobktrustee@gmail.com,    jcoppaknudson@ecf.epiqsystems.com
              JERI   COPPA-KNUDSON    on behalf of Auctioneer    STREMMEL AUCTIONS, INC. renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
```

```
District/off: 0978-3           User: starzykia              Page 2 of 2                  Date Rcvd: Oct 09, 2018
                               Form ID: nstat713            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSEPH G. WENT    on behalf of Creditor JOHN  BEACH JGWent@hollandhart.com, vllarsen@hollandhart.com
          JOSEPH G. WENT    on behalf of Plaintiff JOHN  BEACH JGWent@hollandhart.com, vllarsen@hollandhart.com
          KEVIN A. DARBY    on behalf of Creditor TODD  ARMSTRONG kad@darbylawpractice.com, tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawpractice.com
          KEVIN A. DARBY    on behalf of Creditor JERRY   FERRARA kad@darbylawpractice.com, tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawpractice.com
          KEVIN A. DARBY    on behalf of Interested Party KIT  MORRISON kad@darbylawpractice.com, tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawpractice.com
          KEVIN A. DARBY    on behalf of Creditor   FM HOLDINGS kad@darbylawpractice.com, tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawpractice.com
          KEVIN A. DARBY    on behalf of Creditor   MARKET LINK INC. kad@darbylawpractice.com, tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpractice.com;sam@darbylawpractice.com
          LAURY MILES MACAULEY    on behalf of Defendant ANTHONY  THOMAS laury@macauleylawgroup.com
          LAURY MILES MACAULEY    on behalf of Defendant WENDI  THOMAS laury@macauleylawgroup.com
          STEFANIE T. SHARP    on behalf of Interested Party WILLIAM  MCGRANE ssharp@rssblaw.com, cobrien@rssblaw.com
          STEFANIE T. SHARP    on behalf of Plaintiff WILLIAM  MCGRANE ssharp@rbsllaw.com, cobrien@rssblaw.com
          STEVEN C. SMITH    on behalf of Creditor   SMITH LC ssmith@smith-lc.com, mbrandt@smith-lc.com
          TIMOTHY A LUKAS    on behalf of Creditor JOHN  BEACH ecflukast@hollandhart.com
          U.S. TRUSTEE - RN - 7, 7   USTPRegion17.RE.ECF@usdoj.gov
          WAYNE A. SILVER    on behalf of Plaintiff   KENMARK VENTURES, LLC w_silver@sbcglobal.net, ws@waynesilverlaw.com
          WAYNE A. SILVER    on behalf of Creditor   KENMARK VENTURES, LLC w_silver@sbcglobal.net, ws@waynesilverlaw.com
          WILLIAM MCGRANE    on behalf of Plaintiff WILLIAM  MCGRANE ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com

                                                                                                      TOTAL: 32

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS

WENDI THOMAS

Debtor(s)

BK−14−50333−btb
CHAPTER 7

NOTICE OF RESCHEDULED HEARING

Hearing Date:    11/2/18
Hearing Time:    02:00 PM

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

    Hearing Date:    11/2/18
    Hearing Time:    02:00 PM
    Hearing Location:    BTB RN−Courtroom 2, Young Bldg.
        300 Booth Street
        Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

    *353* − Motion for Turnover Filed by JEFFREY L HARTMAN on behalf of JERI COPPA−KNUDSON (HARTMAN, JEFFREY)

    *395* − Declaration Of Anthony Thomas In Support Of Motion For Judicial Notice Of Law & Facts (FRE Rule 201)) Filed by ANTHONY THOMAS (Related document(s)353 Motion for Turnover filed by Trustee JERI COPPA−KNUDSON, 394 Notice filed by Debtor ANTHONY THOMAS) (Attachments: # 1 Appendix Continued) (lms)

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 10/9/18

*Mary A Schott*

Mary A. Schott
Clerk of Court