Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER    7 |
| | **EX PARTE MOTION FOR ORDER FOR EXAMINATION OF DOROTHY THOMAS PURSUANT TO F.R.BANKR.P. 2004 AND L.R. 2004** |
| _____ / | **Hearing Date: None Required** |

Jeri Coppa-Knudson, Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, Jeffrey L. Hartman, Esq., hereby makes the following ex parte motion for an order authorizing the examination of Dorothy Thomas, which would include questions related to the Anthony Thomas and Wendi Thomas case. In support thereof, the Trustee presents the following legal authority:

I.    LEGAL AUTHORITY

1.    The Federal Rules of Bankruptcy Procedure ("F.R.Bankr.P.") provide that an examination may be secured by an ex parte motion. F.R.Bankr.P. 2004(a).

> "On motion of any party in interest, the court may order the examination of any entity. … The court may for cause shown and on terms as it may impose order the debtor to be examined under this rule at any time or place it designates, whether within or without the district wherein the case is pending."

///

[F.R.Bankr.P. Rule 2004(d).]

2. Local Rule 2004(b) provides that orders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date such motion is filed.

3. In compliance with Local Rule 2004(b), the date for the requested examination will be more than fourteen (14) days from the date this ex parte motion is filed, or if less than 14 days, will be by agreement with Dorothy Thomas individually.

4. Trustee requests that the Rule 2004 Examination of Dorothy Thomas be conducted on or after December 5, 2018 or at a time thereafter to be agreed to by the parties.

5. Trustee further requests that the Order provide that the oral examination continue from day to day until such examination is completed.

**WHEREFORE**, Trustee requests that this Court, through the Clerk, enter an order pursuant to F.R.Bankr.P. 2004 and Local Rule 2004 authorizing Trustee's counsel to conduct a Rule 2004 Examination of Dorothy Thomas and for such other and further relief as the Court deems proper. A copy of the proposed Order is attached hereto as **Exhibit A**.

DATED: November 8, 2018.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson, Trustee

# EXHIBIT A

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| | CASE NO.    BK-N-14-50331-BTB |
| ANTHONY THOMAS and | (Jointly Administered) |
| WENDI THOMAS, | CHAPTER    7 |
| | |
| AT EMERALD, LLC, | **ORDER AUTHORIZING 2004 EXAMINATION OF DOROTHY THOMAS PURSUANT TO F.R.BANKR.P. 2004 AND L.R. 2004** |
| Debtors. | |
| _____ / | Hearing Date: None Required |

Upon review of the Ex Parte Motion for Rule 2004 Examination filed by Jeri Coppa-Knudson ("Trustee"), through counsel, Jeffrey L. Hartman, Esq., for an order pursuant to F.R.Bankr.P. 2004 to examine Dorothy Thomas, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee is permitted to examine Dorothy Thomas on or after **December 5, 2018**, at an as yet undetermined time and location, but which will be nearby the residence of Dorothy Thomas in Saratoga, California, or such other time or place as may be mutually agreed by the parties.

Submitted by:

**HARTMAN & HARTMAN**
/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # # #