_____
Mary A. Schott
Clerk of Court

Entered on Docket
November 13, 2018

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| | CASE NO.    BK-N-14-50331-BTB |
| ANTHONY THOMAS and | (Jointly Administered) |
| WENDI THOMAS, | CHAPTER    7 |
| AT EMERALD, LLC, | **ORDER AUTHORIZING 2004 EXAMINATION OF DOROTHY THOMAS PURSUANT TO F.R.BANKR.P. 2004 AND L.R. 2004** |
| Debtors. | |
| _____/ | Hearing Date: None Required |

Upon review of the Ex Parte Motion for Rule 2004 Examination filed by Jeri Coppa-Knudson ("Trustee"), through counsel, Jeffrey L. Hartman, Esq., for an order pursuant to F.R.Bankr.P. 2004 to examine Dorothy Thomas, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee is permitted to examine Dorothy Thomas on or after **December 5, 2018**, at an as yet undetermined time and location, but which will be nearby the residence of Dorothy Thomas in Saratoga, California, or such other time or place as may be mutually agreed by the parties.

Submitted by:

**HARTMAN & HARTMAN**
/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Trustee

# # # #