1
2
3
4

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

5    Attorney for Jeri Coppa-Knudson, Trustee

6              **UNITED STATES BANKRUPTCY COURT**

7                    **DISTRICT OF NEVADA**

8

9    IN RE:                          CASE NO.    BK-N-14-50333-BTB

10   ANTHONY THOMAS and              CASE NO.    BK-N-14-50331-BTB
     WENDI THOMAS,
11                                   (Jointly Administered)
     AT EMERALD, LLC,               CHAPTER    7
12
             Debtors.               **NOTICE OF HEARING ON MOTION FOR**
13                                  **ORDER CONFIRMING SALE BY**
                                    **AUCTION; REQUEST FOR APPROVAL**
14                                  **OF PAYMENT OF COMMISSION TO**
                                    **STREMMEL AUCTIONS**
15
                                    **Hearing Date:    January 8, 2019**
16   _____/      **Hearing Time:    2:00 p.m.**

17       **NOTICE IS HEREBY GIVEN** that a paper entitled Motion For Order Confirming

18   Sale By Auction; Request For Approval Of Payment Of Commission To Stremmel Auctions

19   ("Motion") has been filed by Jeri Coppa-Knudson, chapter 7 trustee ("Trustee").  In the

20   Motion, the Trustee requests the Court enter an order confirming the sale of an emerald to

21   Jennifer Jodoin for $21,500.  The Trustee also requests approval of a commission to

22   Stremmel Auctions, Inc. in the amount of $3,225 and reimbursement of costs incurred by

23   Stremmel Auctions in the amount of $1,231.

24       **NOTICE IS FURTHER GIVEN** that a hearing on the Motion has been scheduled

25   before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth

26   Street, Reno, Nevada on **January 8, 2019 at 2:00 p.m.**

27       **NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the

28   time limits set forth in Local Rule 9014 for oppositions to a motion.  Local Rule 9014(d)

1    provides as follows:

2        [A]ny opposition to a motion must be filed with the Clerk of the court, and
         service of the opposition must be completed on the movant, no later than
3        fourteen (14) days preceding the hearing date for the motion. The opposition
         must set forth all relevant facts and any relevant legal authority. An
4        opposition must be supported by affidavits or declarations that conform to the
         provisions of subsection (c) of this rule.

5

6    If you do object to the relief requested, you must file a **WRITTEN** response with the court.

7    You *must* also serve your written response on the person who sent you this notice.  A paper

8    copy of any response should also be delivered to the Clerk's office identified as "Copy For

9    Chambers" or some similar designation.  If you do not file a written response with the court,

10   or if you do not serve your written response on the person who sent you this notice, then:

11        •    The court may *refuse to allow you to speak* at the scheduled hearing; and

12        •    The court may *rule against you* without formally calling the matter at the

13             hearing.

14        **NOTICE IS FINALLY GIVEN** that a copy of the Motion can be obtained upon

15   request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, or

16   by calling Hartman & Hartman at 1-775-324-2800.

17        DATED: November 29, 2018.

18                                         **HARTMAN & HARTMAN**

19
                                           /S/ Jeffrey L. Hartman
20                                         Jeffrey L. Hartman, Esq., for
                                           Trustee Jeri Coppa-Knudson
21

22

23

24

25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

2