Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB |
| | (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors. | |
| _____ / | **CERTIFICATE OF SERVICE**<br><br>**Hearing Date: January 8, 2019**<br>**Hearing Time: 2:00 p.m.** |

I certify that I am an employee of Hartman & Hartman, and that on November 29, 2018, November 30, 2018 and December 3, 2018, I caused to be served the following listed document(s) as indicated below:

**MOTION FOR ORDER CONFIRMING SALE BY AUCTION; REQUEST FOR APPROVAL OF PAYMENT OF COMMISSION TO STREMMEL AUCTIONS**

**DECLARATION OF HUDSON STREMMEL IN SUPPORT OF MOTION FOR ORDER CONFIRMING SALE BY AUCTION; REQUEST FOR APPROVAL OF PAYMENT OF COMMISSION TO STREMMEL AUCTIONS**

**NOTICE OF HEARING ON MOTION FOR ORDER CONFIRMING SALE BY AUCTION; REQUEST FOR APPROVAL OF PAYMENT OF COMMISSION TO STREMMEL AUCTIONS**

✓ a.   ECF System, November 29, 2018 to

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com;beau@jeffreycogan.com

///

| | |
|---|---|
| 1 | JERI COPPA-KNUDSON |
| 2 | renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com |
| 3 | KEVIN A. DARBY<br>kad@darbylawpractice.com, tricia@darbylawpractice.com;<br>jill@darbylawpractice.com;hersh@darbylawpractice.com; |
| 4 | sam@darbylawpractice.com |
| 5 | JEFFREY L HARTMAN<br>notices@bankruptcyreno.com, sji@bankruptcyreno.com |
| 6 | |
| 7 | TIMOTHY A LUKAS<br>ecflukast@hollandhart.com |
| 8 | LAURY MILES MACAULEY |
| 9 | laury@macauleylawgroup.com |
| 10 | WILLIAM MCGRANE<br>ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com |
| 11 | STEFANIE T. SHARP |
| 12 | ssharp@rssblaw.com, cobrien@rssblaw.com |
| 13 | WAYNE A. SILVER<br>w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 14 | ALAN R SMITH |
| 15 | mail@asmithlaw.com |
| 16 | STEVEN C. SMITH<br>ssmith@smith-lc.com, mbrandt@smith-lc.com |
| 17 | AMY N. TIRRE |
| 18 | amy@amytirrelaw.com, admin@amytirrelaw.com |
| 19 | U.S. TRUSTEE - RN - 7, 7<br>USTPRegion17.RE.ECF@usdoj.gov |
| 20 | JOSEPH G. WENT |
| 21 | JGWent@hollandhart.com, vllarsen@hollandhart.com |

22    ✓ b.   U. S. Mail, postage prepaid, December 3, 2018, addressed to:

23         ANTHONY THOMAS
           WENDI THOMAS
24         AT EMERALD, LLC
           7725 Peavine Peak Court
25         Reno, NV 89523-4914

26    ✓ c.   Electronically, December 3, 2018, via email to Debtors, per letter request
            dated February 1, 2016, addressed to:
27
                ATEmerald2@gmail.com
28

1   ✓ d.   U. S. Mail, postage prepaid, November 30, 2018, **Notice of Hearing only**, to all those addressees on the attached List of Creditors maintained by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2018.

