NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS

WENDI THOMAS

Debtor(s)

BK−14−50333−btb
CHAPTER 7

NOTICE OF RESCHEDULED HEARING

Hearing Date:   2/22/19
Hearing Time:   10:00 AM

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

  Hearing Date:        2/22/19
  Hearing Time:        10:00 AM
  Hearing Location:    BTB RN−Courtroom 2, Young Bldg.
                       300 Booth Street
                       Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*433* − Application for Compensation for JERI COPPA−KNUDSON , Fees: $3225.00, Expenses: $1231.00. (Related document(s)430) Filed by JERI COPPA−KNUDSON (cly) Docketed for missed relief

This hearing is scheduled for the following reason:

  PER COURT INSTRUCTION.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 1/3/19

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court