

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 17, 2019

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered)<br>CHAPTER   7 |
| Debtors. | **ORDER AND NOTICE OF CONTINUED HEARING; DISCOVERY DEADLINES**<br><br>**Old Hearing Date:**   December 17, 2018<br>**Old Hearing Time:**   12:20 p.m.<br><br>**New Hearing Date:**   March 22, 2019<br>**New Hearing Time:**   10:00 a.m. |
| _____/ | |

    The matter first came before the Court on the Application For Order Shortening Time Re: Motion To Continue Hearing Of 1-8-2019 Due To Fraud Upon The Court ("Application For OST"), filed over the counter by Debtor Anthony Thomas ("Mr. Thomas"). **DE 439**. The Application For OST was filed at 12:12 p.m. on December 17, 2018. The court staff contacted Trustee's counsel Jeffrey Hartman and determined to

conduct a hearing because Mr. Thomas was available in Reno to participate. Mr. Hartman appeared by telephone.

The subject of the hearing in question was the Trustee's Motion For Order Confirming Sale By Auction: Request For Approval Of Payment Of Commission To Stremmel Auctions ("Sale Motion"). **DE 430**. The Application For OST requested that the Court continue the hearing on the Sale Motion for a period of 60 to 90 days and that the hearing be an evidentiary hearing.

On January 3, 2019, Mr. Thomas contacted the Court, indicating the existence of a discovery dispute. As a result, the Court set a hearing for Friday, January 4, 2019 at 10:00 a.m. The Trustee was present and represented by attorney Hartman; Mr. Thomas appeared in proper person. Based upon the presentations by the Trustee and Mr. Thomas, the Court Orders the following:

**IT IS ORDERED** that hearing on the Sale Motion is continued to March 22, 2019 at 10:00 a.m. This Order shall be served on all creditors and parties in interest listed on the matrix on file with the Clerk of the Court; and

**IT IS FURTHER ORDERED** that objections to the Sale Motion are to be filed no later than March 8, 2019, and in compliance with applicable rules including F.R.Bankr.P. 9014 and Local Rule of Bankruptcy Practice 9014; and

**IT IS FURTHER ORDERED** that, unless the Court orders otherwise for cause, any discovery the Debtor wishes to propound in connection with the Sale Motion must be properly served and completed not later than February 19 [~~18~~], 2019. Copies of all papers obtained in connection with such discovery must be provided to Trustee's counsel; and

**IT IS FURTHER ORDERED** that the Court will conduct a status hearing on any issues related to the Sale Motion on February 22, 2019 at 3:00 p.m., and

///
///
///
///

1     **IT IS FINALLY ORDERED** that the March 22, 2019, 10:00 a.m. hearing shall be conducted as an evidentiary hearing.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson

DISAPPROVED

/S/ Anthony Thomas
Anthony Thomas, Debtor

####