```
Jeffrey L. Hartman, Esq., #1607
HARTMAN & HARTMAN
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com
```

Attorney for Jeri Coppa-Knudson, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO. BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

**Hearing Date: March 22, 2019**
**Hearing Time: 10:00 a.m.**

I certify that I am an employee of Hartman & Hartman, and that on January 17, 2019, I caused to be served the following listed document(s) as indicated below:

**ORDER AND NOTICE OF CONTINUED HEARING; DISCOVERY DEADLINES**

✓ a.   ECF System, January 17, 2019, to:

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com;beau@jeffreycogan.com

JERI COPPA-KNUDSON
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com;
jill@darbylawpractice.com;hersh@darbylawpractice.com;
sam@darbylawpractice.com

JEFFREY L HARTMAN
notices@bankruptcyreno.com, sji@bankruptcyreno.com

///

| | |
|---|---|
| 1 | TIMOTHY A LUKAS |
| | ecflukast@hollandhart.com |
| 2 | |
| | LAURY MILES MACAULEY |
| 3 | laury@macauleylawgroup.com |
| 4 | WILLIAM MCGRANE |
| | ecf-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com |
| 5 | |
| | STEFANIE T. SHARP |
| 6 | ssharp@rssblaw.com, cobrien@rssblaw.com |
| 7 | WAYNE A. SILVER |
| | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 8 | |
| | ALAN R SMITH |
| 9 | mail@asmithlaw.com |
| 10 | STEVEN C. SMITH |
| | ssmith@smith-lc.com, mbrandt@smith-lc.com |
| 11 | |
| | AMY N. TIRRE |
| 12 | amy@amytirrelaw.com, admin@amytirrelaw.com |
| 13 | U.S. TRUSTEE - RN - 7, 7 |
| | USTPRegion17.RE.ECF@usdoj.gov |
| 14 | |
| | JOSEPH G. WENT |
| 15 | JGWent@hollandhart.com, vllarsen@hollandhart.com |

16  ✓ b.  U. S. Mail, postage prepaid, January 17, 2019, addressed to:

17  ANTHONY THOMAS
    WENDI THOMAS
18  AT EMERALD, LLC
    7725 Peavine Peak Court
19  Reno, NV 89523-4914

20  ✓ c.  Electronically, January 17, 2019, via email to Debtors, per letter request
          dated February 1, 2016, addressed to:
21
          ATEmerald2@gmail.com
22
23  ✓ d.  U. S. Mail, postage prepaid, January 17, 2019, to all those addressees on the
          attached List of Creditors maintained by the Court.

24  I declare under penalty of perjury that the foregoing is true and correct.

25  DATED: January 17, 2019.

26

27                                    /S/ Angie Gerbig
                                      ANGIE GERBIG
28

