# EXHIBIT A

RECORDING REQUESTED BY:
**CAL-SIERRA TITLE COMPANY**

WHEN RECORDED MAIL TO:

ANTHONY THOMAS
WENDI THOMAS
1107 NORMANDY
CAMPBELL, CA 95008

Doc No:2000-06518 Page 1 of 1

CAL-SIERRA TITLE CO.
Recording Date: 09/12/2000
Recording Time: 09:45 AM

Plumas County, California
Judith Wells, Recorder
Fee: $   7.00

ESCROW NO. 00032690

EXEMPT: 12 USCA ss 1723a(c)

# GRANT DEED

A.P.N.: 126-123-001

The undersigned grantor(s) declare(s):
County transfer tax is $ 0.00
( xx ) computed on full value of property conveyed, or
(    ) computed on full value less value of liens and encumbrances remaining at time of sale.
(    ) Unincorporated area:   ( xx ) City of PORTOLA                    , and
FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
FEDERAL NATIONAL MORTGAGE ASSOCIATION ORGANIZED AND EXISTING
UNDER LAWS OF THE UNITED STATES OF AMERICA

hereby GRANTS to   ANTHONY THOMAS AND WENDI THOMAS, HUSBAND AND WIFE AS
                   JOINT TENANTS

the following described real property in the County of PLUMAS      , State of California:
LOT 14 AND THE WEST HALF OF LOT 15 OF BLOCK 19, AS SHOWN UPON
THAT CERTAIN MAP ENTITLED, "ROBERTS LUMBER COMPANY ADDITION TO
PORTOLA TOWNSITE", FILED SEPTEMBER 6, 1910 IN THE OFFICE OF THE
COUNTY RECORDER OF THE COUNTY OF PLUMAS, STATE OF CALIFORNIA,
IN BOOK A OF MAPS, AT PAGE 28.

DATE: August 31, 2000

STATE OF TEXAS          }
                        } ss.
COUNTY OF DALLAS        }

On September 8, 2000 before me, D. Vanessa Brown

personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.
Signature D. Vanessa Brown

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

BY: _____
TITLE:   Patricia Madson
         Vice President

BY: _____

[Notary seal: D. VANESSA BROWN, MY COMMISSION EXPIRES August 21, 2002, BONDED BY NOTARY ASSOC. OF TEXAS, INC.]

MAIL TAX STATEMENTS AS DIRECTED ABOVE      (This area for official notarial seal)