Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB |
| AT EMERALD, LLC, | (Jointly Administered)<br>CHAPTER   7 |
| Debtors. | **NOTICE OF HEARING ON TRUSTEE'S NOTICE OF INTENT TO ABANDON; REQUEST FOR ORDER** |
| | Hearing Date:   March 6, 2019<br>Hearing Time:   10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that a paper entitled Notice of Intent To Abandon; Request For Order has been filed by Trustee Jeri Coppa-Knudson. The Notice is provided pursuant to 11 U.S.C. § 554(a) and F.R.Bankr.P. 6007(a) and relates to 397 Second Avenue, Portola, California , APN 126-123-001 ("the Property"). The Trustee has concluded that the Property is burdensome to the estate.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion has been scheduled before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Reno, Nevada on **March 6, 2019 at 10:00 a.m.**

**NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the time limits set forth in Local Rule 9014 for oppositions to a motion. Local Rule 9014(d) provides as follows:

[A]ny opposition to a motion must be filed with the Clerk of the court, and

service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If you do object to the relief requested, you must file a **WRITTEN** response with the court. You *must* also serve your written response on the person who sent you this notice.  <u>A paper copy of any response should also be delivered to the Clerk's office identified as "Copy For Chambers" or some similar designation.</u>  If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Notice Of Intent To Abdandon can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, or by calling Hartman & Hartman at 1-775-324-2800.

DATED: February 4, 2019.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson