```
1  Anthony G. Thomas
   7725 Peavine Peak Court
2  Reno, NV 89523
   Tel:        (408) 640-2795
3  E-mail:     atemerald2@gmail.com

4  Debtor In Propria Persona
```

RECEIVED AND FILED
2019 FEB 21 PM 1: 06
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - RENO

IN RE:

ANTHONY THOMAS and

WENDI THOMAS

AT EMERALD, LLC

        Debtors.

) Case No.   BK-N-14-50333-BTB
) Case No.   BK-N-14-50331-BTB
) (Jointly Administered)
) CHAPTER 7
)
) DECLARATION OF DOROTHY THOMAS
) RE: LIMITED OPPOSITION TO ABANDON
) Date:     March 6th 2019
) Time:     10:00 a.m.
) Judge:    Hon. Bruce T. Beesley
) Courtroom: 2
)

**I, Dorothy Thomas declare:**

1. I am submitting this Declaration in support of Debtor Anthony Thomas's Limited Opposition to the Trustee's Motion to Abandon the Portola property.

2. I, along with my husband Eli Thomas am the owner of the 397 2nd Ave. Portola Property that I now understand the Trustee wishes to abandon, without specifying to whom she intends to abandon the property.

3. I have read the Declaration of my son Anthony Thomas in Support of his Limited Opposition to the Trustee's Motion to Abandon the property as well as the 2 letters that my son sent to Mr. Hartman, and I support both those letters and what they intend to do, that is first correct a misstatement of the facts that the Portola property was transferred in exchange for $200,000 and agree with the statement of facts as presented by my son in his letter to the Trustee's attorney requesting that he correct the misstatement of facts as represented in his letter.

4. I have also read the second letter attached to my son's Declaration as Exhibit 2 requesting 5 points to allow my son to assist in ensuring that the cloud on title

1  created by the illegal actions of the Trustee and her attorney in illegally attempting to
2  take possession, breaking and entering, vandalizing and changing the locks on the
3  Portola property illegally as well as illegally obtaining title insurance and listing the
4  property for sale.  There is also the issue of possible burglary and theft of items from
5  the home due to the failure of the Trustee and her Attorney to respond to my request
6  for an inventory of items at the time of the illegal property takeover.

7      5.    The fact that Attonrey Hartman refuses to agree to the modest 5 points
8  raised in my son's 2-5-2019 letter attached to his declaration as Exhibit 2 shows the
9  bad faith conduct and intention of both the Trustee and her attorney in this regard, and
10 will create a further burden to myself and my husband who are now saddled with the
11 responsibility to clearing title and the mess that the Trustee and her attorney have left
12 without taking any responsiblity for their actions or assisting us in clearing title as
13 requested in the letter sent by my son to Mr. Hartman on 2-5-2019.

14     6.    I am specifically requesting that this Court issue an order
15 conveying/abandoning the property to me and my husband Eli & Dorothy Thomas,
16 issue an order allowing my son and his wife to faciliate the formal recording and
17 acknowledgment of the 2008 conveyance by Deed without any need for further Court
18 order or approval of the Bankruptcy Court as well as ordering the Trustee and her
19 attorney to lift or cancel the Lis Pendens recorded against the Portola property.

20 I declare under penalty of perjury under the laws of the State of California, the
21 laws of Nevada and the laws of the United States that the foregoing is true and correct.
22 Executed at: Saratoga, CA on February 20th, 2019.

*Mrs. Dorothy Thomas*
Mrs. Dorothy Thomas - Owner
of 397 2nd Ave. Portola, CA Property

-2-
DECLARATION OF MRS. DOROTHY THOMAS RE: MOTION TO ABANDON PORTOLA PROPERTY

**CERTIFICATE OF SERVICE**

I certify that I am an adult, over the age of 18 years, not a party to the action herein who resides in Washoe County, Nevada. I caused to be served the foregoing document via e-mail to the following persons as listed below from my e-mail address of mickjoseph@sbcglobal.net as follows:

LIMITED OPPOSITION TO TURNOVER MOTION
DECLARATION OF ANTHONY G. THOMAS
DECLARATION OF CHRIS PERNA
DECLARATION OF DOROTHY THOMAS

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com, beau@jeffreycogan.com
JERI COPPA-KNUDSON VIA E-MAIL AND US MAIL: 3495 Lakeside Dr. Reno, NV 89509
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com
KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com, jill@darbylawpractice.com, hersh@darbylawpractice.com, sam@darbylawpractice.com
JEFFREY L. HARTMAN VIA E-MAIL AND US MAIL: 510 W. Plumb Lane Suite B - Reno, NV 89509
notices@bankruptcyreno.com, sji@bankruptcyreno.com
TIMOTHY A. LUCAS
ecflukast@hollandhart.com
LAURY MILES MACAULEY
laury@macauleylawgroup.com
WILLIAM MCGRANE
ECF-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com
STEPHANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com
WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com
ALAN R. SMITH
mail@asmithlaw.com
STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com
AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com
U.S. TRUSTEE - RN - 7,7
USTPRegion17.RE.ECF@usdoj.gov
JOSEPH G. WENT
jgwent@hollandhart.com, vllarsen@hollandhart.com

I declare under penalty of perjury that the foregoing is true and correct.
Dated: February ___ 2019.

/S/ Mick Joseph

MICK JOSEPH

- 3 -

DECLARATION OF MRS. DOROTHY THOMAS RE: MOTION TO ABANDON PORTOLA PROPERTY