1  Jeffrey L. Hartman, Esq., #1607
   **HARTMAN & HARTMAN**
2  510 West Plumb Lane, Suite B
   Reno, Nevada  89509
3  Telephone: (775) 324-2800
   Fax: (775) 324-1818
4  notices@bankruptcyreno.com

5  Attorney for Jeri Coppa-Knudson, Trustee

6            **UNITED STATES BANKRUPTCY COURT**

7                  **DISTRICT OF NEVADA**

8

9  IN RE:                           CASE NO.    BK-N-14-50333-BTB

10 ANTHONY THOMAS and               CASE NO.    BK-N-14-50331-BTB
   WENDI THOMAS,
11                                  (Jointly Administered)
   AT EMERALD, LLC,
12                                  CHAPTER    7
            Debtors.
13                                  **NOTICE OF ENTRY OF ORDER OF
                                    ABANDONMENT RE: 397 SECOND
14                                  STREET IN PORTOLA, CALIFORNIA**

15                                  **Hearing Date:   March 6, 2019
                                    Hearing Time:  10:00 a.m.**
16 _____/

17        **NOTICE IS HEREBY GIVEN** that on March 8, 2019, the above-entitled Court

18 entered its Order Of Abandonment Re: 397 Second Street in Portola, California, **DE 471**, a

19 copy of which is attached hereto.

20        DATED: March 11, 2019.

21                                  **HARTMAN & HARTMAN**

22

23                                  /S/ Jeffrey L. Hartman_____
                                    Jeffrey L. Hartman, Esq.
24                                  Attorney for Jeri Coppa-Knudson,
                                    Trustee
25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1
## CERTIFICATE OF SERVICE

2          I certify that I am an employee of Hartman & Hartman, and that on March 11, 2019,

3 I caused to be served the foregoing document by the following means to the persons as listed

4 below:

5          ✓ a.    ECF System, to

6                JEFFREY A. COGAN
                  jeffrey@jeffreycogan.com,
7                beau@jeffreycogan.com;jeffreyacogan@gmail.com

8                JERI COPPA-KNUDSON
                  renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com
9
                  KEVIN A. DARBY
10               kad@darbylawpractice.com,
                  tricia@darbylawpractice.com;jill@darbylawpractice.com;hersh@darbylawpr
11               actice.com;sam@darbylawpractice.com

12               JEFFREY L HARTMAN
                  notices@bankruptcyreno.com, abg@bankruptcyreno.com
13
                  TIMOTHY A LUKAS
14               ecflukast@hollandhart.com

15               LAURY MILES MACAULEY
                  laury@macauleylawgroup.com
16
                  WILLIAM MCGRANE
17               mitch.chyette@mcgranellp.com

18               STEFANIE T. SHARP
                  ssharp@rssblaw.com, cobrien@rssblaw.com
19
                  WAYNE A. SILVER
20               w_silver@sbcglobal.net, ws@waynesilverlaw.com

21               ALAN R SMITH
                  mail@asmithlaw.com
22
                  STEVEN C. SMITH
23               ssmith@smith-lc.com, mbrandt@smith-lc.com

24               AMY N. TIRRE
                  amy@amytirrelaw.com, admin@amytirrelaw.com
25
                  U.S. TRUSTEE - RN - 7, 7
26               USTPRegion17.RE.ECF@usdoj.gov

27               JOSEPH G. WENT
                  JGWent@hollandhart.com, vllarsen@hollandhart.com
28 ///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

2

1    ✓ b.    U. S. Mail, postage prepaid, March 11, 2019, addressed to:

2                ANTHONY THOMAS
                WENDI THOMAS
3                AT EMERALD, LLC
                7725 Peavine Peak Court
4                Reno, NV 89523-4914

5    ✓ c.    Electronically, via email to Debtors, per letter request dated February 1,

6    2016, addressed to:

7                ATEmerald2@gmail.com

8    I declare under penalty of perjury that the foregoing is true and correct.

9    DATED: March 11, 2019.

10
                            /S/ Angie Gerbig
11                          ANGIE GERBIG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1

2

3

4

*Bruce T Beesley*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 08, 2019

6

7  Jeffrey L. Hartman, Esq., #1607
   **HARTMAN & HARTMAN**
8  510 West Plumb Lane, Suite B
   Reno, Nevada 89509
9  Telephone: (775) 324-2800
   Fax: (775) 324-1818
10 notices@bankruptcyreno.com

11 Attorney for Jeri Coppa-Knudson, Trustee

12                **UNITED STATES BANKRUPTCY COURT**

13                    **DISTRICT OF NEVADA**

14

15 IN RE:                        CASE NO.    BK-N-14-50333-BTB

16 ANTHONY THOMAS and            CASE NO.    BK-N-14-50331-BTB
   WENDI THOMAS,
17                               (Jointly Administered)
   AT EMERALD, LLC,             CHAPTER    7
18
         Debtors.               **ORDER OF ABANDONMENT RE:**
19                               **397 SECOND STREET IN PORTOLA,**
                                 **CALIFORNIA**
20

