```
 1  Anthony G. Thomas
    7725 Peavine Peak Court
 2  Reno, NV 89523
    Tel:   (408) 640-2795
 3  E-mail: atemerald2@gmail.com

 4  Debtor In Propria Persona
```

RECEIVED
AND FILED

2019 MAR 14  PM 12: 18

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| IN RE:<br><br>ANTHONY THOMAS and<br><br>WENDI THOMAS<br><br>AT EMERALD, LLC<br><br>    Debtors. | Case No.   BK-N-14-50333-BTB<br>Case No.   BK-N-14-50331-BTB<br>(Jointly Administered)<br><br>CHAPTER    7<br><br>NOTICE OF MOTION FOR JUDICIAL<br>NOTICE OF LAW & FACTS [FRE 201]<br><br>Date:<br>Time:<br>Dept.    2<br>Judge:    Hon. Bruce T. Beesley |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that a MOTION FOR JUDICIAL NOTICE OF LAW AND FACTS was filed on 3-12-2018 by Debtor Anthony G. Thomas. The Motion seeks the following relief:

Debtor seeks that the Court take Judicial Notice of the Law & Facts in this case including all of the law and facts that can be derived from the Exhibits attached to the Debtor's Filing of 12-17-2018 consisting of Exhibit 1 with 12 Exhibits attached, followed by Exhibit 2-8 inclusive that are necessary for a proper adjudication of the Motion to Sell the Thomas Emerald in violation of the Notice Rules mandated by BK Code 363(b) as well as BK Rules 6004 and BK Rule 2002 as noted in Exhibit 3 of the 12-17-2018 filing pp.60-74 of 189. The hearing for the sale of the Motion currently set for March 22nd 2018, must necessarily be continued in light of the filing of this Motion for Judicial Notice of Law & Facts in this matter.

Any opposition must be filed pursuant to Local Rule 9014.

- 1 -

1  NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge at the Date & Time noted in the caption above.

This Motion is based upon this Notice, the attached Declaration of Anthony G. Thomas submitted in support, and any additional paper that the Debtor shall file after the filing of this Motion, including the Proposed Order for the Court identifying each item of fact and law that is sought to be judicially noticed under this Motion.

