# EXHIBIT D

## Jeffrey L. Hartman

| | |
|---|---|
| **From:** | Paul Mula <pauly_p_78@yahoo.com> |
| **Sent:** | Tuesday, March 12, 2019 4:20 PM |
| **To:** | jeffrey@jeffreycogan.com; beautausinga@gmail.com; beau@jeffreycogan.com; renobktrustee@gmail.com; jcoppaknudson@ecf.episystems.com; kad@darbylawpractice.com; tricia@darbylawpractice.com; jill@darbylawpractice.com; hersh@darbylawpractice.com; sam@darbylawpractice.com; Jeffrey L. Hartman; Angie Gerbig; ecflukast@hollandhart.com; laury@macauleylawgroup.com; ssharp@rssblaw.com; cobrien@rssblaw.com; ws@waynesilver.com; w_silver@sbcglobal.net; mail@asmithlaw.com; ssmith@smith-lc.com; mbrandt@smith-lc.com; amy@amytirrelaw.com; admin@amytirrelaw.com; USTPRegion17.RE.ECF@usdoj.gov; jgwent@hollandhart.com; vllarsen@hollandhart.com; Anthony Thomas |
| **Subject:** | PLEASE SEE ATTACHED/14-BK-50333-BTB |
| **Attachments:** | 2018-03-08-Notice-of-Motion-for-Judicial-Notice-Opp-135.pdf |

*Paul Mula*

1