# EXHIBIT E



U.S. POSTAGE PAID
PM 2-Day
SAN JOSE, CA
95113
MAR 12, 19
AMOUNT

**$7.35**

R2304Y122983-04

89509

1006

www.usps.gov

PRIORITY MAIL ENVELOPE

POSTAGE REQUIRED REGARDLESS OF WEIGHT

DOMESTIC USE ONLY

R PICKUP CALL 1-800-222-1811

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE™

**HOW TO USE:**

**1. COMPLETE ADDRESS LABEL AREA**
Type or print required return
address and addressee information
in customer block (white area)
or on label (if provided).



**2. PAYMENT METHOD**
Affix postage or meter strip to area
indicated in upper right hand corner.



EXPECTED DELIVERY DAY: 03/14/19

**USPS TRACKING NUMBER**



9505 5103 0201 9071 0896 18

Paul Swata

To

Anthony G. Thomas
1725 Peavine Peak
Reno, NV 89523

RECEIVED MAR 14 2019

Jeffrey L. Hartman
510 W. Plumb Lane Suite B
Reno, NV 89509.



*The efficient FLAT RATE ENVELOPE.*
*You don't have to weigh the envelope... Just pack all your correspondence and documents inside and pay only*
*the 2 lb. Priority Mail postage rate.*

*We Deliver.*