# EXHIBIT F

Inbox - jlh@bankruptcyreno.com - Outlook

| ! | FROM | SUBJECT | RECEIVED | SIZE |
|---|---|---|---|---|
|  | Steve Hartman | FW: Short List | Sat 3/9/2019 7:35 AM | 21... |
|  | Subject: Short List |  |  |  |
|  | Valerie Haimowitz | Now | Sat 3/9/2019 12:12 AM | 77... |
|  | Now that the lion's share of our case is over — correct me if I'm wrong — can John White and I correspond ? If so, please email him and let him know. I see no reason why not. <end> |  |  |  |
|  | Peggy Turk | Re: Representation | Fri 3/8/2019 6:40 PM | 65... |
|  | Oh wow....not surprising though. Historically she's had as many lawyers as shoes. It will be interesting who she finds to represent her. Peggy Sent from my iPad |  |  |  |
|  | Robert L. Eisenberg, Esq | FW: Representation | Fri 3/8/2019 5:21 PM | 54... |
|  | There is a song by Alice Cooper: "No More Mr. Nice Guy" Well, Yanowitch is no more (at least in our case). Goodbye, and good riddance. He waited until he got our notice. Probably not getting |  |  |  |
| @ | Robert L. Eisenberg, Esq | Guy | Fri 3/8/2019 5:02 PM | 25... |
|  | Notice we filed with federal court a few minutes ago. Robert L. Eisenberg ATTORNEY AT LAW Lemons, Grundy & Eisenberg |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 18-50609-btb Certificate of Service | Fri 3/8/2019 4:51 PM | 16... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 18-50609-btb Document | Fri 3/8/2019 4:50 PM | 16... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
|  | eflex@washoecourts.us | NEF: ALBERT THOMAS ETAL VS. ... | Fri 3/8/2019 4:21 PM | 75... |
|  | ***** IMPORTANT NOTICE - READ THIS INFORMATION ***** |  |  |  |
|  | fiveofharts | Re: Changes to CC&Rs | Fri 3/8/2019 4:13 PM | 10... |
|  | Hi Jessica~ Please ask Austin for two proposed dates and times and we can choose from those. Thank you ~ Laurie Hartman |  |  |  |
|  | Jessica Folmer | RE: Changes to CC&Rs | Fri 3/8/2019 4:03 PM | 17... |
|  | Please everyone suggest when and times I am happy to have a meeting and have Austin the attorney present. ???? I would love to get this figured out. Respectfully, Jessica Folmer  CPM  I Partner |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 14-50333-btb Order | Fri 3/8/2019 3:45 PM | 12... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 13-52537-btb Order on Motion T... | Fri 3/8/2019 3:41 PM | 12... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
|  | fiveofharts | Re: Changes to CC&Rs | Fri 3/8/2019 3:21 PM | 11... |
|  | Hi Jessica ~ I am happy to attend a meeting regarding any issues such as assessments, trash, etc. Please advise as to a date and time or who I should call to discuss the problems with. Thank you ~ |  |  |  |
| @ | Cheryl Adlington | Re: Changes to CC&Rs | Fri 3/8/2019 3:01 PM | 16... |
|  | If Austin if open to it I would love to hear what the has to say. I don't have his contact information, unless it's part of these CC'd emails. Austin. My contact info is cheryladlington@sbcglobal.net |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 18-50609-btb Reply | Fri 3/8/2019 2:39 PM | 17... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
| @ | Jessica Folmer | RE: Changes to CC&Rs | Fri 3/8/2019 2:13 PM | 22... |
|  | Morning Cheryl, I know Dave called and spoke to you in depth a little while ago about what all this means, and his knowledge is mostly likely greater than mine in these situations. With that being |  |  |  |
|  | USBC_NEVADA@nvb.uscourts.gov | 13-51237-gwz Order on Motion t... | Fri 3/8/2019 1:56 PM | 19... |
|  | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of |  |  |  |
|  | Carri Newham - First Centennial Title Company | RE: Care Free / Gindt/ Knecht | Fri 3/8/2019 1:39 PM | 70... |
|  | We are on record. Wires being sent now. Thank you. |  |  |  |
|  | fiveofharts | West-coast-cooling-markets.png-... | Fri 3/8/2019 1:38 PM | 23... |
|  | https://www.housingwire.com/ext/resources/images/editorial/Charts/West-coast-cooling-markets.png <end> |  |  |  |

