# EXHIBIT G

## Deleted Items

Recover items recently removed from this folder

By Date ∨ ↑

| ! | FROM | SUBJECT | RECEIVED | SIZE | CATEGORIES |
|---|---|---|---|---|---|
| | Natchez Shooters Supp... | Two Days Only - 12% Off Holster Orders 49.99~ New Lower Shipping Rate Shown at Checkout | Sat 3/9/2019 5:04 AM | 139... | |
| | Zillow | 1 Result for My Saved Search  <https://click.mail.zillow.com/q/8ZQNrtmGXTesavdE6q0XXsA~~/AAAAAQA~/RgRezhxYPvcGemlsbG93QgoAHilXg1xAVVxwUhZqbGhAYmFua3J1cHRjeXJlbm8uY29tWAQAAAAA> Daily results straight to your | Sat 3/9/2019 2:37 AM | 116... | |
| | The Western Journal B... | Normally Pro-Trump Lou Dobbs Says White House Has 'Lost Its Way'  <https://f464e7.efeedbacktrk.com/pvdlcnwytmrbcngbythrbmhtbfdkjwdwmrlkldfmdjj_qpnvpfwhdtmgswndgnhh.gif> | Fri 3/8/2019 5:32 PM | 263... | |
| | Costco Wholesale | ENDS TODAY! Online-Only Hot Buys + Buy 3 & Get Free Shipping on Kirkland Signature Golf Balls  $150 - $250 off select Macbook Pro and iMacs end Monday, 3/11/19. | Fri 3/8/2019 1:40 PM | 550... | |
| | myLawCLE | How the iPad can be a Litigator's Best friend  Over 400 Live CLE National Video Broadcasts • 30 Plus Practice Areas • Paralegal Training • Legal Hot Topics | Fri 3/8/2019 1:04 PM | 209... | |
| | Gina MacLellan | RSVP today for WCBA Luncheon - Blockchains  1 Hour CLE Credit | Fri 3/8/2019 12:20 PM | 143... | |
| | The Western Journal | House Passes Bill To Enact Major Change to Election System  <https://80534d.efeedbacktrk.com/hdfwhljsrclzhlwdzsnvlzlvlnznmpbjmjdfnwpwmnvhcc_bqficqlbzvpggldcggdd.gif> | Fri 3/8/2019 12:06 PM | 347... | |
| | ProLawCLE | CLE - An Opioid Litigation Monday  Attorney James D. Young presents An Opioid Litigation How-To on March 11, 2019 | Fri 3/8/2019 11:45 AM | 179... | |
| | Federal Bar Association | Serving on Nonprofit Boards: Good Governance & Guidelines for Attorneys  Federal Bar Association    Welcome to the Federal Bar's New Online CLE Webinar Catalog Live National CLE Webinars | Fri 3/8/2019 11:34 AM | 155... | |
| | Grambo, Kent | There's an easier way  Hi Jeffrey, The answer? Cvent's event management technology. Join us for a webinar that demonstrates the types of solutions Cvent's event management technology offers to our 300,000+ users, | Fri 3/8/2019 11:11 AM | 112... | |
| | Banking Law360 | International Women's Day & The Legal Industry  U.S. law firms are on track to achieve gender parity in partner promotions by 2032, and gender parity within the partner ranks at a time far beyond that, a reality some say necessitates drastic change if | Fri 3/8/2019 11:03 AM | 275... | |
| | The Western Journal B... | '80s TV Heartthrob DEAD at Age 74  <https://a95ff59.efeedbacktrk.com/gvnntljskqrjdljtfdkwcjdjcjwdwmpgsnsrmwtptnwwtyc_ksprdsnfpjlwhtdthll.gif> | Fri 3/8/2019 10:38 AM | 115... | |
| | Bankruptcy Law360 | International Women's Day & The Legal Industry  U.S. law firms are on track to achieve gender parity in partner promotions by 2032, and gender parity within the partner ranks at a time far beyond that, a reality some say necessitates drastic change if | Fri 3/8/2019 10:34 AM | 275... | |
| | Omni Management Gr... | Omni Management Bankruptcy Today  <https://www.omnimgt.com/cmsvol/rustomnilogo.png?v=2> | Fri 3/8/2019 10:30 AM | 227... | |
| | myLawCLE | LLC's, C-Corps and S-Corps Under the New Tax Law  Over 400 Live CLE National Video Broadcasts • 30 Plus Practice Areas • Paralegal Training • Legal Hot Topics | Fri 3/8/2019 10:02 AM | 201... | |
| | Federal Bar Association | Personal Injury: What Insurance Companies Don't Want Plaintiffs to Know  Federal Bar Association    Welcome to the Federal Bar's New Online CLE Webinar Catalog Live National CLE Webinars | Fri 3/8/2019 9:03 AM | 133... | |

1

Deleted Items - jlh@bankruptcyreno.com - Outlook

File | Home | Send / Receive | Folder | View | Help | ADOBE PDF | ♀ Tell me what you want to do

Ignore | Clean Up ▾ | Junk ▾ | Delete | Archive | Reply | Reply All | Forward | More ▾ | Meeting | To Manager | Done | Create New | Team Email | Reply & Delete | Move | Rules | OneNote | Assign Policy ▾ | Unread/Read | Categorize ▾ | Follow Up ▾ | Search People | Address Book | Filter Email

