Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB |
| | (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER    7 |
| Debtors. | **TRUSTEE'S REQUEST FOR JUDICIAL NOTICE** |
| | Hearing Date: March 22, 2019<br>Hearing Time: 10:00 a.m. |

As permitted by F.R. Evid. 201, the Trustee requests the Court take judicial notice of the papers appended hereto. This Court's decision in <u>Kenmark Ventures, LLC v. Anthony Thomas</u>, adv. no. 14-05022, was appealed first to the Bankruptcy Appellate Panel and then to the Ninth Circuit, appeal no. 17-60042. A copy of the docket in the Ninth Circuit appeal ("Appeal Docket"), is attached as **Exhibit 1**. Argument was scheduled for February 13, 2018. On February 9, 2018, the Court determined oral argument to be unnecessary.

1.  On February 12, 2018, Thomas filed his Appellant's Motion To Supplement Record To Include Newly Available Evidence. **Appeal DE 27. Exhibit 2.**

2.  On that same date, Thomas filed his Errata To Appellant's Motion To Supplement Record To Include Newly Available Evidence. **Appeal DE 28. Exhibit 3**.

///

3. On February 14, Kenmark filed its Opposition To Appellant's Motion To Supplement Record To Include Newly Available Evidence. **Appeal DE 30. Exhibit 4.**

4. On March 23, 2018, the Ninth Circuit issued its Memorandum decision on the matter affirming the Bankruptcy Court's judgment in favor of Kenmark. **Appeal DE 31.  Exhibit 5**.

5. On April 16, 2018, the Ninth Circuit issued its Mandate.  **Appeal DE 32. Exhibit 6.**

6. On August 17, 2018, Thomas filed his Motion To Recall Mandate.  **Appeal DE 37.  Exhibit 7.**

7. On September 2, 2018, Thomas filed his Reply In Support of Motion To Recall Mandate.  **Appeal DE 39. Exhibit 8**.

8. On October 17, 2018, the Ninth Circuit issued its Order denying the Motion To Recall Mandate. **Appeal DE 40.   Exhibit 9.**

9. Docket from Santa Clara Superior Court, Kenmark v. Thomas, et al., case no. 2008-1-CV-130677.  **Exhibit 10.**

DATED: March 15, 2019.

                                    **HARTMAN & HARTMAN**

                                    <u>/S/ Jeffrey L. Hartman</u>
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800