# **EXHIBIT 6**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ANTHONY THOMAS; et al.,

Debtors,

─────────────────────────────

ANTHONY THOMAS and WENDI THOMAS,

Appellants,

v.

KENMARK VENTURES, LLC,

Appellee.

No. 17-60042

BAP No. 16-1058
BAP, Reno Bankruptcy Court

**MANDATE**

The judgment of this Court, entered March 23, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7