# EXHIBIT 10

## Case Information

2008-1-CV-130677 | Kenmark Ventures, LLC vs T. Thomas, et al

| | | |
|---|---|---|
| Case Number | Court | File Date |
| 2008-1-CV-130677 | Superior Court of Santa Clara - Civil | 12/19/2008 |
| Case Type | Case Status | |
| Breach of Contract/Warranty Unlimited (06) | Closed/Inactive | |

## Party

Plaintiff/Defendant (Participant)
Kenmark Ventures, LLC

Active Attorneys ▾
Lead Attorney
Kornbluh, David Irwin
Retained

Work Phone
408-512-3022

Notice (Participant)
CESC Neutral Mark V. Isola

Active Attorneys ▾
Lead Attorney
Rehon & Roberts APC
Retained

Work Phone
408-494-0900

Details

Defendant/Cross Complainant (Participant)          Active Attorneys ▾
Thomas, Tony                                       Attorney
                                                   Machado, Robert A.
                                                   Retained

                                                   Work Phone
                                                   408-280-7011


                                                   Attorney
                                                   Morrissey, Michael T.
                                                   Retained

                                                   Work Phone
                                                   408-872-1850


                                                   Lead Attorney
                                                   Greenfield Draa & Harrington
                                                   LLP
                                                   Retained

                                                   Work Phone
                                                   408-995-5600


Defendant
Electronic Plastics, LLC


Defendant              Active Attorneys ▾
Gardiner, Michael         Pro Se


Cross Complainant (Participant)    Active Attorneys ▾
A T Emerald, LLC                   Attorney
                                   Machado, Robert A.
                                   Retained

                                   Work Phone
                                   408-280-7011


                                   Attorney
                                   Morrissey, Michael T.
                                   Retained

3/11/2019                                              Details

Work Phone
408-872-1850


Lead Attorney
Greenfield Draa & Harrington
LLP
Retained

Work Phone
408-995-5600


## Disposition Events

01/09/2013 Judgment ▼

Judicial Officer
McKenney, Kevin E

Judgment Type
Stipulated Judgment (CV)

Party
    Name: Gardiner, Michael

    Comment: dispositiveflag=NO;foragainstcode=A;


Party
    Name: Thomas, Tony

    Comment: dispositiveflag=NO;foragainstcode=A;


Party
    Name: Kenmark Ventures, LLC

    Comment: dispositiveflag=NO;foragainstcode=F;

3/11/2019                                                        Details

Judgment – Monetary Award

Awarded To:

Kenmark Ventures, LLC

Judgment Amount: $6,000,000.00

And Attorney Fees: $0.00

Awarded Against:

Thomas, Tony

Amount

Pre-Judgment Interest: $0.00

Costs: $0.00

Other: $6,000,000.00

Total: $6000000.00

Comment: printdate=Jan 9 2013; freetext=$6,000,000.00 jointly & severally; possessionflag=0; printpartiesflag=0; origjudgdate=Jan 9 2013; judgstatusdate=Jan 9 2013; judgstatus=Entered; casetype=06UN;

03/07/2014 Judgment ▾

Judicial Officer
Elfving, William J

Judgment Type
Stipulated Judgment (CV)

Party
Name: Gardiner, Michael

Comment: dispositiveflag=NO;foragainstcode=A;

Party
Name: Kenmark Ventures, LLC

Comment: dispositiveflag=NO;foragainstcode=F;

Judgment – Monetary Award

Awarded To:

Kenmark Ventures, LLC

3/11/2019                                          Details

Judgment Amount: $4,500,000.00

And Attorney Fees: $0.00

Awarded Against:

Gardiner, Michael

Amount

Pre-Judgment Interest: $0.00

Costs: $0.00

Other: $4,500,000.00

Total: $4500000.00

Comment: printdate=Mar 7 2014; freetext=total judgment: $4,500,000.00 together with interest, signed by Judge Elfving; possessionflag=0; printpartiesflag=1; origjudgdate=Mar 7 2014; judgstatusdate=Mar 7 2014; judgstatus=Entered; casetype=06UN;

03/07/2014 Judgment ▼

Judgment Type
Stipulated Judgment (CV)

Party
Name: CESC Neutral Mark V. Isola

Party
Name: A T Emerald, LLC

Party
Name: Gardiner, Michael

Party
Name: Electronic Plastics, LLC

Party
Name: Thomas, Tony

3/11/2019                                                    Details

Party
    Name: Kenmark Ventures, LLC

## Events and Hearings

12/19/2008 Civil Case Cover Sheet ▾

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Case Cover Sheet Decision = M Closed = 12/19/2008

12/19/2008 Complaint (Unlimited) (Fee Applies) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Complaint Filed/Summs Issued Decision = M Closed = 12/19/2008

12/19/2008 Summons: Issued/Filed ▾

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Summons Filed Decision = M Closed = 12/19/2008

01/20/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed = 01/20/2009

01/20/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed = 01/20/2009

---

01/26/2009 Demurrer ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = hrg 3.24.09 at 9am dept 5; atty kafka Legacy Name = CV Ntc:Demurrer, Unltd Decision = M
Closed = 01/26/2009

---

01/26/2009 Demurrer ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = special and general demurrers to complt Legacy Name = CV Demurrer, no fees Decision = M
Closed = 01/26/2009

---

01/26/2009 Memorandum: Points and Authorities ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Memo:Ps & As/Suppt of Demurrer Decision = M Closed = 01/26/2009

---

01/26/2009 Request: Judicial Notice ▾

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Req:Judicial Ntc Decision = M Closed = 01/26/2009

---

02/17/2009 Proof of Service ▾

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Proof of Svc Decision = M Closed = 02/17/2009

---

02/24/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = re (atty J. Scanlan) Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed =
02/24/2009

---

02/24/2009 Default Not Entered ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = Party when served does not agree with summon and compl. (see prf filed 01/20/09). Legacy
Name = CV Default Not Entered Decision = M Closed = 02/27/2009

03/05/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = amended Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed =
03/05/2009

03/11/2009 Response/Reply ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = response to def tony thomas' demurrer (joseph a. scanlan) Legacy Name = CV Response
Decision = M Closed = 03/11/2009

03/20/2009 Complaint: Amended ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = Atty Scanlan Legacy Name = CV 1st Amended Complaint Decision = M Closed = 03/20/2009

03/20/2009 Summons: Issued/Filed ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = on first amended complaint. Atty Scanlan Legacy Name = CV Summons Filed Decision = M
Closed = 03/20/2009

03/23/2009 Proof of Service ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = served Joseph R. Kafka, atty on behalf of Tony Thomas Legacy Name = CV Proof of Svc
Decision = M Closed = 03/23/2009

03/24/2009 Hearing: Demurrer ▾

Original Type
Hearing: Demurrer

Judicial Officer
Levinger, Mary Jo

Hearing Time
9:00 AM

Result
Off Calendar (before hearing)

Comment
Text = Hearing on Demurrer to Portions of the Complaint by Def Tony Thomas (Joseph R. Kafka) *Request for Judicial Notice* *Off-Calendar by Movng Party Joseph Kafka* Result By = C Result Judge = MJL - Levinger, Mary Jo Result Date = 03/23/2009 Log Note Text = {EvtCD=H06D; Jdg=226; Clk=307; HdrDtm=2009/03/24 1555pm; Notes=none; },

