_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 25, 2019

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-14-50333-btb |
| ANTHONY THOMAS and | Case No. BK-14-50331-btb |
| WENDI THOMAS, | (Jointly Administered) |
| AT EMERALD, LLC, | Chapter 7 |
| Debtors, | **ORDER OF RECUSAL AND REQUEST FOR REASSIGNMENT** |
| | Hearing date: March 22, 2019<br>Time: 10:00 a.m. |

As stated on the record at the hearing held on March 22, 2019,

**IT IS ORDERED** that the undersigned U.S. bankruptcy judge is hereby recused from hearing this matter and **IT IS REQUESTED** that the case(s) be reassigned to another judge.

###