_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 17, 2019

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and<br><br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>                    Debtors. | Case No. BK-14-50333-gs<br>Case No. BK-14-50331-gs<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>Status and Scheduling Conference<br>DATE:   June 4, 2019<br>TIME:   2:00 p.m. |

**ORDER SETTING STATUS AND SCHEDULING CONFERENCE**

On March 22, 2019, the court held an evidentiary hearing on the chapter 7 trustee's Motion for Order Confirming Sale By Auction (ECF No. 430) (Sale Motion). That same day, the debtor filed his Motion for Recusal Due to Attached Civil Litigation (ECF No. 483), requesting that the Hon. Bruce T. Beesley recuse himself from this proceeding in light of the debtor's lawsuit filed against him (and others) in the United States District Court for the Northern District of California the previous day, on March 21, 2019. At the conclusion of the March 22, 2019 evidentiary hearing, Judge Beesley stated on the record that he would recuse himself. On March 25, 2019, the order of recusal was entered (ECF No. 484), and the undersigned judge was assigned to this case. To date, no order has been entered on the Sale Motion. For these reasons,

//

1  IT IS HEREBY ORDERED that a status and scheduling conference will be held in this
2 case on **June 4, 2019 at 2:00 p.m.** in the Clifton Young Federal Building, 300 Booth Street,
3 Bankruptcy Courtroom, Fifth Floor, Reno, Nevada, before Bankruptcy Judge Gary Spraker.
4 Judge Spraker will appear telephonically for the status and scheduling conference.
5 Copies sent to all parties via BNC.
6 ###