



Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel: (408) 640-2795
E-mail: atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED
AND FILED
2019 JUN -3 AM 10: 21
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| IN RE: | ) Case No. BK-N-14-50333-BTB |
| | ) Case No. BK-N-14-50331-BTB |
| ANTHONY THOMAS and | ) (Jointly Administered) |
| | ) |
| WENDI THOMAS AT EMERALD, LLC | ) CHAPTER 7 |
| Debtors. | ) |
| | ) DECLARATION OF ANTHONY G.THOMAS |
| | ) RE: STATUS CONFERENCE |
| | ) |
| | ) Date: June 4th 2019 |
| | ) Time: 2:00 p.m. |
| | ) Dept. 5th Floor Courtroom |
| | ) Judge: Hon. Gary Spraker |
| | ) |

I Anthony G. Thomas declare:

1. I am submitting this declaration in regards to the Status Conference before the new Judge Hon. Gary Spraker to be held on June 4th 2019, due to the recusal of Judge Beesley as a result of my civil rights lawsuit that I filed against Judge Beesley, trustee Jeri-Coppa Knudson and her attorney Jeffrey L. Hartman along with Wayne Silver, attorney for Kenmark Ventures LLC who I allege was a party in the illegal attempted collusive sale of the Thomas Emerald by auction on 3-21-2019 in violation of the mandatory notice requirements of Section 363(b) of the U.S. Bankruptcy Code and Rules 6004 and 2002 of the Bankruptcy

Rules that require that before any proposed use or sale of estate assets, notice must be mailed by the clerk of the court.

2. As such, Debtor is respectfully requesting that this Court inspect the Court docket to confirm and verify and issue a ruling in writing finding that there is no docket entry showing any service of notice by the clerk of the Court 21 days before the auction (online between 10-31-2018 - 11-15-2018), and to issue a finding of fact and conclusion of law that the attempted sale of the Thomas Emerald is void (See my filing of 12-17-2018, my opposition brief to the sale of the Thomas Emerald, and my Request for Judicial Notice in this regard).

3. I am requesting that your Honor actually rule in writing on my Request for Judicial notice of the law and facts in support of my opposition to the Turnover of the Portola property. (See proposed order filed on 9-28-2018).

4. Such a ruling is necessary in light of the $4.5 million lien filed by Wayne Silver after the Court issued it's order on 3-6-2019 abandoning the property.

5. Another issue of concern, is the recent re-opening of the closed claim by John Beach, "on the court's own motion" which is puzzling, since this opening was made after Judge Beesley recused himself, and before your honor has become familiar with the case, and re-opened without any notice, written motion or opportunity to oppose by me, which I consider to be improper and should be investigated by your honor, with the culprits to be sanctioned for such inequitable conduct.

I declare under penalty of perjury of the laws of Nevada and the United

States that the foregoing is true and correct.

Dated: May 31st 2019.

Respectfully submitted,

Anthony G. Thomas

## CERTIFICATE OF SERVICE

I Paul S. Mula certify that I am an adult, over the age of 18 years, not a party to the action herein who resides in Santa Clara County, California. I caused to be served the following
documents via e-mail to the following persons as listed below from my e-mail address of pauly_p_78@yahoo.com as follows:

DOCUMENTS SERVED:
1. Declaration of Anthony G. Thomas re: 6-4-2019 Status Conference as follows:

JEFFREY A COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com, beau@jeffreycogan.com
JERI COPPA-KNUDSON VIA E-MAIL & US MAIL: 3495 Lakeside PMB 62 Dr. Reno, NV 89509
renobktrustee@gmail.com, jcoppaknudson@ecf.episystems.com
KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com, jill@darbylawpractice.com, hersh@darbylawpractice.com, sam@darbylawpractice.com
JEFFREY L. HARTMAN VIA E-MAIL & US MAIL: 510 W. Plumb Lane Suite B - Reno, NV 89509
notices@bankruptcyreno.com, sji@bankruptcyreno.com
TIMOTHY A. LUCAS
ecflukast@hollandhart.com
LAURY MILES MACAULEY
laury@macauleylawgroup.com
WILLIAM MCGRANE
ECF-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com
STEPHANIE T. SHARP ssharp@rssblaw.com, cobrien@rssblaw.com WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com
ALAN R. SMITH
mail@asmithlaw.com
STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com
AMYN. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com
U.S. TRUSTEE- RN - 7,7
USTPRegion17.RE.ECF@usdoj.gov
JOSEPH G. WENT
jgwent@hollandhart.com, vllarsen@hollandhart.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 31st 2019.

Paul S. Mula Jr.