_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 12, 2019

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and<br><br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>                       Debtors. | Case No. 14-50333-gs<br>Case No. 14-50331-gs<br><br>(Jointly Administered)<br><br>Chapter 7<br><br><u>Hearing on Trustee's Sale Motion</u><br><br>**Date:** July 19, 2019<br>**Time:** 1:00 p.m. |

**SCHEDULING ORDER RE:**
**TRUSTEE'S MOTION FOR ORDER CONFIRMING SALE**

A status conference on the chapter 7 trustee's Motion for Order Confirming Sale by Auction; Request for Approval of Payment of Commission to Stremmel Auctions (ECF No. 430) (Sale Motion) was held before the undersigned on June 4, 2019.  Appearances were as noted on the record.  After discussion with counsel for the trustee and the debtor,

IT IS HEREBY ORDERED that the court will hold a final evidentiary hearing on the trustee's  Motion for Order Confirming Sale by Auction; Request for Approval of Payment of Commission to Stremmel Auctions (ECF No. 430) on **July 19, 2019 at 1:00 p.m.** in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada, before Bankruptcy Judge Gary Spraker.

IT IS FURTHER ORDERED that deadlines relating to the final evidentiary hearing on the Sale Motion are set as follows**:**

a.    No later than **Monday, July 8, 2019**, the parties must file:

    i.    Final witness lists. Such witnesses presenting direct testimony by declaration must be made available for cross-examination **in person** at the hearing on the Sale Motion.

    ii.    Final exhibit lists, identifying such exhibits that the parties jointly agree may be admitted into evidence at the final evidentiary hearing by stipulation. The parties shall also exchange, but not file, the designated exhibits.

    iii.    Each party shall meet with the appropriate Courtroom Deputy not later than the day before the hearing for the purpose of coordinating trial exhibits. To that end, before such meeting, each party shall have lodged the following:

(1)    The original and one copy of all exhibits, bound and tabbed. All exhibits shall be marked with stickers on the lower right corner of the exhibit whenever possible. Log forms may be obtained from the Courtroom Deputy.

All exhibits to which there are no objection shall be admitted by stipulation. Counsel may stipulate to an exhibit on one ground (*e.g.*, foundation) while preserving an objection on another ground (*e.g.*, relevance).

(2)    List of witnesses with correct spelling of the witnesses' full names.

**IT IS SO ORDERED.**

\* \* \* \*

**Copies sent to all parties via BNC.**

2

**\*\*Shaded Area for Court Personnel Use ONLY\*\***

**Hearing Date:**

| EXHIBITS | | Case Title | | BK-_____<br><br>ADV-_____ | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exceptions |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# # #