Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-gs |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-gs |
| AT EMERALD, LLC, | (Jointly Administered)<br>CHAPTER    7 |
| Debtors. | **NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER CONFIRMING SALE BY AUCTION; REQUEST FOR APPROVAL OF PAYMENT OF COMMISSION TO STREMMEL AUCTIONS** |
| | **OPPORTUNITY TO OVERBID** |
| | Hearing Date:    **July 19, 2019**<br>Hearing Time:    **1:00 p.m.** |

**NOTICE IS HEREBY GIVEN** that on June 4, 2019 the Honorable Judge Gary Spraker conducted a status hearing on the Trustee's Motion For Order Confirming Sale By Auction; Request For Approval Of Payment Of Commission To Stremmel Auctions ("Sale Motion"), filed on November 29, 2018 as **DE 430**. As a result of that hearing, Judge Spraker issued a Scheduling Order regarding the Sale Motion. **DE 495**. The continued Sale Motion hearing on July 19, 2019 will be an evidentiary hearing.

**NOTICE IS FURTHER GIVEN** that the Sale Motion requests approval of the sale of the Thomas Emerald, a 21,000 carat emerald matrix. More information on the Thomas Emerald can be found at www.stremmelauctions.com. The Trustee will request that the Court approve a sale to the highest bidder with certified funds. The existing bid for the

1  Thomas Emerald is $21,500 offered by Ken Tersini, assignee of the initial bid by Jennifer
2  Jodoin.  Purchasers interested in bidding on the Thomas Emerald must have certified funds
3  and incremental bids will be set at $2,500.

4       **NOTICE IS FURTHER GIVEN** that the Trustee requests approval of a
5  commission to Stremmel Auctions, Inc. in the amount of $3,225 and reimbursement of costs
6  incurred by Stremmel Auctions in the amount of $1,231.  A Buyers premium of 10% will be
7  charged to any successful overbidder.

8       **NOTICE IS FURTHER GIVEN** that a hearing on the Sale Motion has been
9  scheduled before a United States Bankruptcy Judge, in the Clifton Young Federal Building,
10 300 Booth Street, Reno, Nevada on **July 19, 2019 at 1:00 p.m.**

11      **NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the
12 time limits set forth in Local Rule 9014 for oppositions to a motion.  Local Rule 9014(d)
13 provides as follows:

> [A]ny opposition to a motion must be filed with the Clerk of the court, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

18 If you do object to the relief requested, you must file a **WRITTEN** response with the court.
19 You *must* also serve your written response on the person who sent you this notice.  <u>A paper
20 copy of any response should also be delivered to the Clerk's office identified as "Copy For
21 Chambers" or some similar designation.</u>  If you do not file a written response with the court,
22 or if you do not serve your written response on the person who sent you this notice, then:

23 •    The court may *refuse to allow you to speak* at the scheduled hearing; and
24 •    The court may *rule against you* without formally calling the matter at the
25     hearing.

26 ///
27 ///
28 ///

1  **NOTICE IS FINALLY GIVEN** that a copy of the Sale Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, or by calling Hartman & Hartman at 1-775-324-2800.

DATED: June 21, 2019.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson