Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO. BK-N-14-50333-gs |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO. BK-N-14-50331-gs |
| AT EMERALD, LLC, | (Jointly Administered) |
| Debtors. | CHAPTER 7 |
| / | **WITNESS LIST** |
| | **EXHIBIT LIST** |
| | **Hearing Date:** July 19, 2019 |
| | **Hearing Time:** 1:00 p.m. |

**Witness List**

Trustee Jeri Coppa-Knudson will call Hudson Stremmel as a witness.

**Exhibit List**

    **DE 478-1**    E-mails December 2014 - Draft MSA

    **DE 478-2**    E-mails March 17, 2015 - Draft MSA

    **DE 478-3**    E-mails March 24, 2015 - Draft MSA

DATED: July 8, 2019.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., for
Trustee Jeri Coppa-Knudson