

Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel : (408) 640-2795
E-mail: atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED
AND FILED

2019 JUL -8 AM 9:36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| IN RE: | Case No. BK-N-14-50333-GS<br>Case No. BK-N-14-60442-GS<br>(Jointly Administered) |
| ANTHONY THOMAS and<br>WENDI THOMAS<br>AT EMERALD, LLC | CHAPTER 7 |
| Debtors. | WITNESS LIST RE: EVIDENTIARY HEARING RE: SALE OF THOMAS EMERALD |
| | Date: July 19th 2019<br>Time: 1:00 p.m.<br>Judge: Hon. Gary Spraker<br>Courtrm: 2 |

**PLEASE TAKE NOTE** that Debtor Anthony G. Thomas hereby submits the following Witness List for the Evidentiary Hearing captioned above:

1. Jeffrey L. Hartmann
2. Ken Tersini
3. Jennifer Jodoin
4. Hudson Stremmel
5 Stremmel Auctions, Inc.
6. Hon. Bruce T. Beesley
7. Steve Stremmel
8. Nick Strozza
9. Paul S. Mula
10. Jeri Coppa-Knudson

//

Dated: July 8th 2019. Respectfully submitted,

Anthony G. Thomas
Debtor In Propria Persona