

Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel :        (408) 640-2795
E-mail:    atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED AND FILED
2019 JUL -8 AM 9:38
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA - RENO

IN RE:

ANTHONY THOMAS and

WENDI THOMAS

AT EMERALD, LLC

    Debtors.

) Case No.  BK-N-14-50333-GS
) Case No.  BK-N-14-60442-GS
)           (Jointly Administered)
)
) CHAPTER 7
)
) EXHIBIT LIST RE: EVIDENTIARY
) HEARING RE: SALE OF THOMAS
) EMERALD
)
)
) Date:     July 19th 2019
) Time:     1:00 p.m.
) Judge:    Hon. Gary Spraker
) Courtrm:  2
)

**PLEASE TAKE NOTE** that Debtor Anthony G. Thomas hereby submits the following Witness List for the Evidentiary Hearing captioned above:

1. DE 431 - 11-29-2018 - Declaration of Hudson Stremmel
2. DE 439 - 12-17-2018 - Motion to Continue/Reschedule Hearing - 214 pg.
3. DE 440 - Transcript re: Hearing held on 12-17-2018 - 25 pg.
4. DE 448 - Transcript re: Hearing held on 1-4-2019 - 48pg.
5. DE 455 - Declaration of Trustee filed on 2-4-2019 - 4pg.
6. DE 468 - Transcript of Hearing held on 2-22-2019 - 19 pg.
7. DE 475 - Thomas Request for JN filed on 3-14-2019 - 6pg.
8. DE 476 - Opposition Filed by Thomas on 3-14-2019 - 129 pg.
9. DE 482 - Request for Jud. Ntc. Filed on 3-15-2019 - 16pg
10. DE 487 - Transcript re: Hearing held on 3-22-2019 -
11. DE 500 - Transcript re: Hearing held on 6-4-2019

12.   DE __ - Motion for Judicial Notice ISO Motion to Vacate Void Order

13.   DE __ - Rule 60(b)(4) Motion to Vacate Void Order

Dated:      July 8th 2019.              Respectfully submitted,

*[signature: Tony Thomas]*

Anthony G. Thomas
Debtor In Propria Persona