Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel:   (408) 640-2795
E-mail: atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED
AND FILED

2019 JUL 18 PM 4:02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - RENO

| | |
|---|---|
| IN RE:<br><br>ANTHONY THOMAS and<br><br>WENDI THOMAS<br><br>AT EMERALD, LLC<br><br>Debtors. | Case No.   BK-N-14-50333-BTB<br>Case No.   BK-N-~~14-60442-BTB~~ 14-50331<br>(Jointly Administered)<br><br>CHAPTER 7 *EMERGENCY STAY*<br><br>EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME AND MOTION FOR STAY - EXPEDITED EMERGENCY HRG<br><br>Date: _____<br>Time: _____<br>Judge:   Hon. Gary A. Spraker<br>Courtroom: 2 |

I, Anthony G. Thomas Declare:

I am hereby applying for an Order Shortening Time re: Expedited Emergency Hearing for a Stay of Proceedings in light of the imminent July 19th 2019 hearing that will result in a manifest injustice to occur if this Court does not grant a stay, or if the Court refuses to perform its' ministerial duty to take Judicial Notice of Law & Facts in this matter that was filed before Judge Beesley prior to his recusal from this case as a result of the Federal Civil Rights lawsuit that I filed against him. I am combining the Ex Parte Application for an Order Shortening Time with my Motion for a Stay in order to save time and permit me to file this pleading before the proposed sale, as instructed to do so in this Court's July 12th 2019 Order DE 512.

Irreparable harm in the form of the sale of the Emerald will occur if this Court

---

ANTHONY THOMAS'S APPLICATIONS FOR ORDER SHORTENING TIME & STAY
- 1 -

does not grant a stay and procedeeds to sell the Emerald, especially since the proper notice procedures were not followed and notice was only provided to Mr. Ken Tersini, the principal of Kenmark Ventures LLC who procured the underlying Judgment against me in Santa Clara County by committing fraud upon the Court. I did not meet and confer with Attorney Hartman, in light of his previous failures to even acknowledge and address my concerns in the past, such as my December 6th 2018 when I first apprised Mr. Hartman of his illegal attempt to sell the Emerald without compliance with the law, as demonstrated by my 12-17-2018 filing before this Court.

If the Emerald is sold on 7-19-2019 hearing without compliance with the notice rules it will reward fraud upon the court and corruption of the auction process by collusion and will result in the Emerald being sold to the one who has committed fraud upon the Court in procuring the underlying Judgment in Santa Clara County and has committed BK fraud upon this Court. It will furthermore undermine the filing of my Rule 60 (b)(4) Motion now calendared for July 13th 2019. I am more than willing to agree to the shortening of time for the hearing on this matter in order to prevent an injustice from occurring.

I also request that this Court grant this Ex Parte Application for an Order Shortening Time so as to permit my witness Paul S. Mula who will testify regarding the lies made by Hudson Stremmel in his Declaration and his testimony made on March 22nd 2019. As explained in Mr. Mula's declaration filed concurrently with this Motion, he was ready willijng and able to appear in person before he sustained injuries as a result of a physical altercation.

I further request a stay in order to be able to secure legal counsel for myself as well as my LLC that cannot legally its rights without being represented by counsel. I believe that a denial of a continuance without allowing the LLC to obtain representation along with myself will constitute a severe deprivation. I am also requesting a continuance for just 45 days so I can file my Motion to Vacate Void Judgment in the

---

**ANTHONY THOMAS'S APPLICATIONS FOR ORDER SHORTENING TIME & STAY**
- 2 -

Santa Clara County Superior Court for which I have been prevented from doing so due to the non-stop barrage of litigation against me in this Court masterminded by Ken Tersini and his lawyer Wayne Silver with the connivance and support of the Trustee in this case as well as her lawyer Mr. Hartman, and the support the U.S. Trustee Nick Strozza who has failed to intervene in this case to prevent an illegal sale.

Certainly a 45 day continuance to prevent a manifest injustice in the context of almost 8 years of injustice against me is not unreasonable. I therefore respectfully request that this Court grant this Ex Parte Application for an Order Shortening timed pending resolution of the Rule 60(b)(4) before this Court as well as to permit me to engage legal counsel for myself and the LLC and to permit me to file my Motion to Vacate the Judgment against me in the Santa Clara County Superior Court. There is no prejudice to the other side, and no need for a rush to judgment to allow injustice to occur.

Dated: July 18th 2019.                     Respectfully submitted,

*[signature]*
Anthony G. Thomas
Debtor In Propria Persona

Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel: (408) 640-2795
E-mail: atemerald2@gmail.com

Debtor In Propria Persona

RECEIVED
AND FILED

2019 JUL 18 PM 4:28

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - RENO

IN RE:

ANTHONY THOMAS and

WENDI THOMAS

AT EMERALD, LLC

    Debtors.

