NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> ANTHONY THOMAS and WENDI THOMAS <br><br> Debtor(s) | BK−14−50333−gs <br> CHAPTER 7 <br><br> Appeal Reference Number:    19−27 |
| ANTHONY G. THOMAS <br>                Appellant(s) <br><br> vs <br><br> JERI COPPA KNUDSON, CH. 7 TRUSTEE; <br>                Appellee(s) | NOTICE OF REFERRAL <br> OF APPEAL TO <br> BANKRUPTCY APPELLATE PANEL |

To:    All Parties in Appeal
       U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Anthony G. Thomas, in pro per with the Clerk of the Bankruptcy Court on 7/19/19.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 7/23/19

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court