NVB 8010–1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–14–50333–gs |
| ANTHONY THOMAS and WENDI THOMAS | CHAPTER 7 |
| Debtor(s) | Appeal Reference Number: 19–27 |
| | BAP Number: NV–19–1184 |
| ANTHONY G. THOMAS | STATUS REPORT |
| Appellant(s) | REGARDING RECORD |
| vs | ON APPEAL |
| unknown– party(ies) not listed | |
| Appellee(s) | |

To: Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

U.S. Trustee

The record on the above–entitled appeal has not been forwarded for the following reason(s):

* No Designation of Record Filed
* No Statement of Issues Filed

Dated: 8/6/19

*Mary A. Schott*

Mary A. Schott
Clerk of Court