1  Anthony G. Thomas
2  7725 Peavine Peak Court
   Reno, NV 89523
   Tel:   (408) 640-2795
3  E-mail: atemerald2@gmail.com

RECEIVED
AND FILED

2019 AUG 15  AM 11: 05

U.S. BANKRUPTCY
MARY A. SCHOTT, CL

4  Debtor In Propria Persona

5              **UNITED STATES BANKRUPTCY COURT**

6              **DISTRICT OF NEVADA - RENO**

7  IN RE:                          ) Case No.     BK-N-14-50333-BTB
                                   ) Case No.     BK-N-14-50331-BTB
8  ANTHONY THOMAS and              ) (Jointly Administered)
                                   )
9  WENDI THOMAS                    ) CHAPTER   7
                                   )
10 AT EMERALD, LLC                 ) BAP No.:    NV-19-1184
                                   ) BK Ct. Appeal Reference #: 19-27
11            Debtors.             )
                                   ) 1.  DESIGNATION OF RECORD
12                                 ) 2.  STATEMENT OF ISSUES ON APPEAL
                                   ) 3.  NOTICE RE: ORDERING OF TRANSCRIPTS
13                                 )
                                   )
14 _____     )

15     **PLEASE TAKE NOTE** that Debtor Anthony G. Thomas hereby provides the
16 folowing Designation of Record:

17 Filing Date # Docket Text

18 11/29/2018    430    (4 pgs) Motion to Sell Filed by JEFFREY L HARTMAN on behalf of JERI
                        COPPA-KNUDSON (HARTMAN,JEFFREY)

19 11/29/2018    431    (6 pgs) Declaration Of: Hudson Stremmel Filed by JEFFREY L
20                      HARTMAN on behalf of JERI COPPA-KNUDSON

21 11/29/2018    432    (2 pgs) Notice of Hearing Hearing Date: 01/08/2019 Hearing Time: 2:00
                        p.m. Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-
22                      KNUDSON

23 11/29/2018    433    (4 pgs)  Application for Compensation for JERI COPPA-KNUDSON ,
                        Fees: $3225.00, Expenses: $1231.00.

24               436    (35 pgs) Transcript regarding Hearing Held on 11/02/18.

25 12/17/2018    439    (214 pgs; 2 docs) Motion to Continue/Reschedule Hearing , Motion for
26                      Order Shortening Time, With Certificate of Service Filed by ANTHONY
                        THOMAS

27 12/21/2018    440    (25 pgs) Transcript regarding Hearing Held on 12/17/18.

