NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–14–50333–gs |
| ANTHONY THOMAS and WENDI THOMAS | CHAPTER 7 |
| Debtor(s) | Appeal Reference Number: 19–27 |
| | BAP Number: NV–19–1184 |
| ANTHONY G. THOMAS | CERTIFICATE OF |
| Appellant(s) | READINESS TO |
| | BANKRUPTCY APPELLATE PANEL |
| vs | |
| JERI COPPA KNUDSON, CH. 7 TRUSTEE; | |
| Appellee(s) | |

To:   Bankruptcy Appellate Panel
      125 South Grand Avenue,
      Pasadena, CA 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 9/3/19

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court