JERI COPPA-KNUDSON, Trustee
3495 Lakeside Drive, PMB #62
Reno, Nv. 89509
(775) 329-1528
renobktrustee@gmail.com

# UNITED STATE BANKRUPTCY COURT

# DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

               Debtors.
_____/

CASE NO. BK-N-14-50333-gs

CASE NO. BK-N-14-50331-gs

(Jointly Administered)

CHAPTER 7

## REPORT OF SALE

Comes now, Jeri Coppa-Knudson, Trustee and respectfully represents:

Pursuant to this Court's Order, Jeri Coppa-Knudson was appointed Trustee in the estate of the above-named debtor, and is qualified and now acting as said Trustee.

That pursuant to the Order Confirming Sale by Auction, Doc. 601, entered on January 9, 2020, the Trustee submits that the sale of the Thomas Emerald was approved for the amount of $25,000.00, to purchaser Jerry Piazzola.

DATED this 11th day of February 2020.

                                                   /s/ Jeri Coppa-Knudson
                                                   **JERI COPPA-KNUDSON, Trustee**