FILED

MAR 16 2020

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: ) | BAP No.   NV-19-1184 |
| ) | |
| ANTHONY THOMAS and WENDI ) | Bk. Nos.  3:14-bk-50333-GS |
| THOMAS; ) | 3:14-bk-50331-GS |
| AT EMERALD, LLC, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ──────────────────────── ) | |
| ) | |
| ANTHONY THOMAS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **ORDER DISMISSING APPEAL** |
| ) | |
| JERI COPPA-KNUDSON, Chapter 7 ) | |
| Trustee, ) | |
| ) | |
| Appellee. ) | |
| ──────────────────────── ) | |

Before:  FARIS, BRAND, and TAYLOR, Bankruptcy Judges.

The Panel received and considered the unopposed motion to voluntarily dismiss this appeal, signed by appellant.  *See* Fed. R. Bankr. P. 8023.

The motion is GRANTED, and this appeal is hereby ORDERED DISMISSED.

BAP#:   NV-19-1184
Debtor: ANTHONY THOMAS & WENDI THOMAS; AT EMERALD, LLC
Re:     BAP Order Dismissing Appeal

# CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Vincent Barbato, Deputy Clerk
**Date:** March 16, 2020

**FILED**

MAR 16 2020

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: | BAP No. NV-19-1184 |
| ANTHONY THOMAS and WENDI THOMAS; AT EMERALD, LLC, | Bk. Nos. 3:14-bk-50333-GS<br>3:14-bk-50331-GS<br>(Jointly Administered) |
| Debtors. | |
| ANTHONY THOMAS, | |
| Appellant, | |
| v. | ORDER DISMISSING APPEAL |
| JERI COPPA-KNUDSON, Chapter 7 Trustee, | |
| Appellee. | |

Before: FARIS, BRAND, and TAYLOR, Bankruptcy Judges.

The Panel received and considered the unopposed motion to voluntarily dismiss this appeal, signed by appellant. See Fed. R. Bankr. P. 8023.

The motion is GRANTED, and this appeal is hereby ORDERED DISMISSED.

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Susan M. Spraul, Clerk
by Deputy Clerk (VINCENT J. BARBATO)
DATE: 04/08/2020

BAP#:   NV-19-1184
Debtor: ANTHONY THOMAS & WENDI THOMAS; AT EMERALD, LLC
Re:     BAP Order Dismissing Appeal

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Vincent Barbato, Deputy Clerk
**Date:** March 16, 2020