　　　　　　　　　　　　　　　　　　/S/ Stephanie Ittner
　　　　　　　　　　　　　　　　　　STEPHANIE ITTNER

```
Label Matrix for local noticing         AT EMERALD, LLC                         KENMARK VENTURES, LLC
0978-3                                  7725 PEAVINE PEAK COURT                 21710 STEVENS CREEK BLVD, STE 200
Case 14-50333-btb                       RENO, NV 89523-4914                     CUPERTINO, CA 95014-1174
District of Nevada
Reno
Thu Nov 29 14:24:09 PST 2018

MACAULEY LAW GROUP, P.C.                SMITH LC                                U.S. TRUSTEE - RN - 7 7
5470 KIETZKE LANE, SUITE 300            SMITH LC                                300 BOOTH STREET, STE 3009
RENO, NV 89511-2099                     3161 Michelson Drive                    RENO, NV 89509-1362
                                        Suite 925
                                        Irvine, CA 92612-4476

United States Bankruptcy Court          American InfoSource LP as agent for     Andrew J. Spielberger
300 Booth Street                        Midland Funding LLC                     11999 San Vicente Blvd, Ste 345
Reno, NV 89509-1360                     PO Box 268941                           Los Angeles, CA 90049-5073
                                        Oklahoma City, OK  73126-8941

Andrew Speilberger, Esq.                Anthony Trepel, Esq.                    Bridgeport Financial
Balaban & Speilberger                   95. So. Market St.                      1111 Willow St.
11999 San Vincent Blvd. Suite 345       Suite 300                               2nd Floor
Los Angeles, CA 90049-5073              San Jose, CA 95113-2350                 San Jose, CA 95125-3158

Browne Green, Esq.                      CHRIS PERNA                             CITI CARD
Green, Broillet, et al.,                4686 ENGLEWOOD DRIVE                    99 PARK AVENUE
100 Wilshire Blvd. 21st Floor           SAN JOSE, CA 95129-4411                 NEW YORK, NY 10016-1601
Santa Monica, CA 90401-1162

Capital One, N.A.                       Charter Communications                  Chase Mortgage
c o Becket and Lee LLP                  400 Atlantic St.                        P. O. Box 24696
POB 3001                                10th Floor                              Columbus, OH 43224-0696
Malvern, PA 19355-0701                  Stamford, CT 06901-3533

Citi Card CBNA                          D. BRAD JONES, ESQ.                     DOROTHY THOMAS
701 E. 60th St. No.                     LAW OFFICES OF D. BRAD JONES            18945 KOSICH DRIVE
Sioux Falls, SD 57104-0432              440 NORTH FIRST STREET, SUITE 100       SARATOGA, CA 95070-3512
                                        SAN JOSE, CA 95112-4024

Department Stores National Bank/American Exp    Department Stores National Bank/Macys   Edwin Higashi, Agent
Bankruptcy Processing                   Bankruptcy Processing                   4820 Harwood Rd.
Po Box 8053                             Po Box 8053                             San Jose, CA 95124-5200
Mason, OH 45040-8053                    Mason, OH 45040-8053

Edwin Higashi, Agent                    FRANK TABISH                            Farmers Ins. Grp, Inc.
925 Knollfield Way                      219 MANSION HEIGHTS DRIVE               4680 Wilshire Blvd.
San Jose, CA 95136-1753                 MISSOULA, MT 59803-2473                 Los Angeles, CA 90010-3807

Fire Insurance Exchange.                Greenfield Draa & Harrington LLP        Hospital Collection Serv.
4680 Wilshire Blvd.                     55 South Market Street                  816 So. Center St.
Los Angeles, CA 90010-3807              Suite 1500                              Reno, NV 89501-2306
                                        San Jose, CA 95113-2332
```

| | | |
|---|---|---|
| Hospital Collection Serv.<br>P. O. Box 872<br>Reno, NV 89504-0872 | I.R.S.-BK. PHILADELPHIA<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106-6085 |
| JOHN BEACH<br>C/O BRYCE C. ALSTEAD, ESQ.<br>HOLLAND & HART<br>5441 KIETZKE LANE, 2ND FLOOR<br>RENO, NV 89511-3026 | Jeff Baruh, Esq.<br>Adelson, Hess & Kelly<br>577 Salamar Ave.<br>Campbell, CA 95008-1439 | Jerry Ferrara<br>1021 W. Oak Hill Ct.<br>La Habra, CA 90631-2039 |
| Joseph Kafka, Esq.<br>1541 The Alameda<br>San Jose, CA 95126-2311 | KOHL'S<br>N56W17000 RIDGEWOOD DRIVE.<br>MENOMONEE FALLS, WI 53051-7096 | Ken Tersine<br>KT Properties<br>21710 Stevens Creek Blvd. Suite 200<br>Cupertino, CA 95014-1174 |
| Kenneth Connetto<br>3637 Snell Ave.<br>Space 51<br>San Jose, CA 95136-1316 | Kit Morrison<br>9464 Meckailee CV<br>Sandy UT 84094-3681 | LARRY BALAKIAN<br>3209 NORTH VAN NESS BLVD.<br>FRESNO, CA 93704-4642 |
| Law Offices Of Alan R. Smith<br>505 Ridge Street<br>Reno, NV 89501-1719 | Lee Danforth, Esq.<br>Coddington, Hicks et. al.,<br>555 Twin Dolphin Drive Suite 300<br>Redwood City, CA 94065-2133 | MACY'S<br>7 W. 7TH STREET, #10<br>CINCINNATI, OH 45202-2415 |
| MICHELE THOMAS<br>525 N. SPAULDING<br>LOS ANGELES, CA 90036-1807 | Macys<br>P. O. Box 8218<br>Mason, OH 45040-8218 | Macys American Express<br>P. O. Box 8218<br>Mason, OH 45040-8218 |
| Mark Downie<br>5136 Westbury Circle<br>Granite Bay, CA 95746-7182 | NEVADA DEPT TAXATION<br>P.O. BOX 52685<br>PHOENIX, AZ 85072-2685 | NEVADA EMPLOYMENT SEC<br>500 E. THIRD STREET<br>CARSON CITY, NV 89713-0030 |
| NEW DIMENSIONS<br>5301 LONGLEY LN., BLD. A, STE. 3<br>RENO, NV 89511-1806 | NV DEPT OF MOTOR VEHICLES<br>BANKRUPTCY SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>4600 KIETZKE LANE<br>SUITE L-235<br>RENO, NV 89502-5045 |
| NV LABOR COMMISSION<br>675 FAIRVIEW LANE, STE 226<br>CARSON CITY, NV 89701-5474 | OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, RM. 3009<br>RENO, NV 89509-1362 | Office of the United States Trustee,<br>C. Clifton Young Federal Building<br>300 Booth Street, Room 3009<br>Reno, NV 89509-1362 |
| Old Republic Title Ins. Co.<br>275 Battery St.<br>Suite 1500<br>San Francisco, CA 94111-3334 | PLUMAS COUNTY TREASURER<br>P.O. BOX 176<br>QUINCY, CA 95971-0176 | Prof. Finance Co.<br>P. O. Box 7059<br>Loveland, CO 80537-0059 |