HARTMAN & HARTMAN
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 14-50333-btb<br>District of Nevada<br>Reno<br>Thu Jan 17 09:02:41 PST 2019 | AT EMERALD, LLC<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | KENMARK VENTURES, LLC<br>21710 STEVENS CREEK BLVD, STE 200<br>CUPERTINO, CA 95014-1174 |
| MACAULEY LAW GROUP, P.C.<br>5470 KIETZKE LANE, SUITE 300<br>RENO, NV 89511-2099 | SMITH LC<br>SMITH LC<br>3161 Michelson Drive<br>Suite 925<br>Irvine, CA 92612-4476 | U.S. TRUSTEE - RN - 7 7<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509-1362 |
| United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Andrew J. Spielberger<br>11999 San Vicente Blvd, Ste 345<br>Los Angeles, CA 90049-5073 |
| Andrew Speilberger, Esq.<br>Balaban & Speilberger<br>11999 San Vincent Blvd. Suite 345<br>Los Angeles, CA 90049-5073 | Anthony Trepel, Esq.<br>95. So. Market St.<br>Suite 300<br>San Jose, CA 95113-2350 | Bridgeport Financial<br>1111 Willow St.<br>2nd Floor<br>San Jose, CA 95125-3158 |
| Browne Green, Esq.<br>Green, Broillet, et al.,<br>100 Wilshire Blvd. 21st Floor<br>Santa Monica, CA 90401-1162 | CHRIS PERNA<br>4686 ENGLEWOOD DRIVE<br>SAN JOSE, CA 95129-4411 | CITI CARD<br>99 PARK AVENUE<br>NEW YORK, NY 10016-1601 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Charter Communications<br>400 Atlantic St.<br>10th Floor<br>Stamford, CT 06901-3533 | Chase Mortgage<br>P. O. Box 24696<br>Columbus, OH 43224-0696 |
| Citi Card CBNA<br>701 E. 60th St. No.<br>Sioux Falls, SD 57104-0432 | D. BRAD JONES, ESQ.<br>LAW OFFICES OF D. BRAD JONES<br>440 NORTH FIRST STREET, SUITE 100<br>SAN JOSE, CA 95112-4024 | DOROTHY THOMAS<br>18945 KOSICH DRIVE<br>SARATOGA, CA 95070-3512 |
| Department Stores National Bank/American Exp<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Edwin Higashi, Agent<br>4820 Harwood Rd.<br>San Jose, CA 95124-5200 |
| Edwin Higashi, Agent<br>925 Knollfield Way<br>San Jose, CA 95136-1753 | FRANK TABISH<br>219 MANSION HEIGHTS DRIVE<br>MISSOULA, MT 59803-2473 | Farmers Ins. Grp, Inc.<br>4680 Wilshire Blvd.<br>Los Angeles, CA 90010-3807 |
| Fire Insurance Exchange.<br>4680 Wilshire Blvd.<br>Los Angeles, CA 90010-3807 | Greenfield Draa & Harrington LLP<br>55 South Market Street<br>Suite 1500<br>San Jose, CA 95113-2332 | Hospital Collection Serv.<br>816 So. Center St.<br>Reno, NV 89501-2306 |

| | | |
|---|---|---|
| Hospital Collection Serv.<br>P. O. Box 872<br>Reno, NV 89504-0872 | I.R.S.-BK. PHILADELPHIA<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106-6085 |
| JOHN BEACH<br>C/O BRYCE C. ALSTEAD, ESQ.<br>HOLLAND & HART<br>5441 KIETZKE LANE, 2ND FLOOR<br>RENO, NV 89511-3026 | Jeff Baruh, Esq.<br>Adelson, Hess & Kelly<br>577 Salamar Ave.<br>Campbell, CA 95008-1439 | Jerry Ferrara<br>1021 W. Oak Hill Ct.<br>La Habra, CA 90631-2039 |
| Joseph Kafka, Esq.<br>1541 The Alameda<br>San Jose, CA 95126-2311 | KOHL'S<br>N56W17000 RIDGEWOOD DRIVE.<br>MENOMONEE FALLS, WI 53051-7096 | Ken Tersine<br>KT Properties<br>21710 Stevens Creek Blvd. Suite 200<br>Cupertino, CA 95014-1174 |
| Kenneth Connetto<br>3637 Snell Ave.<br>Space 51<br>San Jose, CA 95136-1316 | Kit Morrison<br>9464 Meckailee CV<br>Sandy UT 84094-3681 | LARRY BALAKIAN<br>3209 NORTH VAN NESS BLVD.<br>FRESNO, CA 93704-4642 |
| Law Offices Of Alan R. Smith<br>505 Ridge Street<br>Reno, NV 89501-1719 | Lee Danforth, Esq.<br>Coddington, Hicks et. al.,<br>555 Twin Dolphin Drive Suite 300<br>Redwood City, CA 94065-2133 | MACY'S<br>7 W. 7TH STREET, #10<br>CINCINNATI, OH 45202-2415 |
| MICHELE THOMAS<br>525 N. SPAULDING<br>LOS ANGELES, CA 90036-1807 | Macys<br>P. O. Box 8218<br>Mason, OH 45040-8218 | Macys  American Express<br>P. O. Box 8218<br>Mason, OH 45040-8218 |
| Mark Downie<br>5136 Westbury Circle<br>Granite Bay, CA 95746-7182 | NEVADA DEPT TAXATION<br>P.O. BOX 52685<br>PHOENIX, AZ 85072-2685 | NEVADA EMPLOYMENT SEC<br>500 E. THIRD STREET<br>CARSON CITY, NV 89713-0030 |
| NEW DIMENSIONS<br>5301 LONGLEY LN., BLD. A, STE. 3<br>RENO, NV 89511-1806 | NV DEPT OF MOTOR VEHICLES<br>BANKRUPTCY SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>4600 KIETZKE LANE<br>SUITE L-235<br>RENO, NV 89502-5045 |
| NV LABOR COMMISSION<br>675 FAIRVIEW LANE, STE 226<br>CARSON CITY, NV 89701-5474 | OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, RM. 3009<br>RENO, NV 89509-1362 | Office of the United States Trustee,<br>C. Clifton Young Federal Building<br>300 Booth Street, Room 3009<br>Reno, NV 89509-1362 |
| Old Republic Title Ins. Co.<br>275 Battery St.<br>Suite 1500<br>San Francisco, CA 94111-3334 | PLUMAS COUNTY TREASURER<br>P.O. BOX 176<br>QUINCY, CA 95971-0176 | Prof. Finance Co.<br>P. O. Box 7059<br>Loveland, CO 80537-0059 |