21                               **Hearing Date:   March 6, 2019**
                                 **Hearing Time:   10:00 a.m.**
22 _____/

23        The matter came before the Court on the Notice Of Intent To Abandon; Request For

24 Order filed chapter 7 trustee, Jeri Coppa-Knudson ("Trustee"). **DE 454**.   Jeffrey Hartman

25 appeared on behalf of the Trustee who also was present in the courtroom.  Anthony Thomas

26 appeared by telephone and represented himself.  No other appearances were noted on the

27 record.  The Court has considered the Trustee's Notice Of Intent To Abandon and the

28 Trustee's supporting Declaration, **DE 455**.  The Court also has considered  **DE 461, 462 and**

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1  **463**, titled as Declarants' Limited Oppositions.  The Court also has considered the

2  presentations of Trustee's counsel and Mr. Thomas.  Based upon the record, and as

3  permitted by F.R.Civ.P. 52, incorporated by F.R.Bankr.P. 7052 and made applicable to this

4  proceeding by F.R.Bankr.P. 9014©, in lieu of written findings of fact and conclusions of

5  law, the Court stated its findings of fact and conclusions of law on the record.

6       1.  Notice of hearing on the Trustee's  Notice Of Intent To Abandon; Request For

7  Order was proper, having been provided in accordance with LR 9014 and as evidenced by

8  the Certificate of Service at **DE 457**.

9       2.  The Court takes judicial notice of the papers on file in these jointly administered

10 cases.

11      3.  The improved real property which is the subjection of the Trustee's Notice Of

12 Intent To Abandon is located at 397 Second Street in Portola, California ("Property"), is

13 described as APN 126-123-001, and more specifically described as:

14           Lot 14 and the West Half of Lot 15 of Block 19, as shown upon that certain
             map entitled "Roberts Lumber Company Addition To Portola Townsite" filed
15           September 6, 1910 in the Office of the County Recorder of the County of
             Plumas, State of California, in Book A of Maps, at Page 28.
16

17 As of the Petition Date, legal title to the Property was in the Debtors' name.  **DE 354-2.**

18      4.  The Trustee, in the exercise of her business judgment, has determined that, due to

19 her inability to obtain insurance coverage for the estate's legal interest in the Property, the

20 interest is burdensome to the estate.  Under the circumstances, the Court is not in a position

21 to second guess the Trustee.

22 Good cause appearing,

23      **IT IS ORDERED** that the Trustee's request for an order authorizing abandonment

24 of 397 Second Street in Portola California ("Property"), is granted.  The Trustee is

25 authorized and directed to provide the keys to the Property to Mr. Thomas as soon as

26 reasonably practical;

27      **IT IS FURTHER AND FINALLY ORDERED** that, upon entry of this Order on

28 the docket, the Trustee shall obtain a certified copy and send it to the Plumas County

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1   recorder for recording in the public records of the County Recorder.  Recording of this

2   Order in Plumas County shall render void, the Trustee's previously recorded Notice of

3   Pendency Of Chapter 7 Bankruptcy Cases on July 13, 2018 as document 2018-0003523.

4   Submitted by:

5   **HARTMAN & HARTMAN**

6

   /S/  Jeffrey L. Hartman

7   Jeffrey L. Hartman, Esq. for Jeri
  Coppa-Knudson, Trustee

8

9

10

11                                        # # # #

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

3

1            **ALTERNATIVE METHOD Re: RULE 9021**

2 In accordance with Local Rule 9021, counsel submitting this document certifies that the
order accurately reflects the court's ruling and that (check one):

4   __X__   The court has waived the requirement set forth in LR 9021(b)(1).

5   _____   No party appeared at the hearing or filed an objection to the paper.

6   _____   I have delivered a copy of the proposed order to all counsel who appeared at the
hearing, any trustee appointed in this case and any unrepresented parties who
appeared at the hearing, and each has approved or disapproved the order, or failed to
respond as indicated below.

9 *Debtor's Counsel:*

10   _____   Prepared / Approved the form of this order

11   _____   Waived the right to review the order and/or

12   _____   Appeared at the hearing, waived the right to review the order

13   _____   Matter unopposed, did not appear at the hearing, waived the right to review the order

14   _____   Disapproved the form of this order

15   _____   Did not respond to the paper

16 *Trustee:*

17   __X__   Approved the form of this order

18   _____   Disapproved the form of this order

19   _____   Waived the right to review the order and/or

20   _____   Did not respond to the paper

21   _____   Did not appear at the hearing or object to the paper

22   _____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
order with the motion pursuant to LR 9014(g), and that no party has objected to the
form or content of the order.

24 I declare under penalty of perjury that the foregoing is true and correct.

25 Submitted by:

26 **HARTMAN & HARTMAN**

27 /S/ Jeffrey L. Hartman
28 Jeffrey L. Hartman

HARTMAN & HARTMAN
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800