Dated: March 7th 2019.                    Respectfully submitted,

*Tony Thomas*

Anthony G. Thomas -
Debtor In Propria Persona

```
1  Anthony G. Thomas
   7725 Peavine Peak Court
2  Reno, NV 89523
   Tel:   (408) 640-2795
3  E-mail: atemerald2@gmail.com

4  Debtor In Propria Persona
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - RENO

| | |
|---|---|
| IN RE: | Case No.  BK-N-14-50333-BTB |
| | Case No.  BK-N-14-60442-BTB |
| ANTHONY THOMAS and | (Jointly Administered) |
| WENDI THOMAS | CHAPTER 7 |
| AT EMERALD, LLC | [PROPOSED] ORDER TAKING JUDICIAL NOTICE OF LAW & FACTS |
| Debtors. | |
| | Date: _____ |
| | Time: _____ |
| | Judge:  Hon. Bruce T. Beesley |
| | Courtroom: 2 |

The Court, having reviewed Docket Entry 439 filed on 12-17-2018 Exhibits 1-8 as well as Exhibits 1-4 to the Declaration of Anthony G. Thomas filed on 3-7-2019 hereby either takes notice or does not take notice to each specific request prefaced with the letter R as follows:

| Ex # | Description of Exhibits /Requests made | DE 439 Pages | Notice Taken Y N |
|---|---|---|---|
| 1 | **App for Order Shortening Time - MTN to Con** | 01-09 | |
| R1.1 | Take Notice of 12-17-2018 Motion where Debtor Anthony G. Thomas claims that did not receive statutory notice pursuant to Bankruptcy Code Section 363(b) and BK Rules 6004 and 2002. Failure to provide Mr. Thomas with notice **PRIOR** to sale deprived Mr. Thomas of his right to object to the proposed sale under Rule 6004(b) | | — — |

| | | | |
|---|---|---|---|
| | | **Exhibit 1 p.9 to 12-6-2018 Letter to Hartman** | 19 |
| | | Take Judicial Notice of Jennifer Jodoin's Linkedin profile: | |
| | R1.1 | Title: Director of Land Acquisition at KT Urban | 19 |
| | R1.2 | Experience: KT Urban: Director of Development Services February 2015 - Present | 19 |
| | R1.3 | KT Properties Project Manager Jan. 2010-Present | 19 |
| | R1.4 | Project Manager at Tersini Construction from 2000-2009 | 19 |
| | Exh. 3 | **Exhibit 3 - Law of Notice - pp. 60-74 of 189** | |
| | | Take Notice of 2016-2017 Norton Bankruptcy Code starting at p. 60 Rule 363(b)(1) (see p. 62) that states: | 62 |
| | **R3.1** | The Trustee **after notice and a hearing**, may use, sell or lease other than in the ordinary course of business, property of the estate... | 62 |
| | R3.2 | **Bankruptcy Rules - Rule 6004 - Use, Sale or Lease of Property.** | 69 |
| | R.3.2 | (a)   **Notice of Proposed Use, Sale or Lease of Property** | |
| | | Notice of a Proposed use, sale or lease or sale of property, other than cash collateral, not in the ordinary course of business shall be given pursuant to Rule 2002(a)(2), ( c)(1) ( i) and (k) and, if applicable with Section 363(b)(2) of the Code | 69 |
| | R.3.3 | Rule 2002(a)(2) Notices to Creditors... | 71 - 72 |
| | | (a)   Twenty One Day Notices to Parties in Interest. | |
| | | Except as provided in subdivisions (h) ( I) (l) (p) and (q) **the clerk**, or some other person as the court may direct shall give the debtor, the trustee, all creditors and intenture trustees at least 21 days notice by mail of: | |
| | | ...      (2)   a proposed use, sale, or lease of property of the estate other than in the ordinary course of business, unless the court for cause shown shortens the time or directs another method of giving notice. | |

PROPOSED ORDER RE: DEBTOR ANTHONY THOMAS'S MOTION FOR JUDICIAL NOTICE

- 2 -

| | | | | Taken Y N |
|---|---|---|---|---|
| R4 | Powell v. Alabama (1932) 287 U.S. 45, 68-69:<br><br>What, then, does a hearing include? Historically and in practice, in our own country at least, it has always included the right to the aid of counsel when desired and provided by the party asserting the right. The right 69*69 to be heard would be, in many cases, of little avail if it did not comprehend the right to be heard by counsel. Even the intelligent and educated layman has small and sometimes no skill in the science of law. If charged with crime, he is incapable, generally, of determining for himself whether the indictment is good or bad. He is unfamiliar with the rules of evidence. Left without the aid of counsel he may be put on trial without a proper charge, and convicted upon incompetent evidence, or evidence irrelevant to the issue or otherwise inadmissible. He lacks both the skill and knowledge adequately to prepare his defense, even though he have a perfect one. He requires the guiding hand of counsel at every step in the proceedings against him. Without it, though he be not guilty, he faces the danger of conviction because he does not know how to establish his innocence. If that be true of men of intelligence, how much more true is it of the ignorant and illiterate, or those of feeble intellect. **If in any case, civil or criminal, a state or federal court were arbitrarily to refuse to hear a party by counsel, employed by and appearing for him, it reasonably may not be doubted that such a refusal would be a denial of a hearing, and, therefore, of due process in the constitutional sense.** | | | |
| R5 | Take Judicial Notice of 14 page Pacer Docket entries 347 Ex Parte Application to Employ Stremmel filed on 10-16-2017 to Docket Entry 469 filed on 3-4-2019 Exhibit 1 to Declaration of Anthony G Thomas pp 12-24 that there is No docket entry showing proof of service by the clerk of the Court 21 or more days before the auction of the emerald btween 10-31-2018 and 11-18-2018 | 12-24 | | -- -- |

**PROPOSED ORDER RE: DEBTOR ANTHONY THOMAS'S MOTION FOR JUDICIAL NOTICE**

- 3 -

| | | | |
|---|---|---|---|
| | | | |

Date: _____                              _____
                                                    Judge

PROPOSED ORDER RE: DEBTOR ANTHONY THOMAS'S MOTION FOR JUDICIAL NOTICE

- 4 -