All | Unread

By Date ∨

| ! | ☆ | 🗋 | ⓘ | FROM | SUBJECT | RECEIVED | SIZE | CATEGORIES | M... |
|---|---|---|---|---|---|---|---|---|---|
| | | | | fiveoftharts | West-coast-cooling-markets.png... | Fri 3/8/2019 1:38 PM | 23... | | ⌐ |
| | | | | https://www.housingwire.com/ext/resources/images/editorial/Charts/West-coast-cooling-markets.png <end> | | | | | |
| | | | | 1464 Rand Ave | Re: Care Free / Gindt/Knecht | Fri 3/8/2019 1:17 PM | 77... | | ⌐ |
| | | | | Well it's been way over 15 minutes it's just an excuse in my opinion keep the money over the weekend because it's so large I hope I'm wrong  Sent from my iPhone | | | | | |
| | | | | Peggy Turk | Re: Guzy | Fri 3/8/2019 1:15 PM | 64... | | ⌐ |
| | | | | Here's Mary Ann's email address.... | | | | | |
| | | | | Peggy Turk | Re: Mary Ann Guzy (Ref.#: 58509... | Fri 3/8/2019 12:44 PM | 64... | | ⌐ |
| | | | | Mary Ann is married to Lance Thompson who coaches football in South Carolina. She may be living with him there.  Peggy  Sent from my iPad | | | | | |
| | | | | Carri Newham - First Centennnial Title Company | RE: Care Free / Gindt/Knecht | Fri 3/8/2019 12:06 PM | 65... | | ⌐ |
| | | | | I will let you know the second we are on record. Thanks | | | | | |
| | | ⓘ | | Robert L. Eisenberg, Esq | RE: Guzy | Fri 3/8/2019 12:02 PM | 37... | | ⌐ |
| | | | | Dear everyone: I looked at the Rule 4 request for waiver, attached. I don't see how it could work in our situation. It requires us to provide a stamped, self-addressed envelope or other prepaid | | | | | |
| | | | | Darren Katich | RE: Info request | Fri 3/8/2019 11:54 AM | 75... | | ⌐ |
| | | | | No, I am not retired. Stewart Title kept me on for as long as I want to work. I still need to work for a while, as we are still digging out of our financial struggle. | | | | | |
| ↩ | | | | Kevin Gustafson | Re: Meeting | Fri 3/8/2019 11:53 AM | 74... | | ⌐ |
| | | | | Let's plan on 11:00 then. I will be at your office just prior.  Sandy asked if you would have any outline of items you would like him to be prepared to discuss.  Kevin Gustafson  Owner Gold's Gym | | | | | |
| ↩ | | | | Kevin Gustafson | Meeting | Fri 3/8/2019 11:45 AM | 10... | | ⌐ |
| | | | | Jeff- | | | | | |
| ↩ | | | | Darren Katich | RE: Info request | Fri 3/8/2019 11:36 AM | 14... | | ⌐ |
| | | | | Jeff, | | | | | |
| ↑ | | ⓘ | | Assistant Director | 2018 Recertification Fee - RECEIPT | Fri 3/8/2019 11:34 AM | 16... | | ⌐ |
| | | | | Good Afternoon –   We have received your 2018 Recertification Fee. Attached is a copy of the receipt for your records.  Iris Y. Williams  Assistant Executive Director  The American Board of Certification | | | | | |
| | | | | Robert L. Eisenberg, Esq | FW: Guzy | Fri 3/8/2019 11:33 AM | 3... | | ⌐ |
| | | | | Here is the email I sent to Christenson and Yanowitch. | | | | | |
| | | ⓘ | | Robert L. Eisenberg, Esq | FW: Mary Ann Guzy (Ref.#: 58509... | Fri 3/8/2019 11:32 AM | 72... | | ⌐ |
| | | | | Peggy and Jeff: New information from Margie re service of process in Florida, see below.  Bob | | | | | |
| | | | | Robert L. Eisenberg, Esq | FW: Guzy | Fri 3/8/2019 11:30 AM | 94... | | ⌐ |
| | | | | Peggy and Jeff: | | | | | |
| | | | | cmecf@nvd.uscourts.gov | Activity in Case 3:16-cv-00572-M... | Fri 3/8/2019 11:27 AM | 11... | | ⌐ |
| | | | | This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. | | | | | |
| ↑ | | | | Carri Newham - First Centennnial Title Company | RE: Care Free / Gindt/Knecht | Fri 3/8/2019 11:07 AM | 11... | | ⌐ |
| | | | | Jeff,  I brought in Management and we are good. I am not sure what has happened that they are asking for these items now, but I agree it is frustrating.  Thank you.  Carri Newham  Team Member in | | | | | |
| | | ⓘ | | Robert L. Eisenberg, Esq | RE: Activity in Case 3:19-cv-00129... | Fri 3/8/2019 10:52 AM | 11... | | ⌐ |
| | | | | Here is a copy of the filed order. Margie is waiting to hear back from the Florida process server. | | | | | |
| | | | | Robert L. Eisenberg, Esq | FW: Activity in Case 3:19-cv-0012... | Fri 3/8/2019 10:41 AM | 63... | | ⌐ |
| | | | | Please see order entered a few minutes ago. | | | | | |
| ↑ | | ⓘ | | jc@coopercardinal.com | Sage Contract Redlined | Fri 3/8/2019 10:21 AM | 3... | | ⌐ |
| | | | | Jeff... Please see attached, contract redlined.  Once you are ok with, I can get to Robert to esign.  Thanks  Jack A. Cardinal  Managing Director|  Cooper Cardinal & Company LLC  The | | | | | |