Search Deleted Items | Current Folder ▾

Deleted Items — By Date ▾ ↑

ⓘ Recover items recently removed from this folder

| ! | FROM | SUBJECT | RECEIVED ▾ | SIZE | CATEGORIES |
|---|---|---|---|---|---|
| | Federal Bar Association | Personal Injury: What Insurance Companies Don't Want Plaintiffs to Know<br>Federal Bar Association    Welcome to the Federal Bar's New Online CLE Webinar Catalog   Live National CLE Webinars | Fri 3/8/2019 9:03 AM | 133 ... | |
| | PPL Group | Bidding Open - Bobst Die Cutting, Foil Stamping, Embossing & Folding Equipment<br><http://r20.rs6.net/on.jsp?ca=ed50e819-dc19-4445-ba0c-b3ba472e7440&a=1129936419485&c=45a751f0-1daa-11e9-80fe-d4ae52643dc7&ch=46194da0-1daa-11e9-812b-d4ae52643dc7> | Fri 3/8/2019 9:03 AM | 122 ... | |
| | Zillow | Plan Your Weekend: 1 Open House - My Saved Search<br><https://click.mail.zillow.com/q/AmdgTltKi4ahhOWTm_UXoQ~~/AAAA4QA~/RgRgReZR7sPY0GemlsbG93QgoAJeyZgixleGMJUhZqbGhAYmFua3J1cHRjeXJlbm8uY29tWAQAAAAA>   Open houses, new results | Fri 3/8/2019 8:36 AM | 103 ... | |
| | State Bar of Nevada | CLE: Check Out These Upcoming Seminars!<br>Register today! | Fri 3/8/2019 8:01 AM | 182 ... | |
| | ProLawCLE | Live CLE Non-Compete Litigation<br>Attorney Christoper Kendall presents Non-Compete Litigation on March 19, 2019 | Fri 3/8/2019 7:50 AM | 208 ... | |
| | The Western Journal B... | Watch: Hot Mic Catches CNBC Guest Torching Dem's Arguments: 'Crock of Sh*t'<br><https://24650.efeedbacktrk.com/vjhqjqdtbhqnylqqcnkrfqnqfqmnmzpdmdhyrgcgjyyyhf_jpftqmrfnwbvrsvnfbn.gif> | Fri 3/8/2019 7:44 AM | 169 ... | |
| | Zillow | New Listing: 13080 Fellowship Way, Reno, NV 89511.<br><http://click.mail.zillow.com/q/fu3asVWuZy993RjcdSHAgg~~/AAAA4QA~/RgRgReZQ0UPV0GemlsbG93QgoAGxSIgiwKDeptUhZqbGhAYmFua3J1cHRjeXJlbm8.uY29tWAQAAAAA>   Latest results for your My | Fri 3/8/2019 7:20 AM | 108 ... | |
| | Jennifer Guirguis | Consumer Practitioners, We're Talking to You<br><http://connect.abi.org/e/107412/2019-03-08/3fh9pp/475383163?h=vrlvzybnSV/6it5bP-bUp76cELVki38_xj1QYHUtVtzjo>   ANNUAL SPRING MEETING | Fri 3/8/2019 7:15 AM | 154 ... | |
| | Natchez Shooters Supp... | Save Up To 65% Off On Personal Defense Ammo<br>New Lower Shipping Rate Shown at Checkout | Fri 3/8/2019 7:04 AM | 150 ... | |
| | Brian Hooper, Program... | 2018 CDP Survey: Corporate Disclosure of Climate Change Risks CLE THURS., APRIL 18TH, @1 PM EDT<br>Upcoming CLE webinar | Fri 3/8/2019 6:35 AM | 175 ... | |
| | John Hartgen | ABI Headlines Delivered<br>ABI Daily Headlines | Fri 3/8/2019 6:29 AM | 256 ... | |
| | Consultants' Training I... | Starts Monday: Matrimonial Litigation<br>The entire process of matrimonial litigation support | Fri 3/8/2019 5:12 AM | 190 ... | |
| | Natchez Shooters Supp... | Last Day To Save - Take An Additional 10% Off Reloading Purchases $99.99+<br>New Lower Shipping Rate Shown at Checkout | Fri 3/8/2019 5:05 AM | 140 ... | |
| | Zillow | 2 Results for My Saved Search<br><https://click.mail.zillow.com/q/ZxenbvTy-oWt47wJHdjlL2Q~~/AAAA4QA~/RgRgReZMrqPY0GemlsbG93QgoAlepFgiy9dVxxUhZqbGhAYmFua3J1cHRjeXJlbm8uY29tWAQAAAAA>   Daily results straight to your | Fri 3/8/2019 2:38 AM | 134 ... | |
| | Banking Law360 | CFPB Head Won't Rule Out Further Payday Rule Changes<br>The new head of the Consumer Financial Protection Bureau signaled to House lawmakers on Thursday that the agency hasn't closed the door on going further in its efforts to overhaul its payday lending | Fri 3/8/2019 2:27 AM | 578 ... | |
| | Costco Wholesale | Costco Travel: Click, Book, Go!<br>Save with member value on summer cruises, rental cars and a whole lot more. | Thu 3/7/2019 7:20 PM | 500 ... | |
| | The Western Journal B... | Multiple School Districts Forced To Close After Teachers Coordinate Use of Sick Days | Thu 3/7/2019 5:32 PM | 277 ... | |

2