04/14/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = 1st amended complaint. Atty Scanlan Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed = 04/14/2009

04/21/2009 Notice of Hearing ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = demurrer to first amended complaint, 06-30-09, 9:00 a.m., Dept. 5, (Atty Kafka) Legacy Name = CV Ntc of Hearing re: Decision = M Closed = 04/21/2009

04/21/2009 Demurrer ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = special and general demurrers to first amended compl. Legacy Name = CV Demurrer, no fees Decision = M Closed = 04/21/2009

04/21/2009 Memorandum: Points and Authorities ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Memo:Ps & As/Suppt of Demurrer Decision = M Closed = 04/21/2009

04/21/2009 Request: Judicial Notice ▾

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Req:Judicial Ntc Decision = M Closed = 04/21/2009

04/27/2009 Statement: Case Management Conference ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = (Atty Kafka) Legacy Name = CV Case Mgmt Statement Decision = M Closed = 04/27/2009

04/27/2009 Statement: Case Management Conference ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = atty scanlan Legacy Name = CV Case Mgmt Statement Decision = M Closed = 04/27/2009

05/12/2009 Default Entered ▾

Judicial Officer                 Comment
Levinger, Mary Jo                Legacy Name = CV Default Entered Decision = M Closed = 05/13/2009

05/12/2009 Conference: Case Management ▾

Original Type
Conference: Case Management

Judicial Officer
Strickland, Elizabeth

Hearing Time
2:15 PM

Result
Set for:

Comment
Result By = C Result Judge = ES2 - Strickland, Elizabeth Result Date = 05/12/2009

05/14/2009 Default Pending ▾

Judicial Officer                 Comment
Levinger, Mary Jo                Legacy Name = CV Default Pending Decision = M Closed = 05/14/2009

06/17/2009 Opposition/Objections ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = plt's opposition to def tony thomas' general and special demurrer (joseph a. scanlan, jr.) Legacy
Name = CV Opposition Decision = M Closed = 06/17/2009

06/22/2009 Response/Reply ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = memo of p's and a's in suppt of demurrer to 1st amended complt. Legacy Name = CV Reply
Decision = M Closed = 06/22/2009

06/30/2009 Order: Submitted Matter ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = -Hearing on Demurrer 6-30-09 D-5 @9AM -Thomas' Demurrer to the Fourth and Fifth COA of the
First Amended Complaint on the Ground that They are Uncertain is OVERRULED. -Thomas' Demurrer
to the Fourth and Fifth COA of the First Amended Complaint on the Grounds that They Fail to State
Facts Sufficient to Constitute a Claim or Fail to State Facts with Sufficient Particularity is OVERRULED.
Order Signed by Judge Levinger. Legacy Name = Order on Submitted Matter Decision = M Closed =
07/01/2009

06/30/2009 Hearing: Demurrer ▾

Original Type
Hearing: Demurrer

Judicial Officer
Levinger, Mary Jo

Hearing Time
9:00 AM

Result
Heard: Taken Under Submission

Comment
Text = Hearing on Demurrer to Portions of the First Amended Complaint by Def Tony Thomas (Joseph R.
Kafka) *Request for Judicial Notice* Result By = C Result Judge = MJL - Levinger, Mary Jo Result Date =
06/30/2009 Log Note Text = {EvtCD=H06D; Jdg=226; Clk=483; HdrDtm=2009/06/30 1044pm; Notes=none; },

07/01/2009 Proof of Service: Summons DLR (Civil) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Legacy Name = CV Proof of Svc Compl/Pet/Summons Decision = M Closed = 07/01/2009

07/02/2009 Declaration ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = of Joseph Scanlan. Atty Scanlan Legacy Name = CV Declaration Decision = M Closed =
07/02/2009

07/09/2009 Hearing: OSC Dismissal Failure to Appear ▾

Original Type
Hearing: OSC Dismissal Failure to Appear

Details

Judicial Officer
Levinger, Mary Jo

Hearing Time
10:00 AM

Result
Set for: further CMC

Comment
Text = Re: FTS deft Michael Gardner Result By = C Result Judge = MJL - Levinger, Mary Jo Result Date =
07/09/2009

07/20/2009 Answer/Response (No Fee) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = Joseph R. Kafka Legacy Name = CV Answer - NO FEES DUE! Decision = M Closed =
07/20/2009

07/20/2009 Answer (Unlimited) (Fee Applies) ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = taken on x_compl. Legacy Name = CV First Paper Def - Unltd Decision = M Closed = 07/20/2009

07/20/2009 Cross-Complaint ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = Joseph R. Kafka Legacy Name = CV Cross-Complaint Decision = M Closed = 07/20/2009

07/20/2009 Summons: Issued/Filed ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = x-compl. Legacy Name = CV Summons Issued Decision = M Closed = 07/20/2009

07/20/2009 Summons: Issued/Filed ▾

Judicial Officer
Levinger, Mary Jo

Comment
Text = x-compl. Legacy Name = CV Summons Filed Decision = M Closed = 07/20/2009

07/20/2009 Statement: Case Management Conference ▾

Details

Judicial Officer
Levinger, Mary Jo

Comment
Text = Joseph R. Kafka Legacy Name = CV Case Mgmt Statement Decision = M Closed = 07/20/2009

07/29/2009 Answer (Unlimited) (Fee Applies) ▼

Judicial Officer
Levinger, Mary Jo

Comment
Text = (In Pro Per) Legacy Name = CV Answer, Unltd, w/fees Decision = M Closed = 07/29/2009

07/29/2009 Request to Waive Court Fees (FW-001) ▼

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = Req to Waive Court Fees Decision = M Closed = 07/29/2009

07/30/2009 Order on Court Fee Waiver (FW-003) ▼

Judicial Officer
Levinger, Mary Jo

Comment
Text = granted in whole judge levinger Legacy Name = Order on Court Fee Waiver Decision = G Closed = 07/30/2009

08/03/2009 Statement: Case Management Conference ▼

Judicial Officer
Levinger, Mary Jo

Comment
Text = atty scanlan Legacy Name = CV Case Mgmt Statement Decision = M Closed = 08/03/2009

08/17/2009 General Denial (no fees) ▼

Judicial Officer
Levinger, Mary Jo

Comment
Text = atty scanlan Legacy Name = CV General Denial w/out fees Decision = M Closed = 08/17/2009

08/17/2009 Cross-Complaint ▼

Judicial Officer          Comment
Levinger, Mary Jo         Legacy Name = CV Cross-Complaint Decision = M Closed = 08/17/2009

08/18/2009 Conference: Further Case Management ▼

Original Type
Conference: Further Case Management

3/11/2019                                                      Details

Judicial Officer
Levinger, Mary Jo

Hearing Time
10:00 AM

Result
Continued: Court

Comment
Text = (set from 7/9/09 OSC) Result By = C Result Judge = MJL - Levinger, Mary Jo Result Date = 08/18/2009

08/24/2009 Answer/Response (No Fee) ▾

   Judicial Officer
   Levinger, Mary Jo

   Comment
   Text = atty kafka Legacy Name = CV Answer - NO FEES DUE! Decision = M Closed = 08/24/2009

09/14/2009 Statement: Case Management Conference ▾

   Judicial Officer
   Levinger, Mary Jo

   Comment
   Text = (Atty Scanlan) Legacy Name = CV Case Mgmt Statement Decision = M Closed = 09/14/2009