) Case No.   BK-N-14-50333-BTB
) Case No.   BK-N-14-60442-BTB
) (Jointly Administered)
)
) CHAPTER 7
) DECLARATION OF PAUL S. MULA II ISO
) MOTION FOR STAY OF PROCEEDINGS
) PENDING RULING ON RULE 60(b)(4)
) MOTION TO VACATE VOID ORDER
)
) Date: _____
) Time: _____
) Judge:   Hon. Gary A. Spraker
) Courtroom: 2
)

I Paul S. Mula II declare:

1.    I am a witness that is listed on Anthony Thomas's witness list filed with this Court in anticipation of the hearing regarding the sale of the Thomas Emerald. In this regard, I filed a Declaration with this Court that directly contradicts the Declaration of Stremmel Auction's owner's son Hudson Stremmel as well as the statements made by Hudson Stremmel before this Court on 3-22-2019, that I have read from the Transcripts of that hearing, a copy of which was provided to me by the Debtor Anthony G. Thomas.

2.    I was fully prepared to be physically present for the hearing on Friday July 19th, 2019, however, I am currently unable to do so on account of being the victim of a physical altercation that occurred on the evening of Wednesday July 17th 2019 near

---

DECLARATION OF PAUL S. MULA IN SUPPORT OF STAY
- 1 -

1 where I reside in San Jose. I am attaching to this declaration, a photograph of my face
2 showing my injuries along with a copy of today's San Jose Mercury news to establish
3 that this photograph was taken today Thursday July 18th 2019.

4     3.    Due to my injuries, I am unable to travel to Reno, and since I do suffer
5 from altitude sickness, I feel that I will suffer more and that my ability to heal from my
6 injuries will be affected if I have to appear in person in Reno.

7     4.    If the Court does not grant Mr. Thomas's request for a continuance, in
8 order to prevent a manifest injustice from occuring, I will agree to testify telephonically if
9 necessary, however I am somewhat hazy and disoriented and would much prefer to
10 appear in person so I look Steve Stremmel and Hudson in the eyes and confront the lies
11 made by Hudson Stremmel in his Declaration and apprise the Court of what I was told
12 on the phone in my conversations with Steve Stremmel, the owner of Stremmel
13 Auctions and Hudson Stremmel's father.

14     5.    For the Court's reference, I want the Court to know that there are
15 recordings of some of the conversations between myself and Steve Stremmel that can
16 be provided to this Court, that fully corroborate the statements that I made in my
17 Declaration before this Court. My telephone number is (949) 836-8229 and I will make
18 myself available by phone to confirm this on the record if needed.

19     6.    I believe that my testimony is essential to prove that Stremmel Auctions
20 acted in bad faith, made no efforts to market the Emerald, and did not spend more than
21 $200 to market the Emerald and that the Declaration of Hudson Stremmel is based
22 upon a pack of lies, is perjurious and directly opposed to the true facts that I garnered
23 from the e-mails and phone calls between myself and Steve Stremmel.

24     I declare under penalty of perjury of the laws of the States of California and
25 Nevada and the United States that the foregoing is true and correct.
26 Dated: Thursday July 18th 2019.    _____
                                                                          Paul S. Mula II
27
28

---

DECLARATION OF PAUL S. MULA IN SUPPORT OF STAY

- 2 -



Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel:   (408) 640-2795
E-mail: atemerald2@gmail.com

Debtor In Propria Persona

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| IN RE:<br><br>ANTHONY THOMAS and<br><br>WENDI THOMAS<br><br>AT EMERALD, LLC<br><br>   Debtors. | ) Case No.   BK-N-14-50333-BTB<br>) Case No.   BK-N-14-60442-BTB<br>)  (Jointly Administered)<br>)<br>) CHAPTER  7 *EMERGENCY STAY*<br>)<br>) [PROPOSED] ORDER RE: EX PARTE<br>) APPLICATION FOR AN ORDER<br>) SHORTENING TIME<br>)<br>) Date: _____<br>) Time: _____<br>) Judge:    Hon. Gary A. Spraker<br>) Courtroom: 2 |

Good cause appearing, having reviewed the papers filed by Debtor Anthony G. Thomas in this matter, the Application for an Emergency Expedited Order Shortening Time re: Motion for a Stay of Proceedings is hereby granted.

Date: _____                                    _____
                                                                         Judge Gary A. Spraker

---

**ANTHONY THOMAS'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

- 1 -

d

# CERTIFICATE OF SERVICE

I certify that I am an adult, over the age of 18 years, not a party to the action herein who resides in Washoe County, Nevada. I caused to be served the foregoing documents via e-mail and U.S. Mail to the following persons as listed below from my e-mail address of kayla.ca.nv@gmail.com as follows:

JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com, beau@jeffreycogan.com

JERI COPPA-KNUDSON VIA U.S. MAIL: 3495 LAKESIDE DR PMB #62 RENO, NV 89509
renobktrustee@gmail.com, jcoppaknudson@ecf.episystems.com

KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com, jill@darbylawpractice.com, hersh@darbylawpractice.com, sam@darbylawpractice.com

JEFFREY L. HARTMAN VIA U.S. MAIL: 510 WEST PLUMB LANE, STE B RENO, NV 89509
notices@bankruptcyreno.com, sji@bankruptcyreno.com

TIMOTHY A. LUCAS
ecflukast@hollandhart.com

LAURY MILES MACAULEY
laury@macauleylawgroup.com

WILLIAM MCGRANE
ECF-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com

STEPHANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com

WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com

ALAN R. SMITH
mail@asmithlaw.com

STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com

AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7,7
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G. WENT
jgwent@hollandhart.com, vllarsen@hollandhart.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

/S/ Katherine Thomas
KATHERINE THOMAS