28

- 1 -

THOMAS'S DESIGNATION OF RECORD, ISSUES ON APPEAL & TRANSCRIPT ORDER

| | | | |
|---|---|---|---|
| 1 | 01/10/2019 | 448 | (48 pgs) Transcript regarding Hearing Held on 01/04/19. |
| 2 | 01/17/2019 | 451 | (3 pgs) Order to Set Hearing Evidentiary Hearing scheduled for 3/22/2019 at 10:00 AM at BTB RN-Courtroom 2, |
| 3 | | | |
| 4 | 02/04/2019 | 455 | (4 pgs; 2 docs) Declaration Of: Trustee Jeri Coppa-Knudson Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-KNUDSON |
| 5 | 02/21/2019 | 461 | (10 pgs) Declaration Of: Anthony G. Thomas Filed by ANTHONY THOMAS |
| 6 | | | |
| 7 | 03/04/2019 | 468 | (19 pgs) Transcript regarding Hearing Held on 02/22/19. |
| 8 | 03/14/2019 | 473 | (10 pgs) Transcript regarding Hearing Held on 03/06/19. |
| 9 | 03/14/2019 | 475 | (6 pgs) Request for Judicial Notice Filed by ANTHONY THOMAS |
| | 03/14/2019 | 476 | (129 pgs) Opposition Filed by ANTHONY THOMAS |
| 10 | | | |
| 11 | 03/15/2019 | 477 | (11 pgs) Trustee's Reply to Debtors' Opposition Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-KNUDSON |
| 12 | 03/15/2019 | 478 | (72 pgs; 8 docs) Declaration Of: Jeffrey L. Hartman Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-KNUDSON (Related document(s)477 Reply filed by Trustee JERI COPPA-KNUDSON) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) |
| 13 | | | |
| 14 | | | |
| 15 | 03/15/2019 | 482 | (16 pgs) Request for Judicial Notice with Certificate of Service Filed by ANTHONY THOMAS |
| 16 | | | |
| 17 | 03/22/2019 | 483 | (233 pgs; 3 docs) Motion to Recuse Judge terminating Judge adding Judge Filed by ANTHONY THOMAS (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)(cly) |
| 18 | | | |
| 19 | 03/25/2019 | 484 | (1 pg) Order on Motion to Recuse Judge BRUCE T. BEESLEY and add Judge (Related document(s)483 Motion to Recuse Judge filed by Debtor ANTHONY THOMAS.) (cly) (Entered: 03/25/2019) |
| 20 | | | |
| 21 | 03/25/2019 | 485 | Order Reassigning Case to Bankruptcy Judge GARY SPRAKER. (vap) (Entered: 03/25/2019) |
| 22 | 04/08/2019 | 487 | (83 pgs) Transcript regarding Hearing Held on 03/22/19. |
| 23 | 05/17/2019 | 490 | (2 pgs) Scheduling Order (BNC) Status Hearing to be held on 6/4/2019 at 02:00 PM at BTB RN-Courtroom 2, Young Bldg.. Scheduling Conference scheduled for 6/4/2019 at 02:00 PM at BTB RN-Courtroom 2, Young Bldg.. |
| 24 | | | |
| 25 | | | |
| 26 | 05/29/2019 | 492 | Order Reopening Adversary Case for Administrative Purposes |
| 27 | 06/03/2019 | 493 | (4 pgs) Declaration Of: ANTHONY G. THOMAS |
| 28 | 06/12/2019 | 495 | (3 pgs) Scheduling Order (BNC) Evidentiary Hearing scheduled for |

| | | | |
|---|---|---|---|
| 1 | | | 7/19/2019 at 01:00 PM at BTB RN-Courtroom 2, Young Bldg.. |
| 2 | 06/14/2019 | 496 | (6 pgs) BNC Certificate of Mailing - pdf |
| 3 | 06/21/2019 | 498 | (3 pgs) Notice of Hearing of Continued Hearing on Motion for Order Confirming Sale by Auction; Request for Approval of Payment of Commission to Stremmel Auctions Hearing Date: 07/19/19 Hearing Time: 1:00 p.m. Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-KNUDSON |
| 6 | 06/25/2019 | 499 | (7 pgs) Certificate of Service Filed by JEFFREY L HARTMAN on behalf of JERI COPPA-KNUDSON |
| | | 500 | Transcript regarding Hearing Held on 06/04/19. |
| | 07/08/2019 | 507 | (8 pgs) Supplemental Opposition Filed by ANTHONY THOMAS |
| | 07/08/2019 | 508 | (74 pgs) Motion to Vacate , Application for Judicial Notice of Law & Facts Rule 60(b)(4) Filed by ANTHONY THOMAS (Related document(s)190 Order Converting Case to Chapter 7) |
| | 07/08/2019 | 509 | (21 pgs) Motion To Stay , Motion to Vacate with Certificate of Service Filed by ANTHONY THOMAS |
| 13 | | 510 | Sale Procedures Order (BNC) Hearing scheduled 8/7/2019 |
| 14 | 07/12/2019 | 511 | (2 pgs) Clerk Forwarded Document to BNC for Noticing. |
| 15 | 07/12/2019 | 512 | (4 pgs) Order (1) Regarding Pending Motions And Debtor's Request To Stay Of Proceedings, And (2) Overruling Debtor's Objections To The Trustee's Bid Procedures Order (BNC) Hearing scheduled 9/13/2019 at 09:30 AM at GS RN-Courtroom 2, Young Bldg.. |
| | 07/14/2019 | 513 | (4 pgs) BNC Certificate of Mailing - pdf |
| | 07/14/2019 | 514 | (7 pgs) BNC Certificate of Mailing - pdf |
| | 07/14/2019 | 515 | (5 pgs) BNC Certificate of Mailing - pdf |
| | 07/18/2019 | 516 | (8 pgs) Motion To Stay with Proposed Order with Certificate of Service Filed by ANTHONY THOMAS |
| 22 | 07/18/2019 | 517 | (8 pgs) Motion for Order Shortening Time with Proposed Order with Certificate of Service Filed by ANTHONY THOMAS |
| | 07/19/2019 | 518 | (2 pgs) Order Granting Motion for Order Shortening Time (Related document(s) 517). Hearing scheduled 7/19/2019 at 01:00 PM at GS RN-Courtroom 2, Young Bldg.. (Related document(s)516 Motion To Stay filed by Debtor ANTHONY THOMAS.) |
| 26 | 07/19/2019 | 519 | (2 pgs) Clerk Forwarded Document to BNC for Noticing. (Related document(s)518 Order on Motion for Order Shortening Time) |
| | 07/19/2019 | 520 | (52 pgs) Notice of Appeal. Filed by ANTHONY THOMAS Receipt Number 97603, Fee Amount $298 (Related document(s)510 Scheduling Order |