| | | |
|---|---|---|
| ROBERT A. MACHADO, ESQ.<br>MACHADO & MACHADO<br>1110 NORTH FIRST STREET<br>SAN JOSE, CA 95112-4989 | ROC Admiration<br>Reno Ortho Center<br>350 6th St.  4th Floor<br>Reno, NV 89503-4536 | Randy Hess, Esq.<br>Adelson, Hess & Kelly<br>577 Salamar Ave.<br>Campbell, CA 95008-1439 |
| Rash Curtis & Assoc.<br>190 So. Orchard Ave.<br>Suite 100<br>Campbell CA 95008 | Renown Medical Center<br>1155 Mill St.<br>Reno, NV 89502-1576 | SARASOTA VAULT DEPOSITORY, INC.<br>640 S. WASHINGTON BLVD.<br>STE. 175<br>SARASOTA, FL 34236-7135 |
| SHANN BRASSFIELD<br>208 WILDER AVENUE<br>LOS GATOS, CA 95030-7209 | SMITH LC<br>1800 NORTH BROADWAY, STE. 200<br>SANTA ANA, CA 92706-2656 | Sarasota Vault Depository<br>640 So. Washington Blvd.<br>#175<br>Sarasota, FL 34236-7135 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St. Marys Emerg. Service<br>235 W. 6th St.<br>Reno, NV 89503-4548 | Steve Haney, Esq.<br>1055 W 7th St.<br>Suite 1950<br>Los Angeles, C 90017-2572 |
| Steven Smith, Esq.<br>3161 Michelson Drive<br>Suite 925<br>Irvine, CA 92612-4476 | Todd Armstrong<br>2491 E. Alpomado St.<br>Eagle, ID 83616-5477 | Tricia M. Darby, Esq.<br>4777 Caughlin Parkway<br>Reno, Nevada 89519-0906 |
| WASHOE COUNTY TREASURER<br>PO BOX 30039<br>RENO, NV 89520-3039 | WELLS FARGO BANK<br>A/C # XXXX0450<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | Wells Fargo Bank<br>P. O. Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | William McGrane<br>McGrane LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 | William McGrane, Esq.<br>4 Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 |
| ALAN R. SMITH<br>LAW OFFICE OF ALAN R SMITH<br>505 RIDGE STREET<br>RENO, NV 89501-1719 | ANTHONY THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | JERI COPPA-KNUDSON<br>3495 LAKESIDE DR<br>PMB #62<br>RENO, NV 89509-4841 |
| JOHN BEACH<br>C/O HOLLAND AND HART / TIMOTHY LUKUS<br>5441 KIETZKE LANE, 2ND FLR<br>RENO, NV 89511-3026 | WENDI THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | |

Case 14-50333-btb    Doc 435    Entered 12/03/18 08:53:10    Page 6 of 7

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
P. O. Box 4191
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FM HOLDINGS                    (u)MARKET LINK INC.              (u)STREMMEL AUCTIONS, INC.

(d)Kenmark Ventures, LLC          (u)JERRY FERRARA                 (u)JOSEPH KAFKA
21710 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-1174

(u)KIT MORRISON                   (u)MELINDA BENNETT               (u)TODD ARMSTRONG
                                  REMAX MOUNTAIN LIVING

(u)WILLIAM MCGRANE                End of Label Matrix
                                  Mailable recipients    85
                                  Bypassed recipients    10
                                  Total                  95