| | | |
|---|---|---|
| ROBERT A. MACHADO, ESQ.<br>MACHADO & MACHADO<br>1110 NORTH FIRST STREET<br>SAN JOSE, CA 95112-4989 | ROC Admiration<br>Reno Ortho Center<br>350 6th St.  4th Floor<br>Reno, NV 89503-4536 | Randy Hess, Esq.<br>Adelson, Hess & Kelly<br>577 Salamar Ave.<br>Campbell, CA 95008-1439 |
| Rash Curtis & Assoc.<br>190 So. Orchard Ave.<br>Suite 100<br>Campbell CA 95008 | Renown Medical Center<br>1155 Mill St.<br>Reno, NV 89502-1576 | SARASOTA VAULT DEPOSITORY, INC.<br>640 S. WASHINGTON BLVD.<br>STE. 175<br>SARASOTA, FL 34236-7135 |
| SHANN BRASSFIELD<br>208 WILDER AVENUE<br>LOS GATOS, CA 95030-7209 | SMITH LC<br>1800 NORTH BROADWAY, STE. 200<br>SANTA ANA, CA 92706-2656 | Sarasota Vault Depository<br>640 So. Washington Blvd.<br>#175<br>Sarasota, FL 34236-7135 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St. Marys Emerg. Service<br>235 W. 6th St.<br>Reno, NV 89503-4548 | Steve Haney, Esq.<br>1055 W 7th St.<br>Suite 1950<br>Los Angeles, C 90017-2572 |
| Steven Smith, Esq.<br>3161 Michelson Drive<br>Suite 925<br>Irvine, CA 92612-4476 | Todd Armstrong<br>2491 E. Alpomado St.<br>Eagle, ID 83616-5477 | Tricia M. Darby, Esq.<br>4777 Caughlin Parkway<br>Reno, Nevada 89519-0906 |
| WASHOE COUNTY TREASURER<br>PO BOX 30039<br>RENO, NV 89520-3039 | WELLS FARGO BANK<br>A/C # XXXX0450<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | Wells Fargo Bank<br>P. O. Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | William McGrane<br>McGrane LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 | William McGrane, Esq.<br>4 Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111-4164 |
| ALAN R. SMITH<br>LAW OFFICE OF ALAN R SMITH<br>505 RIDGE STREET<br>RENO, NV 89501-1719 | ANTHONY THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | JERI COPPA-KNUDSON<br>3495 LAKESIDE DR<br>PMB #62<br>RENO, NV 89509-4841 |
| JOHN BEACH<br>C/O HOLLAND AND HART / TIMOTHY LUKUS<br>5441 KIETZKE LANE, 2ND FLR<br>RENO, NV 89511-3026 | WENDI THOMAS<br>7725 PEAVINE PEAK COURT<br>RENO, NV 89523-4914 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
P. O. Box 4191
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FM HOLDINGS                          (u)MARKET LINK INC.                     (u)STREMMEL AUCTIONS, INC.

(d)Kenmark Ventures, LLC                (u)JERRY FERRARA                        (u)JOSEPH KAFKA
21710 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-1174

(u)KIT MORRISON                         (u)MELINDA BENNETT                      (u)TODD ARMSTRONG
                                        REMAX MOUNTAIN LIVING

(u)WILLIAM MCGRANE                      End of Label Matrix
                                        Mailable recipients    85
                                        Bypassed recipients    10
                                        Total                  95