All  Unread

By Date ∨ ↑

| ! | ☆ | 🖉 | FROM | SUBJECT | RECEIVED | SIZE | CATEGORIES | M.. |
|---|---|---|---|---|---|---|---|---|
| | | → 🖉 | jc@coopercardinal.com | Sage Contract Redlined | Fri 3/8/2019 10:21 AM | 3... | | |
| | | | Jeff- Please see attached, contract redlined. Once you are ok with, I can get to Robert to sign. Thanks Jack A.Cardinal Managing Director| Cooper Cardinal & Company LLC The | | | | |
| | | | jc@coopercardinal.com | RE: Nevada Sage | Fri 3/8/2019 10:19 AM | 63... | | |
| | | | 5 park owned homes in contract, that should be it...will confirm with Rob | | | | | |
| | | | Carri Newham - First Centennnial Title Company | RE: Care Free / Knecht | Fri 3/8/2019 10:17 AM | 57... | | |
| | | | Jeffrey, On the signature line can you tell me why it has "sole member and manager of 1502 North Carson Street LLC". Please advise. Carri | | | | | |
| | | ↩ | Wayne Silver | Abandonment Order | Fri 3/8/2019 10:09 AM | 54... | | |
| | | | Any idea when it will be entered? <end> | | | | | |
| | | | Bob Lewis | Re: Silver View | Fri 3/8/2019 10:02 AM | 72... | | |
| | | | All of the leases, recorded or not are in the dropbox. | | | | | |
| | | ↗ | Bob Lewis | Re: Silver View | Fri 3/8/2019 10:01 AM | 71... | | |
| | | | Yes, 3.5%. | | | | | |
| | | ↩ | Bob Lewis | Re: Silver View | Fri 3/8/2019 9:56 AM | 76... | | |
| | | | Yes, that is correct. | | | | | |
| | | | Dante Perano | Agenda 21   Agenda 2030 and Gr... | Fri 3/8/2019 9:53 AM | 74... | | |
| | | | Green New Deal = Agenda 2030  Ocasio-Cortez is just a naive poster woman for a sinister agenda about which she is ultimately clueless. She has been given an undue and exorbitant amount of | | | | | |
| | | | Bob Lewis | Re: Silver View | Fri 3/8/2019 9:38 AM | 75... | | |
| | | | I have looked at both documents and they are fine. Bob | | | | | |
| | | | Glenn | Re: Care Free | Fri 3/8/2019 9:36 AM | 57... | | |
| | | | Got it. Thanks Glenn | | | | | |
| ! | | ↩ 🖉 | jc@coopercardinal.com | Nevada Sage | Fri 3/8/2019 9:34 AM | 1... | | |
| | | | Jeff- For sellers also....  Jack A.Cardinal  Managing Director| Cooper Cardinal & Company LLC  The Jeffrey Ferenz Mobile Home Park Team | | | | | |
| | | 🖉 | srv@bankruptcyreno.com | Message from "RNP002673D068A6" | Fri 3/8/2019 9:18 AM | 62... | | |
| | | | This E-mail was sent from "RNP002673D068A6" (MP 4054i). | | | | | |
| | | | Carri Newham - First Centennnial Title Company | RE: Care Free / Knecht | Fri 3/8/2019 9:09 AM | 54... | | |
| | | | I sure will. Thanks | | | | | |