09/29/2009 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
Levinger, Mary Jo

Hearing Time
10:00 AM

Result
Referral: Civil Early Settlement Conference

Comment
Text = (Cont from 8/18/09) Result By = C Result Judge = MJL - Levinger, Mary Jo Result Date = 09/29/2009

10/14/2009 Clerk's Notice ▾

   Judicial Officer
   Levinger, Mary Jo

   Comment
   Text = Appointment of Neutral Mark V. Isola -sent to all parties Legacy Name = CV Clerk's Notice
   Decision = M Closed = 10/14/2009

12/18/2009 Arbitration: Other Action ▾

   Judicial Officer
   Levinger, Mary Jo

3/11/2019                                                         Details

> Comment
> Text = Voucher for payment sent to finance Legacy Name = CV Other Arb Action Decision = M Closed =
> 12/18/2009

01/07/2010 Review: Civil Early Settlement Conf Status ▾

Original Type
Review: Civil Early Settlement Conf Status

Judicial Officer
Levinger, Mary Jo

Hearing Time
10:30 AM

Result
Held: Civil Early Settlement Conference-not settled

Comment
Text = Neutral Appointed 10-14-09: Mark V. Isola (Held 11-20-09, Not Settled) Result By = C Result Judge =
MJL - Levinger, Mary Jo Result Date = 01/07/2010

05/04/2010 Conference: Trial Setting ▾

Original Type
Conference: Trial Setting

Judicial Officer
McKenney, Kevin E

Hearing Time
11:00 AM

Result
Continued: Court

Comment
Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 05/04/2010

07/13/2010 Conference: Trial Setting ▾

Original Type
Conference: Trial Setting

Judicial Officer
McKenney, Kevin E

Hearing Time
11:00 AM

Result
Set for S/C and Trial

Comment
Text = (cont from 5/4/10) Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 07/13/2010

08/20/2010 Jury Fee Deposit ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = $150 for jury fees by tony thomas Legacy Name = CV Jury Fee Deposit Decision = M Closed = 08/20/2010

---

09/02/2010 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = former: joseph r. kafka new: anthony j. trepel Legacy Name = CV Substitution of Attorney Decision = M Closed = 09/02/2010

---

09/02/2010 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = former: joseph r. kafka new: anthony j. trepel Legacy Name = CV Substitution of Attorney Decision = M Closed = 09/02/2010

---

09/02/2010 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = def and x-complainant tony thomas' ex parte application and memo of p's and a's to continue trial date and for protective order (anthony j. trepel) Legacy Name = CV Ex Parte Appl Decision = M Closed = 09/02/2010

---

09/02/2010 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = decl of anthony j. trepel in support of def and x-complainant tony thomas' ex parte application to continue trial date and for protective order (anthony j. trepel) Legacy Name = CV Declaration Decision = M Closed = 09/02/2010

---

09/02/2010 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Joseph Scalnan Jr in oppos ex parte mtn to cont trial and for protective order Legacy Name = CV Declaration Decision = M Closed = 09/02/2010

---

09/02/2010 Memorandum: Points and Authorities ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to def Tony Thomas ex parte applic to cont trial date and for protective order atty Joseph Scanlan
Legacy Name = CV Memo:Ps & As/Opposn to Mtn Decision = M Closed = 09/02/2010

09/14/2010 Order ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = order cont trial date Judge McKenney Legacy Name = CV Order Decision = M Closed =
09/14/2010

09/16/2010 Notice: Change Address/Firm Name ▾

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Change of Atty address/Firm Decision = M Closed = 09/16/2010

10/06/2010 Conference: Settlement Jury ▾

Original Type
Conference: Settlement Jury

Judicial Officer
McKenney, Kevin E

Hearing Time
1:30 PM

Result
Vacated

Comment
Text = set for trial setting per order Result By = C Result Judge = KEM - McKenney, Kevin Result Date =
09/14/2010

10/12/2010 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
McKenney, Kevin E

Hearing Time
8:45 AM

Result
Vacated

Comment
Text = tim est 7 days Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 09/14/2010

3/11/2019                                                        Details

10/26/2010 Conference: Trial Setting ▾

Original Type
Conference: Trial Setting

Judicial Officer
McKenney, Kevin E

Hearing Time
11:00 AM

Result
Set for S/C and Trial

Comment
Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 10/26/2010

12/02/2010 Jury Fee Deposit ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = $150 paid Legacy Name = CV Jury Fee Deposit Decision = M Closed = 12/02/2010

01/13/2011 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
Monahan, William

Comment
Text = memo of p's and a's in support of appl for OST for mtn to compel (atty Orellana) Legacy Name =
CV Ex Parte Appl Decision = M Closed = 01/13/2011

01/13/2011 Declaration ▾

Judicial Officer
Monahan, William

Comment
Text = of J Carlos Orellana in support of ex parte appl Legacy Name = CV Declaration Decision = M
Closed = 01/13/2011

01/13/2011 Declaration ▾

Judicial Officer
Monahan, William

Comment
Text = o9f Joseph A Scanlan in support of ex parte appl. Legacy Name = CV Declaration Decision = M
Closed = 01/13/2011

01/13/2011 Order: Ex Parte ▾

Judicial Officer
Monahan, William

3/11/2019                                                                    Details

Comment
Text = motion will be heard at 9am 2-4-11 in dept 18 - signed by judge monahan Legacy Name = CV Ex
Parte Order Decision = G Closed = 01/13/2011

01/13/2011 Notice: Entry of Order ▾

Judicial Officer              Comment
McKenney, Kevin E             Legacy Name = CV Ntc:Entry of Order Decision = M Closed = 01/13/2011

01/13/2011 Motion: Compel ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = discovery responses; hrg 2.4.11 at 9am dept 18; atty scalan Legacy Name = CV Ntc:Mtn to
Compel Decision = M Closed = 01/13/2011

01/13/2011 Memorandum: Points and Authorities ▾

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Memo:Ps & As/Suppt of Mtn Decision = M Closed = 01/13/2011

01/13/2011 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = joseph a scanlan Legacy Name = CV Decl in Support Decision = M Closed = 01/13/2011

01/13/2011 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = j carlos orellana Legacy Name = CV Decl in Support Decision = M Closed = 01/13/2011

02/03/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn to compel & for sanc, Micahel Gardiner Legacy Name = CV Opposition Decision = M
Closed = 02/03/2011

02/03/2011 Declaration: In Support ▾

3/11/2019                                     Details

**Judicial Officer**
McKenney, Kevin E

**Comment**
Text = of Michael Gardiner of opp to mtn to compel & for sanc Legacy Name = CV Decl in Support
Decision = M Closed = 02/03/2011

---

**02/03/2011 Proof of Service: Electronic ▾**

**Judicial Officer**
McKenney, Kevin E

**Comment**
Text = of opp to mtn to compel; decl of M. Gardiner, on Joseph Scanlan, Anthony Trepel, 02-03-11
Legacy Name = CV Proof of Svc by Email Decision = M Closed = 02/03/2011

---

**02/04/2011 Order ▾**

**Judicial Officer**
McKenney, Kevin E

**Comment**
Text = granting Kenmark's mtn to compel and for sanctions (Mr. Gardiner shall pay $1,485.00 to counsel
for Kenmark within 20 days - granted by Judge Monahan **see order for details** Legacy Name = CV
Order Decision = M Closed = 02/04/2011