| | | | |
|---|---|---|---|
| 1 | | | (BNC), 512 Scheduling Order (BNC).) |
| 2 | 07/19/2019 | 521 | (52 pgs) Motion To Stay Filed by ANTHONY THOMAS |
| 3<br>4 | 07/21/2019 | 522 | (4 pgs) BNC Certificate of Mailing - pdf (Related document(s)519 Document Forwarded to BNC for Noticing (BNC)) No. of Notices: 1. Notice Date 07/21/2019. |
| 5<br>6 | 07/23/2019 | 523 | Appeal Reference Number 19-27 (Related document(s)520 Notice of Appeal filed by Debtor ANTHONY THOMAS.) |
| 7<br>8 | 07/23/2019 | 524 | (1 pg) Notice of Referral of Appeal to BAP. Appeal Reference # 19-27 (Related document(s)520 Notice of Appeal filed by Debtor ANTHONY THOMAS.) |
| 9 | 07/23/2019 | 525 | (1 pg) Transmittal Form to BAP (Related document(s)520 Notice of Appeal filed by Debtor ANTHONY THOMAS.) |
| 10<br>11 | 07/23/2019 | 526 | (1 pg)  Appeal Memorandum to BAP. Appeal Reference # 19-27 (Related document(s)520 Notice of Appeal filed by Debtor ANTHONY THOMAS.) |
| 12<br>13 | | 527 | (52 pgs) Clerk Forwarded Appeal Documents to BNC for Noticing to: BAP (Related document(s)520 Notice of 8/7/2019 |
| 14 | 07/26/2019 | 532 | (3 pgs) Order Continued Motion To Sell (Related document(s) 430) |
| 15<br>16 | 07/26/2019 | 533 | Hearing Scheduled/Rescheduled. Hearing scheduled 10/4/2019 at 09:00 AM at GS RN-Courtroom 2, Young Bldg.. (Related document(s)430 Motion to Sell filed by Trustee JERI COPPA-KNUDSON) (cly) |
| 17 | 07/31/2019 | 534 | (2 pgs) Scheduling Order (BNC) Hearing scheduled 9/13/2019 at 09:30 AM at GS RN-Courtroom 2, Young Bldg.. |
| 18 | 08/02/2019 | 535 | (4 pgs) BNC Certificate of Mailing - pdf |
| 19<br>20 | 08/06/2019 | 536 | (1 pg) Status Report Forwarded to: BAP. Appeal Reference # 19-27 BAP NV-19-1184 (Related document(s)520 Notice of Appeal filed by Debtor ANTHONY THOMAS.) |

21   2.     STATEMENT OF ISSUES ON APPEAL

22       Debtor Anthony Thomas, appearing In Propria Persona hereby reserves the right

23   to expand upon the following issues on appeal in his opening appellate brief, and thus

24   includes but is not limited to the following statement of issues on appeal:

25   A.    WHETHER JUDGE SPRAKER'S SALES PROCEDURES ORDER DE 510
26         FILED ON 7-12-2019 IS VOID ON ITS' FACE FOR FAILURE TO COMPLY
          WITH RENO BK RULE 9021

27   B.    WHETHER JUDGE SPRAKER'S ORDERS ARE VOID DUE TO THE FAILURE
          OF ATTORNEY HARTMAN, ATTORNEY FOR THE U.S. TRUSTEE'S FAILURE
28         TO GIVE PRIOR NOTICE OF THE SALE OF THE THOMAS EMERALD BY