| | | | Steve Hartman | FW: Short List | Fri 3/8/2019 9:07 AM | 52... | | |
| | | | Subject: Short List | | | | | |
| | | ↩ | Richard Joseph Sr. | Corp BK | Fri 3/8/2019 9:02 AM | 64... | | |
| | | | Jeff, could you please e-mail me the date the Richard Joseph & Com Bankruptcy was finlaled.  I cannot find the papers.  Thank You   Richard <end> | | | | | |
| | | | Cheryl Adlington | Re: Changes to CC&Rs | Fri 3/8/2019 8:41 AM | 12... | | |
| | | | Good morning fellow Plumgate peeps.  I'd love to hear any feedback you all have about the CC&R changes and about the trash situation.  Shall we meet to discuss the possibilities?  Cheryl A. | | | | | |
| | | 🖉 | CPM Admin | Garbage and recycling bins - Plu... | Fri 3/8/2019 8:09 AM | 15... | | |
| | | | Good morning All, Please see attachment regarding garbage and recycling bins at Plumgate.  Respectfully,  Stacy Cohn  Administrative Assistant | | | | | |
| | | | USBC_NEVADA@nvb.uscourts.gov | 13-51237-gwz Order on Applicati... | Fri 3/8/2019 7:46 AM | 19... | | |
| | | | ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of | | | | | |
| | | | 1464 Rand Ave | Re: Silver View | Fri 3/8/2019 7:46 AM | 64... | | |
| | | | OK I will read it  Sent from my iPhone | | | | | |

3

| | FROM | SUBJECT | RECEIVED | SIZE | CATEGORIES |
|---|---|---|---|---|---|
| | 1464 Rand Ave<br>OK I will read it  Sent from my iPhone | Re: Silver View | Fri 3/8/2019 7:46 AM | 64... | |
| | USBC_NEVADA@nvb.uscourts.gov<br>***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of | 13-51236-gwz Order on Motion t... | Fri 3/8/2019 7:41 AM | 95... | |
| | Dante Perano | Fwd: I'll bet you will watch this ... | Fri 3/8/2019 4:37 AM | 92... | |
| | Bankruptcy Law360<br>U.S. District Judge William Alsup is proposing barring Pacific Gas and Electric Co. from paying shareholder dividends until it is in compliance with state laws on clearing trees away from its power | PG&E Under Court Pressure To Tr... | Fri 3/8/2019 12:21 AM | 46... | |
| | USBC_NEVADA@nvb.uscourts.gov<br>***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of | 14-50333-btb BNC Certificate of ... | Thu 3/7/2019 10:12 PM | 12... | |
| | Cheryl Adlington<br>Jessica, I need to have this explained to me in English...not legalese, prior to responding.  Not sure why we need to change things.  Please let me know what this actually means. Thanks!  Cheryl | Re: Changes to CC&Rs | Thu 3/7/2019 8:53 PM | 10... | |
| | jc@coopercardinal.com | Nevada Real Estate Disclosures.pdf | Thu 3/7/2019 8:19 PM | 66... | |

4