---

**02/04/2011 Notice: Entry of Order ▾**

| **Judicial Officer** | **Comment** |
| --- | --- |
| McKenney, Kevin E | Legacy Name = CV Ntc:Entry of Order Decision = M Closed = 02/04/2011 |

---

**02/04/2011 Motion: Compel Answers ▾**

**Original Type**
Motion: Compel Answers

**Judicial Officer**
Monahan, William

**Hearing Time**
9:00 AM

**Result**
Heard: Granted

**Comment**
Text = Motion to Compel Def Michael Gardiner's Responses to Form Interrogs, Inspection Demand, Requests
for Production, Sets One, Attendance at Deposition and for Sanctions by Plt Kenmark Ventures, LLC (Joseph
A. Scanlan, Jr.) OST Result By = C Result Judge = WM - Monahan, William Result Date = 02/04/2011 Log
Note Text = {EvtCD=H13M; Jdg=540; Clk=204; HdrDtm=2011/02/04 1044pm; Notes=[#=5; LgCd=EICON;
LstTm=1045AM; LgTxt=Granted CV Mtn to Compel Answers Motion to Compel Def Michael Gardiner's
Responses to Form Interrogs, Inspection Demand, Requests for Production, Sets One, Attendance at
Deposition and for Sanctions by Plt Kenmark Ventures, LLC (Joseph A. S],; },

---

**02/07/2011 Motion: to be Relieved as Counsel ▾**

3/11/2019                                                    Details

Judicial Officer
McKenney, Kevin E

Comment
Text = Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV
Ntc:Mtn/Relieve as Counsel Decision = M Closed = 02/07/2011

02/07/2011 Declaration: In Support ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV Decl:Support
Atty Mtn to be Relieved Decision = M Closed = 02/07/2011

02/07/2011 Proof of Service: Mail ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = RE: Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV Proof of
Svc/Regular Mail Decision = M Closed = 02/07/2011

02/07/2011 Motion: to be Relieved as Counsel ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV
Ntc:Mtn/Relieve as Counsel Decision = M Closed = 02/07/2011

02/07/2011 Declaration: In Support ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV Decl:Support
Atty Mtn to be Relieved Decision = M Closed = 02/07/2011

02/07/2011 Proof of Service: Mail ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Motion to be relieved as counsel, 3/17/11 at 9:00am in Dept. 20. Legacy Name = CV Proof of
Svc/Regular Mail Decision = M Closed = 02/07/2011

02/09/2011 Application and Order: Ex Parte ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Application for Reconderation of 2-4-11 Court Order by Defendant Michael Gardiner, In Pro Per
Order Legacy Name = CV Ex Parte Appl & Order Decision = M Closed = 02/09/2011

02/09/2011 Notice ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Def Michael Gardiner's Ex Parte Application for Reconsideration of 2-4-11 Court Order Legacy
Name = CV Ntc of... Decision = M Closed = 02/09/2011

02/09/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Michael Gardiner in support of Ex Parte Application for Reconsideration of 2-4-11 Court Order
Legacy Name = CV Declaration Decision = M Closed = 02/09/2011

02/09/2011 Proof of Service: Electronic ▾

Judicial Officer            Comment
McKenney, Kevin E           Legacy Name = CV Proof of Svc by Email Decision = M Closed = 02/09/2011

02/09/2011 Order: Ex Parte ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = resecinding court's ord of 02-04-11 & stay of proceedings to permit him to retain counsel & to
allow counsel to prepare: Mtn for reconsideration & temp stay until the outcome of the hrg on this mtn is
granted; if the court trial stays on 3-07-11, this mtn shall be heard on 02-18-11, 9am, dept. 18. If cmc
judge cont's trial, this mtn w/be heard on regular ntc on 4-01-11, 9am, dept. 18 by Judge Monahan. Trial
date & msc vac'd. case set for cmc on 3-17-11, 10am, detp. 20, by Judge McKenney Legacy Name = CV
Ex Parte Order Decision = M Closed = 02/09/2011

02/28/2011 Proof of Service ▾

Judicial Officer            Comment
McKenney, Kevin E           Legacy Name = CV Proof of Svc Decision = M Closed = 02/28/2011

02/28/2011 Proof of Service ▾

Judicial Officer            Comment
McKenney, Kevin E           Legacy Name = CV Proof of Svc Decision = M Closed = 02/28/2011

03/02/2011 Statement: Case Management Conference ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Pro Per Legacy Name = CV Case Mgmt Statement Decision = M Closed = 03/02/2011

03/02/2011 Proof of Service ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Pro Per Legacy Name = CV Proof of Svc Decision = M Closed = 03/02/2011

03/02/2011 Declaration: In Opposition ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = to Motion to be Relieved as Counsel by Def Anthony Thomas (Anthony Thomas, In Pro Per)
Legacy Name = CV Decl in Opposition Decision = M Closed = 03/02/2011

03/02/2011 Declaration: In Opposition ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = to Motion to be Relieved as Counsel (Anthony "Tony" Thomas, In Pro Per) Legacy Name = CV
Decl in Opposition Decision = M Closed = 03/02/2011

03/02/2011 Conference: Settlement Jury ▼

Original Type
Conference: Settlement Jury

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
Vacated by Court

Comment
Text = (set for CMC, 3/17/11) Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 02/09/2011

03/03/2011 Statement: Case Management Conference ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = (atty: Gavin H McGrane Legacy Name = CV Case Mgmt Statement Decision = M Closed =
03/03/2011

03/03/2011 Proof of Service ▾

Judicial Officer          Comment
McKenney, Kevin E         Legacy Name = CV Proof of Svc Decision = M Closed = 03/03/2011

03/07/2011 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
McKenney, Kevin E

Hearing Time
8:45 AM

Result
Vacated by Court

Comment
Text = Est. 10 days; (set for CMC 3/17/11) Result By = C Result Judge = KEM - McKenney, Kevin Result Date
= 02/09/2011

03/08/2011 Response/Reply ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Memorandum of P's & A's in Support of Mtn.to be Relieved as Counsel (William McGrane) 3-17-
11 D-20 @ 9AM Legacy Name = CV Reply Decision = M Closed = 03/08/2011

03/08/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Of Anthony J. Trepel 3-17-11 D-20 @ 9AM Legacy Name = CV Declaration Decision = M Closed
= 03/08/2011

03/14/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to Motion to be Relieved as Counsel (Joseph R. Karfka) 3-17-11 @9am in D-20 Legacy Name =
CV Opposition Decision = M Closed = 03/15/2011

03/17/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = & mtn to strike decl of Joseph R. Kafka, Gavin h. McGrane Legacy Name = CV Objection...
Decision = M Closed = 03/17/2011

03/17/2011 Proof of Service: Mail ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = by electronic mail, of ogj & mtn to strike decl of J. Kafka, on multiple parties, 3-16-11 Legacy
Name = CV Proof of Svc/Regular Mail Decision = M Closed = 03/17/2011

03/17/2011 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
McKenney, Kevin E

Hearing Time
10:00 AM

Result
Continued: Court

Comment
Text = (set per order filed 2/9/11); **Telephonic appearance as to Michael D. Gardiner, deft in pro per** Result
By = C Result Judge = KEM - McKenney, Kevin Result Date = 03/17/2011