FAILURE TO COMPLY WITH THE PROVISIONS OF U.S. BANKRUPTCY
CODE § 363(b) AND BK RULES 6004 AND 2002

C.    WHETHER IT WAS AN ABUSE OF DISCRETION TO NOT ALLOW FOR A
STAY OF PROCEEDINGS PENDING HEARING OF THOMAS'S RULE 60(b)
MOTION TO VACATE VOID CONVERSION ORDER

D.    WHETHER THE JUDGE SPRAKER'S ORDERS ARE VOID FOR FAILURE TO
PROPERLY STATE THE TRUE FACTS THAT IT WAS NOT TERSINI OR
JENNIFER JODOIN THAT IS THE HIGHEST BIDDER, BUT WAS IN FACT
ANTHONY THOMAS AS EVIDENCED BY THE TRANSCRIPT OF 6-4-2019

E.    WHETHER JUDGE SPRAKER'S OTHER ORDERS WERE VOID FOR
FAILURE TO ALLOW APPELLANT THOMAS TO REVIEW AND MAKE
PROPOSED CHANGES TO THE ORDERS PRIOR TO BEING SIGNED BY THE
JUDGE

F    WHETHER ADMISSIONS FROM HARTMAN MADE ON THE RECORD ON 7-
19-2019 THAT HE AND THE RENO BK COURT HAVE NOT FOLLOWED THE
RULES REGARDING NOTICE PRIOR TO SALE FOR A LONG TIME
ESTABLISH THAT THE ATTEMPT TO SELL THE THOMAS EMERALD IS
VOID ON IT'S FACE

3.    TRANSCRIPTS ORDERED:

On Friday August 9th 2019, Debtor Anthony G. Thomas did in fact order a copy of the

transcript of 7-19-2019.

Dated: August 9th 2019.

Anthony G. Thomas
Debtor In Propria Persona

THOMAS'S DESIGNATION OF RECORD, ISSUES ON APPEAL & TRANSCRIPT ORDER

**CERTIFICATE OF SERVICE**

I Francis Thomas certify that I am an adult, over the age of 18 years, not a party to the action herein who resides in Santa Clara County, California.  I caused to be served the following documents via e-mail to the following persons as listed below from my e-mail address of fxthomas@pacbell.net as follows:

DOCUMENTS SERVED:

1.    THOMAS'S DESIGNATION OF RECORD, ISSUES ON APPEAL & TRANSCRIPT ORDER

as follows:
JEFFREY A. COGAN
jeffrey@jeffreycogan.com, beautausinga@gmail.com, beau@jeffreycogan.com
JERI COPPA-KNUDSON VIA E-MAIL & US MAIL: 3495 Lakeside PMB 62 Dr. Reno, NV    89509
renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com
KEVIN A. DARBY
kad@darbylawpractice.com, tricia@darbylawpractice.com, jill@darbylawpractice.com, hersh@darbylawpractice.com, sam@darbylawpractice.com
JEFFREY L. HARTMAN VIA E-MAIL & US MAIL: 510 W. Plumb Lane Suite B - Reno, NV 89509
notices@bankruptcyreno.com, sji@bankruptcyreno.com
TIMOTHY A. LUCAS
ecflukast@hollandhart.com
LAURY MILES MACAULEY
laury@macauleylawgroup.com
WILLIAM MCGRANE
ECF-8116edf28c97@ecf.pacerpro.com, mitch.chyette@mcgranellp.com
STEPHANIE T. SHARP
ssharp@rssblaw.com, cobrien@rssblaw.com
WAYNE A. SILVER
w_silver@sbcglobal.net, ws@waynesilverlaw.com
ALAN R. SMITH
mail@asmithlaw.com
STEVEN C. SMITH
ssmith@smith-lc.com, mbrandt@smith-lc.com
AMY N. TIRRE
amy@amytirrelaw.com, admin@amytirrelaw.com
U.S. TRUSTEE - RN - 7, 7
USTPRegion17.RE.ECF@usdoj.gov
JOSEPH G. WENT
jgwent@hollandhart.com, vllarsen@hollandhart.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9th 2019.

Francis X. Thomas