03/17/2011 Motion: Withdraw as attorney ▾

Original Type
Motion: Withdraw as attorney

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
Heard: Taken Under Submission

Comment
Text = Motion to be Relieved as Counsel of Record for X-Complt A T Emerald, LLC (Anthony J. Trepel) Result
By = C Result Judge = KEM - McKenney, Kevin Result Date = 03/17/2011 Log Note Text = {EvtCD=C203;
Jdg=252; Clk=203; HdrDtm=2011/03/17 1016pm; Notes=[#=5; LgCd=EICON; LstTm=1016AM; LgTxt=Taken
under Submission CV Mtn: Withdraw as atty Motion tobe Relieved as Counsel of Record for X-Complt A T
Emerald, LLC (Anthony J. Trepel)],; },

03/17/2011 Motion: Withdraw as attorney ▾

Original Type
Motion: Withdraw as attorney

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
Heard: Taken Under Submission

Comment
Text = Motion to be Relieved as Counsel of Record for Def/X-Complt Tony Thomas (Anthony J. Trepel) Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 03/17/2011 Log Note Text = {EvtCD=C203; Jdg=252; Clk=203; HdrDtm=2011/03/17 1016pm; Notes=[#=5; LgCd=EICON; LstTm=1016AM; LgTxt=Taken under Submission CV Mtn: Withdraw as atty Motion tobe Relieved as Counsel of Record for Def/X-Complt Tony Thomas (Anthony J. Trepel)],; },

03/28/2011 Motion: Reconsideration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of crts ordere of 2/4/11 adn for stay of proceedings (pro per) 4/29/11 D-18 @9 Legacy Name = CV Ntc:Mtn to Reconsider Decision = M Closed = 03/28/2011

03/29/2011 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
McKenney, Kevin E

Hearing Time
10:00 AM

Result
Set for:

Comment
Text = (cont from 3/17/11); Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 03/29/2011

04/01/2011 Reserved ▾

Original Type
Reserved

Judicial Officer
Monahan, William

Hearing Time
9:00 AM

Result
Off calendar: moving papers not filed

Comment
Text = Resv- Motion to Reconsider Order dated 02/04/2011 by Def Michael Gardiner (Michael Gardiner, In Pro Per) *set per 02/09/11 Order* **Off calendar, moving paper not filed timely** Result By = C Result Judge = WM - Monahan, William Result Date = 03/10/2011

04/19/2011 Memorandum: Points and Authorities ▾

Details

Judicial Officer
McKenney, Kevin E

Comment
Text = mtn for reconsideration of order compelling answers; requiring attendance at deposition and for
sanctions; 04/29/11 9am dept 18 (atty Scanlan) Legacy Name = CV Memo:Ps & As/Opposn to Mtn
Decision = M Closed = 04/19/2011

04/19/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Joseph Scanlan Jr. in opposition to mtn for reconsideration; 04/29/11 9am dept 18 (atty
Scanlan) Legacy Name = CV Declaration Decision = M Closed = 04/19/2011

04/20/2011 Proof of Service: Personal ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = AMENDED PROOF OF SERVICE BY ATTY JOSEPH A. SCANLAN JR. Legacy Name = CV
Proof of Svc/Express/Overnight Decision = M Closed = 04/20/2011

04/21/2011 Statement: Case Management Conference ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = (Atty McGrane) Legacy Name = CV Case Mgmt Statement Decision = M Closed = 04/21/2011

04/28/2011 Request: Judicial Notice ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = in sup of reply memo p&as in su of mtn to w/draw, Gavin H. McGrane Legacy Name = CV
Req:Judicial Ntc Decision = M Closed = 04/28/2011

04/29/2011 Order: Submitted Matter ▾

Judicial Officer
Monahan, William

Comment
Text = Order Re: Def Michael Gardniner's Mtn fro Reconsideration of the Court's Order of Feb. 4, 2011
and for Stay Proceeding is Denied (Judge Monahan) Legacy Name = Order on Submitted Matter
Decision = M Closed = 05/06/2011

04/29/2011 Motion: Reconsider ▾

Original Type
Motion: Reconsider

Judicial Officer
Monahan, William

Hearing Time
9:00 AM

Result
Heard: Taken Under Submission

Comment
Text = Motion to Reconsider Order dated 02/04/2011 Granting Plt's Motion to Compel Def Michael Gardiner's Responses to Form Interrogs, Inspection Demand, Requests for Production, Sets One, Attendance at Deposition, and for Stay of Proceedings to Permit Pro Se Def Michael Gardiner to Obtain Counsel by Def Michael Gardiner (Michael Gardiner, In Pro Per) Result By = C Result Judge = WM - Monahan, William Result Date = 04/29/2011

05/03/2011 Conference: Trial Setting ▾

Original Type
Conference: Trial Setting

Judicial Officer
McKenney, Kevin E

Hearing Time
11:00 AM

Result
Set for S/C and Trial

Comment
Text = (set from 3/29/11) Telephonic appearance as to Michael Gardiner pro per Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 05/03/2011

05/04/2011 Order: Submitted Matter ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Order granting Trepel McGrane Greenfield LLP's mtn to be relieved as counsel of record for A T Emerald LLC Signed by Judge McKenney MSC 7-27-11 (time TBA) and Trial 8-1-11 8:45am Dept. 20 Legacy Name = Order on Submitted Matter Decision = G Closed = 05/05/2011

05/04/2011 Order: Submitted Matter ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Order granting Trepel McGrane Greenfield LLP's mtn to be relieved as counsel of record for Tony Thomas. Signed by Judge McKenney MSC 7-27-11 (time TBA) and Trial 8-1-11 8:45am Dept. 20 Legacy Name = Order on Submitted Matter Decision = G Closed = 05/05/2011

05/09/2011 Notice: Entry of Order ▾

3/11/2019                                      Details

Judicial Officer
McKenney, Kevin E

Comment
Text = Re: motion to be relieved as counsel. Legacy Name = CV Ntc:Entry of Order Decision = M Closed
= 05/09/2011

05/20/2011 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = new atty Morrissey Legacy Name = CV Substitution of Attorney Decision = M Closed =
05/20/2011

05/20/2011 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = New atty Morrissey Legacy Name = CV Substitution of Attorney Decision = M Closed =
05/20/2011

05/24/2011 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for an OST on Motion for Terminating Sanctions by Plt (Joseph A. Scanlan, Jr.) Legacy Name =
CV Ex Parte Appl Decision = M Closed = 05/24/2011

05/24/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Joseph A. Scanlan, Jr. in support of Plt's Ex Parte Application for an OST on Motion for
Terminating Sanctions Legacy Name = CV Declaration Decision = M Closed = 05/24/2011

05/24/2011 Order: Ex Parte ▾

Judicial Officer
Monahan, William

Comment
Text = shortening time to hear mtn for terminating sanctions on 6/24/11, at 9:00 a.m. in dept 18. The
motion must be filed & served on regular ntc in accordance with ccp. A courtesy copy of all papers in
relation to mtn shall also be served by email. Order signed by Judge Monahan. Legacy Name = CV Ex
Parte Order Decision = G Closed = 05/24/2011

05/24/2011 Motion: Other ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for terminating sanctions against def michael gardiner; 6/24/11 9:00 am dept. 18 (atty scanlan)
Legacy Name = CV Ntc:Motion w/fee Decision = M Closed = 05/25/2011

---

05/24/2011 Proof of Service ▾

Judicial Officer              Comment
McKenney, Kevin E             Legacy Name = CV Proof of Svc Decision = M Closed = 05/25/2011

---

05/24/2011 Motion: Other ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for terminating sanctions against def michael gardiner; 6/24/11 9:00 am dept. 18 (atty scanlan)
Legacy Name = CV Mtn:Other/no fee Decision = M Closed = 05/25/2011

---

05/24/2011 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of joseph scanlan in support of mtn for terminating sanctions against def michael gardiner; 6/24/11
9:00 am dept. 18 (atty scanlan) Legacy Name = CV Decl in Support Decision = M Closed = 05/25/2011

---

05/25/2011 Proof of Service: Mail ▾

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Proof of Svc/Regular Mail Decision = M Closed = 05/25/2011

---

06/07/2011 Motion: Other ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for leave to file cross-complaint and 1st amended answer to plt's 1st amended complaint; 7/5/11
9:00 am dept. 20 (atty morrissey) Legacy Name = CV Ntc:Motion w/fee Decision = M Closed =
06/07/2011

---

06/07/2011 Memorandum: Points and Authorities ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for leave to file cross-complaint and 1st amended answer to plt's 1st amended complaint; 7/5/11
9:00 am dept. 20 (atty morrissey) Legacy Name = CV Memo:Ps & As/Suppt of Mtn Decision = M Closed
= 06/07/2011

06/07/2011 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of michael morrissey in support of mtn for leave to file cross-complaint and 1st amended answer
to plt's 1st amended complaint; 7/5/11 9:00 am dept. 20 (atty morrissey) Legacy Name = CV Decl in
Support Decision = M Closed = 06/07/2011

06/13/2011 Proof of Service: Electronic ▾

Judicial Officer          Comment
McKenney, Kevin E          Legacy Name = CV Proof of Svc by Email Decision = M Closed = 06/14/2011

06/13/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to Plt's Motion to Terminating Sanctions against Def Michael Gardiner by Def (Michael Gardiner,
In Pro Per) 6-24-11 @9am in d-18 Legacy Name = CV Opposition Decision = M Closed = 06/14/2011

06/13/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Michael Gardiner in support of Def's Opposition to Plt's Motion for Terminating Sanctions
against Def Michael Gardiner Legacy Name = CV Declaration Decision = M Closed = 06/14/2011

06/17/2011 Brief: Reply ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = in sjp of mtn for terminating sanc, Joseph A. Scanlan, Jr. Legacy Name = CV Reply Brief Decision
= M Closed = 06/17/2011

06/20/2011 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Old pro per, new atty Douglass (FF 495023371) Legacy Name = CV Substitution of Attorney
Decision = M Closed = 06/20/2011

06/20/2011 Notice ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = ntc of subst of counsel amd appearance. (FF 495023371) Legacy Name = CV Ntc of... Decision =
M Closed = 06/20/2011

06/21/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn for leave to amend xcomplt & answer, J. carlos Orellana Legacy Name = CV Opposition
Decision = M Closed = 06/21/2011

06/21/2011 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of J. Carlos Orellana of opp to mtn for leave to amend xcomplt & answer Legacy Name = CV Decl
in Support Decision = M Closed = 06/21/2011

06/21/2011 Proof of Service: Mail ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = & by electronic mail of opp to mtn for leave to amend xcomplt & answer; decl of J. Orellana; proof
of serv, on Michael T. Morrissey & Patricia D. Douglas, 6-21-11 Legacy Name = CV Proof of Svc/Regular
Mail Decision = M Closed = 06/21/2011

06/24/2011 Notice: Association/Co-Counsel ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Robert A. Machado (ff # 495023434) Legacy Name = CV Association of Attys Decision = M
Closed = 06/24/2011

06/24/2011 Order After Hearing - POS ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Plt's motion for terminating or issue sanctions against Def Michael Gardiner is denied without
prejudice, Signed by Hon. William J. Monahan Legacy Name = CV Ord After Hearing Decision = D
Closed = 06/28/2011

06/24/2011 Proof of Service ▾

Judicial Officer                      Comment
McKenney, Kevin E                     Legacy Name = CV Proof of Svc Decision = M Closed = 06/28/2011

06/24/2011 Motion: Sanctions ▾

Original Type
Motion: Sanctions

Judicial Officer
Monahan, William

Hearing Time
9:00 AM

Result
Heard: Denied

Comment
Text = Motion for Terminating Sanctions Against Def Michael Gardiner for Failure to Comply with the February
4, 2011 and April 29, 2011 Court Orders by Plt Kenmark Ventures, LLC (J. Carlos Orellana), OST Result By =
C Result Judge = WM - Monahan, William Result Date = 06/24/2011

06/28/2011 Memorandum ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of p's & a's in reply to opposition to mtn for leave to file a first amended X-Complaint (Michael
Morrissey) 7-5-11 9:00 D20 Legacy Name = CV Memorandum Decision = M Closed = 06/28/2011

07/05/2011 Motion: Leave to File ▾

Original Type
Motion: Leave to File

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
Heard: Denied

Comment
Text = Motion for Leave to File a First Amended Cross-Complaint by Def/X-Complts Tony Thomas and AT
Emerald, LLC (Michael T. Morrissey) Result By = C Result Judge = KEM - McKenney, Kevin Result Date =
07/05/2011

07/18/2011 Application and Order: Ex Parte ▾

Judicial Officer
McKenney, Kevin E

3/11/2019                                                    Details

Comment
Text = for OST a Mtn to Continue Trial Date (M. Morrissey) *Pending* Legacy Name = CV Ex Parte Appl
& Order Decision = M Closed = 07/18/2011

07/18/2011 Proof of Service: Personal ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = re Served Civil Subpoena for personal appearance at trial on Ronald Ringsrud (Atty J. Carlos
Orellana) Legacy Name = CV Proof of Personal Svc Decision = M Closed = 07/18/2011

07/21/2011 Document: Other ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = proof of serv of civil supoena (duces tecum) for personal appr & prod of docs 7 thing @ trial or hrg
& decl, on Lori Pucinelli Stern, 7-19-11 Legacy Name = CV Other Decision = M Closed = 03/07/2014

07/25/2011 Order After Hearing - POS ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = Order Denying Defs' Motion for Leave to File a First Amended Cross-Complaint and First
Amended Answer heard 7-5-11. Signed by Judge McKenney Legacy Name = CV Ord After Hearing
Decision = D Closed = 08/02/2011

07/27/2011 Conference: Settlement Jury ▾

Original Type
Conference: Settlement Jury

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
vacated; reset future month

Comment
Text = Temporary Judge - William Kirkpatrick Dept. 20 Result By = C Result Judge = KEM - McKenney, Kevin
Result Date = 07/25/2011

08/01/2011 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
McKenney, Kevin E

3/11/2019                                           Details

Hearing Time
8:45 AM

Result
vacated; reset future month

Comment
Text = Est. 10 days Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 07/25/2011

08/26/2011 Notice ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = inactive status (ff # 495024018) Legacy Name = CV Ntc of... Decision = M Closed = 08/26/2011

09/21/2011 Statement: Settlement Conference ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = (Joseph A. Scanlan, Jr.) Legacy Name = CV Statement:Settlement Conf Decision = M Closed =
09/22/2011

09/23/2011 Statement: Settlement Conference ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = (Robert A. Machado) Legacy Name = CV Statement:Settlement Conf Decision = M Closed =
09/26/2011

09/28/2011 Conference: Settlement Jury ▾

Original Type
Conference: Settlement Jury

Judicial Officer
McKenney, Kevin E

Hearing Time
9:00 AM

Result
Not settled

Comment
Text = Temporary Judge - Chris Graham Courtroom Dept. 20 Result By = C Result Judge = KEM - McKenney,
Kevin Result Date = 09/28/2011

09/30/2011 Proof of Service ▾

Judicial Officer          Comment
McKenney, Kevin E         Legacy Name = CV Proof of Svc Decision = M Closed = 09/30/2011

### 09/30/2011 Exhibit List (Court) ▼

Judicial Officer                  Comment
McKenney, Kevin E              Legacy Name = CV Exhibits List Decision = M Closed = 09/30/2011

### 09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #1 to exclude evidence of unpled supposed fraud. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

### 09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #2 To exclude evidence that is properly brought only in a shareholders derivative suit. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

### 09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #3 To exclude evidence about the value of the Thomas Emerald and previous efforts measure.... Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

### 09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #4 To bar or severely limit pltfff's use of defts Criminal conviction to prevent unfair p-rejudice. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

### 09/30/2011 Brief: Trial ▼

Judicial Officer                  Comment
McKenney, Kevin E              Legacy Name = CV Trial Brief Decision = M Closed = 09/30/2011

### 09/30/2011 Statement ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = Of the case. Legacy Name = CV Statement Decision = M Closed = 09/30/2011

3/11/2019                                                                                    Details

09/30/2011 Brief: Trial ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = by atty Joseph A. Scanlan, Jr. Legacy Name = CV Trial Brief Decision = M Closed = 09/30/2011

09/30/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of J. Carlos Orellan in supp of plf'smtn in limine #2, by atty Joseph A. Scanlan, Jr. Legacy Name =
CV Declaration Decision = M Closed = 09/30/2011

09/30/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of counsel in supp in supp of plf'smtn in limine #4, by atty Joseph A. Scanlan, Jr. Legacy Name =
CV Declaration Decision = M Closed = 09/30/2011

09/30/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of J. Carlos Orellana in supp of plf'smtn in limine #5 Legacy Name = CV Declaration Decision = M
Closed = 09/30/2011

09/30/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = #1, by atty Joseph Scanlan, Jr. Legacy Name = CV Mtn In Limine Decision = M Closed =
09/30/2011

09/30/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = #2, atty Joseph Scanlan, Jr. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

09/30/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = #3, atty J. Scanlan, Jr. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #4, atty Scanlan, Jr. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

09/30/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = #5, atty Scanlan, Jr. Legacy Name = CV Mtn In Limine Decision = M Closed = 09/30/2011

09/30/2011 Statement ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = atty Scanlan, Jr. Legacy Name = CV Statement of the Case Decision = M Closed = 09/30/2011

09/30/2011 Exhibit List (Court) ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = atty Scanlan, jr. Legacy Name = CV Exhibits List Decision = M Closed = 09/30/2011

09/30/2011 Exhibit List (Court) ▼

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Exhibits List Decision = M Closed = 09/30/2011

09/30/2011 Statement ▼

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Statement Decision = M Closed = 09/30/2011

09/30/2011 Brief: Trial ▼

Judicial Officer
McKenney, Kevin E

Comment
Legacy Name = CV Trial Brief Decision = M Closed = 09/30/2011

3/11/2019                                                              Details

10/03/2011 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
Zepeda, Carrie

Hearing Time
8:45 AM

Result
Assign to Department

Comment
Text = Est. 10 days Result By = C Result Judge = CZ - Zepeda, Carrie Result Date = 10/03/2011

10/03/2011 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
Nichols, Leslie C

Hearing Time
9:00 AM

Result
Continued: Court

Comment
Text = Est 10 days Result By = C Result Judge = LCN - Nichols, Leslie Result Date = 10/03/2011

10/04/2011 Jury Trial: Long Cause ▾

Original Type
Jury Trial: Long Cause

Judicial Officer
Nichols, Leslie C

Hearing Time
8:30 AM

Result
Heard: Settled

Comment
Text = Est 10 days cont from 10-03-11 Result By = C Result Judge = LCN - Nichols, Leslie Result Date = 10/04/2011

10/05/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn in limine # 1 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/05/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mnt in limine # 2 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/05/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mnt in limine # 3 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/05/2011 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = to mnt in limine # 4 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/05/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = #6 Legacy Name = CV Mtn In Limine Decision = M Closed = 10/19/2011

10/05/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = mnt in limine # 7 Legacy Name = CV Mtn In Limine Decision = M Closed = 10/19/2011

10/05/2011 Motion: In Limine ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = mnt in limine # 7 Legacy Name = CV Mtn In Limine Decision = M Closed = 10/19/2011

10/05/2011 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of Carlos Orellana in support of mnt in limine #8 Legacy Name = CV Declaration Decision = M
Closed = 10/19/2011

3/11/2019                                                                Details

10/05/2011 Declaration ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = of Carlos Orellana in support of mnt in limine #6 Legacy Name = CV Declaration Decision = M
Closed = 10/19/2011

10/05/2011 Motion: In Limine ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = for jmt on pleadings Legacy Name = CV Mtn In Limine Decision = M Closed = 10/19/2011

10/05/2011 Opposition/Objections ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn in limine #4 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/05/2011 Opposition/Objections ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn in limine #3 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

10/19/2011 Court Reporter Per Diem Fees - Half Day ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = $408.34 deposited for per diem fees. Legacy Name = CV Court Reporter Per Diem Fees Decision
= M Closed = 10/19/2011

10/19/2011 Opposition/Objections ▼

Judicial Officer
McKenney, Kevin E

Comment
Text = to mtn in limine #2 Legacy Name = CV Opposition Decision = M Closed = 10/19/2011

11/03/2011 Court Reporter Per Diem Fees - Half Day ▼

Judicial Officer
McKenney, Kevin E

3/11/2019                                                        Details

Comment
Text = $408.34 deposited for per diem fees. Legacy Name = CV Court Reporter Per Diem Fees Decision = M Closed = 11/03/2011

11/09/2011 Request: Dismissal ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = X-Complaint filed by Tony Thomas and AT Emerald on 7-20-09 (Filed by Atty Michael Morrissey) Legacy Name = CV Req:Dismissal, Partial Decision = M Closed = 11/14/2011

01/09/2013 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = for jgmt pursuant to agreement under CCP 664.6, J. Carlos Orellana Legacy Name = CV Ex Parte Appl Decision = M Closed = 01/09/2013

01/09/2013 Declaration: In Support ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of J. Carlos Orellana of ex parte appl for jgmt Legacy Name = CV Decl in Support Decision = M Closed = 01/09/2013

01/09/2013 Notice ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = hrg on ex parte appl for jgmt, J.C. Orellana Legacy Name = CV Ntc of... Decision = M Closed = 01/09/2013

01/09/2013 Opposition/Objections ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = and Declaration of Tony Thomas to the Exparte Application of Kenmark Venture for Judgment Legacy Name = CV Opposition Decision = M Closed = 01/09/2013

01/09/2013 Judgment ▾

Judicial Officer
McKenney, Kevin E

> Comment
> Text = **VACATED per Order signed by Judge McKenney 1-18-13**; pursuant to agreement under
> ccp664.6; jgmt is hereby entered for Kenmark and against def's, Tony Thomas & Michael Gardiner,
> jointly and severally, in the principal amount of $6,000,000.00 together with interest on the jgmt *see file
> for further details* -Execution of jgmt is stayed to January 25, 2013- Signed by Judge McKenney Legacy
> Name = CV Judgment Decision = V Closed = 01/23/2013

01/09/2013 Miscellaneous: Converted Document ▾

> Comment
> Kenmark Ventures, LLC vs T. Thomas, et al

01/10/2013 Clerk Rejection Letter ▾

> Judicial Officer
> McKenney, Kevin E
>
> Comment
> Text = re: Sub of Atty- Proof of svc is not signed. Legacy Name = CV Clerk Rejection Ltr Decision = M
> Closed = 01/10/2013

01/10/2013 Substitution: Attorney ▾

> Judicial Officer
> McKenney, Kevin E
>
> Comment
> Text = old: Machado new: Smith Legacy Name = CV Substitution of Attorney Decision = M Closed =
> 01/10/2013

01/10/2013 Substitution: Attorney ▾

> Judicial Officer
> McKenney, Kevin E
>
> Comment
> Text = old: Machado new: Smith Legacy Name = CV Substitution of Attorney Decision = M Closed =
> 01/10/2013

01/11/2013 Opposition/Objections ▾

> Judicial Officer
> McKenney, Kevin E
>
> Comment
> Text = to exparte appl to correct judgment (Mark Kearney) Legacy Name = CV Opposition Decision = M
> Closed = 01/11/2013

01/11/2013 Application: Ex Parte (Fee Applies) ▾

> Judicial Officer
> McKenney, Kevin E

Comment
Text = to exparte appl to correct judgment (J. Carlos Orellana) Legacy Name = CV Ex Parte Appl
Decision = M Closed = 01/11/2013

01/11/2013 Declaration ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = of counsel in supp of to exparte appl to correct judgment (Mark Kearney) Legacy Name = CV
Declaration Decision = M Closed = 01/11/2013

01/23/2013 Order: Ex Parte ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = It is hereby Ordered that: The Judgment dated January 9, 2013 entered by this Court in favor of
Kenmark and against Defendants Tony Thomas and Michael Gardiner is VACATED. Defendant Tony
Thomas shall have until the end of the day on January 22, 2013 to pay to Kenmark ($500.000); **See
Order for Details** Legacy Name = CV Ex Parte Order Decision = G Closed = 01/23/2013

01/02/2014 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = old Steven Smith; new Robert Machado Legacy Name = CV Substitution of Attorney Decision = M
Closed = 01/02/2014

01/02/2014 Substitution: Attorney ▾

Judicial Officer
McKenney, Kevin E

Comment
Text = old Steven Smith; new Robert Machado Legacy Name = CV Substitution of Attorney Decision = M
Closed = 01/02/2014

03/07/2014 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
Elfving, William J

Comment
Text = for judgment (Justine Lescroart) Legacy Name = CV Ex Parte Appl Decision = M Closed =
03/07/2014

03/07/2014 Notice ▾

Judicial Officer
Elfving, William J

3/11/2019                                                   Details

Comment
Text = of hearing on ex parte appl for judgment (Justine Lescroart) Legacy Name = CV Ntc of... Decision
= M Closed = 03/07/2014

03/07/2014 Declaration ▾

Judicial Officer
Elfving, William J

Comment
Text = of J. Carlos Orellana in support of ex parte appl for judgment Legacy Name = CV Declaration
Decision = M Closed = 03/07/2014

03/07/2014 Judgment ▾

Judicial Officer
Elfving, William J

Comment
Text = total judgment: $4,500,000.00 together with interest; signed by Judge Elfving Legacy Name = CV
Judgment Decision = M Closed = 03/07/2014

04/03/2014 Judgment: Notice of Entry (Civil) ▾

Judicial Officer
Elfving, William J

Comment
Legacy Name = CV Ntc:Entry of Jgmt w/Proof of Svc Decision = M Closed = 04/03/2014

10/08/2015 Application: Ex Parte (Fee Applies) ▾

Judicial Officer
Elfving, William J

Comment
Text = for Entry of Judgment Pursuant to Stipulation (David Kornbluh) Legacy Name = CV Ex Parte Appl
Decision = M Closed = 10/08/2015

10/08/2015 Declaration: In Support ▾

Judicial Officer
Elfving, William J

Comment
Text = Decl of David I. Kornbluh in Support of Ex Parte Appl for Entry of Judgment Pursuant to
Stipulation (David Kornbluh) Legacy Name = CV Decl in Support Decision = M Closed = 10/08/2015

10/08/2015 Judgment: Stipulated ▾

Judicial Officer
Elfving, William J

Comment
Text = The Court, having considered the Stipulation of pltf Kenmark Ventures, LLC and def Anthony
Thomas, and good cause appearing therefor, Hereby enters Judgment in favor of pltf and against def

Anthony Thomas, jointly and severally, on Kenmark Ventures, LLC's fourt cause of action for Fraud and
Fifth cause of action for fraud in principal sum of $4,500,000. This judgment shall accrue interest at the
rate of 10% per year from the date of entry of this jgmt. The Clerk of the Court is authorized to enter jgmt
against def Thomas in his correct legal name of Anthony Thomas rather than Tony Thomas. See file for
further details... Judge Elfving. Legacy Name = CV Stipulated Jgmt Decision = M Closed = 10/08/2015

**10/08/2015 Judgment: Notice of Entry (Civil)** ▾

Judicial Officer
Elfving, William J

Comment
Text = Atty Kornbluh. Legacy Name = CV Ntc:Entry of Jgmt w/Proof of Svc Decision = M Closed =
10/08/2015

**01/14/2016 Hearing: Dismissal after settlement** ▾

Judicial Officer
Elfving, William J

Hearing Time
10:00 AM

Cancel Reason
Vacated

Comment
Result By = C Result Judge = KEM - McKenney, Kevin Result Date = 01/10/2013

**03/07/2018 Motion: Other** ▾

Comment
to enforce settlement

**03/07/2018 Memorandum: Points and Authorities** ▾

Comment
Memorandum of Points & Authorities

**03/07/2018 Declaration: In Support** ▾

Comment
Declaration/Affidavit

**03/07/2018 Proof of Service** ▾

Comment
Proof of Service

**04/17/2018 Minute Order**

**04/17/2018 Motion: Enforce Settlement** ▾

Original Type
Motion: Enforce Settlement

Judicial Officer
Stoelker, James L

Hearing Time
9:00 AM

Result
Held

Comment
Agreement & Enter Judgment Against Def Michael Gardiner by Plt Kenmark Ventures, LLC (David Kornbluh)

02/22/2019 Abstract of Judgment: Issued

02/27/2019 Clerk Rejection Letter ▼

Comment
Ntc. Change of Address - unable to verify if Attorney of Record is associated with firm.

03/04/2019 Substitution: Attorney ▼

Comment
Old: Scanlan New: Kornbluh